Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086
Thomas R. Phinney, State Bar No. 159435
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
  WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone:      (916) 329-7400
Facsimile:       (916) 329-7435
Email:            ppascuzzi@ffwplaw.com
                      jrios@ffwplaw.com
                      tphinney@ffwplaw.com
                      mkutsuris@ffwplaw.com

Ori Katz, State Bar No. 209561
Alan H. Martin, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:      (415) 434-9100
Facsimile:       (415) 434-3947
Email:            okatz@sheppardmullin.com
                      amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor and Debtor in Possession. | Date:          December 4, 2025<br>Time:          1:30 p.m.<br>Location:     Via ZoomGov<br>Judge:         Hon. Dennis Montali |

**DECLARATION OF PAUL E. GASPARI IN SUPPORT OF SIXTH INTERIM APPLICATION OF WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN LAW CORPORATION FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL FOR THE DEBTOR IN POSSESSION FOR THE PERIOD OF JUNE 1, 2025, THROUGH SEPTEMBER 30, 2025**

I, Paul E. Gaspari, declare:

1.      I am an attorney duly licensed to practice law in the State of California and a partner with Weintraub Tobin Chediak Coleman Grodin Law Corporation ("Weintraub"), special corporate and litigation attorneys for The Roman Catholic Archbishop of San Francisco, a California corporation sole, the debtor and debtor in possession herein (the "Debtor"). If called as a witness, I would and could testify competently to the matters stated herein.

2.      I have been a shareholder of Weintraub since 2012. As such, I have personal knowledge of my firm's billing policies and practices. I have read the accompanying *Sixth Interim Application of Weintraub Tobin Chediak Coleman Grodin Law Corporation for Allowance of Attorneys' Fees and Reimbursement of Expenses* (the "Application"), and to the best of my knowledge, all statements are true and correct.

3.      During the four-month period of June 1, 2025, through and including September 30, 2025, (the "Application Period"), Weintraub billed the Debtor for legal services in the sum of $250,898.50 and reimbursement of expenses in the amount of $1,293.43 for a total of $252,191.93. The services performed by Weintraub during this case have been specific to its role as special corporate and litigation counsel to the Debtor.

4.      The detailed billing statements reflecting Weintraub's time records are attached hereto as ***Exhibit A*** and record total fees in the amount of $250,898.50 incurred during the Application Period.

5.      Attached hereto as ***Exhibit B*** is a summary of customary and comparable compensation provided by Weintraub describing the blended hourly rates of the various categories of timekeepers that provided services to the Debtor during the Application Period. The summary gives defined terms used in this exhibit the same meanings ascribed to them in ¶ C.3 of the UST Guidelines.

6.      Attached hereto as ***Exhibit C*** is a copy of the "Attorney Fee Budget" agreed upon by and between the Debtor and Weintraub. This exhibit also includes a comparison of budgeted to actual fees sought during the Application Period. Weintraub is not submitting a detailed staffing

///

Case: 23-30564   Doc# 1432   Filed: 10/23/25   Entered: 10/23/25 10:52:45   Page 2 of 190

plan or summary of fees and hours budgeted compared to fees and hours billed for each project category as this information is privileged and confidential.

7.     A breakdown of the professionals who billed to this case during the Application Period is as follows:

| CATEGORY | HOURS | FEES |
|---|---|---|
| Case Administration | 84.90 | $44,148.00 |
| Other Contested Matters | 32.20 | $16,744.00 |
| Real Estate[1] | 0.60 | $240.00 |
| Claims Administration and Objections | 1.80 | $936.00 |
| Fact Investigation/Development | 5.20 | $2,337.00 |
| Analysis/Strategy | 63.60 | $30,501.00 |
| Expert Consultants | 1.10 | $563.00 |
| Document/File Management | 4.90 | $1,302.50 |
| Settlement/ADR | 59.40 | $29,648.50 |
| Other Case Assessment, Development, Admin | 5.90 | $2,430.50 |
| Pleadings | 9.30 | $4,317.50 |
| Court Mandated Conferences | 30.30 | $12,643.50 |
| Dispositive Motions | 0.40 | $160.00 |
| Other Written Motions and Submissions | 31.90 | $13,139.00 |
| Written Discovery | 31.00 | $13,434.50 |
| Document Production | 28.70 | $10,626.00 |
| Expert Discovery | 0.10 | $52.00 |
| Other Discovery | 0.20 | $95.00 |
| Written Motions and Submissions | 15.90 | $6,656.50 |
| Other Trial Preparations and Support | 1.90 | $916.00 |
| Trial and Hearing Attendance | 115.40 | $60,008.00 |
| **Totals** | **524.70** | **$250,898.50** |

---
[1]     These services could also fall under L120 (Analysis/Strategy - Review Analyze).

Case: 23-30564    Doc# 1432    Filed: 10/23/25    Entered: 10/23/25 10:52:45    Page 3 of 190

8.     I have used my best billing judgment to allocate the services covered by this interim fee application to task categories listed above.  I will continue to do so going forward on all Weintraub monthly fee notices and interim fee applications.  A brief description of the type of services contained in each category is as follows:

a.     The B110 "Case Administration" task code under the ABA model codes includes, which provides that Case Administration shall consist of the following:  coordination and compliance matters, including preparation of statement of financial affairs, schedules, list of contracts, United States Trustee interim statements and operating reports; contacts with the United States Trustee, and general creditor inquiries.

b.     The B190 "Other Contested Matters" task code under the ABA model which provides that Other Contested Matters shall consist of the following: analysis and preparation of all other motions, opposition to motions and reply memoranda in support of motions.

c.     The B250 "Real Estate" task code under the ABA model includes but are not limited to Review and analysis of real estate-related matters, including purchase agreements and lease provisions (e.g., common area maintenance clauses).

d.     The B310 "Claims Administration and Objections" task code under the ABA model which provides that Claims Administration and Objections shall consist of the following: specific claim inquiries; bar date motions; analyses, objections and allowances of claims.

e.     The L110 "Fact Investigation/Development" task code under the UTBMS model which provides that Fact Investigation/Development shall consist of the following: interview of client personnel/potential witnesses; review of documents; work with an investigator; legal research for initial case assessment purposes; communication for fact investigation.

f.     The L120 "Analysis/Strategy" task code under the UTBMS model which provides that plan Analysis/Strategy shall consist of the following: discussions/writings/meetings on case strategy; preparation of litigation plan; communication on case strategy.

g.     The L130 "Expert Consultants" task code consistent with the Uniform Task-Based Management System, which provides that Expert Consultants shall consist of the following: file organization/administration for database construction/management.

h.     The L140 "Document/File Management" task code under the UTBMS model which provides that Document/File Management shall consist of the following: file organization/administration for database construction/management.

i.     The L160 "Settlement/Non-Binding ADR" task code under the UTBMS model which provides that Settlement/Non-Binding ADR shall consist of the following: planning/participation in settlement discussions/conferences; implementation of settlement; pursing mediation; travel to/from mediation; attend mediation; prelitigation demand letters; research settlement; communications regarding settlement, mediation and ADR.

j.     The L190 "Other Case Assessment, Development and Administration" task code under the UTBMS model which provides that Other Case Assessment, Development and Administration shall consist of the following: Other Case Assessment, Development and Administration.

k.     The L210 "Pleadings" task code under the UTBMS model which provides that Pleadings shall consist of the following: drafting/editing pleadings, reviewing/answering complaints, motions to dismiss, jurisdictional motions and research for pleadings.

l.     The L230 "Court Mandated Conferences" task code under the UTBMS model which provides that plan Court Mandated Conferences shall consist of the following: preparing for hearing required by court order or procedural rules; travel to/from Court Ordered Conferences; attending hearing required by court order or procedural rules.

m.     The L240 "Dispositive Motions" task code under the UTBMS model which provides that Dispositive Motions shall consist of the following: developing strategies; legal research for Dispositive Motions; motions for complete or partial summary judgment; prepare affidavits; reviewing opponent's pleadings; defensive motions.

n.     The L430 "Other Written Motions and Submissions" task code under the UTBMS model which provides that Other Written Motions and Submissions shall consist of the following: developing, responding to, objecting to, and negotiating interrogatories and requests to admit; includes mandatory meet-and-confer sessions; also covers mandatory written disclosures as under FRCP Rule 26(a).

o. The L310 "Written Discovery" task code under the UTBMS model which provides that plan Written Discovery shall consist of the following: developing, responding to, objecting to, and negotiating interrogatories and requests to admit; includes mandatory meet-and-confer sessions; also covers mandatory written disclosures as under FRCP Rule 26(a).

p. The L320 "Document Production" task code under the UTBMS model which provides that plan Document Production shall consist of the following: developing, responding to, objecting to, and negotiating document requests, including the mandatory meet-and-confer sessions to resolve objections. Includes identifying documents for production, reviewing documents for privilege, effecting production, and preparing requested privilege lists.

q. The L340 "Expert Discovery" task code under the UTBMS which provides that Expert Discovery shall consist of the following: preparing Expert Discovery notices; communicating/discussing expert strategy; preparation and consultation with expert; reviewing Expert documents/records and/or films review.

r. The L390 "Other Discovery" task code is consistent with the UTBMS, which provides that Other Discovery shall consist of the following: for discovery methods that fall outside of typical written discovery, document production, depositions, or expert discovery.

s. The L430 "Written Motions and Submissions" task billing code is consistent with the UTBMS which provides that Written Motions and Submissions shall consist of developing and preparing written motions.

t. The L440 "Other Trial Preparation and Support" task billing code is consistent with the UTBMS which provides that Other Trial Preparation and Support shall consist of the following: All other time spent in preparing for and supporting a trial, including developing overall trial strategy, preparing opening and closing arguments, establishing an off-site support office, identifying documents for use at trial, preparing demonstrative materials.

u. The L450 "Trial and Hearing Attendance" task billing code is consistent with the UTBMS which provides that Trial and Hearing Attendance shall consist of the following: appearing at trials and trial related hearings; appearing at court-mandated conference' travel to/from trial and hearing; communications regarding trial progression.

1       9.     During the Application Period, Weintraub incurred actual and necessary expenses

2 in the amount of $1,293.45 as follows:

| Category | Total |
|---|---|
| Service | $1,242.65 |
| Federal Express | 50.80 |
| **Total Expenses** | **$1,293.45** |

      10.    This is Weintraub's sixth interim fee motion.  The Court's order on Weintraub's first interim fee application allowed interim payment of $45,869 and costs incurred in the amount of $1,746.15 for the period of August 21, 2023, through January 31, 2024 [ECF No. 623].  The Court's order on Weintraub's second interim fee application allowed an interim payment of $224,480.50 in fees and $142.69 in expenses for the period of February 1, 2024, through May 31, 2024 [ECF No. 798].  This Second Interim Fee Application Order also authorized Weintraub interim compensation for an administrative claim in the amount of $32,314.47 for services provided during the First Interim Application Period.  The Court's order on Weintraub's third interim fee application allowed an interim payment of $282,856.68 in fees and $145.85 in expenses for the period of June 1, 2024, through September 30, 2024 [ECF No. 941].  The Court's order on Weintraub's fourth interim fee application allowed an interim payment of $124,835.00 in fees and $8,575.88 in expenses for the period of October 1, 2024, through January 31, 2025 [ECF No. 1166]. The Court's order on Weintraub's fifth interim fee application allowed an interim payment of $259,307.40 in fees (reduced by $326.60 at the recommendation of the Fee Examiner Report) and $793.90 in expenses for the period of February 1, 2025, through May 31, 2025 [ECF No. 1337]. Weintraub received a retainer prepetition from the Debtor, of which $210,754.00 remained on the Petition Date.  The Debtor has paid Weintraub the fees and costs allowed by the interim fee orders from the retainer and payments from the Debtor.

      11.    With respect to the Bankruptcy Rule 2016(a) requirements for attorney fee applications, Pursuant to the Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis [ECF 212], Weintraub has filed and served fee notices for June 2025 [ECF No. 1269], July 2025 [ECF No. 1299], August 2025 [ECF No. 1360],

Case: 23-30564    Doc# 1432    Filed: 10/23/25    Entered: 10/23/25 10:52:45    Page 7 of 190

and September 2025 [ECF No. 1408].  No objections were received with respect to the June through September fee notices, although the deadline for objections to the September notice has not yet passed as of the filing of this Application.  Thus, Weinraub has received payments in the amount of $129,032.40 in fees and $566.25 in costs from the Debtor, allowed by the monthly fee notices for June 2025, July 2025 and August 2025, such that it has been paid 80% of fees and 100% of costs for the outstanding fees for that period.  No payments have yet been received for September 2025 as of the filing of this application.  The unpaid 20% holdback together with the September fees and costs total $122,593.30.  The retainer balance as of September 30, 2025, was $8,275.17.

12. With respect to Bankruptcy Rule 2016(b), Weintraub has not entered into any agreement, express or implied, with any other party-in-interest, including the Debtor, any creditors, or any representative of them, or with any attorney or accountant for such party-in-interest for the purpose of fixing fees or other compensation to be paid for services rendered or expenses incurred in connection with this case, and no agreement or understanding exists between me and any other person for the sharing of the compensation to be received for services rendered in, or in connection with, this case.

13. I certify that to the best of my knowledge Weintraub has complied with the U.S. Trustee's guidelines ("U.S. Trustee Guidelines").

14. I certify that:  (a) I have read the Application; (b) to the best of my knowledge, information and belief, formed after reasonable inquiry, the compensation and expense reimbursement sought is in conformity with the Court Guidelines, except as may be specifically noted in the Application or this Declaration; and (c) the compensation and expense reimbursement requested are billed at rates, in accordance with practices, no less favorable than those customarily employed by my firm and generally accepted by the my firm's clients.

15. This Application includes time billed by some Weintraub attorneys whose services aggregated to less than 15 hours during the Application Period (e.g. Zachary Smith, Benjamin Lewis, Carly Moran, and Jillian Harvey).  Each of these attorneys are handling and responsible for case specific litigation matters.  Therefore, their time does not indicate a limited, transitory, or overlapping service.  Rather, they have primary responsibility for their case specific litigation

Case: 23-30564   Doc# 1432   Filed: 10/23/25   Entered: 10/23/25 10:52:45   Page 8 of 190

matters, and their work assignments promote effective and efficient representation of the debtor across multiple litigation matters.

16.     With respect to the identity of the billers, the billing includes myself, Paul E. Gaspari (PEG). I'm a shareholder and a member of the Firm's Litigation practice groups. My billing rate during the period covered by this Application was $520 per hour. Daniel C. Zamora (DCZ). Daniel Zamora is a shareholder and a member of the Firm's Litigation and Labor & Employment practice groups. His billing rate during the period covered by this Application was $500 per hour. Zachary M. Smith (ZMS). Zachary Smith is a shareholder and a member of the Firm's Litigation practice group. He is the lawyer who has represented the debtor in the two cases released from the stay for trial. He handled the pre-trial work prior to the filing of the Chapter 11 and will try the two now released cases on behalf of the Debtor. His billing rate during the period covered by this Application was $520.00 per hour. Meagan D. Bainbridge (MDB). Meagan Bainbridge is a shareholder and a member of the Firm's Litigation and Labor & Employment Law practice groups. She is handling the two employment related claims filed against the Debtor post-petition. Her billing rate during the period covered by this Application was $500.00 per hour. Audrey Millemann (AAM). Audrey Millemann is a shareholder in the Firm's Litigation and Intellectual Property practice groups. Her billing rate during the period covered by this Application was $450 per hour. Benjamin J. Lewis (BJLE). Ben Lewis is an associate in the Firm's Litigation group, where he focuses his practice on education, employment, and non-profit/religious entity litigation. His billing rate during the period covered by this Application was $450 and $475 per hour. Carly M. Moran (CM). Carly Moran is an associate and a member of the Firm's Litigation practice group. Her billing rate during the period covered by this Application was $400.00 per hour. Monica A. Silver (MAS). Monica Silver is an associate in the Firm's Litigation group, and her billing rate during the period covered by this Application was $375 per hour. Devinn L. Martin (DLM). Devinn Martin is an associate in the Firm's Real Estate Practice group, and her billing rate during the period covered by this Application was $400 per hour. Ruby I. Bitzer (RIB). Ruby Bitzer is an associate in the Firm's Real Estate Practice group, and her billing rate during the period covered by this Application was $400 per hour. Jillian R. Harvey (JRH). Jillian Harvey is an associate in

the Firm's San Francisco Litigation Practice group, and her billing rate during the period covered by this Application was $375 - $400 per hour.

17.     In accordance with UST Guidelines for Large Cases, Weintraub prepared budgets and staffing plans for period during the application which were reviewed with and approved by the Debtor.  In addition to the attorneys listed in the staffing plan, in order to timely review all Proofs of Claim and alleged perpetrator personnel files, many of which are voluminous, Weintraub utilized additional attorneys in the firm to undertake basic claim and file review and to identify and locate applicable student and or parish records to evaluate and confirm underlying facts alleged in the Proofs of Claim.  These additional attorneys were necessary to timely complete the review project so that the Debtor could produce the material to its insurance carriers to allow the mediation process to timely commence.  No duplication of work was involved.

18.     As required by the UST Large Case guidelines, Weintraub provides the following:

a.     Weintraub did not agree to any variations from, or alternatives to, its standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period.

b.     If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client?  No, the fees requested were not 10% more than the fees budgeted for the time period.  The fees requested were substantially under the fees budgeted for the time period for the months of June, July, and August.  The monthly fees for August were above the budgeted amount but given the other months were substantially under budget this overage was substantially less than the amounts under budget for the prior months.

c.     Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case?  No.

d.     Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices?  No.

e.     Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information?  No.

Case: 23-30564    Doc# 1432    Filed: 10/23/25    Entered: 10/23/25 10:52:45    Page 10 of 190

1            f.       The fee application does include a rate increase since retention. Weintraub,

2    as well as other Debtor professionals hourly rates were adjusted effective January 2025 by the filing

3    of an appropriate notice at ECF No. 929.

4            19.     I respectfully submit that all the billings and expenses have been reasonable and

5    necessary in this case and respectfully request that they be approved.

6            I declare under penalty of perjury under the laws of the United States of America that the

7    foregoing is true and correct. Executed on October 23, 2025, at Sacramento, California.

8                                            _____

9                                           Paul E. Gaspari

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**Exhibit A**

2                              Weintraub Tobin Invoices

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ████ 1351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, ESQ**

July 07, 2025
Client:          150363

For Professional Services Rendered Through June 30, 2025

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000390 | ████ v. Archdiocese of San Francisco | 98508997 | $1,456.00 | $0.00 | $1,456.00 |

## *Account Summary*

| | |
|---|---|
| Previous Balance | $3,992.00 |
| Current Charges | $1,456.00 |
| Less Payments | $2,035.20 |
| **Balance Due:** | **$3,412.80** |

| | |
|---|---|
| **Retainer Balance** | **$980.98** |

## Invoices Due Upon Presentation
### Thank You for Your Business



**weintraub | tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ████ 1351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, ESQ**

July 07, 2025
Client:        150363
Matter:      000390
Invoice #:   98508997

Page:              1

RE: ██████ v. Archdiocese of San Francisco

For Professional Services Rendered Through June 30, 2025

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 6/6/2025 | ZMS | Continued work on outline of examination of plaintiff ████████ at trial (2.3). [L450 - A101](2.30) | 2.30 | $1,196.00 |
| 6/30/2025 | PEG | Review of joint plaintiffs request for Case Management Conference for trial setting. [B100 - B190](0.30) | 0.30 | $156.00 |
| 6/30/2025 | ZMS | Receipt of request from bellwether plaintiff to SF Superior Court to set case for Case Management Conference and Trial Setting Conference and email communications with plaintiff's attorney Rick Simons (.1). [L450 - A101](0.20) | 0.20 | $104.00 |
| | | Total Services | 2.80 | $1,456.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|------|------|-------|-------|------|--------|
| PEG | Paul E. Gaspari | SHAREHOLDER | 0.30 | $520.00 | $156.00 |
| ZMS | Zachary M. Smith | SHAREHOLDER | 2.50 | $520.00 | $1,300.00 |

| | |
|---|---|
| Total Fees to Date: | $164,822.00 |
| Total Disbursements to Date: | $36,242.26 |

The Archdiocese of San Francisco

RE: ████████ v. Archdiocese of San Francisco

July 07, 2025
Client:        150363
Matter:        000390
Invoice #:   98508997

Page:              2

|                  |              | Previous Balance | $3,992.00 |
|------------------|--------------|------------------|-----------|
|                  |              | Current Charges  | $1,456.00 |
|                  |              | Less Payments    | $2,035.20 |
| Total to Date:   | $201,064.26  | **Balance Due**  | **$3,412.80** |

| **Retainer Balance** | **$980.98** |
|----------------------|-------------|

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| B100 | Other Contested Matters (excluding assumption/re | 0.30 | $156.00 |
| L450 | Trial & Hearing Attendance - Plan & Prepare For | 2.50 | $1,300.00 |
| | | **Total Hours** 2.80 | |
| | | **Total Fees:** | **$1,456.00** |



**weintraub | tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ████1351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, ESQ**

July 07, 2025
Client:        150363

For Professional Services Rendered Through June 30, 2025

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000415 | John SF-1 Doe (████████) v. Doe 1, et al. | 98508998 | $11,856.00 | $0.00 | $11,856.00 |

## *Account Summary*

| | |
|---|---|
| Previous Balance | $9,590.20 |
| Current Charges | $11,856.00 |
| Less Payments | $5,227.00 |
| **Balance Due:** | **$16,219.20** |

| | |
|---|---|
| **Retainer Balance** | **$1,216.25** |

## Invoices Due Upon Presentation
### Thank You for Your Business



Please remit payments to:
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: 1351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, ESQ**

July 07, 2025
Client:          150363
Matter:          000415
Invoice #:       98508998

Page:                 1

RE: John SF-1 Doe ( ) v. Doe 1, et al.

For Professional Services Rendered Through June 30, 2025

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 6/5/2025 | ZMS | Commenced re-review of documents produced by San Jose Diocese and San Francisco Archdiocese regarding ▮ personnel files, ▮ files and Sensitive Incident Team files to refresh familiarity with potential evidence in preparation for upcoming trial of bellwether case (4,7). [L450 - A101](4.70) | 4.70 | $2,444.00 |
| 6/9/2025 | ZMS | Further refinement of plan/outline for examination of ▮ at trial (1.7). [L450 - A101](1.70) | 1.70 | $884.00 |
| 6/11/2025 | ZMS | Work on preparation of outline of cross-examination of witness ▮ at trial (2.2). [L450 - A101](2.20) | 2.20 | $1,144.00 |
| 6/12/2025 | ZMS | Work on examination of ▮ at trial with references to transcript of March 14, 2023 deposition (4.3). [L450 - A101](4.30) | 4.30 | $2,236.00 |
| 6/13/2025 | ZMS | Review deposition transcript of ▮ in ▮ case to extract testimony as to lack of claims against ▮ before 2002 in preparation for presentation at upcoming trial (1.3). [L450 - A101](1.30) | 1.30 | $676.00 |
| 6/16/2025 | ZMS | Work on comprehensive and annotated time line for important dates and sequence of events in preparation for trial (2.3). [L450 - A101](2.30) | 2.30 | $1,196.00 |

The Archdiocese of San Francisco

RE: John SF-1 Doe (███████████) v. Doe 1, et al.

July 07, 2025
Client:      150363
Matter:     000415
Invoice #:   98508998

Page:           2

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 6/17/2025 | ZMS | Study and highlight transcript and exhibits from the October 2002 deposition of ███████████ in the ███████ case in preparation for upcoming trial (6.3). [L450 - A101](6.30) | 6.30 | $3,276.00 |
| | | **Total Services** | 22.80 | $11,856.00 |

**Timekeeper Summary**

| Initials | Name | Level | Hours | Rate | Amount |
|----------|------|-------|-------|------|--------|
| ZMS | Zachary M. Smith | SHAREHOLDER | 22.80 | $520.00 | $11,856.00 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $491,583.00 | Previous Balance | $9,590.20 |
| | | Current Charges | $11,856.00 |
| Total Disbursements to Date: | $141,882.45 | Less Payments | $5,227.00 |
| Total to Date: | $633,465.45 | **Balance Due** | **$16,219.20** |

| | |
|---|---|
| **Retainer Balance** | **$1,216.25** |

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L450 | Trial & Hearing Attendance - Plan & Prepare For | 22.80 | $11,856.00 |
| | **Total Hours** | **22.80** | |
| | **Total Fees:** | | **$11,856.00** |



weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███ 1351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention:  Paula Carney, Esq.**

July 07, 2025
Client:        150363

For Professional Services Rendered Through June 30, 2025

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000944 | Victoria Castro | 98508999 | $190.00 | $0.00 | $190.00 |

## *Account Summary*

| | |
|---|---|
| Previous Balance | $2,125.00 |
| Current Charges | $190.00 |
| Less Payments | $646.00 |
| **Balance Due:** | **$1,669.00** |

## Invoices Due Upon Presentation
### Thank You for Your Business



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███ 1351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

July 07, 2025
Client:        150363
Matter:        000944
Invoice #:   98508999

Page:                1

RE: Victoria Castro

For Professional Services Rendered Through June 30, 2025

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 6/9/2025 | BJLE | Exchange of emails with Paul Pascuzzi regarding proposed plan for settlement agreement and motion to bankruptcy court. [L430 - A107](0.20) | 0.20 | $95.00 |
| 6/9/2025 | BJLE | Telephone call with Paul Pascuzzi regarding proposed plan for settlement agreement and motion to bankruptcy court. [L430 - A107](0.20) | 0.20 | $95.00 |
| | | Total Services | 0.40 | $190.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|--|--|-------|-------|------|--------|
| BJLE | Benjamin J. Lewis | ASSOCIATE | 0.40 | $475.00 | $190.00 |

| | |
|--|--|
| Total Fees to Date: | $28,991.00 |
| Total Disbursements to Date: | $8,523.66 |
| Total to Date: | $37,514.66 |

The Archdiocese of San Francisco

RE: Victoria Castro

July 07, 2025
Client: 150363
Matter: 000944
Invoice #: 98508999

Page: 2

| | | |
|---|---|---|
| Previous Balance | | $2,125.00 |
| Current Charges | | $190.00 |
| Less Payments | | $646.00 |
| **Balance Due** | | **$1,669.00** |

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L430 | Written Motions/Submissions - Commun./Other Cc | 0.40 | $190.00 |
| | **Total Hours** | **0.40** | |
| | **Total Fees:** | **$190.00** | |



**weintraub | tobin**
weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███ 1351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

July 07, 2025
Client: 150363

For Professional Services Rendered Through June 30, 2025

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000945 | Shajana Steele V. Cruise, LLC, ET AL | 98509000 | $7,348.00 | $0.00 | $7,348.00 |

## *Account Summary*

| | |
|---|---|
| Previous Balance | $7,524.95 |
| Current Charges | $7,348.00 |
| Less Payments | $741.65 |
| **Balance Due:** | **$14,131.30** |

## Invoices Due Upon Presentation
### Thank You for Your Business



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███1351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

July 07, 2025
Client: 150363
Matter: 000945
Invoice #: 98509000

Page: 1

RE: Shajana Steele V. Cruise, LLC, ET AL

For Professional Services Rendered Through June 30, 2025

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 6/2/2025 | BJLE | Zoom meeting with Paula Carney and Marizel Bajao regarding case status and strategy. [L120 - A106](0.40) | 0.40 | $190.00 |
| 6/6/2025 | CM | Review and analyze License Termination Agreement and Mutual Release between Cruise, LLC and The Roman Catholic Archbishop of San Francisco. [L190 - A104](1.40) | 1.40 | $560.00 |
| 6/9/2025 | PEG | Review of Lease Termination Agreement submitted by Cruise. [L110 - A104](0.40) | 0.40 | $208.00 |
| 6/9/2025 | BJLE | Review and revise draft discovery requests to Plaintiff. [L310 - A103](0.50) | 0.50 | $237.50 |
| 6/9/2025 | BJLE | Review and analysis of Cruise's letter discussing Termination Agreement of Lease and language pertaining to waiver of indemnity claim. [L120 - A104](1.60) | 1.60 | $760.00 |
| 6/9/2025 | DLM | Review and analyze Lease and Termination Agreement regarding interpretation of waiver of indemnification provisions and survival language per request from attorney Ben Lewis. [L120 - A104](0.70) | 0.70 | $280.00 |
| 6/9/2025 | RIB | Preparation of analysis on how the interpretation of "notwithstanding" and survival language are generally constructed in real estate litigation. [B200 - B250](0.60) | 0.60 | $240.00 |
| 6/10/2025 | BJLE | Exchange of emails with John Christian regarding Plaintiff's discovery requests. [L310 - A106](0.20) | 0.20 | $95.00 |

The Archdiocese of San Francisco

RE: Shajana Steele V. Cruise, LLC, ET AL

July 07, 2025
Client:           150363
Matter:           000945
Invoice #:   98509000

Page:                    2

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 6/10/2025 | BJLE | Exchange of emails with Paula Carney regarding termination agreement. [L120 - A106](0.20) | 0.20 | $95.00 |
| 6/10/2025 | BJLE | Continue preparation of outline for discovery responses. [L310 - A103](0.50) | 0.50 | $237.50 |
| 6/11/2025 | CM | Revise Special Interrogatories, Set One to incorporate additional interrogatories re: Plaintiff's allegations of fault against Defendant Cruise, LLC. [L310 - A103](0.60) | 0.60 | $240.00 |
| 6/12/2025 | BJLE | Zoom meeting with Paula Carney regarding case strategy and termination agreement. [L120 - A106](0.30) | 0.30 | $142.50 |
| 6/12/2025 | BJLE | Zoom meeting with John Christian regarding preparing response to discovery requests. [L310 - A106](1.00) | 1.00 | $475.00 |
| 6/12/2025 | CM | Commence draft written responses to Plaintiffs Special Interrogatories, Set One. [L310 - A103](1.30) | 1.30 | $520.00 |
| 6/16/2025 | BJLE | Telephone call with David Belcher regarding cross complaint. [L210 - A107](0.30) | 0.30 | $142.50 |
| 6/24/2025 | CM | Draft Case Management Conference Statement for hearing on 7/9/2025. [L230 - A103](0.70) | 0.70 | $280.00 |
| 6/27/2025 | BJLE | Exchange of emails with Paula Carney regarding CMC, trial setting, and cross complaint. [L230 - A106](0.20) | 0.20 | $95.00 |
| 6/28/2025 | CM | Draft objections and responses to Plaintiff Shajana Steele's Request for Admissions, Set One. [L310 - A103](1.40) | 1.40 | $560.00 |
| 6/28/2025 | CM | Begin draft objections and responses to Plaintiff Shajana Steele's Special Interrogatories, Set One. [L310 - A103](1.10) | 1.10 | $440.00 |
| 6/30/2025 | BJLE | Telephone call with David Belcher regarding extension on response to cross complaint. [L210 - A107](0.20) | 0.20 | $95.00 |
| 6/30/2025 | BJLE | Exchange of emails with David Belcher regarding extension on response to cross complaint. [L210 - A107](0.20) | 0.20 | $95.00 |
| 6/30/2025 | CM | Review and analyze Case Management Order from the Court re: upcoming trial dates and deadlines. [L230 - A104](0.40) | 0.40 | $160.00 |
| 6/30/2025 | CM | Continue draft objections and responses to Plaintiff Shajana Steele's Special Interrogatories, Set One. [L310 - A103](0.80) | 0.80 | $320.00 |
| 6/30/2025 | CM | Draft objections and responses to Plaintiff Shajana Steele's Request for Production of Documents, Set One. [L310 - A103](2.20) | 2.20 | $880.00 |
| | | Total Services | 17.20 | $7,348.00 |

The Archdiocese of San Francisco

RE: Shajana Steele V. Cruise, LLC, ET AL

July 07, 2025
Client:        150363
Matter:        000945
Invoice #:     98509000

Page:              3

## Timekeeper Summary

|  |  | Level | Hours | Rate | Amount |
|---|---|---|---|---|---|
| PEG | Paul E. Gaspari | SHAREHOLDER | 0.40 | $520.00 | $208.00 |
| RIB | Ruby Bitzer | ASSOCIATE | 0.60 | $400.00 | $240.00 |
| BJLE | Benjamin J. Lewis | ASSOCIATE | 5.60 | $475.00 | $2,660.00 |
| DLM | Devinn Martin | ASSOCIATE | 0.70 | $400.00 | $280.00 |
| CM | Carly M Moran | ASSOCIATE | 9.90 | $400.00 | $3,960.00 |

| Total Fees to Date: | $24,258.50 | Previous Balance | $7,524.95 |
|---|---|---|---|
|  |  | Current Charges | $7,348.00 |
| Total Disbursements to Date: | $672.15 | Less Payments | $741.65 |
| Total to Date: | $24,930.65 | **Balance Due** | **$14,131.30** |

| Task | Description | Hours | Amount |
|---|---|---|---|
| B200 | Real Estate | 0.60 | $240.00 |
| L110 | Fact Investigation/Development - Review/Analyze | 0.40 | $208.00 |
| L120 | Analysis/Strategy - Review/Analyze | 2.30 | $1,040.00 |
| L120 | Analysis/Strategy - Communicate/With Client | 0.90 | $427.50 |
| L190 | Other - Review/Analyze | 1.40 | $560.00 |
| L210 | Pleadings - Communicate/Other Counsel | 0.70 | $332.50 |
| L230 | Court Mandated Conferences - Draft/Revise | 0.70 | $280.00 |

The Archdiocese of San Francisco

RE: Shajana Steele V. Cruise, LLC, ET AL

July 07, 2025
Client:          150363
Matter:          000945
Invoice #:   98509000

Page:                    4

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L230 | Court Mandated Conferences - Review/Analyze | 0.40 | $160.00 |
| L230 | Court Mandated Conferences - Communicate w/Cl | 0.20 | $95.00 |
| L310 | Written Discovery - Draft/Revise | 8.40 | $3,435.00 |
| L310 | Written Discovery - Communicate/With Client | 1.20 | $570.00 |
| | **Total Hours** | **17.20** | |
| | **Total Fees:** | | **$7,348.00** |



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: █████1351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

July 07, 2025
Client:          150363

For Professional Services Rendered Through June 30, 2025

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000983 | JANE DOE AKA ████████ V. ████████ | 98509001 | $550.00 | $0.00 | $550.00 |

## *Account Summary*

| | |
|---|---|
| Previous Balance | $3,270.00 |
| Current Charges | $550.00 |
| Less Payments | $600.00 |
| **Balance Due:** | **$3,220.00** |

## Invoices Due Upon Presentation
### Thank You for Your Business



weintraub | tobin

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ████1351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention:  Paula Carney, Esq.**

July 07, 2025
Client:          150363
Matter:          000983
Invoice #:    98509001

Page:                    1

RE: ████ DOE AKA ████████ V. ████████████

For Professional Services Rendered Through June 30, 2025

---

### SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 6/2/2025 | DCZ | Drafting correspondence to plaintiff's counsel regarding status of claim and providing draft settlement agreement. [L120 - A103](0.20) | 0.20 | $100.00 |
| 6/12/2025 | DCZ | Drafted correspondence to claimant's counsel advising of preparation of motion to approve settlement in bankruptcy court. [L120 - A103](0.20) | 0.20 | $100.00 |
| 6/16/2025 | DCZ | Review and analysis of draft motion to approve settlement in the Bankruptcy Court. [L120 - A104](0.30) | 0.30 | $150.00 |
| 6/17/2025 | DCZ | Drafted correspondence to ████████ enclosing copies of draft motion to approve settlement. [L120 - A103](0.20) | 0.20 | $100.00 |
| 6/18/2025 | DCZ | Drafted update on claim status to ████████. [L110 - A103](0.20) | 0.20 | $100.00 |
| | | Total Services | 1.10 | $550.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|---|---|-------|-------|------|--------|
| DCZ | Daniel C. Zamora | SHAREHOLDER | 1.10 | $500.00 | $550.00 |

The Archdiocese of San Francisco

RE: JANE DOE AKA ▓▓▓▓▓ V. ▓▓▓▓▓

July 07, 2025
Client:        150363
Matter:        000983
Invoice #:    98509001

Page:            2

| Total Fees to Date: | $6,650.00 |
|---|---|
| Total Disbursements to Date: | $0.00 |
| Total to Date: | $6,650.00 |

| Previous Balance | $3,270.00 |
|---|---|
| Current Charges | $550.00 |
| Less Payments | $600.00 |
| **Balance Due** | **$3,220.00** |

| Task | Description | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development - Draft/Revise | 0.20 | $100.00 |
| L120 | Analysis/Strategy - Draft/Revise | 0.60 | $300.00 |
| L120 | Analysis/Strategy - Review/Analyze | 0.30 | $150.00 |
| | **Total Hours** | **1.10** | |
| | **Total Fees:** | | **$550.00** |



weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ██ 1351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

July 07, 2025
Client:          150363

For Professional Services Rendered Through June 30, 2025

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000985 | ████████ | 98509002 | $200.00 | $0.00 | $200.00 |

## *Account Summary*

| | |
|---|---|
| Previous Balance | $9,650.00 |
| Current Charges | $200.00 |
| **Balance Due:** | **$9,850.00** |

## Invoices Due Upon Presentation
### Thank You for Your Business



weintraub|tobin

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███ 1351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

July 07, 2025
Client:  150363
Matter:  000985
Invoice #: 98509002

Page:   1

RE: ███████

For Professional Services Rendered Through June 30, 2025

---

### SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 6/27/2025 | MDB | Correspondence with client re: status of ███ investigation. [L110 - A106](0.20) | 0.20 | $100.00 |
| 6/27/2025 | MDB | Electronic exchange with ██████ re: status of ███ investigation. [L110 - A106](0.20) | 0.20 | $100.00 |
| | | Total Services | 0.40 | $200.00 |

### Timekeeper Summary

| | | Level | Hours | Rate | Amount |
|---|---|-------|-------|------|--------|
| MDB | Meagan D. Bainbridge | SHAREHOLDER | 0.40 | $500.00 | $200.00 |

| Total Fees to Date: | $9,850.00 | | Previous Balance | $9,650.00 |
|---------------------|-----------|---|------------------|-----------|
| Total Disbursements to Date: | $0.00 | | Current Charges | $200.00 |
| Total to Date: | $9,850.00 | | **Balance Due** | **$9,850.00** |

The Archdiocese of San Francisco

RE: ▮▮▮▮▮▮

July 07, 2025
Client:        150363
Matter:        000985
Invoice #:    98509002

Page:            2

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L110 | Fact Investigation/Development - Commun. w/Clie | 0.40 | $200.00 |
| | **Total Hours** | **0.40** | |
| | **Total Fees:** | **$200.00** | |



**weintraub | tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███1351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

July 07, 2025
Client: 150363

For Professional Services Rendered Through June 30, 2025

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000986 | ███████ | 98509003 | $200.00 | $0.00 | $200.00 |

## *Account Summary*

| | |
|---|---|
| Previous Balance | $650.00 |
| Current Charges | $200.00 |
| **Balance Due:** | **$850.00** |

## Invoices Due Upon Presentation
### Thank You for Your Business



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ■■■■ 1351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

July 07, 2025
Client:        150363
Matter:        000986
Invoice #:   98509003

Page:                   1

RE: ■■■■■■■■■■

For Professional Services Rendered Through June 30, 2025

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 6/10/2025 | DCZ | Phone call with Paula Carney regarding status of claim. [L120 - A106](0.20) | 0.20 | $100.00 |
| 6/30/2025 | MDB | Electronic exchange with Plaintiff's counsel re: status of claims and possible resolution. [L110 - A107](0.20) | 0.20 | $100.00 |
| | | Total Services | 0.40 | $200.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|--|--|-------|-------|------|--------|
| MDB | Meagan D. Bainbridge | SHAREHOLDER | 0.20 | $500.00 | $100.00 |
| DCZ | Daniel C. Zamora | SHAREHOLDER | 0.20 | $500.00 | $100.00 |

| | |
|--|--|
| Total Fees to Date: | $850.00 |
| Total Disbursements to Date: | $0.00 |
| Total to Date: | $850.00 |

The Archdiocese of San Francisco

RE: ▮▮▮▮▮▮▮▮▮▮

July 07, 2025
Client:        150363
Matter:        000986
Invoice #:   98509003

Page:              2

| Previous Balance | $650.00 |
|---|---|
| Current Charges | $200.00 |
| **Balance Due** | **$850.00** |

| Task | Description | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development - Commun./Other( | 0.20 | $100.00 |
| L120 | Analysis/Strategy - Communicate/With Client | 0.20 | $100.00 |
| | **Total Hours** | **0.40** | |
| | **Total Fees:** | **$200.00** | |



weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███1351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention:  Paula Carney, Esq.**

July 07, 2025
Client:        150363

For Professional Services Rendered Through June 30, 2025

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 900036 | Bankruptcy | 98509004 | $33,336.50 | $0.00 | $33,336.50 |

## *Account Summary*

| | |
|---|---|
| Previous Balance | $118,257.00 |
| Current Charges | $33,336.50 |
| Less Payments | $52,450.70 |
| **Balance Due:** | **$99,142.80** |

## Invoices Due Upon Presentation
### Thank You for Your Business



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ■1351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

July 07, 2025
Client:         150363
Matter:         900036
Invoice #:    98509004

Page:                1

RE: Bankruptcy

For Professional Services Rendered Through June 30, 2025

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 5/16/2025 | BJLE | Preparation of response to bankruptcy counsel regarding correction of case number of motion to stay Catholic Charities. [L430 - A103](0.20) | 0.20 | $90.00 |
| 6/2/2025 | DCZ | Further review and analysis of proof of claims falling within Travelers coverage period between 7/8/75 and 7/8/79. [L120 - A104](1.20) | 1.20 | $600.00 |
| 6/2/2025 | DCZ | Conference call with client regarding status of bankruptcy matters and mediation. [L120 - A106](1.20) | 1.20 | $600.00 |
| 6/2/2025 | PEG | Participate in weekly debtors professionals call. [B100 - B110](1.10) | 1.10 | $572.00 |
| 6/2/2025 | PEG | Review of and preparation of edits to Weinstein memorandum regarding proposal to Committee; call with Weinstein regarding same. [B100 - B110](0.40) | 0.40 | $208.00 |
| 6/3/2025 | DCZ | Phone call with B. Riley regarding claims data involving parishes. [L160 - A108](0.20) | 0.20 | $100.00 |
| 6/3/2025 | PEG | Review of memorandum from Paul Pascuzzi and preparation of edits to stipulation to stay actions against high schools. [B100 - B190](0.40) | 0.40 | $208.00 |
| 6/4/2025 | DCZ | Conference call with bankruptcy and insurance counsel discussing global mediation strategy and upcoming call with committee and mediators. [L160 - A108](1.00) | 1.00 | $500.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

July 07, 2025
Client:       150363
Matter:       900036
Invoice #:    98509004

Page:             2

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 6/4/2025 | DCZ | Conference call with Committee counsel and mediators discussing mediation strategy. [L160 - A108](1.00) | 1.00 | $500.00 |
| 6/4/2025 | DCZ | Conference call with client regarding outcome of mediation meeting with Committee counsel and mediators. [L120 - A106](0.50) | 0.50 | $250.00 |
| 6/4/2025 | PEG | Participate in debtor professionals call. [B100 - B110](0.80) | 0.80 | $416.00 |
| 6/4/2025 | PEG | Call with mediators and Committee counsel regarding mediation proposal. [B100 - B110](1.00) | 1.00 | $520.00 |
| 6/4/2025 | PEG | Call with Fr. Summerhays and debtor counsel regarding outreach to mediators. [B100 - B110](0.50) | 0.50 | $260.00 |
| 6/5/2025 | PEG | Call with Ori Katz regarding discussion of presentation to Judge Buckley. [B100 - B110](0.50) | 0.50 | $260.00 |
| 6/5/2025 | BJLE | Preparation of Schedule 1 to Motion to Stay for ADSF High Schools. [L430 - A103](0.50) | 0.50 | $225.00 |
| 6/6/2025 | DCZ | Conference call with client regarding status of bankruptcy matters and mediation. [L120 - A108](1.80) | 1.80 | $900.00 |
| 6/6/2025 | PEG | Call with Pascuzzi regarding further mediation strategies. [B100 - B110](0.30) | 0.30 | $156.00 |
| 6/9/2025 | DCZ | Conference call with coverage counsel regarding potential cases to release from bankruptcy stay. [L120 - A108](0.40) | 0.40 | $200.00 |
| 6/9/2025 | DCZ | Review and editing of draft email to Committee Counsel regarding next steps towards settlement. [L160 - A104](0.20) | 0.20 | $100.00 |
| 6/9/2025 | PEG | Call with Weinstein, Shulman and Zamora regarding identification of cases proposed for release. [B100 - B190](0.50) | 0.50 | $260.00 |
| 6/9/2025 | PEG | Review and edit draft correspondence to Burns regarding cases for release. [B100 - B190](0.30) | 0.30 | $156.00 |
| 6/9/2025 | PEG | Call with Judge Buckley and Ori Katz regarding mediation strategies. [B100 - B110](0.60) | 0.60 | $312.00 |
| 6/9/2025 | PEG | Review of Katz' notes of call with Judge Buckley. [B100 - B110](0.20) | 0.20 | $104.00 |
| 6/10/2025 | DCZ | Conference call with bankruptcy counsel and professionals discussing settlement strategy. [L160 - A108](0.90) | 0.90 | $450.00 |
| 6/10/2025 | DCZ | Drafting correspondence to Paula Carney regarding accused individual information on multiple claims. [L160 - A103](0.20) | 0.20 | $100.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

July 07, 2025
Client:      150363
Matter:      900036
Invoice #:   98509004

Page:        3

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 6/10/2025 | DCZ | Phone call with Paula Carney regarding accused individual information on multiple claims. [L160 - A106](0.40) | 0.40 | $200.00 |
| 6/10/2025 | PEG | Weekly debtor professionals call. [B100 - B110](0.80) | 0.80 | $416.00 |
| 6/10/2025 | PEG | Review of Katz' edits to memorandum to Committee regarding released cases. [B100 - B190](0.20) | 0.20 | $104.00 |
| 6/10/2025 | PEG | Call with Weinstein regarding release of affiliates cases. [B100 - B190](0.20) | 0.20 | $104.00 |
| 6/10/2025 | PEG | Follow up from Weinstein regarding released cases. [B100 - B190](0.20) | 0.20 | $104.00 |
| 6/10/2025 | MAS | Receipt and review of correspondence from Creditor's Committee counsel regarding outstanding personnel files. [L320 - A107](0.30) | 0.30 | $112.50 |
| 6/11/2025 | PEG | Review of final Weinstein memorandum to Burns regarding release of cases proposal. [B100 - B190](0.20) | 0.20 | $104.00 |
| 6/11/2025 | PEG | Review of memorandum from Paul Pascuzzi regarding canon law expert. [B100 - B190](0.20) | 0.20 | $104.00 |
| 6/11/2025 | MAS | Receipt and review of correspondence from Omni regarding new claim supplements. [L320 - A107](0.30) | 0.30 | $112.50 |
| 6/12/2025 | PEG | Review of Opposition to motion to extend stay. [B100 - B190](0.60) | 0.60 | $312.00 |
| 6/12/2025 | PEG | Exchange with Judge Buckley regarding mediator replies. [B100 - B110](0.30) | 0.30 | $156.00 |
| 6/12/2025 | MAS | Receipt and review of further correspondence from Creditor's Committee counsel regarding outstanding personnel files. [L320 - A107](0.20) | 0.20 | $75.00 |
| 6/13/2025 | DCZ | Review and analysis of Creditor Committee's Opposition to motion to extend bankruptcy stay. [L120 - A104](0.30) | 0.30 | $150.00 |
| 6/13/2025 | DCZ | Conference call with client regrading status of bankruptcy mediation and opposition to motion to extend bankruptcy stay. [L120 - A106](0.90) | 0.90 | $450.00 |
| 6/13/2025 | PEG | Zoom session with Fr. Summerhays, Paula Carney, Wayne Weitz, Michael Flanagan and counsel regarding mediation strategy issues. [B100 - B190](1.00) | 1.00 | $520.00 |
| 6/15/2025 | PEG | Call with Judge Buckley regarding response from mediators. [B100 - B110](0.30) | 0.30 | $156.00 |
| 6/16/2025 | MAS | Analysis of new claim supplements. [L320 - A104](3.30) | 3.30 | $1,237.50 |
| 6/16/2025 | MAS | Draft privilege log for ██████████ personnel file. [L320 - A103](0.40) | 0.40 | $150.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

July 07, 2025
Client:        150363
Matter:        900036
Invoice #:     98509004

Page:            4

_____

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 6/16/2025 | MAS | Analysis of outstanding personnel files for production to Creditor's Committee. [L320 - A104](0.50) | 0.50 | $187.50 |
| 6/16/2025 | MAS | Draft privilege log for ▮▮▮▮ personnel file. [L320 - A103](0.30) | 0.30 | $112.50 |
| 6/16/2025 | MAS | Analysis of personnel file of ▮▮▮▮ for purposes of production to Creditor's Committee. [L320 - A104](1.70) | 1.70 | $637.50 |
| 6/17/2025 | DCZ | Drafting arguments for reply in support of motion to stay affiliate actions. [L120 - A103](1.00) | 1.00 | $500.00 |
| 6/17/2025 | DCZ | Conference call with bankruptcy counsel discussing upcoming mediation and strategy. [L160 - A108](0.40) | 0.40 | $200.00 |
| 6/17/2025 | PEG | Weekly debtor professionals call. [B100 - B110](0.40) | 0.40 | $208.00 |
| 6/17/2025 | PEG | Call with mediators and Ori Katz regarding strategies for next session. [B100 - B110](0.50) | 0.50 | $260.00 |
| 6/17/2025 | PEG | Follow up with Ori Katz regarding mediators. [B100 - B110](0.20) | 0.20 | $104.00 |
| 6/17/2025 | MAS | Further analysis of personnel file of ▮▮▮▮ for purposes of production to Creditor's Committee. [L320 - A104](4.00) | 4.00 | $1,500.00 |
| 6/17/2025 | MAS | Correspondence with Sheppard Mullin regarding production of outstanding personnel files for production to Creditor's Committee. [L320 - A107](0.40) | 0.40 | $150.00 |
| 6/17/2025 | MAS | Telephone call with Sheppard Mullin regarding production of outstanding personnel files for production to Creditor's Committee. [L320 - A107](0.20) | 0.20 | $75.00 |
| 6/17/2025 | MAS | Draft privilege log for ▮▮▮▮ personnel file. [L320 - A103](0.40) | 0.40 | $150.00 |
| 6/17/2025 | MAS | Correspondence with Creditor's Committee counsel regarding outstanding personnel files. [L320 - A107](0.30) | 0.30 | $112.50 |
| 6/17/2025 | MAS | Correspondence with Sheppard Mullin regarding outstanding personnel files. [L320 - A107](0.30) | 0.30 | $112.50 |
| 6/17/2025 | BGON | Code documents for privilege log.  Prepare document production and  draft of privilege log. [L320 - A103](0.70) | 0.70 | $157.50 |
| 6/18/2025 | DCZ | Legal research on collateral estoppel for purposes of drafting reply in support of motion to extend bankruptcy stay. [L120 - A102](2.10) | 2.10 | $1,050.00 |
| 6/18/2025 | PEG | Review and edit draft Reply in support of motion to extend stay. [B100 - B190](0.70) | 0.70 | $364.00 |
| 6/18/2025 | PEG | Exchange with Paul Pascuzzi regarding proposed plan term sheet. [B100 - B110](0.20) | 0.20 | $104.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

July 07, 2025
Client: 150363
Matter: 900036
Invoice #: 98509004

Page: 5

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 6/18/2025 | PEG | Review of reply from Judge Buckley regarding mediator strategies. [B100 - B110](0.20) | 0.20 | $104.00 |
| 6/18/2025 | PEG | Review and comment on revised draft Reply. [B100 - B190](0.50) | 0.50 | $260.00 |
| 6/18/2025 | MAS | Correspondence with Kevin Cifarelli regarding additional information needed regarding dates of abuse of certain claims. [L320 - A107](0.30) | 0.30 | $112.50 |
| 6/18/2025 | MAS | Analysis of additional information provided from Creditor's Committee regarding dates of abuse for certain claims. [L320 - A104](0.30) | 0.30 | $112.50 |
| 6/18/2025 | MAS | Correspondence with Sheppard Mullin regarding production of outstanding personnel files. [L320 - A107](0.30) | 0.30 | $112.50 |
| 6/18/2025 | MAS | Attend meeting with Amanda Cottrell regarding production of outstanding personnel files. [L320 - A107](0.20) | 0.20 | $75.00 |
| 6/19/2025 | PEG | Exchange with Paul Pascuzzi regarding cases subject to 105 injunction motion and insurance coverage. [B100 - B190](0.30) | 0.30 | $156.00 |
| 6/19/2025 | PEG | Further exchange with Ori Katz regarding Alternative approach argument. [B100 - B190](0.30) | 0.30 | $156.00 |
| 6/19/2025 | BJLE | Preparation of response to Paul Pascuzzi regarding claims in Motion to Stay. [L430 - A103](1.50) | 1.50 | $675.00 |
| 6/19/2025 | MAS | Analysis of stayed cases listed on exhibit to motion for extension of stay for purposes of determining whether cases fall under bankruptcy protection. [L320 - A104](2.20) | 2.20 | $825.00 |
| 6/19/2025 | MAS | Correspondence with Paul Pascuzzi regarding stayed cases listed on exhibit to motion for extension of stay for purposes of determining whether cases fall under bankruptcy protection. [L140 - A107](0.30) | 0.30 | $112.50 |
| 6/20/2025 | DCZ | Conference call with client regarding mediation strategy. [L110 - A106](0.30) | 0.30 | $150.00 |
| 6/20/2025 | DCZ | Conference call with Paul Pascuzzi regarding state court questions for motion to extend bankruptcy stay. [L210 - A107](0.20) | 0.20 | $100.00 |
| 6/20/2025 | PEG | Debtor professionals call with Fr. Summerhays and Paula Carney. [B100 - B110](0.40) | 0.40 | $208.00 |
| 6/20/2025 | PEG | Review of email from Katz regarding discussion with mediators. [B100 - B110](0.20) | 0.20 | $104.00 |
| 6/20/2025 | PEG | Call with mediators and Katz regarding next session. [B100 - B110](0.50) | 0.50 | $260.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

July 07, 2025
Client: 150363
Matter: 900036
Invoice #: 98509004

Page: 6

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 6/20/2025 | PEG | Review of LMI correspondence with multiple questions on demand to carrier. [B100 - B110](0.40) | 0.40 | $208.00 |
| 6/20/2025 | MAS | Correspondence with Amanda Cottrell regarding production of outstanding personnel files. [L320 - A107](0.30) | 0.30 | $112.50 |
| 6/20/2025 | MAS | Attend meeting with Paul Pascuzzi regarding stayed cases listed on exhibit to motion for extension of stay for purposes of determining whether cases fall under bankruptcy protection. [L140 - A107](0.30) | 0.30 | $112.50 |
| 6/20/2025 | MAS | Receipt and review of correspondence from Creditor's Committee counsel regarding production of outstanding personnel files. [L320 - A107](0.30) | 0.30 | $112.50 |
| 6/21/2025 | PEG | Review of memorandum from Pascuzzi regarding draft plan term sheet and review of draft term sheet. [B100 - B110](0.40) | 0.40 | $208.00 |
| 6/22/2025 | MAS | Receipt and review of correspondence from Kevin Cifarelli I regarding production of outstanding personnel files to LMI carrier. [L320 - A107](0.30) | 0.30 | $112.50 |
| 6/22/2025 | MAS | Receipt and review of correspondence from Kevin Cifarelli regarding claim for claimant #241. [L320 - A107](0.20) | 0.20 | $75.00 |
| 6/23/2025 | PEG | Pre-mediation call with Fr. Summerhays, Paula Carney, Paul Pascuzzi and Barry Weinstein. [B100 - B110](1.40) | 1.40 | $728.00 |
| 6/23/2025 | PEG | Call with judge Buckley regarding mediation session. [L160 - A108](0.30) | 0.30 | $156.00 |
| 6/23/2025 | PEG | Call with Paula Carney regarding tomorrow's session. [B100 - B110](0.30) | 0.30 | $156.00 |
| 6/23/2025 | PEG | Call with Pascuzzi and Weinstein regarding mediators. [B100 - B110](0.30) | 0.30 | $156.00 |
| 6/23/2025 | MAS | Correspondence with Kevin Cifarelli regarding claim for claimant #241. [L320 - A107](0.20) | 0.20 | $75.00 |
| 6/23/2025 | MAS | Review of production of outstanding personnel files to LMI carrier. [L320 - A104](2.70) | 2.70 | $1,012.50 |
| 6/23/2025 | MAS | Correspondence with Kevin Cifarelli regarding personnel files for carriers. [L320 - A107](0.40) | 0.40 | $150.00 |
| 6/24/2025 | PEG | Attend Mediation session with Judge Buckley and Tim Gallagher. [B100 - B110](7.00) | 7.00 | $3,640.00 |
| 6/24/2025 | MAS | Further analysis of stayed cases listed on exhibit to motion for extension of stay for purposes of determining whether cases fall under bankruptcy protection. [L320 - A104](1.00) | 1.00 | $375.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

July 07, 2025
Client: 150363
Matter: 900036
Invoice #: 98509004

Page: 7

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 6/24/2025 | MAS | Correspondence with Barry Weinstein regarding analysis of stayed cases listed on exhibit to motion for extension of stay for purposes of determining whether cases fall under bankruptcy protection. [L320 - A107](0.30) | 0.30 | $112.50 |
| 6/26/2025 | PEG | Call with Jeff Schulman regarding selection of proposed cases to be released. [B100 - B110](0.30) | 0.30 | $156.00 |
| 6/26/2025 | PEG | Review of newly filed Proof of Claim by ███████. [B300 - B310](0.30) | 0.30 | $156.00 |
| 6/26/2025 | PEG | drafting of email to Carney, Pascuzzi and Katz regarding cases to propose to release. [B100 - B110](0.20) | 0.20 | $104.00 |
| 6/26/2025 | MAS | Analysis of stayed cases under specific coverage periods for purposes of determining whether to release from stay and propose to mediator as bellwethers. [L320 - A104](0.90) | 0.90 | $337.50 |
| 6/26/2025 | MAS | Review of newly filed claim. [L320 - A104](0.50) | 0.50 | $187.50 |
| 6/26/2025 | MAS | Correspondence with Paula Carney regarding newly filed claim. [L120 - A106](0.40) | 0.40 | $150.00 |
| 6/26/2025 | MAS | Correspondence with ███████ and ███████ regarding newly filed claim. [L120 - A107](0.30) | 0.30 | $112.50 |
| 6/26/2025 | MAS | Correspondence with Jeffrey Schulman and Barry Weinstein regarding newly filed claim. [L120 - A106](0.30) | 0.30 | $112.50 |
| 6/27/2025 | PEG | Call with Fr. Sumerhays, Paula Carney, Michael Flanagan and Paul Pascuzzi regarding mediation and related issues. [B100 - B110](0.70) | 0.70 | $364.00 |
| 6/27/2025 | PEG | Review of remaining claims in the 3 identified insurance towers and preparation of memorandum to Paula Carney identifying claims by alleged perpetrator. [B100 - B190](0.50) | 0.50 | $260.00 |
| 6/27/2025 | PEG | Call with Weinstein regarding insurance towers for identification of proposed cases for release. [B100 - B190](0.20) | 0.20 | $104.00 |
| 6/27/2025 | MAS | Further analysis of stayed cases under specific coverage periods for purposes of determining whether to release from stay and propose to mediator as bellwethers. [L320 - A104](2.20) | 2.20 | $825.00 |
| 6/30/2025 | PEG | Preparation of memorandum to Carney, Pascuzzi, Katz and Weinstein regarding selection of cases for release. [B100 - B110](0.40) | 0.40 | $208.00 |
| 6/30/2025 | PEG | Call with Weinstein regarding released case selection. [B100 - B110](0.30) | 0.30 | $156.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

July 07, 2025
Client:        150363
Matter:        900036
Invoice #:   98509004

Page:              8

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 6/30/2025 | PEG | Exchange with Ori Katz regarding meeting with Judge Buckley. [B100 - B110](0.20) | 0.20 | $104.00 |
| 6/30/2025 | MAS | Receipt and review of correspondence with ████ and ████ regarding newly filed claim. [L120 - A107](0.20) | 0.20 | $75.00 |
| 6/30/2025 | MAS | Correspondence with Paula Carney regarding additional personnel files. [L120 - A106](0.30) | 0.30 | $112.50 |
| 6/30/2025 | MAS | Review of personnel file of ████ for purposes of production to Creditor's Committee. [L320 - A104](0.50) | 0.50 | $187.50 |
| | | **Total Services** | 73.10 | $33,336.50 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|------|--------------------|-------------|-------|---------|------------|
| PEG | Paul E. Gaspari | SHAREHOLDER | 28.20 | $520.00 | $14,664.00 |
| DCZ | Daniel C. Zamora | SHAREHOLDER | 14.20 | $500.00 | $7,100.00 |
| BJLE | Benjamin J. Lewis | ASSOCIATE | 2.20 | $450.00 | $990.00 |
| MAS | Monica Silver | ASSOCIATE | 27.80 | $375.00 | $10,425.00 |
| BGON | Brian Gonzaga | PARALEGAL | 0.70 | $225.00 | $157.50 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $873,354.75 | Previous Balance | $118,257.00 |
| Total Disbursements to Date: | $2,192.28 | Current Charges | $33,336.50 |
| Total to Date: | $875,547.03 | Less Payments | $52,450.70 |
| | | **Balance Due** | **$99,142.80** |

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| B100 | Case Administration | 22.30 | $11,596.00 |

The Archdiocese of San Francisco

RE:  Bankruptcy

July 07, 2025
Client:        150363
Matter:        900036
Invoice #:     98509004

Page:              9

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| B100 | Other Contested Matters (excluding assumption/re | 5.30 | $2,756.00 |
| B300 | Claims Administration and Objections | 0.30 | $156.00 |
| L110 | Fact Investigation/Development - Commun. w/Clien | 0.30 | $150.00 |
| L120 | Analysis/Strategy - Research | 2.10 | $1,050.00 |
| L120 | Analysis/Strategy - Draft/Revise | 1.00 | $500.00 |
| L120 | Analysis/Strategy - Review/Analyze | 1.50 | $750.00 |
| L120 | Analysis/Strategy - Communicate/With Client | 3.60 | $1,675.00 |
| L120 | Analysis/Strategy - Communicate/Other Counsel | 0.50 | $187.50 |
| L120 | Analysis/Strategy - Communicate/Other External | 2.20 | $1,100.00 |
| L140 | Document/File Management - Commun/Other Cou | 0.60 | $225.00 |
| L160 | Settlement/Non-Binding ADR - Draft/Revise | 0.20 | $100.00 |
| L160 | Settlement/Non-Binding ADR - Review/Analyze | 0.20 | $100.00 |
| L160 | Settlement/Non-Binding ADR - Communicate w/Cli | 0.40 | $200.00 |
| L160 | Settlement/Non-Binding ADR - Commun/Other Ext | 3.80 | $1,906.00 |
| L210 | Pleadings - Communicate/Other Counsel | 0.20 | $100.00 |
| L320 | Document Production - Draft/Revise | 1.80 | $570.00 |
| L320 | Document Production - Review/Analyze | 19.80 | $7,425.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

July 07, 2025
Client:      150363
Matter:      900036
Invoice #:   98509004

Page:         10

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L320 | Document Production - Communicate/Other Couns | 4.80 | $1,800.00 |
| L430 | Written Motions/Submissions - Draft/Revise | 2.20 | $990.00 |

| | | |
|---|---|---|
| **Total Hours** | **73.10** | |
| **Total Fees:** | **$33,336.50** | |



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ████1351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, ESQ**

August 04, 2025
Client:       150363

For Professional Services Rendered Through July 31, 2025

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000390 | ████ v. Archdiocese of San Francisco | 98510916 | $2,348.00 | $41.50 | $2,389.50 |

## *Account Summary*

| | |
|---|---|
| Previous Balance | $3,412.80 |
| Current Charges | $2,389.50 |
| Less Payments | $1,158.40 |
| **Balance Due:** | **$4,643.90** |

| | |
|---|---|
| **Retainer Balance** | **$980.98** |

## Invoices Due Upon Presentation
### Thank You for Your Business



weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███1351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, ESQ**

August 04, 2025
Client: 150363
Matter: 000390
Invoice #: 98510916

Page: 1

RE: ████████ v. Archdiocese of San Francisco

For Professional Services Rendered Through July 31, 2025

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 7/7/2025 | PEG | Review of memorandum from Simons to SF Superior Court regarding trial setting. [L440 - A107](0.30) | 0.30 | $156.00 |
| 7/7/2025 | ZMS | Monitor communications from plaintiff's attorney to court reiterating request for assignment of a trial setting date. [L450 - A107](0.20) | 0.20 | $104.00 |
| 7/17/2025 | PEG | Review of memorandum from Rick Simons regarding trial setting conference. [L230 - A107](0.20) | 0.20 | $104.00 |
| 7/21/2025 | DCZ | Review and analysis of ex parte application for scheduling of trial setting conference. [L120 - A104](0.30) | 0.30 | $150.00 |
| 7/21/2025 | DCZ | Drafting response to ex parte application for scheduling of trial setting conference. [L120 - A103](1.10) | 1.10 | $550.00 |
| 7/21/2025 | PEG | Edit draft response to ex parte application for Case Management Conference. [L230 - A103](0.20) | 0.20 | $104.00 |
| 7/21/2025 | ZMS | Receipt and review of plaintiff's application to SF Superior Court for expedited trial setting of bellwether cases for which automatic stay has been lifted by the bankruptcy court, including supporting declarations, exhibits and memorandum of points and authorities. [L250 - A111](0.30) | 0.30 | $156.00 |
| 7/22/2025 | DCZ | Final drafting of response to ex parte application for scheduling of trial setting conference. [L120 - A103](0.20) | 0.20 | $100.00 |

The Archdiocese of San Francisco

RE: ■■■■■■■ v. Archdiocese of San Francisco

August 04, 2025
Client:      150363
Matter:      000390
Invoice #:   98510916

Page:           2

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 7/29/2025 | ZMS | Communications from counsel for plaintiff regarding their efforts to restore case to the trial calendar. [L440 - A108](0.20) | 0.20 | $104.00 |
| 7/30/2025 | PEG | Memo from Rick Simons re rejection of ex parte application for TSC. [L230 - A107](0.20) | 0.20 | $104.00 |
| 7/30/2025 | ZMS | Review renewed application by plaintiff for expedited trial setting conference and assignment to trial. [L450 - A107](0.20) | 0.20 | $104.00 |
| 7/31/2025 | DCZ | Drafting response to renewed ex parte application for trial setting. [L120 - A103](0.40) | 0.40 | $200.00 |
| 7/31/2025 | DCZ | Phone call with Rick Simons regarding setting of case management conference in San Francisco Superior Court. [L120 - A108](0.20) | 0.20 | $100.00 |
| 7/31/2025 | PEG | Review of notice of Case Management Conference with Judge Gordon; review of Judge Gordon's background. [L230 - A104](0.40) | 0.40 | $208.00 |
| 7/31/2025 | ZMS | Receipt of Court's order  reassigning case top Judge Alexandra Gordon and setting Case Management Conference to conducted September 5, 2025 and calendaring of limitations. [L230 - A102](0.20) | 0.20 | $104.00 |
| | | Total Services | 4.60 | $2,348.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|---|---|-------|-------|------|--------|
| PEG | Paul E. Gaspari | SHAREHOLDER | 1.30 | $520.00 | $676.00 |
| ZMS | Zachary M. Smith | SHAREHOLDER | 1.10 | $520.00 | $572.00 |
| DCZ | Daniel C. Zamora | SHAREHOLDER | 2.20 | $500.00 | $1,100.00 |

**EXPENSES**

| Date | Description of Expenses | Amount |
|------|------------------------|--------|
| 7/29/2025 | One Legal, LLC- Service of process- Response,Proof of Service-Court Superior Court of California, San Francisco County [E100 - E124] | $20.75 |
| 7/29/2025 | One Legal, LLC- Service- Response,Proof of Service- Superior Court of California, San Francisco County [E100 - E124] | $20.75 |
| | Total Expenses | $41.50 |

The Archdiocese of San Francisco

RE: ██████████ v. Archdiocese of San Francisco

August 04, 2025
Client:       150363
Matter:       000390
Invoice #:    98510916

Page:              3

| Total Fees to Date: | $167,170.00 |
|---|---|
| Total Disbursements to Date: | $36,283.76 |
| Total to Date: | $203,453.76 |

| Previous Balance | $3,412.80 |
|---|---|
| Current Charges | $2,389.50 |
| Less Payments | $1,158.40 |
| **Balance Due** | **$4,643.90** |

| **Retainer Balance** | **$980.98** |
|---|---|

| Task | Description | Hours | Amount |
|---|---|---|---|
| E100 | Other | 0.00 | $41.50 |
| L120 | Analysis/Strategy - Draft/Revise | 1.70 | $850.00 |
| L120 | Analysis/Strategy - Review/Analyze | 0.30 | $150.00 |
| L120 | Analysis/Strategy - Communicate/Other External | 0.20 | $100.00 |
| L230 | Court Mandated Conferences - Research | 0.20 | $104.00 |
| L230 | Court Mandated Conferences - Draft/Revise | 0.20 | $104.00 |
| L230 | Court Mandated Conferences - Review/Analyze | 0.40 | $208.00 |
| L230 | Court Mandated Conferences - Commun./Other Co | 0.40 | $208.00 |
| L250 | Oth Written Motion/Submiss - Other | 0.30 | $156.00 |
| L440 | Other Preparation/Support - Commun./Other Coun | 0.30 | $156.00 |
| L440 | Other Preparation/Support - Commun./Other Exter | 0.20 | $104.00 |
| L450 | Trial & Hearing Attendance - Commun./Other Cou | 0.40 | $208.00 |

The Archdiocese of San Francisco

RE: ██████ v. Archdiocese of San Francisco

August 04, 2025
Client:         150363
Matter:         000390
Invoice #:    98510916

Page:           4

| Task | Description | | Hours | Amount |
|------|-------------|---|-------|--------|
| | | **Total Hours** | **4.60** | |
| | | | **Total Fees:** | **$2,348.00** |



weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ████1351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

August 04, 2025
Client:         150363

For Professional Services Rendered Through July 31, 2025

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000945 | Shajana Steele V. Cruise, LLC, ET AL | 98510908 | $12,765.00 | $170.60 | $12,935.60 |

## *Account Summary*

| | |
|---|---|
| Previous Balance | $14,131.30 |
| Current Charges | $12,935.60 |
| Less Payments | $4,226.00 |
| **Balance Due:** | **$22,840.90** |

## Invoices Due Upon Presentation
### Thank You for Your Business



weintraub tobin
weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███ 1351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention:  Paula Carney, Esq.**

August 04, 2025
Client:          150363
Matter:         000945
Invoice #:    98510908

Page:                    1

RE:  Shajana Steele V. Cruise, LLC, ET AL

For Professional Services Rendered Through July 31, 2025

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 7/1/2025 | BJLE | Zoom meeting with Paula Carney regarding case strategy. [L120 - A106](0.20) | 0.20 | $95.00 |
| 7/3/2025 | BJLE | Telephone call with David Belcher regarding cross complaint. [L210 - A107](0.20) | 0.20 | $95.00 |
| 7/3/2025 | CM | Research requirements for valid Stipulation re: tolling of the statute of limitations and dismissal of cross-complaint without prejudice and draft Stipulation re: same. [L210 - A103](1.70) | 1.70 | $680.00 |
| 7/7/2025 | CM | Revise Stipulation re: dismissal of cross-complaint without prejudice and tolling of Statute of Limitations. [L210 - A103](0.40) | 0.40 | $160.00 |
| 7/8/2025 | CM | Draft written responses and objections to Plaintiff Shajana Steele's Form Interrogatories, Set One on behalf of Defendant The Roman Catholic Archbishop of San Francisco. [L310 - A103](2.40) | 2.40 | $960.00 |
| 7/9/2025 | BJLE | Review and revise draft stipulation to toll statute of limitations and dismiss cross compliant without prejudice. [L210 - A103](0.50) | 0.50 | $237.50 |
| 7/9/2025 | CM | Begin draft Special Interrogatories, Set One to be propounded on Defendant Cruise, LLC. [L310 - A103](0.70) | 0.70 | $280.00 |

The Archdiocese of San Francisco

RE:  Shajana Steele V. Cruise, LLC, ET AL

August 04, 2025
Client:        150363
Matter:      000945
Invoice #:   98510908

Page:               2

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 7/10/2025 | CM | Continue draft Special Interrogatories, Set One to be propounded on Defendant Cruise, LLC and prepare Declaration for additional discovery. [L310 - A103](1.40) | 1.40 | $560.00 |
| 7/10/2025 | CM | Draft Request for Admissions, Set One to be propounded on Defendant Cruise, LLC. [L310 - A103](1.20) | 1.20 | $480.00 |
| 7/10/2025 | CM | Draft Form Interrogatories, Set One to be propounded on Defendant Cruise, LLC. [L310 - A103](0.60) | 0.60 | $240.00 |
| 7/13/2025 | BJLE | Exchange of emails with Marizel Bajao regarding insurance information for discovery responses. [L310 - A107](0.20) | 0.20 | $95.00 |
| 7/13/2025 | BJLE | Preparation of email to John Christian regarding documents needed for discovery responses. [L310 - A106](0.30) | 0.30 | $142.50 |
| 7/13/2025 | BJLE | Preparation of email to Paula Carney regarding additional information needed for discovery responses. [L310 - A106](0.70) | 0.70 | $332.50 |
| 7/14/2025 | BJLE | Exchange of emails with Paula Carney regarding discovery responses. [L310 - A106](0.20) | 0.20 | $95.00 |
| 7/14/2025 | BJLE | Exchange of emails with Paula Carney regarding discovery responses on other claims against the Archdiocese. [L310 - A106](0.20) | 0.20 | $95.00 |
| 7/14/2025 | BJLE | Preparation of response to Special Interrogatories 2, 15, 16, 23, and 34-37. [L310 - A103](1.10) | 1.10 | $522.50 |
| 7/14/2025 | CM | Review and analyze proposed changes made by Counsel for Cruise, LLC to proposed Stipulation re Dismissal and Tolling Agreement. [L210 - A104](0.30) | 0.30 | $120.00 |
| 7/15/2025 | BJLE | Exchange of emails with David Belcher regarding stipulation to extend time to respond to cross complaint. [L210 - A107](0.20) | 0.20 | $95.00 |
| 7/15/2025 | BJLE | Analyze and execute stipulation to extend time to respond to cross complaint. [L210 - A104](0.20) | 0.20 | $95.00 |
| 7/15/2025 | BJLE | Review and revise special interrogatories 1-40. [L430 - A103](1.80) | 1.80 | $855.00 |
| 7/16/2025 | BJLE | Review and revise Request for Production No. 1 through 45. [L310 - A103](1.20) | 1.20 | $570.00 |
| 7/16/2025 | BJLE | Preparation of response to FROG 17.1 responses 1-45. [L310 - A103](2.50) | 2.50 | $1,187.50 |
| 7/16/2025 | BJLE | Review and revise responses to FROG 1 - 16. [L310 - A103](0.50) | 0.50 | $237.50 |
| 7/16/2025 | BJLE | Exchange of emails with Paula Carney regarding draft discovery responses. [L310 - A106](0.20) | 0.20 | $95.00 |

The Archdiocese of San Francisco

RE: Shajana Steele V. Cruise, LLC, ET AL

August 04, 2025
Client:      150363
Matter:      000945
Invoice #:   98510908

Page:        3

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 7/17/2025 | BJLE | Review of Cruise LLC's proposed changes to stipulation to dismiss cross complaint without prejudice and make final revisions. [L210 - A103](0.30) | 0.30 | $142.50 |
| 7/17/2025 | BJLE | Exchange of emails with Paula Carney regarding trial date and stipulation to dismiss cross complaint without prejudice. [L210 - A106](0.20) | 0.20 | $95.00 |
| 7/17/2025 | BJLE | Exchange of emails with Paula Carney regarding discovery responses. [L210 - A106](0.20) | 0.20 | $95.00 |
| 7/17/2025 | BJLE | Exchange of emails with David Belcher regarding stipulation to dismiss cross complaint without prejudice. [L210 - A107](0.20) | 0.20 | $95.00 |
| 7/17/2025 | BJLE | Exchange of emails with Doug Shaffer and David Belcher regarding negotiating trial dates. [L230 - A107](0.20) | 0.20 | $95.00 |
| 7/17/2025 | BGON | Prepare client files for attorney review. [L140 - A104](0.40) | 0.40 | $90.00 |
| 7/21/2025 | BJLE | Final review and revision of discovery responses prior to serving on Plaintiff. [L310 - A103](0.80) | 0.80 | $380.00 |
| 7/21/2025 | CM | Review and analyze various insurance policies for the Roman Catholic Archbishop of San Francisco for purposes of written discovery. [L190 - A104](1.10) | 1.10 | $440.00 |
| 7/21/2025 | CM | Finalize written responses to Plaintiff Shajana Steele's Form Interrogatories, Set One, Request for Admissions, Set One, Special Interrogatories, Set One, and Request for Production of Documents, Set One. [L310 - A103](2.60) | 2.60 | $1,040.00 |
| 7/21/2025 | BGON | Prepare document production. [L320 - A103](0.50) | 0.50 | $112.50 |
| 7/22/2025 | BJLE | Telephone call Doug Shaffer regarding upcoming hearing. [L230 - A107](0.20) | 0.20 | $95.00 |
| 7/22/2025 | BJLE | Exchange of emails with Doug Shaffer and David Belcher regarding upcoming hearing. [L230 - A107](0.20) | 0.20 | $95.00 |
| 7/22/2025 | BJLE | Attend OSC regarding new trial date. [L230 - A109](0.30) | 0.30 | $142.50 |
| 7/22/2025 | BJLE | Exchange of emails with Plaintiff's counsel regarding new trial date. [L230 - A107](0.20) | 0.20 | $95.00 |
| 7/22/2025 | BJLE | Exchange of emails with Paula Carney and Marizel Bajao regarding new trial date. [L230 - A106](0.20) | 0.20 | $95.00 |
| 7/22/2025 | BJLE | Review and revise notice to dismiss cross complaint without prejudice. [L210 - A103](0.20) | 0.20 | $95.00 |
| 7/22/2025 | CM | Prepare Verifications for client signature. [L310 - A111](0.30) | 0.30 | $120.00 |

The Archdiocese of San Francisco

RE: Shajana Steele V. Cruise, LLC, ET AL

August 04, 2025
Client:        150363
Matter:        000945
Invoice #:    98510908

Page:              4

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 7/22/2025 | CM | Draft Request for Dismissal of Cross-Complaint against Cruise, LLC with waiver of fees and costs. [L440 - A103](0.60) | 0.60 | $240.00 |
| 7/23/2025 | BJLE | Exchange of emails with Paula Carney regarding verifications. [L310 - A106](0.20) | 0.20 | $95.00 |
| 7/24/2025 | BJLE | Exchange of emails with Paula Carney regarding verifications. [L310 - A106](0.20) | 0.20 | $95.00 |
| 7/24/2025 | CM | Review insurance information received from insurance carrier and draft supplemental response to Plaintiffs Form Interrogatory No. 4.1. [L310 - A103](0.70) | 0.70 | $280.00 |
| 7/25/2025 | BJLE | Review and review FROG response 4.1. [L310 - A103](0.20) | 0.20 | $95.00 |
| 7/29/2025 | CM | Finalize supplemental response to Plaintiffs Form Interrogatory No. 4.1 and identify and prepare insurance policy documents for production. [L310 - A103](0.50) | 0.50 | $200.00 |
| 7/29/2025 | BGON | Prepare document production. [L140 - A103](0.50) | 0.50 | $112.50 |
| | | Total Services | 29.90 | $12,765.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|------|------|-------|-------|------|--------|
| BJLE | Benjamin J. Lewis | ASSOCIATE | 14.00 | $475.00 | $6,650.00 |
| CM | Carly M Moran | ASSOCIATE | 14.50 | $400.00 | $5,800.00 |
| BGON | Brian Gonzaga | PARALEGAL | 1.40 | $225.00 | $315.00 |

**EXPENSES**

| Date | Description of Expenses | Amount |
|------|------------------------|--------|
| 5/31/2025 | Specialized Legal Services, Inc.- Service- Servee: Cruise, LLC, A California Business [E100 - E124] | $103.70 |
| 7/10/2025 | Ace Attorney Service, Inc.- Filing fee- 06/25/2025- Case MGMT STMT: San Francisco Super [E100 - E101] | $66.90 |
| | Total Expenses | $170.60 |

| | |
|------|------|
| Total Fees to Date: | $37,023.50 |
| Total Disbursements to Date: | $842.75 |
| Total to Date: | $37,866.25 |

The Archdiocese of San Francisco

RE: Shajana Steele V. Cruise, LLC, ET AL

August 04, 2025
Client:        150363
Matter:       000945
Invoice #:    98510908

Page:            5

| | | |
|---|---|---|
| Previous Balance | | $14,131.30 |
| Current Charges | | $12,935.60 |
| Less Payments | | $4,226.00 |
| **Balance Due** | | **$22,840.90** |

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| E100 | Copying | 0.00 | $66.90 |
| E100 | Other | 0.00 | $103.70 |
| L120 | Analysis/Strategy - Communicate/With Client | 0.20 | $95.00 |
| L140 | Document/File Management - Draft/Revise | 0.50 | $112.50 |
| L140 | Document/File Management - Review/Analyze | 0.40 | $90.00 |
| L190 | Other - Review/Analyze | 1.10 | $440.00 |
| L210 | Pleadings - Draft/Revise | 3.10 | $1,315.00 |
| L210 | Pleadings - Review/Analyze | 0.50 | $215.00 |
| L210 | Pleadings - Communicate/With Client | 0.40 | $190.00 |
| L210 | Pleadings - Communicate/Other Counsel | 0.60 | $285.00 |
| L230 | Court Mandated Conferences - Communicate w/Cl | 0.20 | $95.00 |
| L230 | Court Mandated Conferences - Commun./Other Co | 0.80 | $380.00 |

The Archdiocese of San Francisco

RE: Shajana Steele V. Cruise, LLC, ET AL

August 04, 2025
Client: 150363
Matter: 000945
Invoice #: 98510908

Page: 6

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L230 | Court Mandated Conferences - Appear For/Attend | 0.30 | $142.50 |
| L310 | Written Discovery - Draft/Revise | 16.40 | $7,032.50 |
| L310 | Written Discovery - Communicate/With Client | 2.00 | $950.00 |
| L310 | Written Discovery - Communicate/Other Counsel | 0.20 | $95.00 |
| L310 | Written Discovery - Other | 0.30 | $120.00 |
| L320 | Document Production - Draft/Revise | 0.50 | $112.50 |
| L430 | Written Motions/Submissions - Draft/Revise | 1.80 | $855.00 |
| L440 | Other Preparation/Support - Draft/Revise | 0.60 | $240.00 |

**Total Hours** 29.90

**Total Fees:** **$12,765.00**



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego
: www.weintraub.com
Federal Tax ID No: ████1351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention:  Paula Carney, Esq.**

August 04, 2025
Client:          150363

For Professional Services Rendered Through July 31, 2025

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000983 | ████AKA████V.████ | 98510904 | $150.00 | $0.00 | $150.00 |

## *Account Summary*

| | |
|---|---|
| Previous Balance | $3,220.00 |
| Current Charges | $150.00 |
| Less Payments | $1,640.00 |
| **Balance Due:** | **$1,730.00** |

## Invoices Due Upon Presentation
### Thank You for Your Business



**weintraub | tobin**
weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███ 1351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

August 04, 2025
Client:          150363
Matter:          000983
Invoice #:    98510904

Page:                    1

RE: ███████ AKA ███████ V. ███████

For Professional Services Rendered Through July 31, 2025

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 7/31/2025 | DCZ | Drafted correspondence to ███████ regarding status of claim. [L120 - A103](0.30) | 0.30 | $150.00 |
| | | Total Services | 0.30 | $150.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|---|---|-------|-------|------|--------|
| DCZ | Daniel C. Zamora | SHAREHOLDER | 0.30 | $500.00 | $150.00 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $6,800.00 | Previous Balance | $3,220.00 |
| Total Disbursements to Date: | $0.00 | Current Charges | $150.00 |
| Total to Date: | $6,800.00 | Less Payments | $1,640.00 |
| | | **Balance Due** | **$1,730.00** |

The Archdiocese of San Francisco

RE: ████████ AKA █████████ V. ██████████

August 04, 2025
Client:       150363
Matter:       000983
Invoice #:    98510904

Page:         2

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L120 | Analysis/Strategy - Draft/Revise | 0.30 | $150.00 |
| | **Total Hours** | **0.30** | |
| | **Total Fees:** | **$150.00** | |



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ████1351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention:  Paula Carney, Esq.**

August 04, 2025
Client:          150363

For Professional Services Rendered Through July 31, 2025

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000985 | ████████████ | 98510906 | $200.00 | $0.00 | $200.00 |

## *Account Summary*

| | |
|---|---:|
| Previous Balance | $9,850.00 |
| Current Charges | $200.00 |
| Less Payments | $7,720.00 |
| **Balance Due:** | **$2,330.00** |

## Invoices Due Upon Presentation
### Thank You for Your Business



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ████ 1351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

August 04, 2025
Client:        150363
Matter:        000985
Invoice #:    98510906

Page:                1

RE: ██████████

For Professional Services Rendered Through July 31, 2025

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 7/10/2025 | DCZ | Drafting correspondence to ██████ regarding status of claim. [L120 - A108](0.20) | 0.20 | $100.00 |
| 7/31/2025 | MDB | Correspondence with ██████ re: status of CRD Complaint. [L140 - A106](0.20) | 0.20 | $100.00 |
| | | Total Services | 0.40 | $200.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|------|------|-------|-------|------|--------|
| MDB | Meagan D. Bainbridge | SHAREHOLDER | 0.20 | $500.00 | $100.00 |
| DCZ | Daniel C. Zamora | SHAREHOLDER | 0.20 | $500.00 | $100.00 |

| | |
|---|---|
| Total Fees to Date: | $10,050.00 |
| Total Disbursements to Date: | $0.00 |
| Total to Date: | $10,050.00 |

The Archdiocese of San Francisco

RE: ████████████

August 04, 2025
Client:      150363
Matter:      000985
Invoice #:   98510906

Page:          2

| Previous Balance | $9,850.00 |
| Current Charges | $200.00 |
| Less Payments | $7,720.00 |
| **Balance Due** | **$2,330.00** |

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L120 | Analysis/Strategy - Communicate/Other External | 0.20 | $100.00 |
| L140 | Document/File Management - Communicate w/Clie | 0.20 | $100.00 |
| | **Total Hours** | **0.40** | |
| | **Total Fees:** | **$200.00** | |



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ████ 1351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

August 04, 2025
Client:          150363

For Professional Services Rendered Through July 31, 2025

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000986   | ███████████ | 98510905  | $600.00 | $0.00 | $600.00 |

## *Account Summary*

| | |
|---|---|
| Previous Balance | $850.00 |
| Current Charges | $600.00 |
| Less Payments | $520.00 |
| **Balance Due:** | **$930.00** |

## Invoices Due Upon Presentation
### Thank You for Your Business



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███ 1351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention:  Paula Carney, Esq.**

August 04, 2025
Client:          150363
Matter:         000986
Invoice #:   98510905

Page:                  1

RE: ██████████

For Professional Services Rendered Through July 31, 2025

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 7/8/2025 | DCZ | Review and analysis of demand letter allegations in advance of settlement call with claimant's counsel. [L160 - A104](0.50) | 0.50 | $250.00 |
| 7/8/2025 | MDB | Prepare for call with opposing counsel re: demand, including review of possible qualification for exempt status; prepare notes for file re: same. [L190 - A108](0.30) | 0.30 | $150.00 |
| 7/9/2025 | DCZ | Phone all with claimant's counsel regarding legal defenses to claim. [L120 - A108](0.20) | 0.20 | $100.00 |
| 7/16/2025 | DCZ | Drafted correspondence to claimant's counsel about communicating directly with client. [L120 - A103](0.20) | 0.20 | $100.00 |
| | | Total Services | 1.20 | $600.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|------|------------------|-------------|-------|--------|--------|
| MDB | Meagan D. Bainbridge | SHAREHOLDER | 0.30 | $500.00 | $150.00 |
| DCZ | Daniel C. Zamora | SHAREHOLDER | 0.90 | $500.00 | $450.00 |

| Total Fees to Date: | $1,450.00 |
|---------------------|-----------|

The Archdiocese of San Francisco

RE: ███████████

| | |
|---|---|
| Previous Balance | $850.00 |
| Current Charges | $600.00 |
| Less Payments | $520.00 |
| **Balance Due** | **$930.00** |

| | |
|---|---|
| Total Disbursements to Date: | $0.00 |
| Total to Date: | $1,450.00 |

| Task | Description | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy - Draft/Revise | 0.20 | $100.00 |
| L120 | Analysis/Strategy - Communicate/Other External | 0.20 | $100.00 |
| L160 | Settlement/Non-Binding ADR - Review/Analyze | 0.50 | $250.00 |
| L190 | Other - Communicate/Other External | 0.30 | $150.00 |

**Total Hours** *1.20*

***Total Fees:*** *$600.00*



weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego
: www.weintraub.com
Federal Tax ID No: ████ 1351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention:  Paula Carney, Esq.**

August 04, 2025
Client:          150363

For Professional Services Rendered Through July 31, 2025

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 900036 | Bankruptcy | 98510915 | $33,130.50 | $0.00 | $33,130.50 |

## *Account Summary*

| | |
|---|---|
| Previous Balance | $99,142.80 |
| Current Charges | $33,130.50 |
| Less Payments | $24,193.20 |
| **Balance Due:** | **$108,080.10** |

## Invoices Due Upon Presentation
### Thank You for Your Business



weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ████ 1351

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

August 04, 2025
Client:          150363
Matter:          900036
Invoice #:     98510915

Page:                    1

RE: Bankruptcy

For Professional Services Rendered Through July 31, 2025

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 7/1/2025 | PEG | Calls with Weinstein and Shulman regarding insurance towers for case selection and draft proposed email to mediators. [B100 - B110](0.60) | 0.60 | $312.00 |
| 7/2/2025 | PEG | Exchange of further emails with Jeff Shulman, Paul Pascuzzi and Ori Katz regarding communication to mediators regarding released cases. [B100 - B110](0.30) | 0.30 | $156.00 |
| 7/2/2025 | PEG | Finalize email to mediators regarding case release. [B100 - B110](0.20) | 0.20 | $104.00 |
| 7/3/2025 | PEG | Call with Judges Buckley and Sonchi regarding released cases. [B100 - B110](0.50) | 0.50 | $260.00 |
| 7/3/2025 | MAS | Further review personnel file of ████ for purposes of production to Creditor's Committee. [L320 - A104](1.00) | 1.00 | $375.00 |
| 7/7/2025 | DCZ | Drafting list of cases for mediators for potential lifting of bankruptcy stay. [L160 - A103](5.30) | 5.30 | $2,650.00 |
| 7/7/2025 | PEG | Review of additional cases to be proposed for release. [B100 - B110](0.50) | 0.50 | $260.00 |
| 7/8/2025 | DCZ | Further drafting of list of cases for mediators for potential lifting of bankruptcy stay. [L160 - A103](2.40) | 2.40 | $1,200.00 |
| 7/8/2025 | PEG | Call with Paula Carney regarding proposed cases for relief. [B100 - B190](0.30) | 0.30 | $156.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

August 04, 2025
Client: 150363
Matter: 900036
Invoice #: 98510915

Page: 2

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 7/8/2025 | PEG | Review of draft plan term sheet prepared by Pascuzzi. [B100 - B110](0.30) | 0.30 | $156.00 |
| 7/8/2025 | PEG | Preparation of further memorandum to Carney regarding additional proposed cases. [B100 - B110](0.30) | 0.30 | $156.00 |
| 7/9/2025 | DCZ | Final drafting list of cases for mediators for potential lifting of bankruptcy stay. [L160 - A103](0.50) | 0.50 | $250.00 |
| 7/9/2025 | DCZ | Review and analysis of list of 10 cases proposed by Creditors Committee for possible lift stay consideration. [L160 - A104](2.80) | 2.80 | $1,400.00 |
| 7/9/2025 | DCZ | Conference call with client regarding Committee's list of proposed lift stay cases. [L160 - A106](1.20) | 1.20 | $600.00 |
| 7/9/2025 | PEG | Finalize letter to mediators. [B100 - B110](0.20) | 0.20 | $104.00 |
| 7/9/2025 | PEG | Review and edit draft status report. [B100 - B110](0.30) | 0.30 | $156.00 |
| 7/9/2025 | PEG | Review of Committee proposed list for released cases. [B100 - B190](0.40) | 0.40 | $208.00 |
| 7/9/2025 | PEG | Review of reply from Judge Buckley regarding Committee proposed cases. [B100 - B190](0.20) | 0.20 | $104.00 |
| 7/9/2025 | PEG | Review of Fact Sheets and Proofs of Claim on Committee's proposed cases. [B100 - B190](1.20) | 1.20 | $624.00 |
| 7/9/2025 | PEG | Call with Fr. Summerhays, Paula Carney, Paul Pascuzzi, Barry Weinstein and Jeff Schuman regarding Committee's proposed cases. [B100 - B190](1.00) | 1.00 | $520.00 |
| 7/9/2025 | PEG | Call with Judge Buckley regarding case selection. [B100 - B190](0.30) | 0.30 | $156.00 |
| 7/9/2025 | BJLE | Analyze the ten proposed cases to lift the stay in the Archdiocese of San Francisco Bankruptcy to confirm there are no other co-defendants impacted by lifting the stay. [L430 - A104](1.70) | 1.70 | $765.00 |
| 7/9/2025 | MAS | Correspondence with Paula Carney regarding outstanding personnel files. [L320 - A106](0.30) | 0.30 | $112.50 |
| 7/9/2025 | BGON | Compile Proof of Claims and Fact Sheets of possible lift of stay cases and send to case team. [L140 - A104](1.20) | 1.20 | $270.00 |
| 7/10/2025 | DCZ | Review and analysis of list of 10 cases proposed by Creditors Committee or possible lift stay consideration. [L160 - A104](1.80) | 1.80 | $900.00 |
| 7/10/2025 | DCZ | Conference call with mediators and Creditors Committee regrading selection of lift stay cases and post-call debrief with client. [L160 - A108](1.70) | 1.70 | $850.00 |
| 7/10/2025 | PEG | Meeting with mediators and Committee regarding selection of released cases. [B100 - B190](1.50) | 1.50 | $780.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

August 04, 2025
Client:      150363
Matter:      900036
Invoice #:   98510915

Page:           3

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 7/10/2025 | PEG | Review of reply from Judge Buckley. [B100 - B190](0.20) | 0.20 | $104.00 |
| 7/11/2025 | DCZ | Review and analysis of past claim information regarding ▮▮▮▮▮▮ for purposes of determining date of first notice in consideration for release of potential cases from bankruptcy stay. [L160 - A104](0.60) | 0.60 | $300.00 |
| 7/11/2025 | DCZ | Conference call with client and Judge Daniel Buckley regrading possible case selection for relief from bankruptcy stay. [L160 - A108](1.30) | 1.30 | $650.00 |
| 7/11/2025 | DCZ | Conference call with Judge Buckley regarding contacting Devin Storey to pick cases for relief from stay. [L160 - A108](0.30) | 0.30 | $150.00 |
| 7/11/2025 | DCZ | Review and analysis of Zalkin Law Firm claims for possible selection of case for relief from stay. [L160 - A104](1.60) | 1.60 | $800.00 |
| 7/12/2025 | PEG | Exchanges with Judges Buckley and Sonchi regarding offer. [B100 - B110](0.30) | 0.30 | $156.00 |
| 7/13/2025 | PEG | Call with Judges Buckley and Sonchi, Tim Gallagher and Ori Katz regarding opening offer. [B100 - B110](0.40) | 0.40 | $208.00 |
| 7/13/2025 | PEG | Review of memorandum from Paul Pascuzzi and review of draft motion to withdraw referencer. [B100 - B190](0.60) | 0.60 | $312.00 |
| 7/13/2025 | PEG | Call with Fr. Summerhays, Paula Carney, Michael Flanagan, and Barry Weinstein regarding mediators guidance regarding opening. [B100 - B110](0.60) | 0.60 | $312.00 |
| 7/14/2025 | DCZ | Conference call with Committee Counsel regarding possible stay relief cases. [L160 - A108](0.80) | 0.80 | $400.00 |
| 7/14/2025 | DCZ | Further review and analysis of possible relief from stay cases. [L160 - A104](0.40) | 0.40 | $200.00 |
| 7/14/2025 | DCZ | Further conference call with client regarding possible selection of cases for relief from stay. [L160 - A108](0.60) | 0.60 | $300.00 |
| 7/14/2025 | PEG | Review of correspondence from LMI regarding missing personnel files. [B100 - B110](0.30) | 0.30 | $156.00 |
| 7/14/2025 | PEG | Review of further memorandum from Judge Buckley regarding case selection. [B100 - B190](0.30) | 0.30 | $156.00 |
| 7/14/2025 | PEG | Call with Jeff Anderson regarding case selection. [B100 - B110](0.30) | 0.30 | $156.00 |
| 7/14/2025 | PEG | Further call with Judge Buckley regarding case selection. [B100 - B190](0.30) | 0.30 | $156.00 |
| 7/14/2025 | PEG | Call with Weinstein regarding case selection. [B100 - B190](0.20) | 0.20 | $104.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

August 04, 2025
Client: 150363
Matter: 900036
Invoice #: 98510915

Page: 4

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 7/14/2025 | PEG | Call with Brittany Michael, Jesse Bair and Jeff Schulman regarding selection of released cases. [B100 - B190](0.80) | 0.80 | $416.00 |
| 7/14/2025 | PEG | Drafting of memorandum to Paula Carney regarding proposed cases for release. [B100 - B190](0.40) | 0.40 | $208.00 |
| 7/14/2025 | PEG | Further call with Paula Carney, Fr. Summerhays, Barry Weinstein and Paul Pascuzzi regarding case selection and discussion with Committee. [B100 - B190](0.50) | 0.50 | $260.00 |
| 7/14/2025 | BJLE | Telephone call with Chuck Louderbeck regarding status of case and new developments. [L120 - A107](0.30) | 0.30 | $135.00 |
| 7/14/2025 | MAS | Analysis of claims by Zalkin firm pre-1972. [L120 - A104](0.30) | 0.30 | $112.50 |
| 7/15/2025 | DCZ | Drafting list of cases for relief from stay stipulation. [L160 - A103](0.90) | 0.90 | $450.00 |
| 7/15/2025 | DCZ | Conference call with Committee Counsel about potential relief from stay cases. [L160 - A108](0.40) | 0.40 | $200.00 |
| 7/15/2025 | PEG | Review and edit draft motion to dismiss adversary complaint. [B100 - B190](0.80) | 0.80 | $416.00 |
| 7/15/2025 | PEG | Call with Brittany Michael and Jeff Schulman to confirm list of cases to be released and preparation of memorandum to Paula Carney and Fr. Summerhays regarding same. [B100 - B190](0.50) | 0.50 | $260.00 |
| 7/15/2025 | PEG | Review of reply from Paul Pascuzzi regarding stipulation to release cases. [B100 - B190](0.20) | 0.20 | $104.00 |
| 7/15/2025 | PEG | Call with Judge Buckley regarding agreement to release cases. [B100 - B190](0.30) | 0.30 | $156.00 |
| 7/15/2025 | PEG | Call with Pascuzzi regarding released cases. [B100 - B190](0.20) | 0.20 | $104.00 |
| 7/15/2025 | PEG | Call with Paula Carney regarding released case involving Marin Catholic. [B100 - B190](0.30) | 0.30 | $156.00 |
| 7/15/2025 | PEG | Review and edit draft response to LMI. [B100 - B110](0.30) | 0.30 | $156.00 |
| 7/15/2025 | PEG | Call with Rob Harris regarding release of ▮ case. [B100 - B110](0.20) | 0.20 | $104.00 |
| 7/15/2025 | PEG | Call with Weinstein regarding LMI. [B100 - B110](0.20) | 0.20 | $104.00 |
| 7/16/2025 | DCZ | Final drafting of exhibit case list for stipulation for relief from stay. [L160 - A103](0.40) | 0.40 | $200.00 |
| 7/16/2025 | DCZ | Phone call with Paul Pascuzzi regarding status of stipulation to lift stay cases. [L160 - A108](0.30) | 0.30 | $150.00 |
| 7/16/2025 | DCZ | Conference call with client regarding settlement discussions. [L160 - A106](0.30) | 0.30 | $150.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

August 04, 2025
Client: 150363
Matter: 900036
Invoice #: 98510915

Page: 5

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 7/16/2025 | PEG | Calls with Paul Pascuzzi and Rob Harris regarding case selection. [B100 - B190](0.40) | 0.40 | $208.00 |
| 7/16/2025 | PEG | Review of memorandum from Brittany Michael regarding Committee confirmation of case selection. [B100 - B190](0.20) | 0.20 | $104.00 |
| 7/16/2025 | PEG | Call with Fr. Summerhays, Paula Carney, Michael Flanagan, Paul Pascuzzi and Jeff Schulman regarding response to mediators. [B100 - B110](0.40) | 0.40 | $208.00 |
| 7/16/2025 | PEG | Review of revised settlement term sheet. [B100 - B110](0.20) | 0.20 | $104.00 |
| 7/16/2025 | PEG | Call with Weinstein regarding carrier defense obligations. [B100 - B110](0.20) | 0.20 | $104.00 |
| 7/16/2025 | PEG | Call with Paula Carney and Paul Pascuzzi regarding case selection. [B100 - B190](0.20) | 0.20 | $104.00 |
| 7/16/2025 | PEG | Call with Pascuzzi and mediators regarding offer. [B100 - B110](0.30) | 0.30 | $156.00 |
| 7/16/2025 | PEG | Call from Judge Buckley regarding communication of offer. [B100 - B110](0.20) | 0.20 | $104.00 |
| 7/16/2025 | BGON | Review and organize ▮▮▮▮▮ and ▮▮▮▮▮ personnel files for attorney review. [L140 - A104](0.80) | 0.80 | $180.00 |
| 7/17/2025 | PEG | Review of emails from and preparation of emails to Judge Buckley regarding mediation session. [B100 - B110](0.20) | 0.20 | $104.00 |
| 7/17/2025 | PEG | Call with Weinstein regarding Committee response to offer. [B100 - B110](0.30) | 0.30 | $156.00 |
| 7/17/2025 | PEG | Review of Storey's motion to file late claim. [B100 - B190](0.30) | 0.30 | $156.00 |
| 7/18/2025 | PEG | Weekly debtor professionals call. [B100 - B110](0.40) | 0.40 | $208.00 |
| 7/21/2025 | PEG | Review of revised draft complaint against Travelers. [B100 - B190](0.30) | 0.30 | $156.00 |
| 7/21/2025 | PEG | Review of final draft of motion to dismiss adversary proceeding. [B100 - B190](0.40) | 0.40 | $208.00 |
| 7/22/2025 | DCZ | Attended continued global mediation at Signature Resolution. [L160 - A109](6.50) | 6.50 | $3,250.00 |
| 7/22/2025 | PEG | Appear and attend at mediation session. [B100 - B110](6.00) | 6.00 | $3,120.00 |
| 7/23/2025 | PEG | Call with Simons regarding mediation session. [B100 - B110](0.30) | 0.30 | $156.00 |
| 7/23/2025 | PEG | Review of ▮▮▮▮▮ opinion relative to call with Tim Burns. [L120 - A104](0.40) | 0.40 | $208.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

August 04, 2025
Client:       150363
Matter:       900036
Invoice #:   98510915

Page:              6

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 7/23/2025 | JRH | Review and analyze case law and statutory authority regarding arguments in favor of motion to extend stay. [L120 - A102](2.30) | 2.30 | $862.50 |
| 7/25/2025 | DCZ | Conference call with client regarding mediation outcome and future settlement strategy. [L120 - A106](1.00) | 1.00 | $500.00 |
| 7/25/2025 | PEG | Exchange of emails with Carney and Katz regarding objection to late claim. [B300 - B310](0.30) | 0.30 | $156.00 |
| 7/29/2025 | PEG | Review of email from Judge Buckley and call with Paul Pascuzzi regarding next mediation session. [B100 - B110](0.30) | 0.30 | $156.00 |
| 7/30/2025 | PEG | Call with Judge Buckley re next session and report to RCASF team. [B100 - B110](0.40) | 0.40 | $208.00 |
| 7/31/2025 | PEG | Further call with Pascuzzi regarding upcoming professionals call. [B100 - B110](0.20) | 0.20 | $104.00 |
| 7/31/2025 | PEG | Review of memorandum from Pascuzzi regarding professionals meeting. [B100 - B110](0.20) | 0.20 | $104.00 |
| | | Total Services | 67.40 | $33,130.50 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|------|------|-------|-------|------|--------|
| PEG | Paul E. Gaspari | SHAREHOLDER | 28.40 | $520.00 | $14,768.00 |
| DCZ | Daniel C. Zamora | SHAREHOLDER | 31.10 | $500.00 | $15,550.00 |
| JRH | Jillian Harvey | ASSOCIATE | 2.30 | $375.00 | $862.50 |
| BJLE | Benjamin J. Lewis | ASSOCIATE | 2.00 | $450.00 | $900.00 |
| MAS | Monica Silver | ASSOCIATE | 1.60 | $375.00 | $600.00 |
| BGON | Brian Gonzaga | PARALEGAL | 2.00 | $225.00 | $450.00 |

| Total Fees to Date: | $906,485.25 | | |
|---|---|---|---|
| Total Disbursements to Date: | $2,192.28 | | |
| Total to Date: | $908,677.53 | | |

| Previous Balance | $99,142.80 |
|---|---|
| Current Charges | $33,130.50 |
| Less Payments | $24,193.20 |
| **Balance Due** | **$108,080.10** |

The Archdiocese of San Francisco

RE: Bankruptcy

August 04, 2025
Client:          150363
Matter:          900036
Invoice #:   98510915

Page:               7

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| B100 | Case Administration | 15.40 | $8,008.00 |
| B100 | Other Contested Matters (excluding assumption/re | 12.30 | $6,396.00 |
| B300 | Claims Administration and Objections | 0.30 | $156.00 |
| L120 | Analysis/Strategy - Research | 2.30 | $862.50 |
| L120 | Analysis/Strategy - Review/Analyze | 0.70 | $320.50 |
| L120 | Analysis/Strategy - Communicate/With Client | 1.00 | $500.00 |
| L120 | Analysis/Strategy - Communicate/Other Counsel | 0.30 | $135.00 |
| L140 | Document/File Management - Review/Analyze | 2.00 | $450.00 |
| L160 | Settlement/Non-Binding ADR - Draft/Revise | 9.50 | $4,750.00 |
| L160 | Settlement/Non-Binding ADR - Review/Analyze | 7.20 | $3,600.00 |
| L160 | Settlement/Non-Binding ADR - Communicate w/Cli | 1.50 | $750.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

August 04, 2025
Client:         150363
Matter:         900036
Invoice #:   98510915

Page:              8

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L160 | Settlement/Non-Binding ADR - Commun/Other Ext | 5.40 | $2,700.00 |
| L160 | Settlement/Non-Binding ADR - Appear For/Attend | 6.50 | $3,250.00 |
| L320 | Document Production - Review/Analyze | 1.00 | $375.00 |
| L320 | Document Production - Communicate w/Client | 0.30 | $112.50 |
| L430 | Written Motions/Submissions - Review/Analyze | 1.70 | $765.00 |

|  |  |
|--|--|
| **Total Hours** | **67.40** |
| **Total Fees:** | **$33,130.50** |



# weintraub | tobin

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ██████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney**

September 03, 2025
Client:          150363

For Professional Services Rendered Through August 31, 2025

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000000 | General matters | 98512832 | $12,005.00 | $0.00 | $12,005.00 |

## *Account Summary*

| | |
|---|---|
| Current Charges | $12,005.00 |
| **Balance Due:** | **$12,005.00** |

| | |
|---|---|
| **Retainer Balance** | **$1,953.88** |

## Invoices Due Upon Presentation
### Thank You for Your Business



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney**

September 03, 2025
Client:          150363
Matter:          000000
Invoice #:     98512832

Page:                1

RE: General matters

For Professional Services Rendered Through August 31, 2025

---

### SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 8/13/2025 | DCZ | Conference call with Paula Carney regarding possible restraining order against an individual. [L120 - A106](0.30) | 0.30 | $150.00 |
| 8/13/2025 | DCZ | Review and analysis of client documents regarding issues with individual for purposes of applying for a restraining order. [L120 - A104](0.40) | 0.40 | $200.00 |
| 8/13/2025 | DCZ | Further phone call with Paula Carney regarding information needed for possible restraining order. [L120 - A106](0.20) | 0.20 | $100.00 |
| 8/13/2025 | JRH | Videoconference with P. Carney, Archdiocese of San Francisco, regarding preparation of restraining order on behalf of archdiocese of san francisco. [L250 - A106](0.30) | 0.30 | $120.00 |
| 8/13/2025 | JRH | Telephone with Fr. Quinn, Archdiocese of San Francisco, regarding preparation of restraining order on behalf of archdiocese of san francisco. [L250 - A106](0.60) | 0.60 | $240.00 |
| 8/13/2025 | BGON | Run background searches on Shane Sleeper. [L110 - A102](1.00) | 1.00 | $225.00 |
| 8/14/2025 | DCZ | Phone call with Paula Carney regarding status of restraining order factual development. [L120 - A106](0.20) | 0.20 | $100.00 |
| 8/14/2025 | DCZ | Drafting and editing of declaration in support of temporary restraining order. [L120 - A103](0.80) | 0.80 | $400.00 |

The Archdiocese of San Francisco

RE: General matters

September 03, 2025
Client:        150363
Matter:        000000
Invoice #:   98512832

Page:              2

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 8/14/2025 | JRH | Exchange email correspondence with N. Talbott, St. Brendan's parishoner, regarding filing of restraining order. [L250 - A108](0.20) | 0.20 | $80.00 |
| 8/14/2025 | JRH | Analyze restraining order filings from St. Brendan's parishoner, N. Talbott. [L250 - A104](0.60) | 0.60 | $240.00 |
| 8/14/2025 | JRH | Telephone call with St. Brendan's parishoner, N. Talbott, regarding filing of restraining order against shane sleeper. [L250 - A108](0.40) | 0.40 | $160.00 |
| 8/14/2025 | JRH | Telephone call with P. Marlow, Archdiocese of San Francisco, regarding filing of restraining order against Shane Sleeper. [L250 - A106](0.70) | 0.70 | $280.00 |
| 8/14/2025 | JRH | Analyze California statutory authority and secondary sources regarding civil harassment and workplace violence restraining orders in order to draft restraining order against Shane Sleeper. [L250 - A104](0.90) | 0.90 | $360.00 |
| 8/14/2025 | JRH | Review and analyze documents and recordings regarding shane sleeper in order to draft restraining order against Shane Sleeper. [L250 - A104](1.50) | 1.50 | $600.00 |
| 8/14/2025 | JRH | Prepare work product memo regarding timeline of Shane Sleeper's harassment of Archdiocese of San Francisco in order to draft restraining order against Shane Sleeper. [L250 - A103](1.20) | 1.20 | $480.00 |
| 8/14/2025 | JRH | Telephone call with M. Chacon, Archdiocese of San Francisco, regarding filing of restraining order against Shane Sleeper. [L250 - A106](0.50) | 0.50 | $200.00 |
| 8/14/2025 | JRH | Telephone call with J. Duran, Archdiocese of San Francisco, regarding filing of restraining order against Shane Sleeper. [L250 - A106](0.50) | 0.50 | $200.00 |
| 8/14/2025 | JRH | Telephone call with R. Rodriguez, Archdiocese of San Francisco, regarding filing of restraining order against Shane Sleeper. [L250 - A106](0.40) | 0.40 | $160.00 |
| 8/14/2025 | JRH | Prepare declaration of Mary Chacon in support of petition for workplace violence restraining order against Shane Sleeper. [L250 - A103](1.10) | 1.10 | $440.00 |
| 8/14/2025 | JRH | Prepare declaration of Jose Duran in support of petition for workplace violence restraining order against Shane Sleeper. [L250 - A103](1.70) | 1.70 | $680.00 |
| 8/14/2025 | JRH | Prepare declaration of Peter Marlow in support of petition for workplace violence restraining order against Shane Sleeper. [L250 - A103](0.90) | 0.90 | $360.00 |
| 8/14/2025 | JRH | Prepare declaration of Rocio Rodriguez in support of petition for workplace violence restraining order against Shane Sleeper. [L250 - A103](0.60) | 0.60 | $240.00 |

The Archdiocese of San Francisco

RE: General matters

September 03, 2025
Client: 150363
Matter: 000000
Invoice #: 98512832

Page: 3

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 8/15/2025 | DCZ | Further drafting of declarations in support of restraining order. [L120 - A103](0.80) | 0.80 | $400.00 |
| 8/15/2025 | JRH | Continue to draft supporting declarations in preparation for filing petition for workplace violence restraining order against Shane Sleeper. [L250 - A103](1.80) | 1.80 | $720.00 |
| 8/15/2025 | JRH | Telephone call with P. Marlow, Archdiocese of San Francisco, regarding filing of restraining order against Shane Sleeper. [L250 - A106](0.20) | 0.20 | $80.00 |
| 8/15/2025 | JRH | Telephone call with R. Roberson, Archdiocese of San Francisco, regarding filing of restraining order against Shane Sleeper. [L250 - A106](0.30) | 0.30 | $120.00 |
| 8/15/2025 | JRH | Telephone call with D. Williams, Archdiocese of San Francisco, regarding filing of restraining order against Shane Sleeper. [L250 - A106](0.40) | 0.40 | $160.00 |
| 8/15/2025 | JRH | Draft declaration of Damian Wunderlich-Williams in support of petition for workplace violence restraining order against Shane Sleeper. [L250 - A103](0.90) | 0.90 | $360.00 |
| 8/15/2025 | JRH | Draft correspondence to P. Carney, Archdiocese of San Francisco, regarding supporting declarations in preparation for filing petition for workplace violence restraining order against Shane Sleeper. [L250 - A106](0.20) | 0.20 | $80.00 |
| 8/15/2025 | JRH | Draft petition for workplace violence restraining order and supporting documents. [L250 - A103](1.80) | 1.80 | $720.00 |
| 8/15/2025 | JRH | Prepare exhibits for declaration of Mary Chacon in support of petition for restraining order against Shane Sleeper. [L250 - A101](0.20) | 0.20 | $80.00 |
| 8/17/2025 | JRH | Draft correspondence to P. Pascuzzi, outside counsel for Archdiocese of San Francisco, regarding supporting declarations for petition for a restraining order against Shane Sleeper. [L250 - A107](0.20) | 0.20 | $80.00 |
| 8/18/2025 | DCZ | Further drafting of restraining order application. [L120 - A103](0.30) | 0.30 | $150.00 |
| 8/18/2025 | JRH | Analyze correspondence to P. Pascuzzi, outside counsel for Archdiocese of San Francisco, regarding supporting declarations for petition for a restraining order against Shane Sleeper. [L250 - A107](0.20) | 0.20 | $80.00 |
| 8/18/2025 | JRH | Prepare correspondence to P. Carney, Archdiocese of San Francisco, regarding supporting declarations for petition for a restraining order against Shane Sleeper. [L250 - A106](0.10) | 0.10 | $40.00 |

The Archdiocese of San Francisco

RE: General matters

September 03, 2025
Client: 150363
Matter: 000000
Invoice #: 98512832

Page: 4

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 8/18/2025 | JRH | Continue to draft petition for workplace violence restraining order and supporting documents. [L250 - A103](0.90) | 0.90 | $360.00 |
| 8/18/2025 | JRH | Continue to draft supporting declarations in preparation for filing petition for workplace violence restraining order against Shane Sleeper. [L250 - A103](0.50) | 0.50 | $200.00 |
| 8/18/2025 | JRH | Draft correspondence to M. Chacon, Archdiocese of San Francisco, regarding supporting declaration and exhibits in preparation for filing petition for workplace violence restraining order against Shane Sleeper. [L250 - A106](0.20) | 0.20 | $80.00 |
| 8/18/2025 | JRH | Draft correspondence to D. Williams, Archdiocese of San Francisco, regarding supporting declaration in preparation for filing petition for workplace violence restraining order against Shane Sleeper. [L250 - A106](0.20) | 0.20 | $80.00 |
| 8/18/2025 | JRH | Draft correspondence to R. Rodriguez, Archdiocese of San Francisco, regarding supporting declaration in preparation for filing petition for workplace violence restraining order against Shane Sleeper. [L250 - A106](0.20) | 0.20 | $80.00 |
| 8/18/2025 | JRH | Draft correspondence to J. Duran, Archdiocese of San Francisco, regarding supporting declaration in preparation for filing petition for workplace violence restraining order against Shane Sleeper. [L250 - A106](0.20) | 0.20 | $80.00 |
| 8/18/2025 | JRH | Draft correspondence to P. Marlow, Archdiocese of San Francisco, regarding supporting declaration in preparation for filing petition for workplace violence restraining order against Shane Sleeper. [L250 - A106](0.20) | 0.20 | $80.00 |
| 8/18/2025 | JRH | Analyze and respond to correspondence from J. Duran, Archdiocese of San Francisco, regarding supporting declaration in preparation for filing petition for workplace violence restraining order against Shane Sleeper. [L250 - A106](0.20) | 0.20 | $80.00 |
| 8/18/2025 | JRH | Analyze and respond to correspondence from P. Marlow, Archdiocese of San Francisco, regarding supporting declaration in preparation for filing petition for workplace violence restraining order against Shane Sleeper. [L250 - A106](0.50) | 0.50 | $200.00 |
| 8/19/2025 | JRH | Continue to draft supporting declarations in preparation for filing petition for workplace violence restraining order against Shane Sleeper. [L250 - A103](0.40) | 0.40 | $160.00 |

The Archdiocese of San Francisco

RE: General matters

September 03, 2025
Client:        150363
Matter:        000000
Invoice #:    98512832

Page:              5

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 8/19/2025 | JRH | Draft correspondence to M. Chacon, Archdiocese of San Francisco, regarding supporting declaration and exhibits in preparation for filing petition for workplace violence restraining order against Shane Sleeper. [L250 - A106](0.20) | 0.20 | $80.00 |
| 8/19/2025 | JRH | Draft correspondence to P. Carney, Archdiocese of San Francisco, regarding supporting declarations in preparation for filing petition for workplace violence restraining order against Shane Sleeper. [L250 - A106](0.20) | 0.20 | $80.00 |
| 8/20/2025 | JRH | Telephone call to M. Chacon, Archdiocese of San Francisco, regarding supporting declaration and exhibits in preparation for filing petition for workplace violence restraining order against Shane Sleeper. [L250 - A106](0.10) | 0.10 | $40.00 |
| 8/20/2025 | JRH | Draft correspondence to M. Chacon, Archdiocese of San Francisco, regarding supporting declaration and exhibits in preparation for filing petition for workplace violence restraining order against Shane Sleeper. [L250 - A106](0.20) | 0.20 | $80.00 |
| 8/20/2025 | JRH | Continue to draft petition for workplace violence restraining order and supporting documents. [L250 - A103](0.50) | 0.50 | $200.00 |
| 8/21/2025 | JRH | Draft correspondence to M. Chacon, Archdiocese of San Francisco, regarding supporting declaration and exhibits in preparation for filing petition for workplace violence restraining order against Shane Sleeper. [L250 - A106](0.20) | 0.20 | $80.00 |
| 8/21/2025 | JRH | Draft correspondence to P. Marlow, Archdiocese of San Francisco, regarding petition for workplace violence restraining order against Shane Sleeper. [L250 - A106](0.20) | 0.20 | $80.00 |
| 8/21/2025 | JRH | Telephone call to P. Carney, Archdiocese of San Francisco, regarding supporting declarations in preparation for filing petition for workplace violence restraining order against Shane Sleeper. [L250 - A106](0.20) | 0.20 | $80.00 |
| 8/21/2025 | JRH | Analyze correspondence from M. Chacon, Archdiocese of San Francisco, regarding supporting declaration. [L250 - A106](0.20) | 0.20 | $80.00 |
| 8/21/2025 | JRH | Continue to draft declaration of mary chacon in support of petition for workplace violence restraining order against shane sleeper. [L250 - A106](0.40) | 0.40 | $160.00 |

The Archdiocese of San Francisco

RE: General matters

September 03, 2025
Client: 150363
Matter: 000000
Invoice #: 98512832

Page: 6

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 8/21/2025 | JRH | Draft correspondence to M. Chacon, Archdiocese of San Francisco, regarding supporting declaration and exhibits. [L250 - A106](0.20) | 0.20 | $80.00 |
| 8/25/2025 | JRH | Review and analyze temporary restraining order issued by San Francisco Superior Court against Shane Sleeper. [L250 - A104](0.20) | 0.20 | $80.00 |
| 8/25/2025 | JRH | Draft correspondence to P. Carney, Archdiocese of San Francisco, regarding temporary restraining order issued by San Francisco Superior Court against Shane Sleeper. [L250 - A104](0.20) | 0.20 | $80.00 |
| 8/27/2025 | JRH | Review and analyze Shane Sleeper's criminal docket. [L230 - A104](0.40) | 0.40 | $160.00 |
| 8/27/2025 | JRH | Draft correspondence to P. Carney, Archdiocese of San Francisco, regarding arrest of Shane Sleeper. [L230 - A106](0.20) | 0.20 | $80.00 |
| 8/28/2025 | JRH | Analyze and respond to correspondence from P. Carney, Archdiocese of San Francisco, regarding temporary restraining order issued by San Francisco Superior Court against Shane Sleeper. [L250 - A104](0.20) | 0.20 | $80.00 |
| | | Total Services | 29.70 | $12,005.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|------|------|-------|-------|------|--------|
| DCZ | Daniel C. Zamora | SHAREHOLDER | 3.00 | $500.00 | $1,500.00 |
| JRH | Jillian Harvey | ASSOCIATE | 25.70 | $400.00 | $10,280.00 |
| BGON | Brian Gonzaga | PARALEGAL | 1.00 | $225.00 | $225.00 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $968,446.00 | Current Charges | $12,005.00 |
| Total Disbursements to Date: | $31,931.80 | **Balance Due** | **$12,005.00** |
| Total to Date: | $1,000,377.80 | | |

| | |
|---|---|
| **Retainer Balance** | **$1,953.88** |

The Archdiocese of San Francisco

RE: General matters

September 03, 2025
Client:            150363
Matter:          000000
Invoice #:    98512832

Page:              7

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L110 | Fact Investigation/Development - Research | 1.00 | $225.00 |
| L120 | Analysis/Strategy - Draft/Revise | 1.90 | $950.00 |
| L120 | Analysis/Strategy - Review/Analyze | 0.40 | $200.00 |
| L120 | Analysis/Strategy - Communicate/With Client | 0.70 | $350.00 |
| L230 | Court Mandated Conferences - Review/Analyze | 0.40 | $160.00 |
| L230 | Court Mandated Conferences - Communicate w/Cl | 0.20 | $80.00 |
| L250 | Oth Written Motion/Submiss - Plan & Prepare For | 0.20 | $80.00 |
| L250 | Oth Written Motion/Submiss - Draft/Revise | 12.30 | $4,920.00 |
| L250 | Oth Written Motion/Submiss - Research/Analyze | 3.60 | $1,440.00 |
| L250 | Oth Written Motion/Submiss - Communicate w/Clie | 8.00 | $3,200.00 |
| L250 | Oth Written Motion/Submiss - Commun./Other Cou | 0.40 | $160.00 |

The Archdiocese of San Francisco

RE:  General matters

September 03, 2025
Client:        150363
Matter:        000000
Invoice #:   98512832

Page:              8

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L250 | Oth Written Motion/Submiss - Commun./Other Ext | 0.60 | $240.00 |

|  |  |
|--|--|
| **Total Hours** | **29.70** |

|  |  |
|--|--|
| **Total Fees:** | **$12,005.00** |



**weintraub | tobin**
weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, ESQ**

September 03, 2025
Client:          150363

For Professional Services Rendered Through August 31, 2025

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000390 | ███████ v. Archdiocese of San Francisco | 98512855 | $20,316.00 | $139.12 | $20,455.12 |

## Account Summary

| | |
|---|---|
| Previous Balance | $4,643.90 |
| Current Charges | $20,455.12 |
| Less Payments | $1,164.80 |
| **Balance Due:** | **$23,934.22** |

| | |
|---|---|
| **Retainer Balance** | **$980.98** |

## Invoices Due Upon Presentation
Thank You for Your Business



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No:██████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, ESQ**

September 03, 2025
Client:        150363
Matter:        000390
Invoice #:   98512855

Page:              1

RE: ██████████  v. Archdiocese of San Francisco

For Professional Services Rendered Through August 31, 2025

---

### SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 8/4/2025 | PEG | Review of memorandum from Rick Simons regarding updated evaluation by Dr. Ponton. [L130 - A107](0.20) | 0.20 | $104.00 |
| 8/6/2025 | DCZ | Phone call with Rick Simons regarding trial setting conference and status of punitive damages claim. [L120 - A108](0.40) | 0.40 | $200.00 |
| 8/7/2025 | PEG | Review of Travelers' Reservation of Rights letter. [L110 - A104](0.30) | 0.30 | $156.00 |
| 8/7/2025 | ZMS | Work on brief in opposition to plaintiff's motion to preclude any litigation of the issue of "notice" to RCASF of ██████ as a child molester as of Dec. 31., 1973. [L450 - A103](2.70) | 2.70 | $1,404.00 |
| 8/11/2025 | ZMS | Researched biography of assigned Judge Alexandra Gordon and articles concerning her rulings in various cases reported in local media (.7). [L450 - A101](0.70) | 0.70 | $364.00 |
| 8/11/2025 | ZMS | Initial work on drafting of witness list with summaries of expected testimony and  time estimates for examination of witnesses called by plaintiff and defendant as required by SF County Superior Court Local Rule (1.8). [L450 - A111](1.80) | 1.80 | $936.00 |
| 8/12/2025 | DCZ | Phone call with Rick Simons regarding case management issues for trial. [L120 - A108](0.50) | 0.50 | $250.00 |

The Archdiocese of San Francisco

September 03, 2025

RE: ███████ v. Archdiocese of San Francisco

Client:        150363
Matter:        000390
Invoice #:     98512855

Page:              2

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 8/12/2025 | ZMS | Initial drafting of page and line designations of deposition transcripts to be offered into evidence for unavailable witnesses as requi9red by SF County Superior Court Local Rules. [L450 - A101](2.40) | 2.40 | $1,248.00 |
| 8/12/2025 | ZMS | Receipt and review of Plaintiff's Case management Conference Statement for upcoming September 5, 2025 hearing (.1). [L450 - A107](0.20) | 0.20 | $104.00 |
| 8/13/2025 | DCZ | Review and analysis of plaintiff's Case Management Conference statement. [L120 - A104](0.30) | 0.30 | $150.00 |
| 8/13/2025 | DCZ | Drafting trial plan and issues for trial setting conference. [L120 - A103](1.30) | 1.30 | $650.00 |
| 8/13/2025 | ZMS | Extended conference with D. Zamora regarding strategy and plan for upcoming Case Management Conference and Trial Setting Conference to maximize chances of avoiding consolidation of the ███████ case with the ███████ case and regarding points of status report to insurance carrier representatives (.9). [L120 - A101](0.90) | 0.90 | $468.00 |
| 8/14/2025 | DCZ | Phone call to Rick Simons regrading Case Management Conference issues. [L120 - A108](0.40) | 0.40 | $200.00 |
| 8/14/2025 | DCZ | Drafted correspondence to bankruptcy counsel regarding strategy for raising punitive damages claim with Committee counsel. [L120 - A103](0.20) | 0.20 | $100.00 |
| 8/14/2025 | DCZ | Review and editing of draft Case Management Conference statement. [L120 - A104](0.30) | 0.30 | $150.00 |
| 8/14/2025 | PEG | Call with defense team regarding punitive damages allegations. [L210 - A107](0.50) | 0.50 | $260.00 |
| 8/14/2025 | PEG | Edit Case Management Conference statement. [L230 - A103](0.20) | 0.20 | $104.00 |
| 8/14/2025 | ZMS | Draft Case Management Conference statements which argues against consolidation with the ███████ case and for setting of trial to commence at least 45 days after rulings are issued on the motion to consolidated and the preclusive effect of the prior judgment against RCASF for ███████'s misconduct. [L450 - A103](1.00) | 1.00 | $520.00 |
| 8/14/2025 | ZMS | Prepare draft of letter to carrier representatives to update them on assignment of ███████ case to Judge Alexandra Gordon and issues for determination at upcoming Case management Conference (.5). [L450 - A108](0.50) | 0.50 | $260.00 |
| 8/15/2025 | ZMS | Finalize and file Case management Conference Statement (.2). [L450 - A103](0.20) | 0.20 | $104.00 |

The Archdiocese of San Francisco

RE: ████████ v. Archdiocese of San Francisco

September 03, 2025
Client:     150363
Matter:    000390
Invoice #:  98512855

Page:       3

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|---|---|---|---|---|
| 8/15/2025 | ZMS | Work on drafting of points and authorities in opposition to Plaintiff's Motion in Limine No. 1 seeking to prevent evidence of allocation of fault to ████████ or any other person or entity (4.7). [L450 - A101](4.70) | 4.70 | $2,444.00 |
| 8/18/2025 | PEG | Review of memorandum from Ori regarding punitive damages. [L210 - A104](0.20) | 0.20 | $104.00 |
| 8/19/2025 | ZMS | Study of key cases regarding issues of comparative fault and concurrent causation and initial drafting of points and authorities for incorporation into briefs opposing plaintiff's motions in limine and RCASF's trial brief.(3.3). [L450 - A103](3.30) | 3.30 | $1,716.00 |
| 8/21/2025 | PEG | Review of memorandum from Katz regarding punitive damages discussion with Committee counsel. [L210 - A107](0.20) | 0.20 | $104.00 |
| 8/21/2025 | ZMS | Review ████████ and ████████ lines of cases to prepare for blocking experts statements concerning ████████'s conduct, the RCASF's alleged knowledge of child abuse problems, and plaintiff's specific experiences based on hearsay in witness statements or medical records (2.2). [L450 - A102](2.20) | 2.20 | $1,144.00 |
| 8/22/2025 | ZMS | Work on drafting comprehensive Trial Brief (3.3). [L450 - A103](3.30) | 3.30 | $1,716.00 |
| 8/23/2025 | PEG | Review of updated Ponton report on further session with ████. [L130 - A104](0.40) | 0.40 | $208.00 |
| 8/25/2025 | ZMS | Email communications from and to plaintiff's attorney and Paul Gaspari regarding potential supplemental deposition of Dr. Lynn Ponton based on her updated interview and report concerning plaintiff (.1). [L340 - A107](0.10) | 0.10 | $52.00 |
| 8/25/2025 | ZMS | Study interview and testing notes and reports of Lynn Ponton MD dated August 6, 202, July 7 and 16, 2021 and August 18, 2025 in preparation for trial (1.3). [L450 - A101](1.30) | 1.30 | $676.00 |
| 8/25/2025 | ZMS | Study deposition transcript of plaintiff's expert psychiatrist, Lynn Ponton, to prepare for cross-examination at trial (3.4). [L450 - A101](3.40) | 3.40 | $1,768.00 |
| 8/25/2025 | ZMS | Follow-up email from plaintiff's attorney Rick Simons transmitting Dr. Ponton's handwritten notes from her Aug. 18, 2025 interview of ████████ and review of 22 pages of notes (.3). [L130 - A104](0.30) | 0.30 | $156.00 |
| 8/26/2025 | ZMS | Continued with drafting of comprehensive trial brief in ████ case (2.4). [L450 - A103](2.40) | 2.40 | $1,248.00 |

The Archdiocese of San Francisco

RE: ████████ v. Archdiocese of San Francisco

September 03, 2025
Client:        150363
Matter:        000390
Invoice #:   98512855

Page:              4

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 8/27/2025 | ZMS | Revise opposition to Plaintiff's Motion in Limine No. 1 to incorporate JCCP 5108 judge's ruling denying Plaintiff's motion to prevent evidence of Proposition 51 allocations of comparative fault to molestations occurring before 1986 (1.2). [L450 - A103](1.20) | 1.20 | $624.00 |
| 8/28/2025 | PEG | Review of memorandum from Travelers appointing insurer counsel. [L190 - A108](0.20) | 0.20 | $104.00 |
| 8/28/2025 | PEG | Call with Weinstein regarding insurer counsel. [L190 - A107](0.30) | 0.30 | $156.00 |
| 8/29/2025 | PEG | Review of memorandum from Jennifer Cormier; call with Weinstein regarding insurer counsel. [L190 - A106](0.30) | 0.30 | $156.00 |
| 8/29/2025 | PEG | Further call with Weinstein and draft reply to Cormeier. [L190 - A107](0.40) | 0.40 | $208.00 |
| | | Total Services | 39.20 | $20,316.00 |

### Timekeeper Summary

| | | Level | Hours | Rate | Amount |
|---|---|-------|-------|------|--------|
| PEG | Paul E. Gaspari | SHAREHOLDER | 3.20 | $520.00 | $1,664.00 |
| ZMS | Zachary M. Smith | SHAREHOLDER | 32.60 | $520.00 | $16,952.00 |
| DCZ | Daniel C. Zamora | SHAREHOLDER | 3.40 | $500.00 | $1,700.00 |

## EXPENSES

| Date | Description of Expenses | Amount |
|------|------------------------|--------|
| 7/31/2025 | Specialized Legal Services, Inc.- Professional services rendered/- 07/22/25- Special Court Service - San Jose SIERRA [E100 - E112] | $129.12 |
| 8/15/2025 | One Legal, LLC- Records- Case Management Statement [B100 - B110] | $10.00 |
| | Total Expenses | $139.12 |

| | |
|---|---|
| Total Fees to Date: | $187,486.00 |
| Total Disbursements to Date: | $36,422.88 |
| Total to Date: | $223,908.88 |

The Archdiocese of San Francisco

RE: David Cooper v. Archdiocese of San Francisco

September 03, 2025
Client:             150363
Matter:          000390
Invoice #:    98512855

Page:                     5

| | | |
|---|---|---|
| Previous Balance | | $4,643.90 |
| Current Charges | | $20,455.12 |
| Less Payments | | $1,164.80 |
| **Balance Due** | | **$23,934.22** |

| | | |
|---|---|---|
| **Retainer Balance** | | **$980.98** |

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| B100 | Case Administration | 0.00 | $10.00 |
| E100 | Court Fees | 0.00 | $129.12 |
| L110 | Fact Investigation/Development - Review/Analyze | 0.30 | $156.00 |
| L120 | Analysis/Strategy - Plan & Prepare For | 0.90 | $468.00 |
| L120 | Analysis/Strategy - Draft/Revise | 1.50 | $750.00 |
| L120 | Analysis/Strategy - Review/Analyze | 0.60 | $300.00 |
| L120 | Analysis/Strategy - Communicate/Other External | 1.30 | $650.00 |
| L130 | Experts/Consultants - Review/Analyze | 0.70 | $364.00 |
| L130 | Experts/Consultants - Communicate/Other Counse | 0.20 | $104.00 |
| L190 | Other - Communicate w/Client | 0.30 | $156.00 |
| L190 | Other - Communicate/Other Counsel | 0.70 | $364.00 |

The Archdiocese of San Francisco

RE: David Cooper v. Archdiocese of San Francisco

September 03, 2025
Client: 150363
Matter: 000390
Invoice #: 98512855

Page: 6

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L190 | Other - Communicate/Other External | 0.20 | $104.00 |
| L210 | Pleadings - Review/Analyze | 0.20 | $104.00 |
| L210 | Pleadings - Communicate/Other Counsel | 0.70 | $364.00 |
| L230 | Court Mandated Conferences - Draft/Revise | 0.20 | $104.00 |
| L340 | Expert Discovery - Communicate/Other Counsel | 0.10 | $52.00 |
| L450 | Trial & Hearing Attendance - Plan & Prepare For | 12.50 | $6,500.00 |
| L450 | Trial & Hearing Attendance - Research | 2.20 | $1,144.00 |
| L450 | Trial & Hearing Attendance - Draft/Revise | 14.10 | $7,332.00 |
| L450 | Trial & Hearing Attendance - Commun./Other Coun | 0.20 | $104.00 |
| L450 | Trial & Hearing Attendance - Commun./Other Exte | 0.50 | $260.00 |
| L450 | Trial & Hearing Attendance - Other | 1.80 | $936.00 |

**Total Hours** 39.20

**Total Fees:** **$20,316.00**



**weintraub tobin chediak coleman grodin**

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ■■■■■■

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, ESQ**

September 03, 2025
Client:          150363

For Professional Services Rendered Through August 31, 2025

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000415 | ■■■■ Doe ■■■■■■■■ ) v. Doe 1, et al. | 98512836 | $4,940.00 | $129.13 | $5,069.13 |

## *Account Summary*

| | |
|---|---|
| Previous Balance | $13,931.20 |
| Current Charges | $5,069.13 |
| Less Payments | $9,484.80 |
| **Balance Due:** | **$9,515.53** |

| | |
|---|---|
| **Retainer Balance** | **$1,216.25** |

## Invoices Due Upon Presentation
### Thank You for Your Business



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, ESQ**

September 03, 2025
Client:        150363
Matter:        000415
Invoice #:    98512836

Page:          1

RE: ███████ Doe (███████) v. Doe 1, et al.

For Professional Services Rendered Through August 31, 2025

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 8/4/2025 | PEG | Review of plaintiff's Notice of Termination of Stay filed in San Francisco Superior Court. [L210 - A104](0.20) | 0.20 | $104.00 |
| 8/7/2025 | PEG | Review of Travelers' Reservation of Rights letter. [L110 - A104](0.30) | 0.30 | $156.00 |
| 8/13/2025 | ZMS | Research regarding interplay between potential preclusive effect of notice finding in ███████ case and ability to argue lack of reports of abuse by St. Martin's students and/or parents before 2000-2002 constituted primary cause of damage to ███████ (3.7). [L450 - A102](3.70) | 3.70 | $1,924.00 |
| 8/18/2025 | ZMS | Multiple email communications from attorneys for ███████ concerning their communications with the Court in the attempt to schedule a Case Management Conference in the ███████ case for the same date and time as for the ███████ case (.1). [L450 - A107](0.10) | 0.10 | $52.00 |
| 8/21/2025 | PEG | Review of plaintiff's Case Management Conference statement. [L230 - A104](0.20) | 0.20 | $104.00 |
| 8/21/2025 | ZMS | Receipt and review of ███████'s Case Management Conference Statement for September 5, CMC and Trial Setting Conference (.2). [L450 - A104](0.20) | 0.20 | $104.00 |

The Archdiocese of San Francisco

RE: ███████ Doe (█████████████) v. Doe 1, et al.

September 03, 2025
Client: 150363
Matter: 000415
Invoice #: 98512836

Page: 2

## SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 8/22/2025 | ZMS | Review Plaintiffs and Institutional Defendants' Case Management Statement and Proposed Order in JCCP 5108 for impact on ████████ case (.2). [L450 - A111](0.20) | 0.20 | $104.00 |
| 8/25/2025 | ZMS | Study Judge Chatterjee's order denying plaintiffs' omnibus motion to bar application of Prop 51 to pre-1986 molestations and effect on upcoming trial  (.3). [L450 - A104](0.30) | 0.30 | $156.00 |
| 8/26/2025 | ZMS | Gathered file materials as to plaintiff's motions to consolidate case for trial with the ██████ case and for collateral estoppel as to the "notice" issue due to the ████████ judgment and opposition to such motions in order to meet insurance carrier's request for such materials. [L450 - A110](1.70) | 1.70 | $884.00 |
| 8/28/2025 | ZMS | Multiple email communications with D. Zamora, P. Gaspari, B. Weinstein and J. Schulman regarding insurance carrier's decision to appoint defense counsel to enter case for RCASF. [L450 - A106](0.20) | 0.20 | $104.00 |
| 8/29/2025 | ZMS | Work on designations for ████████████ deposition testimony in 2004 (2.4). [L450 - A103](2.40) | 2.40 | $1,248.00 |
| | | Total Services | 9.50 | $4,940.00 |

### Timekeeper Summary

| | | Level | Hours | Rate | Amount |
|------|------|-------|-------|------|--------|
| PEG | Paul E. Gaspari | SHAREHOLDER | 0.70 | $520.00 | $364.00 |
| ZMS | Zachary M. Smith | SHAREHOLDER | 8.80 | $520.00 | $4,576.00 |

## EXPENSES

| Date | Description of Expenses | Amount |
|------|------------------------|--------|
| 7/31/2025 | Specialized Legal Services, Inc.- Professional services rendered/- 07/22/25- Special Court Service - San Jose SIERRA [E100 - E112] | $129.13 |
| | Total Expenses | $129.13 |

| | |
|------|------|
| Total Fees to Date: | $496,523.00 |
| Total Disbursements to Date: | $142,011.58 |
| Total to Date: | $638,534.58 |

The Archdiocese of San Francisco

RE: ███████ Doe (█████████████) v. Doe 1, et al.

September 03, 2025
Client:         150363
Matter:        000415
Invoice #:   98512836

Page:              3

| | | |
|---|---|---|
| Previous Balance | | $13,931.20 |
| Current Charges | | $5,069.13 |
| Less Payments | | $9,484.80 |
| **Balance Due** | | **$9,515.53** |

| | | |
|---|---|---|
| **Retainer Balance** | | **$1,216.25** |

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| E100 | Court Fees | 0.00 | $129.13 |
| L110 | Fact Investigation/Development - Review/Analyze | 0.30 | $156.00 |
| L210 | Pleadings - Review/Analyze | 0.20 | $104.00 |
| L230 | Court Mandated Conferences - Review/Analyze | 0.20 | $104.00 |
| L450 | Trial & Hearing Attendance - Research | 3.70 | $1,924.00 |
| L450 | Trial & Hearing Attendance - Draft/Revise | 2.40 | $1,248.00 |
| L450 | Trial & Hearing Attendance - Review/Analyze | 0.50 | $260.00 |
| L450 | Trial & Hearing Attendance - Communicate w/Clien | 0.20 | $104.00 |
| L450 | Trial & Hearing Attendance - Commun./Other Coun | 0.10 | $52.00 |
| L450 | Trial & Hearing Attendance - Manage Data/Files | 1.70 | $884.00 |
| L450 | Trial & Hearing Attendance - Other | 0.20 | $104.00 |

| | |
|---|---|
| **Total Hours** | **9.50** |
| **Total Fees:** | **$4,940.00** |



**weintraub tobin chediak coleman grodin**

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ■■■■

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention:  Paula Carney, ESQ**

September 03, 2025
Client:          150363

For Professional Services Rendered Through August 31, 2025

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000428 ■ | v. Catholic Charities CYO of the Archdiocese of SF | 98512837 | $100.00 | $0.00 | $100.00 |

## *Account Summary*

| | |
|---|---|
| Current Charges | $100.00 |
| **Balance Due:** | **$100.00** |

## Invoices Due Upon Presentation
### Thank You for Your Business



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ▮

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, ESQ**

September 03, 2025
Client: 150363
Matter: 000428
Invoice #: 98512837

Page: 1

RE: ▮ v. Catholic Charities CYO of the Archdiocese of SF

For Professional Services Rendered Through August 31, 2025

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 8/12/2025 | DCZ | Drafting response to plaintiff's counsel regarding status of stay. [L120 - A103](0.20) | 0.20 | $100.00 |
| | | Total Services | 0.20 | $100.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|---|---|-------|-------|------|--------|
| DCZ | Daniel C. Zamora | SHAREHOLDER | 0.20 | $500.00 | $100.00 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $10,323.50 | Current Charges | $100.00 |
| Total Disbursements to Date: | $491.57 | **Balance Due** | **$100.00** |
| Total to Date: | $10,815.07 | | |

The Archdiocese of San Francisco

RE: ▆ v. Catholic Charities CYO of the Archdiocese of SF

September 03, 2025
Client: 150363
Matter: 000428
Invoice #: 98512837

Page: 2

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L120 | Analysis/Strategy - Draft/Revise | 0.20 | $100.00 |
| | **Total Hours** | **0.20** | |
| | **Total Fees:** | **$100.00** | |



weintraub tobin chediak coleman grodin

**Please remit payments to:**

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ▮▮▮▮▮

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention:  Paula Carney, Esq.**

September 03, 2025
Client:          150363

For Professional Services Rendered Through August 31, 2025

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000506 ▮▮▮▮▮▮ |  | 98512838 | $95.00 | $0.00 | $95.00 |

## *Account Summary*

| | |
|---|---|
| Previous Balance | $95.00 |
| Current Charges | $95.00 |
| Less Payments | $76.00 |
| **Balance Due:** | **$114.00** |

## Invoices Due Upon Presentation
### Thank You for Your Business



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

September 03, 2025
Client:        150363
Matter:        000506
Invoice #:    98512838

Page:              1

RE: ██████████

For Professional Services Rendered Through August 31, 2025

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 4/1/2025 | BJLE | Exchange of emails with Lisa Linsky regarding Answer. [L210 - A106](0.20) | 0.20 | $95.00 |
| | | Total Services | 0.20 | $95.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|--|--|-------|-------|------|--------|
| BJLE | Benjamin J. Lewis | ASSOCIATE | 0.20 | $475.00 | $95.00 |

| | | | |
|--|--|--|--|
| Total Fees to Date: | $524.50 | Previous Balance | $95.00 |
| Total Disbursements to Date: | $0.00 | Current Charges | $95.00 |
| Total to Date: | $524.50 | Less Payments | $76.00 |
| | | **Balance Due** | **$114.00** |

The Archdiocese of San Francisco

RE:

September 03, 2025
Client:        150363
Matter:        000506
Invoice #:    98512838

Page:             2

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L210 | Pleadings - Communicate/With Client | 0.20 | $95.00 |
| | **Total Hours** | **0.20** | |
| | **Total Fees:** | **$95.00** | |



weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ▮▮▮▮▮

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

September 03, 2025
Client:          150363

For Professional Services Rendered Through August 31, 2025

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000613 ▮▮▮▮▮ | | 98512840 | $190.00 | $0.00 | $190.00 |

## *Account Summary*

| | |
|---|---|
| Current Charges | $190.00 |
| **Balance Due:** | **$190.00** |

## Invoices Due Upon Presentation
### Thank You for Your Business



weintraub | tobin

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ▮▮▮▮▮

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention:  Paula Carney, Esq.**

September 03, 2025
Client:          150363
Matter:          000613
Invoice #:   98512840

Page:                    1

RE: ▮▮▮▮▮▮

For Professional Services Rendered Through August 31, 2025

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 4/23/2025 | BJLE | Exchange of emails with Plaintiff's counsel regarding confirming all defendants in case. [L390 - A107](0.20) | 0.20 | $95.00 |
| 5/6/2025 | BJLE | Review of Plaintiff's amended fact sheet. [L110 - A104](0.20) | 0.20 | $95.00 |
| | | Total Services | 0.40 | $190.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|---|---|-------|-------|------|--------|
| BJLE | Benjamin J. Lewis | ASSOCIATE | 0.40 | $475.00 | $190.00 |

| Total Fees to Date: | $704.50 |
|---|---|
| Total Disbursements to Date: | $0.00 |
| Total to Date: | $704.50 |

| | |
|---|---|
| Current Charges | $190.00 |
| **Balance Due** | **$190.00** |

The Archdiocese of San Francisco

RE: ▮▮▮▮▮▮▮▮▮

September 03, 2025
Client:        150363
Matter:        000613
Invoice #:    98512840

Page:              2

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L110 | Fact Investigation/Development - Review/Analyze | 0.20 | $95.00 |
| L390 | Other Discovery - Communicate/Other Counsel | 0.20 | $95.00 |
| | **Total Hours** | **0.40** | |
| | **Total Fees:** | **$190.00** | |



**weintraub tobin chediak coleman grodin**

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ██████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

September 03, 2025
Client:         150363

For Professional Services Rendered Through August 31, 2025

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000805 | ██ Doe ██ (██████) | 98512841 | $95.00 | $0.00 | $95.00 |

## *Account Summary*

| | |
|---|---|
| Previous Balance | $95.00 |
| Current Charges | $95.00 |
| Less Payments | $76.00 |
| **Balance Due:** | **$114.00** |

## Invoices Due Upon Presentation
### Thank You for Your Business



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ████████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

September 03, 2025
Client: 150363
Matter: 000805
Invoice #: 98512841

Page: 1

RE: ██ Doe ██ (██████████)

For Professional Services Rendered Through August 31, 2025

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 4/1/2025 | BJLE | Exchange of emails with Lisa Linsky regarding Answer. [L210 - A106](0.20) | 0.20 | $95.00 |
| | | Total Services | 0.20 | $95.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|---|---|-------|-------|------|--------|
| BJLE | Benjamin J. Lewis | ASSOCIATE | 0.20 | $475.00 | $95.00 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $810.00 | Previous Balance | $95.00 |
| Total Disbursements to Date: | $0.00 | Current Charges | $95.00 |
| Total to Date: | $810.00 | Less Payments | $76.00 |
| | | **Balance Due** | **$114.00** |

The Archdiocese of San Francisco

RE: ▮ Doe ▮ ( ▮ )

September 03, 2025
Client:        150363
Matter:        000805
Invoice #:    98512841

Page:              2

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L210 | Pleadings - Communicate/With Client | 0.20 | $95.00 |
| | **Total Hours** | **0.20** | |
| | **Total Fees:** | **$95.00** | |



**weintraub | tobin**
weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

September 03, 2025
Client:            150363

For Professional Services Rendered Through August 31, 2025

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000944 | Victoria Castro | 98512842 | $95.00 | $0.00 | $95.00 |

## *Account Summary*

| | |
|---|---|
| Previous Balance | $1,669.00 |
| Current Charges | $95.00 |
| Less Payments | $684.00 |
| **Balance Due:** | **$1,080.00** |

## Invoices Due Upon Presentation
### Thank You for Your Business



weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ████████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention:  Paula Carney, Esq.**

September 03, 2025
Client:          150363
Matter:          000944
Invoice #:     98512842

Page:                    1

RE:  Victoria Castro

For Professional Services Rendered Through August 31, 2025

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 8/1/2025 | BJLE | Exchange of emails with Paula Carney regarding Plaintiff's motion to continue case after death. [L430 - A105](0.20) | 0.20 | $95.00 |
| | | Total Services | 0.20 | $95.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|---|---|-------|-------|------|--------|
| BJLE | Benjamin J. Lewis | ASSOCIATE | 0.20 | $475.00 | $95.00 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $29,086.00 | Previous Balance | $1,669.00 |
| Total Disbursements to Date: | $8,523.66 | Current Charges | $95.00 |
| Total to Date: | $37,609.66 | Less Payments | $684.00 |
| | | **Balance Due** | **$1,080.00** |

The Archdiocese of San Francisco

RE: Victoria Castro

September 03, 2025
Client: 150363
Matter: 000944
Invoice #: 98512842

Page: 2

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L430 | Written Motions/Submissions - Communicate/In Fil | 0.20 | $95.00 |

| | | |
|---|---|---|
| **Total Hours** | **0.20** | |

| | |
|---|---|
| **Total Fees:** | **$95.00** |



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: █████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention:  Paula Carney, Esq.**

September 03, 2025
Client:          150363

For Professional Services Rendered Through August 31, 2025

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000945 | Shajana Steele V. Cruise, LLC, ET AL | 98512843 | $710.00 | $85.90 | $795.90 |

## *Account Summary*

| | |
|---|---|
| Previous Balance | $22,840.90 |
| Current Charges | $795.90 |
| Less Payments | $5,878.40 |
| **Balance Due:** | **$17,758.40** |

## Invoices Due Upon Presentation
### Thank You for Your Business



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

September 03, 2025
Client: 150363
Matter: 000945
Invoice #: 98512843

Page: 1

RE: Shajana Steele V. Cruise, LLC, ET AL

For Professional Services Rendered Through August 31, 2025

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 8/21/2025 | BJLE | Preparation of response to Doug Shaffer regarding discovery. [L310 - A107](0.40) | 0.40 | $190.00 |
| 8/21/2025 | CM | Meet & Confer w/ Plaintiffs Counsel re: Status of Plaintiff's written discovery responses and status of case. [L310 - A107](0.30) | 0.30 | $120.00 |
| 8/21/2025 | BGON | Prepare workers comp documents for attorney review. [L140 - A104](0.30) | 0.30 | $67.50 |
| 8/27/2025 | BJLE | Telephone call with David Belcher regarding case strategy and mediation. [L160 - A107](0.30) | 0.30 | $142.50 |
| 8/27/2025 | BJLE | Exchange of messages with Paula Carney regarding mediation proposal. [L160 - A106](0.20) | 0.20 | $95.00 |
| 8/27/2025 | BJLE | Exchange of emails with David Belcher regarding discovery and Plaintiff's demand. [L160 - A107](0.20) | 0.20 | $95.00 |
| | | Total Services | 1.70 | $710.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|------|------|-------|-------|------|--------|
| BJLE | Benjamin J. Lewis | ASSOCIATE | 1.10 | $475.00 | $522.50 |
| CM | Carly M Moran | ASSOCIATE | 0.30 | $400.00 | $120.00 |

Case: 23-30564   Doc# 1432   Filed: 10/23/25   Entered: 10/23/25 10:52:45   Page 113
of 190

The Archdiocese of San Francisco

RE: Shajana Steele V. Cruise, LLC, ET AL

September 03, 2025
Client: 150363
Matter: 000945
Invoice #: 98512843

Page: 2

## Timekeeper Summary

| | | Level | Hours | Rate | Amount |
|---|---|---|---|---|---|
| BGON | Brian Gonzaga | PARALEGAL | 0.30 | $225.00 | $67.50 |

## EXPENSES

| Date | Description of Expenses | Amount |
|---|---|---|
| 8/11/2025 | Ace Attorney Service, Inc.- Filing fee- 7/23/2025 - Request for Dismissal - San Francisco Superior Court [E100 - E124] | $85.90 |
| | Total Expenses | $85.90 |

| | | | | |
|---|---|---|---|---|
| Total Fees to Date: | $37,733.50 | Previous Balance | | $22,840.90 |
| Total Disbursements to Date: | $928.65 | Current Charges | | $795.90 |
| Total to Date: | $38,662.15 | Less Payments | | $5,878.40 |
| | | **Balance Due** | | **$17,758.40** |

| Task | Description | Hours | Amount |
|---|---|---|---|
| E100 | Other | 0.00 | $85.90 |
| L140 | Document/File Management - Review/Analyze | 0.30 | $67.50 |
| L160 | Settlement/Non-Binding ADR - Communicate w/Cl | 0.20 | $95.00 |
| L160 | Settlement/Non-Binding ADR - Commun/Other Co | 0.50 | $237.50 |
| L310 | Written Discovery - Communicate/Other Counsel | 0.70 | $310.00 |

The Archdiocese of San Francisco

RE: Shajana Steele V. Cruise, LLC, ET AL

September 03, 2025
Client:        150363
Matter:        000945
Invoice #:     98512843

Page:            3

| Task | Description | | Hours | Amount |
|------|-------------|--|-------|--------|
| | | **Total Hours** | **1.70** | |
| | | **Total Fees:** | **$710.00** | |



weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ▮▮▮▮▮

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention:  Paula Carney, Esq.**

September 03, 2025
Client:          150363

For Professional Services Rendered Through August 31, 2025

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000983 | ▮▮▮ DOE AKA ▮▮▮▮ V. SAINT BRIGID SC | 98512844 | $200.00 | $0.00 | $200.00 |

## *Account Summary*

| | |
|---|---|
| Previous Balance | $1,730.00 |
| Current Charges | $200.00 |
| Less Payments | $440.00 |
| **Balance Due:** | **$1,490.00** |

## Invoices Due Upon Presentation
### Thank You for Your Business



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

September 03, 2025
Client:     150363
Matter:     000983
Invoice #:   98512844

Page:         1

RE: ██████ DOE AKA ████████████ V. SAINT BRIGID SCHOOL

For Professional Services Rendered Through August 31, 2025

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 8/8/2025 | DCZ | Phone call with Paula Carney regarding follow up communication with claimant's counsel. [L120 - A106](0.20) | 0.20 | $100.00 |
| 8/8/2025 | DCZ | Drafted correspondence to Bob Allard regarding status of settlement agreement execution. [L120 - A103](0.20) | 0.20 | $100.00 |
| | | Total Services | 0.40 | $200.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|--|--|-------|-------|------|--------|
| DCZ | Daniel C. Zamora | SHAREHOLDER | 0.40 | $500.00 | $200.00 |

| | |
|--|--|
| Total Fees to Date: | $7,000.00 |
| Total Disbursements to Date: | $0.00 |
| Total to Date: | $7,000.00 |

The Archdiocese of San Francisco

RE: ██████ DOE AKA ████████████ V. SAINT BRIGID SCHOOL

September 03, 2025
Client:        150363
Matter:        000983
Invoice #:     98512844

Page:          2

| | | |
|---|---|---|
| Previous Balance | | $1,730.00 |
| Current Charges | | $200.00 |
| Less Payments | | $440.00 |
| **Balance Due** | | **$1,490.00** |

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L120 | Analysis/Strategy - Draft/Revise | 0.20 | $100.00 |
| L120 | Analysis/Strategy - Communicate/With Client | 0.20 | $100.00 |
| | **Total Hours** | **0.40** | |
| | **Total Fees:** | **$200.00** | |



weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

September 03, 2025
Client:       150363

For Professional Services Rendered Through August 31, 2025

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000985 ███████ |  | 98512845 | $350.00 | $0.00 | $350.00 |

## *Account Summary*

| | |
|---|---|
| Previous Balance | $2,330.00 |
| Current Charges | $350.00 |
| Less Payments | $160.00 |
| **Balance Due:** | **$2,520.00** |

## Invoices Due Upon Presentation
### Thank You for Your Business



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ████████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

September 03, 2025
Client:          150363
Matter:          000985
Invoice #:   98512845

Page:                 1

RE: ██████████

For Professional Services Rendered Through August 31, 2025

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 8/6/2025 | MDB | Receipt and review of Notice of Case Closure from the CRD and transmit to ████████ . [L140 - A104](0.20) | 0.20 | $100.00 |
| 8/7/2025 | DCZ | Review and analysis of notice of case closure from the Civil Rights Department and drafted correspondence to Paula Carney regarding the same. [L120 - A104](0.30) | 0.30 | $150.00 |
| 8/7/2025 | DCZ | Drafting correspondence to Marizel Bajao regarding case closure by Civil Rights Department. [L120 - A103](0.20) | 0.20 | $100.00 |
| | | Total Services | 0.70 | $350.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|------|------------------|-------------|-------|---------|---------|
| MDB | Meagan D. Bainbridge | SHAREHOLDER | 0.20 | $500.00 | $100.00 |
| DCZ | Daniel C. Zamora | SHAREHOLDER | 0.50 | $500.00 | $250.00 |

| | |
|-------------------------------|-------------|
| Total Fees to Date: | $10,400.00 |
| Total Disbursements to Date: | $0.00 |
| Total to Date: | $10,400.00 |

The Archdiocese of San Francisco

RE: ████████████

September 03, 2025
Client:          150363
Matter:          000985
Invoice #:   98512845

Page:                 2

| Previous Balance | $2,330.00 |
|---|---|
| Current Charges | $350.00 |
| Less Payments | $160.00 |
| **Balance Due** | **$2,520.00** |

| Task | Description | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy - Draft/Revise | 0.20 | $100.00 |
| L120 | Analysis/Strategy - Review/Analyze | 0.30 | $150.00 |
| L140 | Document/File Management - Review/Analyze | 0.20 | $100.00 |
| | *Total Hours* | *0.70* | |
| | *Total Fees:* | *$350.00* | |



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

September 03, 2025
Client:      150363

For Professional Services Rendered Through August 31, 2025

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000986   | ███████████ | 98512846  | $150.00 | $0.00 | $150.00 |

## *Account Summary*

| | |
|---|---|
| Previous Balance | $930.00 |
| Current Charges | $150.00 |
| Less Payments | $160.00 |
| **Balance Due:** | **$920.00** |

## Invoices Due Upon Presentation
### Thank You for Your Business



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ██████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

September 03, 2025
Client: 150363
Matter: 000986
Invoice #: 98512846

Page: 1

RE: ███████████

For Professional Services Rendered Through August 31, 2025

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 8/4/2025 | DCZ | Drafted status update on claim for ████████. [L120 - A103](0.30) | 0.30 | $150.00 |
| | | Total Services | 0.30 | $150.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|---|---|-------|-------|------|--------|
| DCZ | Daniel C. Zamora | SHAREHOLDER | 0.30 | $500.00 | $150.00 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $1,600.00 | Previous Balance | $930.00 |
| Total Disbursements to Date: | $0.00 | Current Charges | $150.00 |
| Total to Date: | $1,600.00 | Less Payments | $160.00 |
| | | **Balance Due** | **$920.00** |

The Archdiocese of San Francisco

RE: ▮▮▮▮▮▮▮▮▮

September 03, 2025
Client:          150363
Matter:          000986
Invoice #:    98512846

Page:               2

| Task | Description | | Hours | Amount |
|------|-------------|---|-------|--------|
| L120 | Analysis/Strategy - Draft/Revise | | 0.30 | $150.00 |
| | | **Total Hours** | **0.30** | |
| | | **Total Fees:** | **$150.00** | |



weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No:██████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention:  Paula Carney, Esq.**

September 03, 2025
Client:        150363

For Professional Services Rendered Through August 31, 2025

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 900036 | Bankruptcy | 98512847 | $17,714.50 | $0.00 | $17,714.50 |

## *Account Summary*

| | |
|---|---|
| Previous Balance | $108,080.10 |
| Current Charges | $17,714.50 |
| Less Payments | $26,669.20 |
| **Balance Due:** | **$99,125.40** |

## Invoices Due Upon Presentation
### Thank You for Your Business



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention:  Paula Carney, Esq.**

September 03, 2025
Client:          150363
Matter:        900036
Invoice #:    98512847

Page:                    1

RE:  Bankruptcy

For Professional Services Rendered Through August 31, 2025

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 8/1/2025 | DCZ | Conference call with client regarding status of mediation outcome and other issues impacting global resolution. [L120 - A106](1.00) | 1.00 | $500.00 |
| 8/1/2025 | DCZ | Review and analysis of factual basis supporting opposition to motion to file late claim. [L120 - A104](0.30) | 0.30 | $150.00 |
| 8/1/2025 | PEG | Weekly debtor professionals call. [B100 - B110](1.00) | 1.00 | $520.00 |
| 8/1/2025 | PEG | Follow up call with Judge Buckley and Weinstein. [B100 - B110](0.40) | 0.40 | $208.00 |
| 8/1/2025 | PEG | Review and edit draft Opposition to motion to file late claim. [B300 - B310](0.40) | 0.40 | $208.00 |
| 8/2/2025 | PEG | Review of email from Brittany Michael regarding mediation session. [B100 - B110](0.20) | 0.20 | $104.00 |
| 8/4/2025 | PEG | Call with Weinstein regarding preparation for call with Burns & Bair. [B100 - B110](0.20) | 0.20 | $104.00 |
| 8/5/2025 | PEG | Call with mediators and Committee counsel regarding strategies for mediation. [B100 - B110](1.00) | 1.00 | $520.00 |
| 8/5/2025 | PEG | Drafting of report to Paula and Father Summerhays. [B100 - B110](0.30) | 0.30 | $156.00 |
| 8/5/2025 | PEG | Review of proposed Serra Clergy House stipulation; drafting of comment to Amanda Cottrell regarding same. [B100 - B190](0.30) | 0.30 | $156.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

September 03, 2025
Client: 150363
Matter: 900036
Invoice #: 98512847

Page: 2

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 8/6/2025 | PEG | Exchange with Pascuzzi regarding claim withdrawal. [B300 - B310](0.30) | 0.30 | $156.00 |
| 8/8/2025 | DCZ | Conference call with client regarding status of mediation outcome and other issues impacting global resolution. [L120 - A106](1.00) | 1.00 | $500.00 |
| 8/8/2025 | DCZ | Conference call with mediators regarding Committee response to Settlement discussion. [L160 - A108](0.60) | 0.60 | $300.00 |
| 8/8/2025 | PEG | Call with mediators regarding Committee counter demand. [B100 - B110](0.70) | 0.70 | $364.00 |
| 8/11/2025 | DCZ | Conference call with Paula Carney regarding Committee settlement discussion. [L160 - A106](1.20) | 1.20 | $600.00 |
| 8/11/2025 | PEG | Call with Paula Carney, Paul Pascuzzi, Ori Katz, Barry Weinstein, Jeff Schulman and Daniel Zamora regarding strategies to respond to Committee demand. [B100 - B110](1.00) | 1.00 | $520.00 |
| 8/11/2025 | PEG | Review and edit Ori Katz' draft talking points for mediators. [B100 - B110](0.40) | 0.40 | $208.00 |
| 8/12/2025 | DCZ | Review and analysis of correspondence from Ori Katz regarding mediators' on Committee settlement status. [L160 - A104](0.20) | 0.20 | $100.00 |
| 8/12/2025 | PEG | Review of Flanagan edits to draft talking points. [B100 - B110](0.20) | 0.20 | $104.00 |
| 8/12/2025 | PEG | Review of memorandum, from Ori Katz regarding calls with Buckley and Gallagher. [B100 - B110](0.20) | 0.20 | $104.00 |
| 8/12/2025 | MAS | Receipt and review of late-filed claim. [L110 - A104](0.20) | 0.20 | $75.00 |
| 8/13/2025 | PEG | Review of further edits to talking points; preparation of reply to Katz regarding same. [B100 - B110](0.30) | 0.30 | $156.00 |
| 8/13/2025 | PEG | Call from Pascuzzi regarding mediators. [B100 - B110](0.30) | 0.30 | $156.00 |
| 8/13/2025 | PEG | Exchange with Weinstein regarding edits to Travelers complaint. [B100 - B110](0.20) | 0.20 | $104.00 |
| 8/14/2025 | DCZ | Conference call with client regarding seeking clarification on lift stay motion from Court on punitive damages. [L120 - A106](0.70) | 0.70 | $350.00 |
| 8/14/2025 | PEG | Review of revised Travelers complaint. [B100 - B110](0.30) | 0.30 | $156.00 |
| 8/14/2025 | BJLE | Exchange of emails with Meha Reja regarding fact sheet for ▇▇ Doe ▇▇▇. [L310 - A106](0.20) | 0.20 | $90.00 |
| 8/14/2025 | MAS | Analysis of counsel for committee members per request of Ori Katz and Paul Pascuzzi. [L120 - A104](0.40) | 0.40 | $150.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

September 03, 2025
Client:      150363
Matter:      900036
Invoice #:   98512847

Page:              3

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 8/14/2025 | MAS | Analysis of claims naming ███████████ per request of Ori Katz and Paul Pascuzzi. [L120 - A104](0.30) | 0.30 | $112.50 |
| 8/14/2025 | MAS | Correspondence with Ori Katz and Paul Pascuzzi regarding representation of committee members and claims naming ████████. [L120 - A107](0.30) | 0.30 | $112.50 |
| 8/15/2025 | PEG | Weekly debtor professionals call. [B100 - B110](0.80) | 0.80 | $416.00 |
| 8/18/2025 | DCZ | Conference call with mediators regrading reaction to Committee settlement discussions. [L160 - A108](0.60) | 0.60 | $300.00 |
| 8/18/2025 | DCZ | Conference call with client following discussing with mediators regarding settlement. [L160 - A106](0.40) | 0.40 | $200.00 |
| 8/18/2025 | PEG | Call with defense team and mediators. [B100 - B110](0.60) | 0.60 | $312.00 |
| 8/18/2025 | PEG | Follow up strategy call with debtor team. [B100 - B110](0.40) | 0.40 | $208.00 |
| 8/18/2025 | MAS | Analysis of matter naming a parish for purposes of assisting in preparation of Reply to Opposition Brief of Motion to Dismiss Amended Adversary Complaint. [L430 - A104](0.60) | 0.60 | $225.00 |
| 8/19/2025 | DCZ | Review and analysis of ██████ claims before meet and confer call with Committee Counsel about punitive damages issue on lift stay cases. [L160 - A104](0.20) | 0.20 | $100.00 |
| 8/19/2025 | DCZ | Conference call with Committee counsel regarding various aspects of settlement negotiations. [L120 - A108](0.40) | 0.40 | $200.00 |
| 8/19/2025 | PEG | Call with debtor and committee professionals and Judge Buckley. [B100 - B110](0.40) | 0.40 | $208.00 |
| 8/19/2025 | PEG | Preparation of memorandum to Carney regarding cases naming parishes and schools as defendants. [B100 - B110](0.20) | 0.20 | $104.00 |
| 8/19/2025 | MAS | Further analysis of matter naming a parish for purposes of assisting in preparation of Reply to Opposition Brief of Motion to Dismiss Amended Adversary Complaint. [L430 - A104](3.60) | 3.60 | $1,350.00 |
| 8/20/2025 | PEG | Exchange with Paula Carney regarding Proofs of Claim for which no Complaint was filed. [B300 - B310](0.30) | 0.30 | $156.00 |
| 8/20/2025 | PEG | Review and edit draft reply in support of motion to dismiss adversary proceeding. [B100 - B190](0.50) | 0.50 | $260.00 |
| 8/20/2025 | MAS | Analysis of claims without associated AB218 lawsuit per request from Paula Carney. [L430 - A104](1.00) | 1.00 | $375.00 |
| 8/20/2025 | MAS | Correspondence with Paula Carney regarding analysis of claims without associated AB218 lawsuit per request from Paula Carney. [L430 - A106](0.30) | 0.30 | $112.50 |

The Archdiocese of San Francisco

RE: Bankruptcy

September 03, 2025
Client: 150363
Matter: 900036
Invoice #: 98512847

Page: 4

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 8/21/2025 | DCZ | Drafting correspondence to client regarding Committee response to punitive damages issue on lift stay cases. [L160 - A103](0.20) | 0.20 | $100.00 |
| 8/21/2025 | PEG | Review of carrier opposition to motion to approve stipulation for relief from stay. [B100 - B190](0.40) | 0.40 | $208.00 |
| 8/21/2025 | MAS | Further analysis of claims without associated AB218 lawsuit per request from Paula Carney. [L430 - A104](0.30) | 0.30 | $112.50 |
| 8/21/2025 | MAS | Further correspondence with Paula Carney regarding analysis of claims without associated AB218 lawsuit per request from Paula Carney. [L430 - A106](0.30) | 0.30 | $112.50 |
| 8/22/2025 | DCZ | Conference call with mediators regarding response to client questions. [L160 - A108](0.70) | 0.70 | $350.00 |
| 8/22/2025 | PEG | Call with debtor professionals, Paula Carney, Fr. Summerhays, Michael Flanagan and mediators. Follow up call with debtor and professionals regarding same. [B100 - B110](1.70) | 1.70 | $884.00 |
| 8/25/2025 | PEG | Review and edit draft case management statement. [B100 - B110](0.40) | 0.40 | $208.00 |
| 8/25/2025 | MAS | Analysis of Catholic Charities matters for purposes of requests for insurance information. [L190 - A104](0.30) | 0.30 | $112.50 |
| 8/26/2025 | DCZ | Conference call with client regarding response to Committee settlement demand. [L160 - A106](1.30) | 1.30 | $650.00 |
| 8/26/2025 | PEG | Call with Fr. Summerhays, Paula Carney, Michael Flanagan, and debtor professionals regarding development of counteroffer to mediators. [B100 - B110](0.70) | 0.70 | $364.00 |
| 8/26/2025 | PEG | Call with Paul Pascuzzi regarding Reply in Support of Motion to Approve Stipulation. [B100 - B190](0.30) | 0.30 | $156.00 |
| 8/26/2025 | PEG | Review of Ori Katz' report of call with mediators. [B100 - B110](0.20) | 0.20 | $104.00 |
| 8/26/2025 | MAS | Further analysis of Catholic Charities matters for purposes of requests for insurance information. [L190 - A104](0.50) | 0.50 | $187.50 |
| 8/26/2025 | MAS | Further correspondence with Paula Carney regarding analysis of claims without associated AB218 lawsuit per request from Paula Carney. [L430 - A106](0.20) | 0.20 | $75.00 |
| 8/26/2025 | MAS | Further analysis of claims without associated AB218 lawsuit per request from Paula Carney. [L430 - A104](0.20) | 0.20 | $75.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

September 03, 2025
Client: 150363
Matter: 900036
Invoice #: 98512847

Page: 5

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 8/27/2025 | DCZ | Drafting correspondence to coverage counsel regarding order in jCCP 5108 regarding trial remand dates for lift stay cases. [L120 - A103](0.20) | 0.20 | $100.00 |
| 8/27/2025 | PEG | Calls with Weinstein regarding edits to Reply to ▮ objections. [B100 - B190](0.40) | 0.40 | $208.00 |
| 8/28/2025 | PEG | Attend hearing on motion to dismiss adversary proceeding. [B100 - B190](1.80) | 1.80 | $936.00 |
| 8/28/2025 | MAS | Review of claims for information related to individual alleged claimant per request from Paula Carney. [L120 - A104](0.20) | 0.20 | $75.00 |
| 8/29/2025 | DCZ | Conference call with client regarding upcoming mediation outcome and other issues impacting global resolution. [L120 - A106](0.90) | 0.90 | $450.00 |
| 8/29/2025 | PEG | Weekly debtor professionals call. [B100 - B110](0.80) | 0.80 | $416.00 |
| 8/29/2025 | PEG | Review of memorandum from Rob Harris regarding Syracuse Plan; preparation of memorandum to Katz and Weinstein regarding same. [B100 - B110](0.20) | 0.20 | $104.00 |
| 8/31/2025 | PEG | Review of Committee reply to Insurer objection to stipulation. [B100 - B190](0.30) | 0.30 | $156.00 |
| | | Total Services | 36.90 | $17,714.50 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|------|------|-------|-------|------|--------|
| PEG | Paul E. Gaspari | SHAREHOLDER | 18.10 | $520.00 | $9,412.00 |
| DCZ | Daniel C. Zamora | SHAREHOLDER | 9.90 | $500.00 | $4,950.00 |
| BJLE | Benjamin J. Lewis | ASSOCIATE | 0.20 | $450.00 | $90.00 |
| MAS | Monica Silver | ASSOCIATE | 8.70 | $375.00 | $3,262.50 |

| Total Fees to Date: | $924,199.75 |
|---|---|
| Total Disbursements to Date: | $2,192.28 |
| Total to Date: | $926,392.03 |

| Previous Balance | $108,080.10 |
|---|---|
| Current Charges | $17,714.50 |
| Less Payments | $26,669.20 |
| **Balance Due** | **$99,125.40** |

The Archdiocese of San Francisco

RE: Bankruptcy

September 03, 2025
Client:         150363
Matter:         900036
Invoice #:   98512847

Page:               6

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| B100 | Case Administration | 13.10 | $6,812.00 |
| B100 | Other Contested Matters (excluding assumption/re | 4.00 | $2,080.00 |
| B300 | Claims Administration and Objections | 1.00 | $520.00 |
| L110 | Fact Investigation/Development - Review/Analyze | 0.20 | $75.00 |
| L120 | Analysis/Strategy - Draft/Revise | 0.20 | $100.00 |
| L120 | Analysis/Strategy - Review/Analyze | 1.20 | $487.50 |
| L120 | Analysis/Strategy - Communicate/With Client | 3.60 | $1,800.00 |
| L120 | Analysis/Strategy - Communicate/Other Counsel | 0.30 | $112.50 |
| L120 | Analysis/Strategy - Communicate/Other External | 0.40 | $200.00 |
| L160 | Settlement/Non-Binding ADR - Draft/Revise | 0.20 | $100.00 |
| L160 | Settlement/Non-Binding ADR - Review/Analyze | 0.40 | $200.00 |
| L160 | Settlement/Non-Binding ADR - Communicate w/Cl | 2.90 | $1,450.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

September 03, 2025
Client: 150363
Matter: 900036
Invoice #: 98512847

Page: 7

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L160 | Settlement/Non-Binding ADR - Commun/Other Ext | 1.90 | $950.00 |
| L190 | Other - Review/Analyze | 0.80 | $300.00 |
| L310 | Written Discovery - Communicate/With Client | 0.20 | $90.00 |
| L430 | Written Motions/Submissions - Review/Analyze | 5.70 | $2,137.50 |
| L430 | Written Motions/Submissions - Communicate w/Cli | 0.80 | $300.00 |

**Total Hours** **36.90**

**Total Fees:** **$17,714.50**



**weintraub | tobin**
weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ▮▮▮▮▮▮

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney**

October 02, 2025
Client:          150363

For Professional Services Rendered Through September 30, 2025

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000000 | General matters | 98514900 | $10,280.00 | $487.75 | $10,767.75 |

## *Account Summary*

| | |
|---|---|
| Previous Balance | $12,005.00 |
| Current Charges | $10,767.75 |
| **Balance Due:** | **$22,772.75** |

| | |
|---|---|
| **Retainer Balance** | **$1,953.88** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney**

October 02, 2025
Client:        150363
Matter:        000000
Invoice #:   98514900

Page:                1

RE: General matters

For Professional Services Rendered Through September 30, 2025

---

### SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 9/2/2025 | JRH | Telephone call with Mary Chacon, ADSF, regarding restraining order hearing. [L230 - A106](0.20) | 0.20 | $80.00 |
| 9/2/2025 | JRH | Telephone call to D. Williams, ADSF, regarding restraining order hearing. [L230 - A106](0.20) | 0.20 | $80.00 |
| 9/2/2025 | JRH | Draft outline for direct examination of Mary Chacon in preparation for hearing regarding restraining order against shane sleeper. [L230 - A103](1.40) | 1.40 | $560.00 |
| 9/2/2025 | JRH | Draft outline for direct examination of Peter Marlow in preparation for hearing regarding restraining order against Shane Sleeper. [L230 - A103](0.90) | 0.90 | $360.00 |
| 9/2/2025 | JRH | Analyze correspondence from D. Williams, Archdiocese of San Francisco, regarding appearance at hearing regarding restraining order against Shane Sleeper. [L240 - A106](0.10) | 0.10 | $40.00 |
| 9/2/2025 | JRH | Analyze proof of service of temporary restraining for Shane Sleeper from San Francisco sheriff's office. [L240 - A106](0.10) | 0.10 | $40.00 |
| 9/2/2025 | JRH | Draft outline for direct examination of Rocio Rodriguez in preparation for hearing regarding restraining order against Shane Sleeper. [L230 - A103](0.80) | 0.80 | $320.00 |
| 9/2/2025 | JRH | Draft outline for direct examination of Demian Williams in preparation for hearing regarding restraining order against Shane Sleeper. [L230 - A103](1.20) | 1.20 | $480.00 |

The Archdiocese of San Francisco

RE: General matters

October 02, 2025
Client: 150363
Matter: 000000
Invoice #: 98514900

Page: 2

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 9/3/2025 | JRH | Analyze correspondence from attorney N. Talbott regarding restraining order against Shane Sleeper. [L230 - A108](0.20) | 0.20 | $80.00 |
| 9/3/2025 | JRH | Draft offer of proof for hearing regarding restraining order against Shane Sleeper. [L230 - A103](2.30) | 2.30 | $920.00 |
| 9/4/2025 | JRH | Continue to draft offer of proof for hearing regarding restraining order against Shane Sleeper. [L230 - A103](1.40) | 1.40 | $560.00 |
| 9/5/2025 | JRH | Prepare for videoconference with M. Chacon, ADSF, in preparation for restraining order hearing. [L230 - A101](0.20) | 0.20 | $80.00 |
| 9/5/2025 | JRH | Videoconference with M. Chacon, ADSF, in preparation for restraining order hearing. [L230 - A106](0.60) | 0.60 | $240.00 |
| 9/8/2025 | JRH | Videoconference with P. Marlow, ADSF, in preparation for restraining order hearing. [L230 - A106](0.70) | 0.70 | $280.00 |
| 9/9/2025 | JRH | Draft correspondence to P. Carney, ADSF, regarding Demian Wunderlich's cooperation with restraining order hearing. [L230 - A106](0.20) | 0.20 | $80.00 |
| 9/9/2025 | JRH | Telephone call with R. Rodriguez, ADSF, in preparation for restraining order hearing. [L230 - A106](0.40) | 0.40 | $160.00 |
| 9/10/2025 | JRH | Prepare exhibits for restraining order hearing. [L230 - A101](1.40) | 1.40 | $560.00 |
| 9/10/2025 | JRH | Prepare proposed workplace violence restraining order after hearing in preparation for restraining order hearing. [L230 - A101](0.50) | 0.50 | $200.00 |
| 9/10/2025 | JRH | Continue to draft offer of proof for hearing regarding restraining order against Shane Sleeper. [L230 - A103](1.60) | 1.60 | $640.00 |
| 9/11/2025 | JRH | Draft correspondence to D. Williams, Archdiocese of San Francisco, regarding appearance at hearing regarding restraining order against Shane Sleeper. [L240 - A106](0.20) | 0.20 | $80.00 |
| 9/11/2025 | JRH | Telephone call with D. Williams, ADSF, in preparation for restraining order hearing. [L230 - A106](0.40) | 0.40 | $160.00 |
| 9/11/2025 | JRH | Continue to prepare for hearing regarding restraining order against Shane Sleeper. [L230 - A101](1.80) | 1.80 | $720.00 |
| 9/15/2025 | JRH | Continue to prepare for hearing regarding restraining order against Shane Sleeper. [L230 - A101](1.40) | 1.40 | $560.00 |
| 9/16/2025 | JRH | Continue to prepare for hearing regarding restraining order against Shane Sleeper. [L230 - A101](0.90) | 0.90 | $360.00 |

The Archdiocese of San Francisco

RE: General matters

October 02, 2025
Client: 150363
Matter: 000000
Invoice #: 98514900

Page: 3

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 9/16/2025 | JRH | Travel to San francisco superior court in order to appear at hearing regarding restraining order against Shane Sleeper. [L230 - A109](0.50) | 0.50 | $200.00 |
| 9/16/2025 | JRH | Appear at hearing regarding restraining order against Shane Sleeper. [L230 - A109](3.30) | 3.30 | $1,320.00 |
| 9/16/2025 | JRH | Draft correspondence to P. Carney, ADSF, regarding hearing regarding restraining order against Shane Sleeper. [L230 - A106](0.20) | 0.20 | $80.00 |
| 9/22/2025 | JRH | Review and analyze correspondence from P. Carney, ADSF, regarding extension of restraining order against Randall Scott Smith. [L430 - A106](0.20) | 0.20 | $80.00 |
| 9/22/2025 | JRH | Review and analyze expired workplace violence restraining order against Randall Scott Smith. [L430 - A106](0.20) | 0.20 | $80.00 |
| 9/22/2025 | JRH | Review and analyze san francisco county local rules and secondary sources regarding renewing expired workplace violence restraining orders,. [L430 - A104](0.40) | 0.40 | $160.00 |
| 9/22/2025 | JRH | Draft correspondence to M. Poma, ADSF, regarding restraining order against randall scott smith. [L250 - A106](0.20) | 0.20 | $80.00 |
| 9/23/2025 | JRH | Analyze proof of unsuccessful service of restraining order against Shane Sleeper from San Francisco Sheriff's Office. [L430 - A104](0.20) | 0.20 | $80.00 |
| 9/23/2025 | JRH | Analyze online resources in order to determine whereabouts of shane sleeper in order to serve restraining order. [L430 - A104](0.80) | 0.80 | $320.00 |
| 9/23/2025 | JRH | Review and analyze filings regarding previous restraining order against randall scott smith. [L430 - A104](0.40) | 0.40 | $160.00 |
| 9/23/2025 | JRH | Telephone call with M. Poma, ADSF, regarding restraining order against randall scott smith. [L430 - A106](0.20) | 0.20 | $80.00 |
| | | Total Services | 25.70 | $10,280.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|------|------|-------|-------|------|--------|
| JRH | Jillian Harvey | ASSOCIATE | 25.70 | $400.00 | $10,280.00 |

The Archdiocese of San Francisco

RE: General matters

October 02, 2025
Client: 150363
Matter: 000000
Invoice #: 98514900

Page: 4

**EXPENSES**

| Date | Description of Expenses | Amount |
|------|------------------------|--------|
| 8/31/2025 | Specialized Legal Services, Inc.- Professional services rendered/- Servee: PETER MARLOW c/o San Francisco Sheriff's Department, served @1 Dr. Carlton B. Goodlet Place, Room 456 San Francisco, CA, 94102 on 8/27/2025 [E100 - E107] | $150.00 |
| 8/31/2025 | Specialized Legal Services, Inc.- Professional services rendered/- NOTICE OF COURT HEARING; Superior Court of California County of San Francisco [E100 - E124] | $255.75 |
| 9/15/2025 | Specialized Legal Services, Inc.- Service- Proof of Personal Service - Superior Court of County of San Francisco [E100 - E112] | $82.00 |

|  | Total Expenses | $487.75 |
|--|--|--|

| Total Fees to Date: | $978,726.00 |
|---------------------|-------------|
| Total Disbursements to Date: | $32,419.55 |
| Total to Date: | $1,011,145.55 |

| Previous Balance | $12,005.00 |
|------------------|-----------|
| Current Charges | $10,767.75 |
| **Balance Due** | **$22,772.75** |

| **Retainer Balance** | **$1,953.88** |
|----------------------|---------------|

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| E100 | Delivery/Messenger | 0.00 | $150.00 |
| E100 | Court Fees | 0.00 | $82.00 |
| E100 | Other | 0.00 | $255.75 |

The Archdiocese of San Francisco

October 02, 2025
Client: 150363
Matter: 000000
Invoice #: 98514900

Page: 5

RE: General matters

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L230 | Court Mandated Conferences - Plan & Prepare Fo | 6.20 | $2,480.00 |
| L230 | Court Mandated Conferences - Draft/Revise | 9.60 | $3,840.00 |
| L230 | Court Mandated Conferences - Communicate w/Cl | 2.90 | $1,160.00 |
| L230 | Court Mandated Conferences - Commun./Other Ex | 0.20 | $80.00 |
| L230 | Court Mandated Conferences - Appear For/Attend | 3.80 | $1,520.00 |
| L240 | Dispositive Motions - Communicate/With Client | 0.40 | $160.00 |
| L250 | Oth Written Motion/Submiss - Communicate w/Clie | 0.20 | $80.00 |
| L430 | Written Motions/Submissions - Review/Analyze | 1.80 | $720.00 |
| L430 | Written Motions/Submissions - Communicate w/Cli | 0.60 | $240.00 |

**Total Hours** 25.70

**Total Fees:** **$10,280.00**



weintraub | tobin

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ▉▉▉▉▉▉

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, ESQ**

October 02, 2025
Client:        150363
Matter:        000390
Invoice #:    98514902

Page:            1

RE:  ▉▉▉▉  v. Archdiocese of San Francisco

For Professional Services Rendered Through September 30, 2025

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 9/2/2025 | DCZ | Conference call with insurance defense counsel regarding case background. [L120 - A108](0.90) | 0.90 | $450.00 |
| 9/2/2025 | PEG | Call with Cormier team regarding association of counsel. [L110 - A107](0.80) | 0.80 | $416.00 |
| 9/2/2025 | PEG | Review of memoranda from and preparation of memoranda to Jennifer Cormier regarding Association of Counsel. [L190 - A107](0.30) | 0.30 | $156.00 |
| 9/3/2025 | ZMS | Prepare all pleadings, motions and discovery files and all deposition transcripts for transmission to Jennifer Cormier. [L120 - A110](1.30) | 1.30 | $676.00 |
| 9/4/2025 | ZMS | Extended telephone conference with insurance defense counsel associated into case, Adan Hays, regarding preparation for upcoming Case Management Conference and potential; trial setting hearing on September 5, 2025and for collaboration at trial once set. (1.6). [L120 - A101](1.60) | 1.60 | $832.00 |
| 9/5/2025 | DCZ | Appeared at Case Management Conference in San Francisco Superior Court. [L120 - A109](1.00) | 1.00 | $500.00 |
| 9/5/2025 | ZMS | Appear by video at Case Management Conference conducted by Judge A. Gordon in Department 611 of San Francisco Superior Court from 2:30 to 3:30 p.m. (1.0). [L450 - A109](1.00) | 1.00 | $520.00 |

The Archdiocese of San Francisco

RE:  ███████ v. Archdiocese of San Francisco

October 02, 2025
Client:      150363
Matter:     000390
Invoice #:  98514902

Page:              2

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 9/5/2025 | ZMS | Prepare oral argument for appearance at upcoming Case Management Conference (.6). [L450 - A101](0.60) | 0.60 | $312.00 |
| 9/10/2025 | AAM | Analysis of issues re continuing jurisdiction of coordination judge in connection with supplemental brief on plaintiff's motion to consolidate. [L250 - A104](0.50) | 0.50 | $225.00 |
| 9/10/2025 | AAM | Research re continuing jurisdiction of coordination judge after order transferring case for trial in connection with supplemental brief on plaintiff's motion to consolidate. [L250 - A104](1.20) | 1.20 | $540.00 |
| 9/10/2025 | PEG | Review of plaintiff's supplemental brief on motion to consolidate; preparation of memorandum to Paula Carney regarding same. [L210 - A104](0.40) | 0.40 | $208.00 |
| 9/10/2025 | ZMS | Prepare list of previous filings in both JCCP 5108 and San Francisco Superior Court of documents which should be reviewed by Judge Gordon in connection with considering pre-trial motions and trial setting as requested by Judge Gordon at September 5, 2025 CMC. [L450 - A103](1.40) | 1.40 | $728.00 |
| 9/10/2025 | ZMS | Receipt and initial analysis of supplemental points and authorities, request for judicial notice and proposed order in support of joint motion of █████ and █████ to consolidate their cases for trial. (.7). [L450 - A101](0.70) | 0.70 | $364.00 |
| 9/11/2025 | AAM | Continue research re effect of coordination judge's order after transfer of case for trial in connection with supplemental brief on plaintiff's motion to consolidate. [L250 - A104](4.20) | 4.20 | $1,890.00 |
| 9/11/2025 | DCZ | Review and analysis of supplemental motion in support of consolidation. [L120 - A104](0.80) | 0.80 | $400.00 |
| 9/11/2025 | DCZ | Phone call with Paula Carney regarding status of case management conference and briefing on motion to consolidate. [L120 - A106](0.40) | 0.40 | $200.00 |
| 9/11/2025 | DCZ | Conference call with insurance defense counsel regarding strategy for opposing motion to consolidate. [L120 - A108](0.70) | 0.70 | $350.00 |
| 9/11/2025 | ZMS | Research statutes regarding the effect of Judge Grillo's order transferring the case to San Francisco on jurisdiction being retained by the JCCP 5108 coordination proceeding (1.6). [L120 - A102](1.60) | 1.60 | $832.00 |
| 9/12/2025 | PEG | Review of memorandum from Simons regarding protective order on █████ photos. [L320 - A107](0.30) | 0.30 | $156.00 |
| 9/12/2025 | PEG | Review of Rules of Court relative to remand/transfer order on Proposition 51 ruling. [L440 - A102](0.80) | 0.80 | $416.00 |

The Archdiocese of San Francisco

RE:  ▮▮▮▮  v. Archdiocese of San Francisco

October 02, 2025
Client:       150363
Matter:     000390
Invoice #:  98514902

Page:            3

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 9/12/2025 | PEG | Review CMC order re hearing on motion to consolidate. [L230 - A104](0.20) | 0.20 | $104.00 |
| 9/12/2025 | ZMS | Continued work on preparing detailed outline of opposition to plaintiff's motion to consolidate his case with the ▮▮▮▮ case for trial in San Francisco (3.4). [L450 - A104](3.40) | 3.40 | $1,768.00 |
| 9/15/2025 | DCZ | Review and analysis of Court's order on pre-trial motion to consolidate ▮▮▮▮ and ▮▮▮▮ actions. [L120 - A104](0.20) | 0.20 | $100.00 |
| 9/15/2025 | DCZ | Drafting correspondence to Paula Carney and co-counsel regarding hearing and briefing schedule on the motion to consolidate. [L120 - A103](0.20) | 0.20 | $100.00 |
| 9/16/2025 | ZMS | Work on rough drafting of memorandum of points and authorities in opposition to supplemental briefing submitted by attorneys for ▮▮▮▮ in support of their joint motion for consolidation of ▮▮▮▮ and ▮▮▮▮ bellwether cases for trial (3.3). [L450 - A103](3.30) | 3.30 | $1,716.00 |
| 9/17/2025 | ZMS | Continue rough drafting of memorandum of points and authorities in opposition to supplemental briefing submitted by attorneys for plaintiffs in support of their joint motion for consolidation of bellwether cases for trial, including review of deposition transcripts of all witnesses whose testimony is cited in draft brief for page and line citations (4.2). [L450 - A103](4.20) | 4.20 | $2,184.00 |
| 9/18/2025 | DCZ | Drafting and editing of opposition to motion to consolidate actions. [L120 - A103](0.50) | 0.50 | $250.00 |
| 9/18/2025 | DCZ | Conference call with insurance defense counsel about draft opposition to motion to consolidate actions. [L120 - A108](0.70) | 0.70 | $350.00 |
| 9/18/2025 | PEG | Review and edit draft supplemental opposition to motion to consolidate. [L430 - A103](0.70) | 0.70 | $364.00 |
| 9/18/2025 | ZMS | Conducted video meeting with Paul Gaspari, Daniel Zamora and insurance retained counsel Jennifer Judin and Adam to review draft points and authorizes in opposition to plaintiffs' joint consolidation motion and to strategize with respect to upcoming hearings (.7). [L450 - A101](0.70) | 0.70 | $364.00 |
| 9/19/2025 | DCZ | Further drafting of opposition to motion to consolidate. [L120 - A103](0.70) | 0.70 | $350.00 |
| 9/19/2025 | PEG | Finalize opposition to motion to consolidate. [L250 - A103](0.40) | 0.40 | $208.00 |

The Archdiocese of San Francisco

RE:　█████　v. Archdiocese of San Francisco

October 02, 2025
Client:　　150363
Matter:　　000390
Invoice #:　98514902

Page:　　　4

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 9/19/2025 | ZMS | Prepare rough draft and finalize request for judicial notice and exhibits in support of opposition to supplemental briefing by plaintiffs on their motion for consolidation (1.7). [L450 - A103](1.70) | 1.70 | $884.00 |
| 9/19/2025 | ZMS | Prepared declaration authenticating excerpts of transcripts cited in supplemental briefing in opposition to consolidation of bellwether trials (.6). [L450 - A103](0.60) | 0.60 | $312.00 |
| 9/24/2025 | ZMS | Research interplay between heightened duty between school and school children and "notice" of unfitness of employee for drafting opposition to plaintiff's limine motion as to "notice" issue preclusion (3.6). [L450 - A103](3.60) | 3.60 | $1,872.00 |
| 9/25/2025 | PEG | Review memorandum from Judith regarding student witnesses. [L110 - A106](0.30) | 0.30 | $156.00 |
| 9/25/2025 | ZMS | Receipt and initial analysis of points and authorities, objections to evidence and declaration of Richard Simons in support of plaintiff's reply to supplemental briefing on consolidation issue in preparation for October 3, 2025 hearing. (.6). [L450 - A104](0.60) | 0.60 | $312.00 |
| 9/26/2025 | DCZ | Review and analysis of Reply brief in support of plaintiff's Motion to Consolidate Pritchard trials together. [L120 - A104](0.80) | 0.80 | $400.00 |
| 9/26/2025 | PEG | Review reply to opposition to motion to consolidate. [L190 - A104](0.40) | 0.40 | $208.00 |
| 9/30/2025 | ZMS | Continued working on advance designations of prior testimony from depositions and Clergy III trial transcript of witnesses including Dennis Kavanaugh and Thomas Kavanaugh as required by SF Superior Court Rules for use in bellwether case (4.2). [L450 - A103](4.20) | 4.20 | $2,184.00 |
| | | Total Services | 47.90 | $24,357.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|------|------------------|-------------|-------|---------|-------------|
| PEG | Paul E. Gaspari | SHAREHOLDER | 4.60 | $520.00 | $2,392.00 |
| AAM | Audrey A. Millemann | SHAREHOLDER | 5.90 | $450.00 | $2,655.00 |
| ZMS | Zachary M. Smith | SHAREHOLDER | 30.50 | $520.00 | $15,860.00 |
| DCZ | Daniel C. Zamora | SHAREHOLDER | 6.90 | $500.00 | $3,450.00 |

The Archdiocese of San Francisco

RE: ▮▮▮▮ v. Archdiocese of San Francisco

October 02, 2025
Client: 150363
Matter: 000390
Invoice #: 98514902

Page: 5

**EXPENSES**

| Date | Description of Expenses | Amount |
|------|------------------------|--------|
| 7/31/2025 | Specialized Legal Services, Inc.- Service- Courtesy Copy to Dept 302 - Superior Court of California County of San Francisco [E100 - E112] | $41.00 |
| 8/22/2025 | Federal Express- Express Mail- 08/15/25- Adele Espana-Purpur to Hon. Alexandra Robert Gordon San Francisco Superior Court [B100 - B110] | $25.48 |
| 9/2/2025 | One Legal, LLC- Professional services rendered/- Case Management Statement-Superior Court of California, San Francisco County [B100 - B110] | $20.75 |
| 9/19/2025 | Ace Attorney Service, Inc.- Filing fee- 9/4/2025 - OR\|Notice - San Francisco Superior Court [E100 - E112] | $85.90 |

Total Expenses     $173.13

| | |
|---|---|
| Total Fees to Date: | $211,843.00 |
| Total Disbursements to Date: | $36,596.01 |
| Total to Date: | $248,439.01 |

| | |
|---|---|
| Previous Balance | $23,934.22 |
| Current Charges | $24,530.13 |
| Less Payments | $2,718.30 |
| **Balance Due** | **$45,746.05** |

**Retainer Balance**     **$980.98**

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| B100 | Case Administration | 0.00 | $46.23 |
| E100 | Court Fees | 0.00 | $126.90 |
| L110 | Fact Investigation/Development - Commun. w/Clien | 0.30 | $156.00 |

The Archdiocese of San Francisco

RE:  ███████  v. Archdiocese of San Francisco

October 02, 2025
Client:        150363
Matter:      000390
Invoice #:   98514902

Page:              6

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L110 | Fact Investigation/Development - Commun./Other( | 0.80 | $416.00 |
| L120 | Analysis/Strategy - Plan & Prepare For | 1.60 | $832.00 |
| L120 | Analysis/Strategy - Research | 1.60 | $832.00 |
| L120 | Analysis/Strategy - Draft/Revise | 1.40 | $700.00 |
| L120 | Analysis/Strategy - Review/Analyze | 1.80 | $900.00 |
| L120 | Analysis/Strategy - Communicate/With Client | 0.40 | $200.00 |
| L120 | Analysis/Strategy - Communicate/Other External | 2.30 | $1,150.00 |
| L120 | Analysis/Strategy - Appear For/Attend | 1.00 | $500.00 |
| L120 | Analysis/Strategy - Manage Data/Files | 1.30 | $676.00 |
| L190 | Other - Review/Analyze | 0.40 | $208.00 |
| L190 | Other - Communicate/Other Counsel | 0.30 | $156.00 |
| L210 | Pleadings - Review/Analyze | 0.40 | $208.00 |
| L230 | Court Mandated Conferences - Review/Analyze | 0.20 | $104.00 |
| L250 | Oth Written Motion/Submiss - Draft/Revise | 0.40 | $208.00 |
| L250 | Oth Written Motion/Submiss - Research/Analyze | 5.90 | $2,655.00 |
| L320 | Document Production - Communicate/Other Couns | 0.30 | $156.00 |
| L430 | Written Motions/Submissions - Draft/Revise | 0.70 | $364.00 |
| L440 | Other Preparation/Support - Research | 0.80 | $416.00 |
| L450 | Trial & Hearing Attendance - Plan & Prepare For | 2.00 | $1,040.00 |

The Archdiocese of San Francisco

RE: ███████ v. Archdiocese of San Francisco

October 02, 2025
Client:          150363
Matter:          000390
Invoice #:   98514902

Page:                    7

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L450 | Trial & Hearing Attendance - Draft/Revise | 19.00 | $9,880.00 |
| L450 | Trial & Hearing Attendance - Review/Analyze | 4.00 | $2,080.00 |
| L450 | Trial & Hearing Attendance - Appear For/Attend | 1.00 | $520.00 |

**Total Hours**  *47.90*

**Total Fees:**  **$24,357.00**



**Please remit payments to:**

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ▮▮▮▮

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, ESQ**

October 02, 2025
Client:        150363

For Professional Services Rendered Through September 30, 2025

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000415 | ▮▮▮ Doe (▮▮▮) v. Doe 1, et al. | 98514903 | $13,000.00 | $66.32 | $13,066.32 |

## *Account Summary*

| | |
|---|---|
| Previous Balance | $9,515.53 |
| Current Charges | $13,066.32 |
| Less Payments | $2,075.20 |
| **Balance Due:** | **$20,506.65** |

| | |
|---|---|
| **Retainer Balance** | **$1,216.25** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, ESQ**

October 02, 2025
Client:          150363
Matter:          000415
Invoice #:    98514903

Page:                1

RE: ████ Doe (████) v. Doe 1, et al.

For Professional Services Rendered Through September 30, 2025

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 9/2/2025 | ZMS | Introductory meeting with insurance company assigned counsel, Jennifer Cormier, Jennifer Judin and Adam Hays, Paul Gaspari and Daniel Zamora to coordinate work up for trial and trial of bellwether case (.6). [L450 - A111](0.60) | 0.60 | $312.00 |
| 9/3/2025 | ZMS | Prepare deposition designations for Dan Besmer (.7). [L450 - A101](0.70) | 0.70 | $364.00 |
| 9/3/2025 | ZMS | Transmit to insurance defense counsel, Jennifer Cormier and MG+M, pleading, motion and discovery files and all deposition transcripts in the ████ bellwether case. [L310 - A110](0.70) | 0.70 | $364.00 |
| 9/4/2025 | ZMS | Prepare required deposition designations for Tom Besmer and Dovaleen Jackson for potential presentation to jury as unavailable witnesses  (2.2). [L450 - A103](2.20) | 2.20 | $1,144.00 |
| 9/8/2025 | ZMS | Continued work on deposition page and line designations for unavailable witnesses, primarily  Archbishop Levada transcript of deposition in February 2005 (3.2). [L450 - A101](3.20) | 3.20 | $1,664.00 |
| 9/10/2025 | ZMS | Preparation of preliminary outline of points to made in opposition to Plaintiff's joint motion of ████ and ████ to consolidate their cases for trial (.5). [L310 - A101](0.50) | 0.50 | $260.00 |

The Archdiocese of San Francisco

RE: ████████ Doe (████████) v. Doe 1, et al.

October 02, 2025
Client:       150363
Matter:       000415
Invoice #:    98514903

Page:              2

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 9/11/2025 | ZMS | Video conference with J. Judin, A. Hays and D. Zamora to plan coordination of work on drafting oppositions to critical pre-trial motions by plaintiff as to consolidation with the ████ case, issue preclusion as to knowledge or "notice" of abuse by ████, and whether Prop 51 or old joint and several liability applies to bellwether cases (.7). [L450 - A101](0.70) | 0.70 | $364.00 |
| 9/11/2025 | ZMS | Continued outlining and drafting of briefing on issue of the application of Prop 51 abrogating the deep pocket rule of joint and several liability to all coordinated cases including those transferred to San Francisco Superior Court for trial as "bellwether" cases (1.8). [L450 - A103](1.80) | 1.80 | $936.00 |
| 9/12/2025 | ZMS | Prepare and send letter to Judge Gordon reserving rights as to hearing on consolidation and briefing schedule (.2). [L190 - A108](0.20) | 0.20 | $104.00 |
| 9/18/2025 | ZMS | Continue drafting of briefing in opposition to plaintiffs' joint motion for consolidation of bellwether cases for trial into working draft of memorandum of points and authorities in opposition to supplemental points and authorities filed by plaintiffs and circulate to all defense counsel for review and comment  (5.7). [L450 - A103](5.70) | 5.70 | $2,964.00 |
| 9/19/2025 | ZMS | Adjust request for judicial notice and exhibits in support of opposition to supplemental briefing by plaintiffs on their motion for consolidation prepared for ████ case tor filing in ████ case  (.3). [L450 - A103](0.30) | 0.30 | $156.00 |
| 9/19/2025 | ZMS | Finalize RCASF's supplemental opposition to consolidation, including memorandum of points and authorities, request for judicial notice and exhibits and Declaration of Z. Smith and exhibits. [L450 - A103](1.30) | 1.30 | $676.00 |
| 9/25/2025 | ZMS | Continued work on drafting memorandum in opposition to plaintiffs' motion in limine to bar RCASF from denying "notice" of ████'s misconduct as of Dec. 31, 1973 and/or barring RCASF from introducing evidence that it did not have such "notice." (3.7). [L450 - A103](3.70) | 3.70 | $1,924.00 |
| 9/29/2025 | ZMS | Receipt and review of court's order continuing consolidation hearing. [L450 - A108](0.20) | 0.20 | $104.00 |
| 9/29/2025 | ZMS | Worked on page and line designations of prior testimony from Kavanaugh/ Archambault case regarding lack of reporting by students of ████'s misconduct until approximately 2002 as required by SF Local Rule for potentially unavailable witnesses (3.2). [L450 - A101](3.20) | 3.20 | $1,664.00 |
| | | Total Services | 25.00 | $13,000.00 |

The Archdiocese of San Francisco

RE: ▮▮▮▮▮ Doe (▮▮▮▮) v. Doe 1, et al.

October 02, 2025
Client:        150363
Matter:        000415
Invoice #:   98514903

Page:            3

## Timekeeper Summary

| | | Level | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ZMS | Zachary M. Smith | SHAREHOLDER | 25.00 | $520.00 | $13,000.00 |

## EXPENSES

| Date | Description of Expenses | Amount |
|---|---|---|
| 7/31/2025 | Specialized Legal Services, Inc.- Service- Courtesy Copy to Dept 302 - Superior Court of California County of San Francisco [E100 - E112] | $41.00 |
| 9/19/2025 | Federal Express- Express Mail- 09/12/25-Adele Espana-Purpur to SF County Superior [E100 - E124] | $25.32 |
| | Total Expenses | $66.32 |

| | | | | |
|---|---|---|---|---|
| Total Fees to Date: | $509,523.00 | Previous Balance | $9,515.53 |
| Total Disbursements to Date: | $142,077.90 | Current Charges | $13,066.32 |
| Total to Date: | $651,600.90 | Less Payments | $2,075.20 |
| | | **Balance Due** | **$20,506.65** |

| | |
|---|---|
| **Retainer Balance** | **$1,216.25** |

| Task | Description | Hours | Amount |
|---|---|---|---|
| E100 | Court Fees | 0.00 | $41.00 |
| E100 | Other | 0.00 | $25.32 |
| L190 | Other - Communicate/Other External | 0.20 | $104.00 |
| L310 | Written Discovery - Plan & Prepare For | 0.50 | $260.00 |

The Archdiocese of San Francisco

RE: ████████ Doe (████████) v. Doe 1, et al.

October 02, 2025
Client:          150363
Matter:          000415
Invoice #:    98514903

Page:                4

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L310 | Written Discovery - Manage Data/Files | 0.70 | $364.00 |
| L450 | Trial & Hearing Attendance - Plan & Prepare For | 7.80 | $4,056.00 |
| L450 | Trial & Hearing Attendance - Draft/Revise | 15.00 | $7,800.00 |
| L450 | Trial & Hearing Attendance - Commun./Other Exte | 0.20 | $104.00 |
| L450 | Trial & Hearing Attendance - Other | 0.60 | $312.00 |

|  | | |
|---|---|---|
| **Total Hours** | **25.00** | |
| **Total Fees:** | **$13,000.00** | |



**weintraub | tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ▮▮▮▮▮

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq**

October 02, 2025
Client:        150363

For Professional Services Rendered Through September 30, 2025

## Current Fees & Expenses

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000758 | P.V. | 98514905 | $1,245.00 | $0.00 | $1,245.00 |

## Account Summary

| | |
|---|---|
| Current Charges | $1,245.00 |
| **Balance Due:** | **$1,245.00** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ▮▮▮▮▮▮

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq**

October 02, 2025
Client:          150363
Matter:          000758
Invoice #:    98514905

Page:                    1

RE: P.V.

For Professional Services Rendered Through September 30, 2025

---

### SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|---|---|---|---|---|
| 9/12/2025 | DCZ | Drafting correspondence to plaintiff's counsel regarding newly served complaint and add-on to JCCP 5108. [L120 - A103](0.40) | 0.40 | $200.00 |
| 9/15/2025 | BJLE | Preparation of stipulation to add on. [L230 - A103](0.60) | 0.60 | $285.00 |
| 9/16/2025 | BJLE | Telephone call with Emma Guidry regarding stipulation to add on. [L210 - A107](0.20) | 0.20 | $95.00 |
| 9/16/2025 | BJLE | Exchange of emails with Emma Guidry regarding dismissal of parish and add-on. [L210 - A107](0.20) | 0.20 | $95.00 |
| 9/16/2025 | BJLE | Telephone call with Sommer Luther regarding stipulation to add on. [L210 - A107](0.20) | 0.20 | $95.00 |
| 9/16/2025 | BJLE | Exchange of emails with Sommer Luther regarding stipulation to add on. [L210 - A107](0.20) | 0.20 | $95.00 |
| 9/17/2025 | BJLE | Telephone call with Sommer Luther regarding dismissal of parish. [L210 - A107](0.20) | 0.20 | $95.00 |
| 9/18/2025 | BJLE | Exchange of emails with Plaintiff's counsel regarding dismissing parish. [L210 - A107](0.20) | 0.20 | $95.00 |
| 9/19/2025 | BJLE | Exchange of emails with Sommer Luther regarding dismissal of parish. [L210 - A107](0.20) | 0.20 | $95.00 |
| 9/24/2025 | BJLE | Exchange of emails with Plaintiff's counsel regarding dismissal of parish and stipulation to add-on. [L210 - A107](0.20) | 0.20 | $95.00 |

The Archdiocese of San Francisco

RE: P.V.

October 02, 2025
Client: 150363
Matter: 000758
Invoice #: 98514905

Page: 2

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| | | Total Services | 2.60 | $1,245.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|------|------|-------|-------|------|--------|
| DCZ | Daniel C. Zamora | SHAREHOLDER | 0.40 | $500.00 | $200.00 |
| BJLE | Benjamin J. Lewis | ASSOCIATE | 2.20 | $475.00 | $1,045.00 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $1,245.00 | Current Charges | $1,245.00 |
| Total Disbursements to Date: | $0.00 | Balance Due | $1,245.00 |
| Total to Date: | $1,245.00 | | |

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L120 | Analysis/Strategy - Draft/Revise | 0.40 | $200.00 |
| L210 | Pleadings - Communicate/Other Counsel | 1.60 | $760.00 |
| L230 | Court Mandated Conferences - Draft/Revise | 0.60 | $285.00 |
| | Total Hours | 2.60 | |
| | Total Fees: | | $1,245.00 |



**Please remit payments to:**

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No:█████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

October 02, 2025
Client:        150363

For Professional Services Rendered Through September 30, 2025

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000828 | ██ Doe ██ (aka ████ ) | 98514906 | $245.00 | $0.00 | $245.00 |

## *Account Summary*

| | |
|---|---|
| Current Charges | $245.00 |
| **Balance Due:** | **$245.00** |

## Invoices Due Upon Presentation
### Thank You for Your Business



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

October 02, 2025
Client:          150363
Matter:          000828
Invoice #:      98514906

Page:                1

RE: ███ Doe ██████ (aka █████████)

For Professional Services Rendered Through September 30, 2025

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 9/11/2025 | DCZ | Drafting correspondence to insurance counsel about appointment of panel counsel on lift stay case. [L120 - A103](0.30) | 0.30 | $150.00 |
| 9/29/2025 | BJLE | Exchange of emails with Rob Harris regarding question about cases involving Marin Catholic High School. [L190 - A107](0.20) | 0.20 | $95.00 |
| | | Total Services | 0.50 | $245.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|------|------|-------|-------|------|--------|
| DCZ | Daniel C. Zamora | SHAREHOLDER | 0.30 | $500.00 | $150.00 |
| BJLE | Benjamin J. Lewis | ASSOCIATE | 0.20 | $475.00 | $95.00 |

| | |
|------|------|
| Total Fees to Date: | $425.00 |
| Total Disbursements to Date: | $0.00 |
| Total to Date: | $425.00 |

The Archdiocese of San Francisco

RE: ███ Doe███████ (aka ████████)

October 02, 2025
Client:          150363
Matter:          000828
Invoice #:    98514906

Page:                2

| | Current Charges | $245.00 |
|---|---|---|
| | **Balance Due** | **$245.00** |

| Task | Description | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy - Draft/Revise | 0.30 | $150.00 |
| L190 | Other - Communicate/Other Counsel | 0.20 | $95.00 |
| | *Total Hours* | *0.50* | |
| | *Total Fees:* | | *$245.00* |


weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego
: www.weintraub.com
Federal Tax ID No:▮▮▮▮▮

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

October 02, 2025
Client:          150363

For Professional Services Rendered Through September 30, 2025

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000944 | Victoria Castro | 98514907 | $237.50 | $0.00 | $237.50 |

## *Account Summary*

| | |
|---|---|
| Previous Balance | $1,080.00 |
| Current Charges | $237.50 |
| Less Payments | $947.00 |
| **Balance Due:** | **$370.50** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No:

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

October 02, 2025
Client: 150363
Matter: 000944
Invoice #: 98514907

Page: 1

RE: Victoria Castro

For Professional Services Rendered Through September 30, 2025

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 9/24/2025 | BJLE | Attend Case Management Conference from 1:55 p.m. to 2:12 p.m. [L230 - A109](0.30) | 0.30 | $142.50 |
| 9/24/2025 | BJLE | Exchange of emails with Paula Carney regarding status update after CMC. [L230 - A106](0.20) | 0.20 | $95.00 |
| | | Total Services | 0.50 | $237.50 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|---|---|-------|-------|------|--------|
| BJLE | Benjamin J. Lewis | ASSOCIATE | 0.50 | $475.00 | $237.50 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $29,323.50 | Previous Balance | $1,080.00 |
| Total Disbursements to Date: | $8,523.66 | Current Charges | $237.50 |
| Total to Date: | $37,847.16 | Less Payments | $947.00 |
| | | **Balance Due** | **$370.50** |

The Archdiocese of San Francisco

RE: Victoria Castro

October 02, 2025
Client: 150363
Matter: 000944
Invoice #: 98514907

Page: 2

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L230 | Court Mandated Conferences - Communicate w/Cl | 0.20 | $95.00 |
| L230 | Court Mandated Conferences - Appear For/Attend | 0.30 | $142.50 |
| | **Total Hours** | **0.50** | |
| | **Total Fees:** | | **$237.50** |



weintraub | tobin

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ▇▇▇▇▇

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention:  Paula Carney, Esq.**

October 02, 2025
Client:          150363

For Professional Services Rendered Through September 30, 2025

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000945 | Shajana Steele V. Cruise, LLC, ET AL | 98514908 | $1,063.00 | $0.00 | $1,063.00 |

## *Account Summary*

| | |
|---|---|
| Previous Balance | $17,758.40 |
| Current Charges | $1,063.00 |
| Less Payments | $12,939.90 |
| **Balance Due:** | **$5,881.50** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

October 02, 2025
Client:          150363
Matter:          000945
Invoice #:       98514908

Page:                 1

RE: Shajana Steele V. Cruise, LLC, ET AL

For Professional Services Rendered Through September 30, 2025

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 9/3/2025 | BJLE | Exchange of emails with Paula Carney regarding Plaintiff's proposal for mediation>. [L160 - A106](0.20) | 0.20 | $95.00 |
| 9/4/2025 | BJLE | Telephone call with Paula Carney regarding proposal for mediation. [L160 - A106](0.20) | 0.20 | $95.00 |
| 9/4/2025 | BJLE | Exchange of emails with Marizel Bajao regarding mediation and Plaintiff's demand. [L160 - A107](0.20) | 0.20 | $95.00 |
| 9/5/2025 | BJLE | Exchange of emails with David Belcher regarding mediation. [L160 - A107](0.20) | 0.20 | $95.00 |
| 9/23/2025 | BJLE | Exchange of emails with Plaintiff's counsel regarding extension on discovery responses. [L310 - A107](0.20) | 0.20 | $95.00 |
| 9/29/2025 | BJLE | Exchange of emails with David Belcher regarding mediation. [L160 - A107](0.20) | 0.20 | $95.00 |
| 9/30/2025 | PEG | Review plaintiffs responses to written discovery. [L310 - A104](0.40) | 0.40 | $208.00 |
| 9/30/2025 | BJLE | Exchange of emails with Paula Carney regarding mediators Michael Ornstil and Rebecca Westerfield. [L160 - A106](0.20) | 0.20 | $95.00 |
| 9/30/2025 | BJLE | Exchange of emails with Marizel Bajao regarding mediators Michael Ornstil and Rebecca Westerfield. [L160 - A107](0.20) | 0.20 | $95.00 |
| 9/30/2025 | BJLE | Exchange of emails with David Belcher regarding mediator Michael Ornstil. [L160 - A107](0.20) | 0.20 | $95.00 |

The Archdiocese of San Francisco

RE: Shajana Steele V. Cruise, LLC, ET AL

October 02, 2025
Client: 150363
Matter: 000945
Invoice #: 98514908

Page: 2

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| | | Total Services | 2.20 | $1,063.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|------|-----------------|-------------|-------|---------|---------|
| PEG | Paul E. Gaspari | SHAREHOLDER | 0.40 | $520.00 | $208.00 |
| BJLE | Benjamin J. Lewis | ASSOCIATE | 1.80 | $475.00 | $855.00 |

| | | | |
|------|------|------|------|
| Total Fees to Date: | $38,796.50 | Previous Balance | $17,758.40 |
| | | Current Charges | $1,063.00 |
| Total Disbursements to Date: | $928.65 | Less Payments | $12,939.90 |
| Total to Date: | $39,725.15 | **Balance Due** | **$5,881.50** |

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L140 | Document/File Management - Review/Analyze | 0.00 | $0.00 |
| L160 | Settlement/Non-Binding ADR - Communicate w/Cl | 0.60 | $285.00 |
| L160 | Settlement/Non-Binding ADR - Commun/Other Co | 1.00 | $475.00 |
| L310 | Written Discovery - Review/Analyze | 0.40 | $208.00 |
| L310 | Written Discovery - Communicate/Other Counsel | 0.20 | $95.00 |
| | **Total Hours** | **2.20** | |
| | **Total Fees:** | | **$1,063.00** |



**Please remit payments to:**

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ▮▮▮▮▮

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention:  Paula Carney, Esq.**

October 02, 2025
Client:          150363

For Professional Services Rendered Through September 30, 2025

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000983 | ▮▮▮ DOE AKA ▮▮▮ V. SAINT BRIGID SC | 98514910 | $100.00 | $0.00 | $100.00 |

## *Account Summary*

| | |
|---|---|
| Previous Balance | $1,490.00 |
| Current Charges | $100.00 |
| Less Payments | $1,150.00 |
| **Balance Due:** | **$440.00** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



**weintraub | tobin**

weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

October 02, 2025
Client: 150363
Matter: 000983
Invoice #: 98514910

Page: 1

RE: ███ DOE AKA ██████ V. SAINT BRIGID SCHOOL

For Professional Services Rendered Through September 30, 2025

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 9/22/2025 | DCZ | Drafting response to Marizel Bajao regarding status of the claim. [L120 - A103](0.20) | 0.20 | $100.00 |
| | | Total Services | 0.20 | $100.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|---|---|-------|-------|------|--------|
| DCZ | Daniel C. Zamora | SHAREHOLDER | 0.20 | $500.00 | $100.00 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $7,100.00 | Previous Balance | $1,490.00 |
| Total Disbursements to Date: | $0.00 | Current Charges | $100.00 |
| Total to Date: | $7,100.00 | Less Payments | $1,150.00 |
| | | **Balance Due** | **$440.00** |

The Archdiocese of San Francisco

RE: ██████ DOE AKA ██████ V. SAINT BRIGID SCHOOL

October 02, 2025
Client:        150363
Matter:        000983
Invoice #:   98514910

Page:                2

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L120 | Analysis/Strategy - Draft/Revise | 0.20 | $100.00 |

| | |
|---|---|
| **Total Hours** | **0.20** |
| **Total Fees:** | **$100.00** |



**Please remit payments to:**

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention:  Paula Carney, Esq.**

October 02, 2025
Client:          150363

For Professional Services Rendered Through September 30, 2025

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000987 | Tracy Thompson v. Archdiocese of San Francisco, et al. | 98514911 | $300.00 | $0.00 | $300.00 |

## *Account Summary*

| | |
|--|--|
| Current Charges | $300.00 |
| **Balance Due:** | **$300.00** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

October 02, 2025

| | |
|---|---|
| Client: | 150363 |
| Matter: | 000987 |
| Invoice #: | 98514911 |
| Page: | 1 |

RE: Tracy Thompson v. Archdiocese of San Francisco, et al.

For Professional Services Rendered Through September 30, 2025

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|---|---|---|---|---|
| 9/4/2025 | MDB | Review T. Thompson DIR letter and strategize response. [L110 - A104](0.20) | 0.20 | $100.00 |
| 9/11/2025 | MDB | Correspondence to the DIR re: bankruptcy stay and clarifying whether a response is required. [L110 - A108](0.40) | 0.40 | $200.00 |
| | | Total Services | 0.60 | $300.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|---|---|---|---|---|---|
| MDB | Meagan D. Bainbridge | SHAREHOLDER | 0.60 | $500.00 | $300.00 |

| | |
|---|---|
| Total Fees to Date: | $300.00 |
| Total Disbursements to Date: | $0.00 |
| Total to Date: | $300.00 |

The Archdiocese of San Francisco

RE: Tracy Thompson v. Archdiocese of San Francisco, et al.

October 02, 2025
Client:          150363
Matter:         000987
Invoice #:    98514911

Page:              2

| | |
|---|---|
| Current Charges | $300.00 |
| **Balance Due** | **$300.00** |

| Task | Description | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development - Review/Analyze | 0.20 | $100.00 |
| L110 | Fact Investigation/Development - CommOther Exte | 0.40 | $200.00 |
| | **Total Hours** | **0.60** | |
| | **Total Fees:** | **$300.00** | |



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No:■■■■■

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

October 02, 2025
Client:     150363

For Professional Services Rendered Through September 30, 2025

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 000988 | Maggie Johnson v. St. Matthew Catholic School | 98514912 | $600.00 | $0.00 | $600.00 |

## *Account Summary*

| | |
|---|---|
| Current Charges | $600.00 |
| **Balance Due:** | **$600.00** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No:

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention:  Paula Carney, Esq.**

October 02, 2025
Client:          150363
Matter:          000988
Invoice #:     98514912

Page:                    1

RE:  Maggie Johnson v. St. Matthew Catholic School

For Professional Services Rendered Through September 30, 2025

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 9/5/2025 | DCZ | Phone call with Paula Carney regarding strategy for responding to settlement demand. [L120 - A106](0.20) | 0.20 | $100.00 |
| 9/15/2025 | DCZ | Phone call to claimant's counsel regrading settlement demand. [L120 - A108](0.50) | 0.50 | $250.00 |
| 9/22/2025 | DCZ | Review and analysis of settlement correspondence from plaintiff's counsel. [L120 - A104](0.20) | 0.20 | $100.00 |
| 9/23/2025 | DCZ | Phone call with Paula Carney regrading settlement strategy. [L120 - A106](0.30) | 0.30 | $150.00 |
| | | Total Services | 1.20 | $600.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|---|---|-------|-------|------|--------|
| DCZ | Daniel C. Zamora | SHAREHOLDER | 1.20 | $500.00 | $600.00 |

| | |
|---|---|
| Total Fees to Date: | $600.00 |
| Total Disbursements to Date: | $0.00 |
| Total to Date: | $600.00 |

The Archdiocese of San Francisco
RE: Maggie Johnson v. St. Matthew Catholic School

October 02, 2025
Client: 150363
Matter: 000988
Invoice #: 98514912

Page: 2

| | Current Charges | $600.00 |
|---|---|---|
| | **Balance Due** | **$600.00** |

| Task | Description | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy - Review/Analyze | 0.20 | $100.00 |
| L120 | Analysis/Strategy - Communicate/With Client | 0.50 | $250.00 |
| L120 | Analysis/Strategy - Communicate/Other External | 0.50 | $250.00 |
| | *Total Hours* | *1.20* | |
| | *Total Fees:* | *$600.00* | |



**Please remit payments to:**

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego
: www.weintraub.com
Federal Tax ID No: ████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention:  Paula Carney, Esq.**

October 02, 2025
Client:          150363

For Professional Services Rendered Through September 30, 2025

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000989 | Faith Margate v. Archdiocese of San Francisco, et al. | 98514914 | $950.00 | $0.00 | $950.00 |

## *Account Summary*

| | |
|---|---|
| Current Charges | $950.00 |
| **Balance Due:** | **$950.00** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No:

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

October 02, 2025
Client: 150363
Matter: 000989
Invoice #: 98514914

Page: 1

RE: Faith Margate v. Archdiocese of San Francisco, et al.

For Professional Services Rendered Through September 30, 2025

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 9/15/2025 | DCZ | Review and analysis of client documents regarding claim and lawsuit. [L120 - A104](0.70) | 0.70 | $350.00 |
| 9/15/2025 | DCZ | Phone call to plaintiff's counsel regarding background about lawsuit. [L120 - A108](0.50) | 0.50 | $250.00 |
| 9/18/2025 | DCZ | Phone call with Paula Carney regarding case status update. [L120 - A106](0.30) | 0.30 | $150.00 |
| 9/18/2025 | DCZ | Drafting correspondence to Paula Carney regarding dismissal of the punitive damages claim. [L120 - A103](0.20) | 0.20 | $100.00 |
| 9/19/2025 | DCZ | Phone call with Marizel Bajao regarding factual background regarding case. [L120 - A108](0.20) | 0.20 | $100.00 |
| | | Total Services | 1.90 | $950.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|------|------|-------|-------|------|--------|
| DCZ | Daniel C. Zamora | SHAREHOLDER | 1.90 | $500.00 | $950.00 |

Total Fees to Date: $950.00

The Archdiocese of San Francisco

RE: Faith Margate v. Archdiocese of San Francisco, et al.

October 02, 2025
Client: 150363
Matter: 000989
Invoice #: 98514914

Page: 2

Current Charges $950.00

**Balance Due** **$950.00**

Total Disbursements to Date: $0.00

Total to Date: $950.00

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L120 | Analysis/Strategy - Draft/Revise | 0.20 | $100.00 |
| L120 | Analysis/Strategy - Review/Analyze | 0.70 | $350.00 |
| L120 | Analysis/Strategy - Communicate/With Client | 0.30 | $150.00 |
| L120 | Analysis/Strategy - Communicate/Other External | 0.70 | $350.00 |

Total Hours 1.90

Total Fees: $950.00



**weintraub | tobin**

weintraub tobin chediak coleman grodin

**Please remit payments to:**

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ▮▮▮▮

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention:  Paula Carney, Esq.**

October 02, 2025
Client:          150363

For Professional Services Rendered Through September 30, 2025

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 000990 ▮▮▮▮ | | 98514915 | $150.00 | $0.00 | $150.00 |

## *Account Summary*

| | |
|---|---|
| Current Charges | $150.00 |
| **Balance Due:** | **$150.00** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ███

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

October 02, 2025
Client: 150363
Matter: 000990
Invoice #: 98514915

Page: 1

RE: ███

For Professional Services Rendered Through September 30, 2025

---

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 9/23/2025 | DCZ | Review and analysis of Complaint. [L210 - A104](0.30) | 0.30 | $150.00 |
| | | Total Services | 0.30 | $150.00 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|---|---|-------|-------|------|--------|
| DCZ | Daniel C. Zamora | SHAREHOLDER | 0.30 | $500.00 | $150.00 |

| | | | |
|---|---|---|---|
| Total Fees to Date: | $150.00 | Current Charges | $150.00 |
| Total Disbursements to Date: | $0.00 | **Balance Due** | **$150.00** |
| Total to Date: | $150.00 | | |

The Archdiocese of San Francisco

RE: ██████

October 02, 2025
Client:          150363
Matter:          000990
Invoice #:    98514915

Page:              2

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L210 | Pleadings - Review/Analyze | 0.30 | $150.00 |

| | | |
|---|---|---|
| **Total Hours** | **0.30** | |
| **Total Fees:** | **$150.00** | |



weintraub tobin chediak coleman grodin

Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax
Other Offices:

San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No:

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention: Paula Carney, Esq.**

October 02, 2025
Client:            150363

For Professional Services Rendered Through September 30, 2025

## *Current Fees & Expenses*

| Matter # | Description | Invoice # | Fees | Expenses | Total |
|----------|-------------|-----------|------|----------|-------|
| 900036 | Bankruptcy | 98514916 | $37,080.50 | $0.00 | $37,080.50 |

## *Account Summary*

| | |
|---|---|
| Previous Balance | $99,125.40 |
| Current Charges | $37,080.50 |
| Less Payments | $67,790.90 |
| Less Credits/Write Offs | $326.60 |
| **Balance Due:** | **$68,088.40** |

## Invoices Due Upon Presentation
### Thank You for Your Business

For proper credit please return this remittance sheet with payment



Please remit payments to:

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000 : 916.446.1611 fax

Other Offices:
San Francisco
Los Angeles
Newport Beach
San Diego

: www.weintraub.com
Federal Tax ID No: ████

The Archdiocese of San Francisco
One Peter Yorke Way
San Francisco, CA 94109
**Attention:  Paula Carney, Esq.**

October 02, 2025
Client:          150363
Matter:         900036
Invoice #:    98514916

Page:                    1

RE:  Bankruptcy

For Professional Services Rendered Through September 30, 2025

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 9/2/2025 | DCZ | Meeting with client to discuss mediation strategy and messaging to mediators. [L160 - A106](3.70) | 3.70 | $1,850.00 |
| 9/2/2025 | PEG | Meeting with Archbishop Cordeloene, Michael Flanagan, Paula Carney Fr. Summerhays, Weinstein, Katz and Pascuzzi regarding mediation preparation. [B100 - B110](3.00) | 3.00 | $1,560.00 |
| 9/2/2025 | MAS | Analysis of claims by plaintiffs counsel and perpetrator for purposes of ongoing global mediation. [L120 - A104](1.00) | 1.00 | $375.00 |
| 9/3/2025 | DCZ | Attended continued global mediation of all claims. [L160 - A109](9.00) | 9.00 | $4,500.00 |
| 9/3/2025 | PEG | Mediation session with Committee, Judge Buckley and Tim Gallagher. [B100 - B110](9.00) | 9.00 | $4,680.00 |
| 9/4/2025 | PEG | Attend hearing on announcement of ruling on motion to dismiss. [B100 - B190](0.50) | 0.50 | $260.00 |
| 9/5/2025 | DCZ | Conference call with client regrading debriefing about global mediation. [L160 - A106](1.40) | 1.40 | $700.00 |
| 9/5/2025 | DCZ | Conference call with state court plaintiff's counsel about lift stay cases and handling in state court upon release from stay. [L120 - A108](0.60) | 0.60 | $300.00 |
| 9/5/2025 | PEG | Call with Summerhays, Carney, Katz, Weiss, Pascuzzi and Schulman. [B100 - B110](1.50) | 1.50 | $780.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

October 02, 2025
Client:        150363
Matter:        900036
Invoice #:    98514916

Page:              2

### SERVICES

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 9/6/2025 | PEG | Further emails with Katz and Pascuzzi re Sonchi proposal. [B100 - B110](0.40) | 0.40 | $208.00 |
| 9/8/2025 | DCZ | Review and analysis of five lift stay cases for response to carriers regarding appointment of insurance defense counsel. [L120 - A104](1.60) | 1.60 | $800.00 |
| 9/8/2025 | PEG | Review of memorandum from Pascuzzi regarding Rochester and Syracuse confirmed plans. [B100 - B110](0.30) | 0.30 | $156.00 |
| 9/8/2025 | PEG | Review of memorandum from Pascuzzi regarding additional late filed claim. [B300 - B310](0.20) | 0.20 | $104.00 |
| 9/8/2025 | PEG | Review of Pascuzzi memorandum regarding Oakland motion. [B100 - B110](0.20) | 0.20 | $104.00 |
| 9/8/2025 | BGON | Review Proof of Claim forms and plaintiff fact sheets. [L190 - A104](0.70) | 0.70 | $157.50 |
| 9/9/2025 | PEG | Review of Oakland Case Management Conference statement relative to intended motion to dismiss. [B100 - B110](0.30) | 0.30 | $156.00 |
| 9/10/2025 | PEG | Review of Oakland motion to dismiss. [B100 - B110](0.40) | 0.40 | $208.00 |
| 9/10/2025 | PEG | Further review of proofs of claim and fact sheets for released cases in preparation of meeting with carriers. [B100 - B190](0.70) | 0.70 | $364.00 |
| 9/11/2025 | DCZ | Review and analysis of lift stay cases for possible appointment of panel counsel. [L120 - A104](0.50) | 0.50 | $250.00 |
| 9/11/2025 | PEG | Review of Committee Motion for Authority to Commence Adversary Proceeding and Second Amended Complaint regarding enterprise liability. [B100 - B190](1.20) | 1.20 | $624.00 |
| 9/11/2025 | MAS | Analysis of personnel files for cases for potential release from stay. [L120 - A104](0.70) | 0.70 | $262.50 |
| 9/11/2025 | BGON | Prepare review sets of personnel files. [L140 - A110](0.40) | 0.40 | $90.00 |
| 9/12/2025 | DCZ | Discussion with insurance counsel about appointment of panel counsel for lift stay cases. [L120 - A108](0.50) | 0.50 | $250.00 |
| 9/12/2025 | PEG | Call with Katz, Shulman and Zamora regarding released cases and defense counsel. [B100 - B190](0.50) | 0.50 | $260.00 |
| 9/12/2025 | PEG | Review of ██████ file for issues relating to release of case as bellwether. [B100 - B190](1.40) | 1.40 | $728.00 |
| 9/12/2025 | PEG | Review of ██████ file relative to issues raised by release of case as bellwether. [B100 - B190](1.70) | 1.70 | $884.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

October 02, 2025
Client: 150363
Matter: 900036
Invoice #: 98514916

Page: 3

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 9/12/2025 | PEG | Review Committee's Memorandum of Points and Authorities in support of motion for standing. [B100 - B190](0.40) | 0.40 | $208.00 |
| 9/12/2025 | PEG | Call with Paula Carney re defense of released cases. [B100 - B190](0.30) | 0.30 | $156.00 |
| 9/12/2025 | PEG | Memo to Jeff Schulman re proposed panel counsel. [B100 - B190](0.30) | 0.30 | $156.00 |
| 9/12/2025 | PEG | Review counsel  proposal to carriers. [B100 - B190](0.20) | 0.20 | $104.00 |
| 9/12/2025 | MAS | Further analysis of personnel files for cases for potential release from stay. [L120 - A104](0.30) | 0.30 | $112.50 |
| 9/14/2025 | BJLE | Review and revise analysis on JCCP 5108 Bucket placement for Archdiocese of San Francisco with affiliated high schools, Seminary, and Catholic Charities cases based on which entities have filed for bankruptcy, which entities have been dismissed from cases, and which entities have reached stipulations with the parties for purposes of submitting revised Bucket list to Judge Chatterjee per CMC Order. [L230 - A103](1.50) | 1.50 | $712.50 |
| 9/15/2025 | DCZ | Conference call with client regrading status of global mediation discussion with Committee. [L160 - A106](1.20) | 1.20 | $600.00 |
| 9/15/2025 | PEG | Attended weekly debtor professionals call regarding mediation, bellwether and adversary proceeding issues. [B100 - B110](1.00) | 1.00 | $520.00 |
| 9/15/2025 | MAS | Further analysis of personnel files for cases for potential release from stay. [L120 - A104](0.40) | 0.40 | $150.00 |
| 9/15/2025 | MAS | Review of ███████ personnel file for case for potential release from stay. [L120 - A104](1.00) | 1.00 | $375.00 |
| 9/16/2025 | PEG | Review of ███████ file for transmittal as released bellwether case. [B100 - B110](1.20) | 1.20 | $624.00 |
| 9/16/2025 | PEG | Call with Pascuzzi regarding financial analysis and calls with Stang. [B100 - B110](0.30) | 0.30 | $156.00 |
| 9/16/2025 | PEG | Review of Katz' summary of call with Stang. [B100 - B110](0.20) | 0.20 | $104.00 |
| 9/16/2025 | MAS | Further review and tagging for privilege of ███████ personnel file for case for potential release from stay. [L120 - A104](1.40) | 1.40 | $525.00 |
| 9/16/2025 | JFM | Review and organize client documents regarding ███████ . [L140 - A104](0.30) | 0.30 | $67.50 |
| 9/17/2025 | PEG | Review of memorandum from Pascuzzi regarding insurer appeal of order approving stipulation to release cases. [B100 - B190](0.30) | 0.30 | $156.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

October 02, 2025
Client: 150363
Matter: 900036
Invoice #: 98514916

Page: 4

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 9/17/2025 | PEG | Review of insurers notices of appeal and motion for stay. [B100 - B190](0.60) | 0.60 | $312.00 |
| 9/17/2025 | PEG | Review of docket order regarding opposition to motion to stay. [B100 - B190](0.20) | 0.20 | $104.00 |
| 9/18/2025 | DCZ | Conference call with carriers on appointment of defense counsel in lift stay cases. [L120 - A108](0.50) | 0.50 | $250.00 |
| 9/18/2025 | PEG | Review of Pascuzzi report of Charities meeting. [B100 - B110](0.20) | 0.20 | $104.00 |
| 9/18/2025 | PEG | Call with Pascuzzi and Katz regarding mediator proposal. [B100 - B110](0.30) | 0.30 | $156.00 |
| 9/18/2025 | PEG | Review of draft Pascuzzi/Katz email regarding report on call with mediators. [B100 - B110](0.30) | 0.30 | $156.00 |
| 9/18/2025 | PEG | Preparation of edits to Case Management Conference statement to reflect appeal of order releasing cases. [B100 - B190](0.30) | 0.30 | $156.00 |
| 9/18/2025 | PEG | Review of memorandum from Pascuzzi regarding stay request. [B100 - B190](0.20) | 0.20 | $104.00 |
| 9/18/2025 | PEG | Review of impact of bracket numbers proposed by mediators. [B100 - B110](0.40) | 0.40 | $208.00 |
| 9/18/2025 | PEG | Drafting of memorandum to Jeff Schulman regarding mediators proposal. [B100 - B110](0.30) | 0.30 | $156.00 |
| 9/19/2025 | DCZ | Conference call with client regarding latest communications from mediators regarding settlement discussions. [L160 - A106](1.20) | 1.20 | $600.00 |
| 9/19/2025 | PEG | Call with Katz and Pascuzzi to strategize regarding mediator proposal. [B100 - B110](0.70) | 0.70 | $364.00 |
| 9/19/2025 | PEG | Attended debtor professionals call regarding mediator proposal, carrier issues and released cases. [B100 - B110](1.30) | 1.30 | $676.00 |
| 9/22/2025 | DCZ | Drafting proposal to carriers regarding appointment of panel counsel and role of monitoring counsel. [L120 - A103](1.00) | 1.00 | $500.00 |
| 9/22/2025 | PEG | Review and revise draft letter regarding carrier defense of released cases. [B100 - B110](0.30) | 0.30 | $156.00 |
| 9/22/2025 | PEG | Call with Fr. Summerhays, Carney, Flanagan, Katz, Pascuzzi and Weitz regarding financial analysis. [B100 - B110](1.40) | 1.40 | $728.00 |
| 9/23/2025 | PEG | Drafting of audit response letter for Sierra High School. [B100 - B110](0.40) | 0.40 | $208.00 |
| 9/23/2025 | PEG | Call with Pascuzzi regarding ongoing meeting regarding mediators proposal. [B100 - B110](0.30) | 0.30 | $156.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

October 02, 2025
Client:        150363
Matter:       900036
Invoice #:   98514916

Page:           5

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 9/23/2025 | PEG | Review of response from Paula Carney regarding mediator proposal. [B100 - B110](0.20) | 0.20 | $104.00 |
| 9/23/2025 | PEG | Call with Ori Katz regarding mediator proposal. [B100 - B110](0.20) | 0.20 | $104.00 |
| 9/23/2025 | MAS | Receipt and review of correspondence from Creditor's counsel regarding personnel file production. [L320 - A107](0.20) | 0.20 | $75.00 |
| 9/24/2025 | DCZ | Drafting correspondence to bankruptcy and insurance counsel regarding update on JCCP 5108. [L120 - A103](0.30) | 0.30 | $150.00 |
| 9/24/2025 | PEG | Call with Katz and Pascuzzi prior to client call. [B100 - B110](0.50) | 0.50 | $260.00 |
| 9/24/2025 | PEG | Call with Greenblatt, Katz, Summerhays Paula Carney and Michael Flanagan regarding Catholic family settlement analysis. [B100 - B110](1.50) | 1.50 | $780.00 |
| 9/24/2025 | PEG | Call with Fr. Summerhays, Paula Carney, Michael Flanagan, Katz and Pascuzzi to evaluate mediator bracket proposal. [B100 - B110](1.00) | 1.00 | $520.00 |
| 9/24/2025 | PEG | Review of memorandum from Rob Harris regarding identification of cases naming Marin Catholic as a defendant. [B100 - B110](0.20) | 0.20 | $104.00 |
| 9/24/2025 | PEG | Review revised financial presentation documents. [B100 - B110](0.40) | 0.40 | $208.00 |
| 9/24/2025 | PEG | Review of Flanagan messaging points. [B100 - B110](0.30) | 0.30 | $156.00 |
| 9/25/2025 | DCZ | Drafting correspondence to bankruptcy counsel regarding procedural status in state court of five left stay cases. [L120 - A103](0.30) | 0.30 | $150.00 |
| 9/25/2025 | PEG | Review Chatterjee order releasing cases from discovery stay. [B100 - B110](0.30) | 0.30 | $156.00 |
| 9/25/2025 | PEG | Meeting with mediators regarding financial analysis. [B100 - B110](1.00) | 1.00 | $520.00 |
| 9/26/2025 | DCZ | Conference call with client regarding latest communications from mediators regarding settlement discussions and state court litigation. [L120 - A106](0.90) | 0.90 | $450.00 |
| 9/26/2025 | PEG | Review opposition to motion to stay. [B100 - B190](0.40) | 0.40 | $208.00 |
| 9/26/2025 | PEG | Weekly debtor professionals call. [B100 - B110](1.00) | 1.00 | $520.00 |
| 9/26/2025 | PEG | Exchange with Pascuzzi re Sonchi proposal. [B100 - B110](0.30) | 0.30 | $156.00 |
| 9/27/2025 | PEG | Further emails with Pascuzzi and Katz regarding Sonchi proposal. [B100 - B110](0.40) | 0.40 | $208.00 |

The Archdiocese of San Francisco

RE: Bankruptcy

October 02, 2025
Client:         150363
Matter:         900036
Invoice #:   98514916

Page:              6

**SERVICES**

| Date | Initials | Description of Services | Hours | Amount |
|------|----------|-------------------------|-------|--------|
| 9/29/2025 | PEG | Review memorandum from Judge Sonchi regarding committee response. [B100 - B110](0.20) | 0.20 | $104.00 |
| 9/29/2025 | PEG | Follow up call with Fr. Summerhays, Michael Flanagan, Paula Carney and Paul Pascuzzi regarding response to Judge Sonchi. [B100 - B110](0.60) | 0.60 | $312.00 |
| 9/29/2025 | PEG | Exchange with Carney regarding Anderson admissions. [B100 - B110](0.20) | 0.20 | $104.00 |
| 9/29/2025 | PEG | Further call with Fr. Summerhays, Pascuzzi, Katz, Flanagan, Carney and Pascuzzi to discuss call with Sonchi. [B100 - B110](0.70) | 0.70 | $364.00 |
| 9/30/2025 | PEG | Review detailed memo from Flanagan regarding communication to Judge Buckley. [B100 - B110](0.30) | 0.30 | $156.00 |
| 9/30/2025 | PEG | Call with Fr Summerhays Pascuzzi Katz Flanagan and Carney re response to mediator proposal. [B100 - B110](0.70) | 0.70 | $364.00 |
| 9/30/2025 | PEG | Review written response. [B100 - B110](0.20) | 0.20 | $104.00 |
| 9/30/2025 | PEG | Review of memorandum from Pascuzzi regarding Buckley response. [B100 - B110](0.20) | 0.20 | $104.00 |
| 9/30/2025 | PEG | Review committee opposition to carrier motion to stay. [B100 - B190](0.40) | 0.40 | $208.00 |
| | | Total Services | 74.50 | $37,080.50 |

**Timekeeper Summary**

| | | Level | Hours | Rate | Amount |
|------|------|-------|-------|------|--------|
| PEG | Paul E. Gaspari | SHAREHOLDER | 43.90 | $520.00 | $22,828.00 |
| DCZ | Daniel C. Zamora | SHAREHOLDER | 22.70 | $500.00 | $11,350.00 |
| BJLE | Benjamin J. Lewis | ASSOCIATE | 1.50 | $475.00 | $712.50 |
| MAS | Monica Silver | ASSOCIATE | 5.00 | $375.00 | $1,875.00 |
| BGON | Brian Gonzaga | PARALEGAL | 1.10 | $225.00 | $247.50 |
| JFM | Jennye F. Melendez | PARALEGAL | 0.30 | $225.00 | $67.50 |

| Total Fees to Date: | $961,280.25 |
|---------------------|-------------|
| Total Disbursements to Date: | $2,192.28 |
| Total to Date: | $963,472.53 |

The Archdiocese of San Francisco

RE: Bankruptcy

October 02, 2025
Client:        150363
Matter:        900036
Invoice #:     98514916

Page:          7

| | | |
|---|---|---|
| Previous Balance | | $99,125.40 |
| Current Charges | | $37,080.50 |
| Less Payments | | $67,790.90 |
| Less Credits/Write Offs | | $326.60 |
| **Balance Due** | | **$68,088.40** |

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| B100 | Case Administration | 34.10 | $17,732.00 |
| B100 | Other Contested Matters (excluding assumption/re | 9.60 | $4,992.00 |
| B300 | Claims Administration and Objections | 0.20 | $104.00 |
| L120 | Analysis/Strategy - Draft/Revise | 1.60 | $800.00 |
| L120 | Analysis/Strategy - Review/Analyze | 6.90 | $2,850.00 |
| L120 | Analysis/Strategy - Communicate/With Client | 0.90 | $450.00 |
| L120 | Analysis/Strategy - Communicate/Other External | 1.60 | $800.00 |
| L140 | Document/File Management - Review/Analyze | 0.30 | $67.50 |
| L140 | Document/File Management - Manage Data/Files | 0.40 | $90.00 |
| L160 | Settlement/Non-Binding ADR - Communicate w/Cli | 7.50 | $3,750.00 |
| L160 | Settlement/Non-Binding ADR - Appear For/Attend | 9.00 | $4,500.00 |
| L190 | Other - Review/Analyze | 0.70 | $157.50 |

The Archdiocese of San Francisco

RE: Bankruptcy

October 02, 2025
Client: 150363
Matter: 900036
Invoice #: 98514916

Page: 8

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| L230 | Court Mandated Conferences - Draft/Revise | 1.50 | $712.50 |
| L320 | Document Production - Communicate/Other Couns | 0.20 | $75.00 |

| | | |
|---|---|---|
| **Total Hours** | **74.50** | |
| **Total Fees:** | **$37,080.50** | |

**Exhibit B**

Customary and Comparable Compensation

Case: 23-30564   Doc# 1432   Filed: 10/23/25   Entered: 10/23/25 10:52:45   Page 187
of 190

# EXHIBIT B

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES WITH FEE APPLICATIONS

*(See* Guidlines C.3. for definitions of terms used in this Exhibit)

| CATEGORY OF TIMEKEEPER<br><br>(using categories already maintained by the firm) | BLENDED HOURLY RATE | |
|---|---|---|
| | Billed or collected firm or offices for preceding year, excluding BK | Billed in this fee application/RCASF (06/1/25-9/30/25) |
| Sr./Equity Partner/Shareholder | $ 594.62 | $516.01 |
| Jr./Non-Equity/Income Partner | $ 516.71 | $498.46 |
| Counsel | $ 469.46 | $520.00 |
| Sr. Associate (7+) | $ 412.43 | $426.41 |
| Associate (4-6) | $ 350.41 | $383.94 |
| Jr. Associate (1-3) | $ 336.50 | |
| Paralegal | $ 254.04 | $224.43 |
| All timekeepers Aggregated | $ 477.37 | $477.55 |

1

**Exhibit C**

2

Attorney Fee Budget

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# **EXHIBIT C**

## **WEINTRAUB TOBIN**
FEE BUDGET

| MONTH | FEES AND EXPENSES | | |
|---|---|---|---|
| | BUDGET | SOUGHT | VARIANCE over/(under) |
| June 2025 | $ 75,000.00 | $ 55,136.50 | $ (19,863.50) |
| July 2025 | $ 75,000.00 | $ 49,405.60 | $ (25,594.40) |
| August 2025 | $ 75,000.00 | $ 57,314.65 | $ (17,685.35) |
| September 2025 | $ 75,000.00 | $ 90,335.20 | $ 15,335.20 |
| **Total for the Period June 1, 2025 - September 30, 2025** | **$ 300,000.00** | **$ 252,191.95** | **$ (47,808.05)** |