Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086
Thomas R. Phinney, State Bar No. 159435
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
  WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA  95814
Telephone:	(916) 329-7400
Facsimile:	(916) 329-7435
Email:	ppascuzzi@ffwplaw.com
	jrios@ffwplaw.com
	tphinney@ffwplaw.com
	mkutsuris@ffwplaw.com

Ori Katz, State Bar No. 209561
Alan H. Martin, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:	(415) 434-9100
Facsimile:	(415) 434-3947
Email:	okatz@sheppardmullin.com
	amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>        Debtor and<br>        Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>Date:     December 4, 2025<br>Time:    1:30 p.m.<br>Location: Via ZoomGov<br>Judge:   Hon. Dennis Montali |

**DECLARATION OF FR. PATRICK SUMMERHAYS IN SUPPORT OF SIXTH INTERIM APPLICATION OF WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN LAW CORPORATION FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL FOR THE DEBTOR IN POSSESSION FOR THE PERIOD OF JUNE 1, 2025, THROUGH SEPTEMBER 30, 2025**

I, Fr. Patrick Summerhays, declare as follows:

1. I am the Vicar General and Moderator of the Curia of The Roman Catholic Archbishop of San Francisco, the debtor and debtor in possession herein (the "RCASF" or the "Debtor"). I am the court approved responsible individual for the Debtor in this matter. I have personal knowledge of the facts set forth herein, which are known by me to be true and correct, and if called as a witness, I could and would competently testify thereto.

2. I hereby certify that I have read the *Sixth Interim Application of Weintraub Tobin Chediak Coleman Grodin Law Corporation for Interim Allowance of Fees and Reimbursement of Expenses as Special Litigation Counsel for the Debtor in Possession* ("Application"), and the Debtor has no objections to the Application, or the compensation and expense reimbursement requested therein. In addition, the facts stated therein are true and correct to the best of my knowledge, information and belief.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 21, 2025, at San Francisco, California.

Fr. Patrick Summerhays