Berkeley Research Group, LLC
Paul N. Shields
D. Ray Strong
Matthew K. Babcock
201 S. Main Street, Suite 450
Salt Lake City, UT 84111
Telephone: 801.364.6233
Facsimile: 801.355.9926
Email:  pshields@thinkbrg.com
        rstrong@thinkbrg.com
        mbabcock@thinkbrg.com

*Financial Advisor to the Official Committee of
Unsecured Creditors*

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Lead Case No. 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO | Chapter 11 |
| Debtor. | Judge:  Hon. Dennis Montali |

**COVER SHEET TO SIXTH INTERIM FEE APPLICATION OF BERKELEY RESEARCH GROUP, LLC FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JUNE 1, 2025 THROUGH SEPTEMBER 30, 2025**

Judge: Hon. Dennis Montali

Date: _December 4, 2025
Time: 1:30 p.m. (Pacific Time)
Location: via ZoomGov

**Summary Cover Sheet of Fee Application**

| | |
|---|---|
| Applicant | Berkeley Research Group, LLC ("BRG") |
| Client | Official Committee of Unsecured Creditors ("Committee" or "UCC") |
| Petition date | August 21, 2023 |
| Retention date | Effective as of October 9, 2023 |
| Date of employment order | November 7, 2023 [Dkt. No. 288] |
| Time Period covered by this application | June 1, 2025 – September 30, 2025 |
| Total compensation sought this period | $230,182.20 |
| Total fees sought this period | $230,182.20 |
| Total expenses sought this period: | $0.00 |
| Total fees approved by interim order to date | $1,484,246.95 |
| Total expenses approved by interim order to date | $565.43 |
| Total paid compensation to date | $1,460,568.09 |
| Total paid fees to date | $1,460,002.66 |
| Total paid expenses to date | $565.43 |
| Blended rate in this application for all timekeepers: | $615.63 |
| Compensation sought in this application already paid pursuant to a monthly compensation order but not yet allowed | $42,909.84 |
| Fees sought in this application already paid pursuant to a monthly compensation order but not yet allowed | $42,909.84 |
| Expenses sought in this application already paid pursuant to a monthly compensation order but not yet allowed: | $0.00 |
| Number of professionals included in this application: | 14 |
| Number of professionals billing fewer than 15 hours to the case during this period: | 9 |
| Are any rates higher than those approved or disclosed at retention? | No |

# Summary of Fee Statements / Applications Submitted & Filed

| Statement/ Application | | Requested | | CNO/Order | Paid to Date | | Total Unpaid |
|---|---|---|---|---|---|---|---|
| Date Filed/ Docket No. | Period Covered | Fees | Expenses | Date Filed/ Docket No. | Fees | Expenses | Fees and Expenses |
| *02/29/24 Dkt No. 519* | *10/09/23 - 01/31/24* | $ 62,181.00 | $ - | *04/23/2024 Dkt No. 621* | $ 61,576.50 | $ - | $ - |
| 04/19/2024 Dkt No. 603 | 02/01/24 - 2/29/24 | 101,968.65 | - | N/A | 101,628.65 | - | - |
| 5/20/2024 Dkt No. 646 | 03/01/24 - 03/31/24 | 118,991.70 | - | N/A | 118,991.70 | - | - |
| 06/27/2024 Dkt No. 710 | 04/01/24 - 04/30/24 | 81,180.90 | - | N/A | 81,180.90 | - | - |
| 06/27/2024 Dkt No. 711 | 05/01/24 - 05/31/24 | 134,115.75 | - | N/A | 133,955.75 | - | - |
| *06/27/2024 Dkt No. 714* | *02/1/24 - 05/31/24* | *436,257.00* | - | *08/13/20204 Dkt No. 793* | *435,757.00* | - | - |
| 07/22/2024 Dkt No. 756 | 06/01/24 - 06/30/24 | 145,268.55 | - | N/A | 145,268.55 | - | - |
| 09/20/2024 Dkt No. 843 | 07/01/24 - 07/31/24 | 73,945.35 | 461.25 | N/A | 73,945.35 | 461.25 | - |
| 10/21/2024 Dkt No. 872 | 08/01/24 - 08/31/24 | 100,080.90 | - | N/A | 100,080.90 | - | - |
| 10/21/2024 Dkt No. 873 | 09/01/24 - 09/30/24 | 117,449.10 | - | N/A | 117,449.10 | - | - |
| *10/31/2024 Dkt No. 896* | *06/01/24 - 09/30/24* | *436,743.90* | *461.25* | *12/09/2024 Dkt No. 945* | *436,743.90* | *461.25* | - |
| 12/04/2024 Dkt No. 937 | 10/01/24 - 10/31/24 | 80,381.70 | - | N/A | 80,177.70 | - | - |
| 12/26/2024 Dkt No. 958 | 11/01/24 - 11/30/24 | 59,202.00 | 62.35 | N/A | 59,043.00 | 62.35 | - |
| 01/30/2025 Dkt No. 974 | 12/01/24 - 12/31/24 | 22,667.40 | 41.83 | N/A | 22,616.40 | 41.83 | - |
| 02/28/2025 Dkt No. 1043 | 01/01/25 - 01/31/25 | 52,597.80 | - | N/A | 52,561.80 | - | - |
| *03/06/2025 Dkt No. 1053* | *10/01/24 - 01/31/25* | *214,848.90* | *104.18* | *04/24/2025 Dkt No. 1160* | *214,398.90* | *104.18* | - |
| 03/31/2025 Dkt No. 1116 | 02/01/25 - 02/28/25 | 88,244.55 | - | N/A | 70,595.64 | - | 17,648.91 |
| 04/25/2025 Dkt No. 1163 | 03/01/25 - 03/31/25 | 67,778.55 | - | N/A | 54,222.84 | - | 13,555.71 |
| 05/28/2025 Dkt No. 1208 | 04/01/25 - 04/30/25 | 94,601.25 | - | N/A | 75,681.00 | - | 18,920.25 |
| 07/01/2025 Dkt No. 1229 | 05/01/25 - 05/31/25 | 85,146.30 | - | N/A | 68,117.04 | - | 17,029.26 |

| Statement/ Application | | Requested | | CNO/Order | Paid to Date | | Total Unpaid |
|---|---|---|---|---|---|---|---|
| Date Filed/ Docket No. | Period Covered | Fees | Expenses | Date Filed/ Docket No. | Fees | Expenses | Fees and Expenses |
| *07/10/2025 Dkt No. 1235* | *02/01/25 - 05/31/25* | *335,770.65* | *-* | *09/15/2025 Dkt No. 1334* | *268,616.52* | *-* | *67,154.13* |
| 07/30/2025 Dkt No. 1278 | 06/01/25 - 06/30/25 | 17,460.00 | - | N/A | 13,968.00 | - | 3,492.00 |
| 09/02/2025 Dkt No. 1320 | 07/01/25 - 07/31/25 | 36,177.30 | - | N/A | 28,941.84 | - | 7,235.46 |
| 09/30/2025 Dkt No. 1365 | 08/01/25 - 08/31/25 | 18,602.55 | - | N/A | - | - | 18,602.55 |
| 10/30/2025 Dkt No. ___[1] | 09/01/25 - 09/30/25 | 157,942.35 | - | NA | - | - | 157,942.35 |
| **Totals** | | **$ 1,715,983.65** | **$ 565.43** | | **$ 1,460,002.66** | **$ 565.43** | **$ 254,426.49** |

Summary of Any Objections to Fee Statements / Applications: **N/A**

---

[1] BRG's twentieth monthly fee statement (covering September 1, 2025 through September 30, 2025) is expected to be filed prior to or concurrently with this interim fee application in accordance with the Interim Compensation Order and Bankruptcy Rule 2016.

Berkeley Research Group, LLC
Paul N. Shields
D. Ray Strong
Matthew K. Babcock
201 S. Main Street, Suite 450
Salt Lake City, UT 84111
Telephone: 801.364.6233
Facsimile: 801.355.9926
Email: pshields@thinkbrg.com
        rstrong@thinkbrg.com
        mbabcock@thinkbrg.com

*Financial Advisor to the Official Committee of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO<br><br>     Debtor. | Lead Case No. 23-30564<br><br>Chapter 11<br><br>Judge: Hon. Dennis Montali<br><br>**SIXTH INTERIM FEE APPLICATION OF BERKELEY RESEARCH GROUP, LLC FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JUNE 1, 2025 THROUGH SEPTEMBER 30, 2025**<br><br>Judge: Hon. Dennis Montali<br><br>Date: December 4, 2025<br>Time: 1:30 p.m (Pacific Time)<br>Location: via ZoomGov |

Berkeley Research Group, LLC ( "**BRG**"), financial advisor the Official Committee of Unsecured Creditors (the "**Committee**") of the Roman Catholic Archdiocese of San Francisco (the "**Debtor**") files its Sixth Interim Fee Application (the "**Application**"), pursuant to sections 330 and 331 of Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**"), Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), *The United States Trustee Appendix A Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330* effective January 30, 1996 (the "**U.S. Trustee Guidelines**"), the *Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees for the Northern District of California*, dated February 19, 2014 (the "**Local Guidelines**"), the Bankruptcy Local Rules (the "**Local Rules**") the *Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis* [Dkt. 212] (the "**Compensation Procedures Order**") and the *Order Approving Application of the Official Committee of Unsecured Creditors for Order Approving Employment of Berkeley Research Group, LLC as Financial Advisor Effective as of October 9, 2023* [Dkt. No. 288] (the "**Retention Order**"), for approval and allowance of compensation for professional services rendered to the Committee within the period June 1, 2025 through September 30, 2025 (the "**Interim Fee Period**") and reimbursement of expenses incurred in the connection with such services, and, in support thereof, represents as follows:

**I.**

**THE UST GUIDELINES**

1.      The Office of the United States Trustee (the "**U.S. Trustee**") established the U.S. Trustee Guidelines. In turn, the U.S. Trustee promulgated forms to aid in compliance with the U.S. Trustee Guidelines. Charts and tables based on such forms, and certain other attachments, are attached and filled out with data to the extent relevant to this Chapter 11 Case:

**Exhibit 1**:      Summary of Fees by Professionals in this Application;

**Exhibit 2**:      Summary of Fees by Task Code in this Application;

**Exhibit 3**:      Declaration of Financial Advisor;

**Exhibit 4**:      [Proposed] Order to Allow Interim Application;

| | |
|---|---|
| **Exhibit 5:** | BRG's Seventeenth Monthly Fee Statement (June 2025); |
| **Exhibit 6:** | BRG's Eighteenth Monthly Fee Statement (July 2025); |
| **Exhibit 7:** | BRG's Nineteenth Monthly Fee Statement (August 2025); and |
| **Exhibit 8:** | BRG's Twentieth Monthly Fee Statement (September 2025). |

**II.**

## PRELIMINARY STATEMENT

2. By this Application, BRG seeks approval of its fees incurred and reimbursement of expenses during the Interim Fee Period in the amount of $230,182.20, which comprises fees of $230,182.20[2] and $0.00 for reimbursement of expenses. BRG spent a total of 373.90 hours and a blended rate of $615.63. As described in more detail in the Retention Order, the compensation sought herein is comprised of the services provided to the Committee based on hourly rates.

**III.**

## JURIDICTION

3. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.) and Rule 5011-1(a) of the Local Rules. This is a core proceeding within the meaning of 28 U.S.C. §157(b)(2). Venue of this proceeding and this Application in this Court is proper under 28 U.S.C. §§1408 and 1409.

**IV.**

## BACKGROUND

4. On August 21, 2023 (the "**Petition Date**"), The Debtor commenced the above-captioned chapter 11 bankruptcy case (the "**Chapter 11 Case**"). The Debtor continues to operate its ministry and manage its properties as a debtor in possession under sections 1107(a) and 1108 of the Bankruptcy Code. No trustee has been appointed in this Chapter 11 Case.

---

[2] Pursuant to the Retention Application (defined below), BRG's fees are based on fees for actual hours expended, charged at BRG's standard hourly rates which are in effect when the services are rendered, less a voluntary 10% rate concession. Accordingly, we have reduced our fees for the Interim Fee Period by $25,575.80 as indicated on Exhibit 1 and Exhibit 2.

5. On September 1, 2023, the Office of the United States Trustee filed its notice of appointment of an Official Committee of Unsecured Creditors (the "**Committee**") [Dkt. No. 58].

6. Following the Committee's appointment, on October 24, 2023, the Court approved the *Order Approving Application of the Official Committee of Unsecured Creditors for Approving employment of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors* [Dkt. No. 237] ("**Committee Counsel**" or "**PZSJ**").

7. On October 24, 2023, BRG filed its *Application to Employ Berkeley Research Group, LLC as Financial Advisor/Application of the Officiation Committee of Unsecured Creditors for Order Approving Employment of Berkeley Research Group, LLC as Financial Advisor, Effective as of October 9, 2023 effective as of June 23, 2023* [Dkt. No. 236] (The "**Retention Application**").

8. The Court approved the Retention Application on November 7, 2023, in the *Order Approving Application of the Official Committee of Unsecured Creditors for Approving Employment of Berkeley Research Group, LLC as Financial Advisor, Effective as of October 9, 2023* [Dkt. No. 288] (The "**Retention Order**").

9. The Retention Order authorizes the Debtor to compensate and reimburse BRG in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Fee Guidelines, and the Interim Compensation Order.

**V.**

**PROFESSIONAL FEES AND DISBURSEMENTS**

10. During the Interim Fee Period, BRG's professionals expended a total of 373.90 hours in connection with providing services to the Committee at a net blended hourly rate of $615.63.

11. By this Application, BRG seeks allowance of fees in the amount of $230,182.20 for professional services rendered for and on behalf of the Committee and $0.00 for expenses incurred during the Interim Fee Period.

12. BRG filed and is expected to file Monthly Fee Statement's in accordance with Compensation Procedures Order and Stipulated Agreement. BRG submitted monthly fee

statements for each month in the Interim Fee Period requesting 80% of the fees and 100% of the expenses incurred (the "**Monthly Fee Statements**") (See **Exhibits 5, 6, 7, 8**).

13. BRG charges for its services based on standard hourly rates established, subject to periodic adjustments to reflect economic and other conditions. For the purposes of this engagement, BRG has agreed to a voluntary 10% rate concession from its customary standard hourly rates in effect when services are rendered. BRG's standard hourly rates – before the agreed-upon rate concession – are competitive with other financial advisors that we consider our peers. BRG believes that the compensation in this Application is based on the customary compensation charged by comparably skilled professionals in cases other than cases under Title 11.

14. BRG maintains contemporaneous records of the time expended and actual, necessary expenses incurred in support of its billings. Time entries are recorded in six-minute increments.

## VI.

## SUMMARY OF SERVICES RENDERED

15. BRG is a global strategic advisory and expert consulting firm that provides independent expert testimony, litigation and regulatory support, authoritative studies, strategic advice, advisory services relating to restructuring and turnaround situations, due diligence, valuation, and capital markets, and document and data analytics to major law firms, businesses, including Fortune 500 corporations, government agencies, and regulatory bodies around the world.

16. BRG has extensive experience in the areas of reorganization, workouts, insolvency, accounting, financial analysis, tax, and valuation. The professionals engaged in these cases have also worked in numerous Catholic diocese bankruptcy cases throughout the country.

17. This bankruptcy case addresses issues that raise complex questions and require a high level of skill and expertise to efficiently and accurately address the same. The professional services described herein were performed by BRG to, among other things, analyze and evaluate the Debtor's financial position and financial performance, and guide the Committee through the Debtor's Chapter 11 case.

18. During the Interim Fee Period, the Committee relied on the experience and

expertise of BRG when dealing with the matters described herein. As a result, BRG devoted significant time and effort to perform properly and expeditiously the required professional services. BRG respectfully submits that the professional services it rendered on behalf of the Committee were necessary and have directly benefited the creditor constituents represented by the Committee and have contributed to the effective administration of this case.

19. BRG submits that the interim fees applied for herein for professional services rendered in performing services for the Committee in this proceeding are fair and reasonable in view of the time spent, the extent of work performed, the nature of the Debtors' operations and financial condition, the financial dealings and interrelationship of the Debtor and its Affiliates, the Debtor's accounting system and financial reporting, and the investigation and analysis performed to date.

20. The work involved, and thus the time expended, was carefully assigned in light of the experience and expertise required for a particular task. The staff utilized sought to optimize efficiencies and avoid redundant efforts. It is BRG's practice to staff engagements at the lowest appropriate level considering the complexity of the services to be rendered. Proper supervision and direction are maintained throughout the engagement. BRG believes that there has been no duplication of services between BRG and any other consultants or accountants to the bankruptcy estate.

21. BRG is aware of the need to avoid duplication of services, and ensure tasks are performed by the lowest level professional qualified to perform such services to minimize fees, thereby reducing costs to the Debtor's estate and maximizing the ultimate benefit to creditors. As a result, BRG limits participants in meetings and phone conferences; however, in some instances more than two BRG professionals attend certain meetings or phone conferences based on areas of case responsibility, complexity, case matter background, and subject-matter expertise. Due to the complex nature of the Debtor's case and based on BRG's extensive experience, this approach allows for increased efficiency in the evaluation and reporting of findings and in the coordination of ongoing analyses and investigations. As a result of this coordination, BRG continues to effectively and efficiently delegate tasks to the lowest level professional qualified to perform such

services, thereby reducing the blended hourly rate for all services provided during the Interim Fee Period.

22.     Given the matter size and complexity of the issues to be addressed for resolution of this case, BRG's professionals have differing roles and responsibilities. As a result, certain BRG professionals need to be included in meetings so assignments can be effectively explained and addressed in the most efficient manner possible. Further, assignments in a particular area of responsibility which are large in nature and / or complex often need to be divided among BRG professionals with similar levels of experience and expertise to complete those tasks in an expedited manner to meet the needs of the Committee (including preparation for and participation in mediation) in an effort to assist in achieving a consensual resolution of the Chapter 11 case. This approach (which has been successful in other diocesan cases) is effective and necessary and is not indicative of duplicative or inefficient efforts. Instead, it allows BRG's professionals to provide timely financial analyses and advisory services to the Committee in a more efficient and cost-effective manner. Other benefits realized from having more than two professionals in meetings are the ability to simultaneously address more than one area of responsibility or analysis (including when these separate areas share common or intersecting issues), to assist team members in understanding the context and objectives of the work being performed, to allow team members to efficiently communicate regarding the documentation and information evaluated, and to inform senior professionals if deviations are encountered and adjustments need to be considered. Periodically involving junior professionals in meetings allows for more efficient and effective means of performing the tasks. In some instances, junior professionals are more familiar with key issues including how data is being captured or extracted, and the functionality of the tools being used to develop the analysis. As a result, they are able to identify procedures that further reduce time and fees incurred.

23.     During the Interim Fee Period, nine BRG professionals billed less than 15 hours. One of these professionals (Matthew Babcock) is a BRG expert who has extensive experience in most of the past and current Diocesan matters filed throughout the country, has provided services in this matter included in previous fee applications, and will have material ongoing involvement in

this case evaluating restricted cash / investments, assets, financial analyses surrounding a Debtor's Plan of Reorganization. Five other BRG Experts have very specific areas of expertise that provide services in the Diocesan matters throughout the country regarding ability-to-pay issues (Paul Shields), loan and debt capacity issues (David Abshier and Tony Santana), cash flow and cemetery perpetual care analyses (Eric Madsen), and audit GAAP / GAAS issues (Ernest Dixon). The three remaining BRG professionals provided services in this matter (a) at lower billing rates, (b) have been and are currently involved in other Diocesan matters filed throughout the country which required no additional fees or time to "bring them up to speed" to perform said services, (c) have had previously been included in the prior fee applications filed by BRG in this matter, (d) have specific subject matter expertise regarding issues, analyses, and inquiries raised by Committee Counsel, or (e) will have material ongoing involvement in this case.

24.    No agreement or understanding exists between BRG and any other person for the sharing of compensation received or to be received for services rendered in connection with the Chapter 11 case, except for internal agreements among employees of BRG regarding the sharing of revenue or compensation. Neither BRG nor any of its employees has entered into an agreement or understanding to share compensation with any entity as described in Bankruptcy Code 504(d) and Bankruptcy Rule 2016.

25.    BRG, in accordance with the Local Rules, will not be charging travel time.

26.    The general summary of the services rendered by BRG during the Interim Fee Period, based on tasks and number of hours, is set forth below.[3]

**200.30 - Document / Data Analysis (Financial / Accounting) – Accounting System**

**Fees: $1,624.50 / Total Hours 1.9**

27.    BRG analyzed accounting system data produced regarding the Debtor's Sage accounting system relating to general ledger, accounts receivable, and income statement activity

---

[3] BRG is keenly aware of the need to minimize expenses to reduce costs to the Debtor's estate and thus maximize the ultimate contribution to creditors. As a result, BRG limits participants in meetings and phone conferences; however, in some instances multiple BRG professionals attend certain meetings or phone conferences based on areas of case responsibility, case matter background and expertise. Due to the complex nature of this case, this approach allows for increased efficiency in the evaluation and reporting of findings and in the coordination of ongoing analyses and investigations.

for updates to enterprise asset analysis. This information assisted the Committee's ongoing investigation of the assets of the Debtor, non-debtors, and parishes.

**200.90 - Document / Data Analysis (Production Requests)**

**Fees: $8,538.50 / Total Hours: 14**

28. During the Interim Fee Period, BRG continued to analyze the status of document / information requests to be submitted to the Debtor for the Committee's financial / asset analysis and investigation. Additionally, BRG continued assisting Committee Counsel in evaluating Rule 2004 requests to various third parties in possession of Debtor and Affiliate related records and information. BRG met with Committee Counsel to address document request and production issues. As supplemental document productions were received from the Debtor, BRG examined the productions for responsiveness and identified additional documents to be requested. Finally, BRG updated and maintained its document tracking system which allowed BRG to monitor completed requests and identify outstanding/incomplete items to assist in follow up with Debtor professionals.

**220.00 – Debtors Operations / Monitoring**

**(Monthly Operating Reports / Periodic Reporting)**

**Fees: $4,885.50 / Total Hours 13.2**

29. BRG analyzed the Debtor's operations and financial activity as reported in the Debtor's Monthly Operating Reports ("MOR"). During the Interim Fee Period, BRG analyzed available MORs from April 2025 through July 2025. BRG examined and incorporated information obtained from the MORs into its ongoing analysis of the Debtor (including the Debtor's financial operations, assets, cash and investment balances / activity, flow of funds, receipt, and disbursement activity, etc.). BRG's MOR analysis allowed it to effectively evaluate and monitor the Debtor's ongoing asset position, financial performance, operational activities, follow-up with the Debtor's financial advisor, and report findings to Committee Counsel.

**300.00 – Asset Analysis (General – Debtors)**

**Fees: $108,769.00 / Total Hours 150.9**

30. During the Interim Fee Period, BRG continued its analysis and investigation of the Debtor's assets to develop an overall assessment of assets available for the benefit of the Debtor's

creditors. As part of these services, BRG continued its development of its Ability-to-Pay and debt capacity analyses. BRG examined financial information, accounting system data, transactions, and audit workpapers involving the Debtor, its Affiliates, and third parties to evaluate relationships, transactions, and other activities between these entities and to assess financial resources. BRG also continued its evaluation of the available financial statements and financial data relating to Marin High School ("Marin HS"), Riordan High School ("Riordan HS"), Junipero Serra High School ("Junipero HS"), and Sacred Heart Cathedral Prep High School ("SH Prep"), and Vallombrosa. BRG prepared updated materials for the Committee at the request of Committee Counsel regarding assets available to the Debtor's creditors. To further coordinate the preparation of its Ability-to-Pay analysis, BRG met internally as needed. Additionally, BRG's work assisted in the identification of additional areas of investigation and focus to address the needs of the Committee.

### 301.00 – Asset Analysis (General – Debtors Restricted / Identified Assets)

### Fees: $1,510.50 / Total Hours 1.9

31.     BRG analyzed documents relating to alleged restricted assets held by the Debtor including the analysis of its annual appeal and assessments. BRG's restricted asset analysis regarding cash / investments is essential in identifying all available assets of the Debtor for the benefit of creditors.

### 302.00 – Asset Analysis (General – Related Non-Debtors)

### Fees: $14,946.00 / Total Hours 21.2

32.     BRG analyzed the assets and financial operations of the Debtor's related Affiliates, including Capital Asset Support Corporation ("CASC") and The Roman Catholic Seminary of San Francisco ("Seminary").  As part of its services, BRG examined detailed work papers / schedules provided to financial statement auditors, work papers received from auditors, and various production volumes received from CASC. BRG investigated affiliate financial relationships, evaluated credit agreements, and examined CASC participant deposit & loan and pooled investment balances by account, participant and year. BRG's examination of related Affiliate documentation and assets assisted with its ongoing analyses and investigations, including its identification and evaluation of assets available to the Debtor's creditors.

## 304.00– Asset Analysis (General - Parishes)

### Fees: $43,682.50 / Total Hours 69.1

33.     BRG continued its analysis of the Parish and Parish School financial documentation produced by the Debtor which included over 1,600 balance sheets / income statements. During its process of review and analysis, BRG worked with the Debtor to obtain exports of the financial statement data for the Parishes and Parish Schools in a more efficient format to significantly reduce the costs of the asset investigation and financial performance evaluation of over 90 Parishes and 50 Parish schools. Prior to this Interim Fee Period, BRG utilized an in-house data science / analytics professional to develop Python programing code to automate the processing of the Parish and Parish School updated QuickBooks financial statement exports from 2013 through 2024; BRG used the developed code to more efficiently process incoming data to further its analyses of Parishes affiliated with the Debtor. BRG utilized the Parish and Parish School financial documentation and the updated data set from QuickBooks exports to continue to prepare its cash and investment analysis and to update its model to evaluate available assets to pay the Debtor's creditors. BRG analyzed information received from the Debtor's and affiliates auditors pursuant to 2004 examinations filed by the Committee. Additionally, BRG continued preparing a comparative financial statement analysis by Parish and Parish School to identify historical trends related to their operations and financial performance (including assets and revenue) and to evaluate various key financial metrics. BRG updated its Ability-to-Pay analyses for the Parishes and Parish Schools including the preparation of a combined credit estimate and debt capacity analysis. BRG updated its materials for the Committee regarding the Parish and Parish School ability to contribute to a Plan of Reorganization.

### 320.00 – Asset Analysis (Investments / Funds – Debtors)

### Fees: $1,282.50 / Total Hours 1.5

34.     During the Interim Fee Period, BRG analyzed activity of deposit / investment pool balances and activity involving the Debtor. BRG's updated its analyses with additional information produced to continue its analysis of Debtor assets available to creditors.

### 330.00 – Asset Analysis (Real Property – Debtors)

**Fees: $3,079.50 / Total Hours 3.7**

35.     During the Interim Fee Period, BRG updated its real estate analyses to include additional real property information obtained from document productions and public sources. These analyses have assisted the Committee and Committee Counsel with the investigation of available assets to pay creditors.

### 396.00 – Asset Analysis (Other – Cemeteries)

**Fees: $10,306.00 / Total Hours 13.2**

36.     During the Interim Fee Period, BRG updated and analyzed comparative financial statements and cash flows for Catholic Cemeteries relating to its ongoing asset investigation and Ability-to-Pay analyses. BRG's analysis of affiliated cemeteries included the evaluation of Debtor document productions including information relating to the Debtor's perpetual care fund, permanent maintenance, burial contracts, pricing, and other obligations / liabilities. Additionally, BRG held internal meetings to coordinate its efforts and identified additionally documents needed to identify Debtor assets available to creditors.

### 400.00 – Litigation Analysis (Adversary Proceedings)

**Fees: $23,886.50 / Total Hours 33.1**

37.     During the Interim Fee Period, BRG addressed inquiries from Committee Counsel regarding the Adversary Complaint for Declaratory Relief against the Debtor, the parishes, related parochial schools, cemeteries, high schools, retreat center, and a clergy house. As necessary, BRG met with Committee Counsel and internally to discuss information needed and analyses to be performed to further develop the complaint. Additionally, BRG analyzed audit workpapers and financial productions for the following entities: Marin HH, Riordan HS, Sierra HS, SH Prep, and the Central Office.

### 410.00 – Litigation Analysis (Avoidance Actions)

**Fees: $13,534.50 / Total Hours 18.3**

38.     BRG analyzed transaction data from the Debtor's accounting system, audit workpapers, D&L accounts, ASF investment pool, CASC deposit / investment pool, and RPSC

documentation for its ongoing analysis of potential avoidance actions and to address Committee Counsel inquiries. Additionally, BRG met with Committee Counsel to review and discuss its analyses performed to date. BRG's work assisted Committee Counsel in understanding potential avoidable transactions, the overall asset profile, to develop additional 2024 document requests, and assess availability of funds to creditors of the Archdiocese enterprise.

### 600.00 – Claims / Liability Analysis (General)

**Fees: $72.00 / Total Hours 0.4**

39.     During the Interim Fee Period, BRG continued its analysis and monitoring of ongoing professional fees incurred pursuant to monthly fee statements and interim fee applications filed by each professional in the case at the request of Committee Counsel and the Committee. The analysis involved the examination of monthly statements / interim applications filed with the Court, amounts reported in the Debtor's MORs, and review of payments made to each professional.

### 1020.00 – Meeting Preparation & Attendance

**Fees: $11,742.00 / Total Hours 16.4**

40.     As necessary, BRG attended periodic meetings with Committee Counsel and BRG team members to evaluate case issues, report on assignments, and identify additional areas of investigation and focus pursuant to the needs of the Committee.

### 1030.00 – Mediation Preparation & Attendance

**Fees: $4,195.00 / Total Hours 5.4**

41.     During the Interim Fee Period, BRG addressed mediation / asset related issues and attended meetings with Committee Counsel to discuss analyses needed in preparation for mediation. As part of BRG's preparation for its discussions with Committee Counsel and upcoming mediation sessions, BRG met internally as needed, with BRG professionals responsible for various assigned analyses. BRG's internal coordination assists BRG in more efficient and effective analysis on behalf of the Committee for mediation preparation.

**1060.00 – Fee Application Preparation & Hearing**

**Fees: $3,703.50 / Total Hours 9.7**

42.     During the Interim Fee Period, BRG finalized its Fifth Interim Fee Application and prepared and finalized its May 2025, June 2025, July 2025, and August 2025 monthly fee statements. BRG's services included the preparation of narrative and related supporting exhibits.

**VII.**

**ACTUAL AND NECESSARY EXPENSES**

43.     BRG also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time BRG is not requesting reimbursement for any expenses incurred during the Interim Fee Period but reserves the right to request reimbursement therefore in the future.

44.     Disbursements and expenses are incurred in accordance with BRG's normal practice of charging clients for expenses clearly related to and required by particular matters. Such expenses are often incurred to enable BRG to devote time beyond normal office hours to matters, which imposed extraordinary time demands. BRG endeavors to minimize these expenses to the fullest extent possible. BRG's billing rates do not include charges for photocopying, telephone and facsimile charges, computerized research, travel expenses, "working meals," secretarial overtime, postage, and certain other office services, because the needs of each client for such services differ.

45.     BRG believes that it is fairest to charge each client only for the services actually used in performing services for such client. BRG endeavors to minimize these expenses to the fullest extent possible.

46.     In providing a reimbursable service such as copying or telephone, BRG does not make a profit on that service. In charging for a particular service, BRG does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment, or capital outlay. In seeking reimbursement for service which BRG justifiably purchased or contracted for from a third party, BRG requests reimbursement only for the amount billed to BRG by such third-party vendor and paid by BRG to that vendor.

# VIII.

## THE REQUESTED COMPENSATION SHOULD BE ALLOWED

47.     Section 330 provides that a court may award a professional employed under 11 U.S.C § 328 "reasonable compensation for actual, necessary services rendered . . . and reimbursement for actual, necessary expenses." See 11 U.S.C. Section 330(a)(1). Section 330 also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded . . . , the court should consider the nature, the extent, and the value of such services, taking into account all relevant factors, including:
>
> > (A) the time spent on such services;
> > (B) the rates charged for such services;
> > (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;
> > (D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;
> > (E) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and
> > (F) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.
>
> 11 U.S.C. § 330(a)(3).

48.     BRG has a reputation for its expertise and experience in financial and bankruptcy reorganizations and restructurings and as noted above, the compensation is reasonably based on customary compensation charged by other practitioners in non-bankruptcy cases. Based on an application of the above factors and its compliance with the U.S. Trustee Guidelines, BRG respectfully submits that the compensation requested herein is reasonable in light of the nature, extent, and value of such services to the Committee and, accordingly, that approval of the compensation sought herein is warranted.

49.     Section 330 of the Bankruptcy Code authorizes the Court to award BRG reasonable compensation for its actual and necessary financial advisory services rendered and reimbursement of actual and necessary expenses incurred in the rendering of those services as financial advisor to the Committee in this case. Bankruptcy Code § 330(a)(1) provides as follows:

(a)(1) After notice to the parties in interest and the United States Trustee and a hearing, and subject to sections 326, 328, and 329, the court may award to a trustee, a consumer privacy ombudsman appointed under section 332, an examiner, an ombudsman appointed under section 333, or a professional person employed under section 327 or 1103—

    (A)      reasonable compensation for actual, necessary services rendered by the trustee, examiner, ombudsman, professional person, or attorney and by any paraprofessional person employed by any such person; and

    (B)      reimbursement for actual, necessary expenses.

11 U.S.C. § 330(a)(1).

## IX.

## **AVAILABLE FUNDS**

50.     BRG understands the Debtor's estate has sufficient funds available to pay the fees and costs sought herein.

## X.

## **NOTICE**

51.     Notice of the Application has been provided to parties-in-interest in accordance with the procedures set forth in Compensation Procedures Order. BRG submits that, in view of the facts and circumstances of the Chapter 11 Case, such notice is sufficient, and no other or further notice need be provided.

52.     Pursuant to the Local Guidelines, a cover letter enclosing this Application (along with the sixth interim fee applications of PZSJ and Burns Bair) will be emailed to the group of four Committee members whom the Committee has charged with handling fee issues in this Case. The letter invites the Committee to discuss with the Committee professionals and the UST any objections, concerns, or questions the Committee may have with regard to the requested compensation and reimbursement set forth in the Committee professionals' sixth interim fee applications. A copy of that cover letter is attached along with the Declaration of the Financial Advisor hereto as **EXHIBIT 3**.

**WHEREFORE**, BRG respectfully requests that the Court enter an order substantially in the form attached hereto as **EXHIBIT 4** (a) awarding BRG interim allowance of (i) fees in the amount

of $230,182.20 for reasonable, actual and necessary services rendered on behalf of the Committee during the Interim Fee Period and (ii) reimbursement of $0.00 for reasonable, actual and necessary expenses incurred during the Interim Fee Period, (b) authorizing and directing the Debtor to pay the fees and expenses approved under the Application, less any fees previously paid pursuant to the Interim Compensation Order; and (c) granting such other or additional relief as is just and proper.

Dated: October 23, 2025

Respectfully submitted,

By: _D. Ray Strong_

D. Ray Strong
Berkeley Research Group, LLC
201 South Main Street, Suite 450
Salt Lake City, Utah 84111
Telephone: (801) 364-6233
Email: rstrong@thinkbrg.com

*Financial Advisors to the Official*
*Committee of Unsecured Creditors*

# EXHIBIT 1



# ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)

## Exhibit 1: Summary of Fees By Professional

For the Period 06/01/25 through 09/30/25

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| D. Abshier | Managing Director | $1,050.00 | 6.8 | $7,140.00 |
| P. Shields | Managing Director | $895.00 | 14.7 | $13,156.50 |
| R. Strong | Managing Director | $855.00 | 108.7 | $92,938.50 |
| E. Dixon | Managing Director | $825.00 | 1.2 | $990.00 |
| E. Madsen | Managing Director | $815.00 | 9.4 | $7,661.00 |
| M. Babcock | Managing Director | $795.00 | 7.3 | $5,803.50 |
| T. Santana | Managing Director | $780.00 | 8.8 | $6,864.00 |
| J. Shaw | Associate Director | $715.00 | 77.4 | $55,341.00 |
| J. Funk | Associate Director | $670.00 | 4.1 | $2,747.00 |
| C. Tergevorkian | Senior Managing Consultant | $535.00 | 91.9 | $49,166.50 |
| S. Chaffos | Consultant | $440.00 | 20.0 | $8,800.00 |
| A. McConkie | Associate | $235.00 | 16.4 | $3,854.00 |
| K. McDowell | Case Assistant | $180.00 | 0.6 | $108.00 |
| M. Kuhn | Case Assistant | $180.00 | 6.6 | $1,188.00 |
| **TOTAL** | | | **373.9** | **$255,758.00** |
| **Agreed Upon Concession:** | **10%** | | | **($25,575.80)** |
| **TOTAL REQUESTED FEES** | | | | **$230,182.20** |
| **BLENDED RATE AFTER CONCESSION** | | | | **$615.63** |

# **EXHIBIT 2**



## ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)
## Exhibit 2: Summary of Fees By Task Code

For the Period 06/01/25 through 09/30/25

| Task Code | Hours | Fees |
|---|---|---|
| 200.30 - Document / Data Analysis (Financial / Accounting) - Accounting System | 1.9 | $1,624.50 |
| 200.90 - Document / Data Analysis (Production Requests) | 14.0 | $8,538.50 |
| 220.00 - Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting) | 13.2 | $4,885.50 |
| 300.00 - Asset Analysis (General - Debtors) | 150.9 | $108,769.00 |
| 301.00 - Asset Analysis (General - Debtors Restricted / Identified Assets) | 1.9 | $1,510.50 |
| 302.00 - Asset Analysis (General - Related Non-Debtors) | 21.2 | $14,946.00 |
| 304.00 - Asset Analysis (General - Parishes) | 69.1 | $43,682.50 |
| 320.00 - Asset Analysis (Investments / Funds - Debtors) | 1.5 | $1,282.50 |
| 330.00 - Asset Analysis (Real Property - Debtors) | 3.7 | $3,079.50 |
| 396.00 - Asset Analysis (Other - Cemeteries) | 13.2 | $10,306.00 |
| 400.00 - Litigation Analysis (Adversary Proceedings) | 33.1 | $23,886.50 |
| 410.00 - Litigation Analysis (Avoidance Actions) | 18.3 | $13,534.50 |
| 600.00 - Claims / Liability Analysis (General) | 0.4 | $72.00 |
| 1020.00 - Meeting Preparation & Attendance | 16.4 | $11,742.00 |
| 1030.00 - Mediation Preparation & Attendance | 5.4 | $4,195.00 |
| 1060.00 - Fee Application Preparation & Hearing | 9.7 | $3,703.50 |
| **TOTAL** | **373.9** | **$255,758.00** |
| Agreed Upon Concession: 10% | | ($25,575.80) |
| **TOTAL REQUESTED FEES** | | **$230,182.20** |
| **BLENDED RATE AFTER CONCESSION** | | **$615.63** |

# EXHIBIT 3

1
2   Berkeley Research Group, LLC
    Paul N. Shields
3   D. Ray Strong
    Matthew K. Babcock
4   201 S. Main Street, Suite 450
    Salt Lake City, UT 84111
5   Telephone: 801.364.6233
    Facsimile: 801.355.9926
6   Email:  pshields@thinkbrg.com
            rstrong@thinkbrg.com
7           mbabcock@thinkbrg.com

8   *Financial Advisor to the Official Committee of*
    *Unsecured Creditors*

9               **UNITED STATES BANKRUPTCY COURT**

10              **NORTHERN DISTRICT OF CALIFORNIA**

11                  **SAN FRANCISCO DIVISION**

12

13  In re                              Lead Case No. 23-30564

14  THE ROMAN CATHOLIC                 Chapter 11
    ARCHBISHOP OF SAN FRANCISCO
15                                     **STRONG DECLARATION IN SUPPORT OF
        Debtor.                        SIXTH INTERIM FEE APPLICATION OF**
16                                     **BERKELEY RESEARCH GROUP FOR
                                       ALLOWANCE AND PAYMENT OF INTERIM**
17                                     **COMPENSATION AND REIMBURSEMENT
                                       OF EXPENSES FOR THE PERIOD JUNE 1,**
18                                     **2025 THROUGH SEPTEMBER 30, 2025**

19
                                       Date:  December 4, 2025
20                                     Time: 1:30 p.m (Pacific Time)
                                       Location: via ZoomGov
21

22          I, D. Ray Strong, a Managing Director of Berkeley Research Group, LLC ("**BRG**"),[1] on

23  behalf of BRG, as financial advisor to the Official Committee of Unsecured Creditors (the

24  "**Committee**") appointed in the Chapter 11 Case of the above-captioned debtor and debtor-in-

25  possession (the "**Debtor**"), hereby declare, pursuant to 28 U.S.C. § 1746, and the United States

26  Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of

27

28  _____
    [1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

Expenses Filed Under 11 U.S.C. § 330, effective January 30, 1996 (the "**Guidelines**"), as follows:

1.      I am a Managing Director of BRG and the professional designated by the applicant, BRG, with responsibility in this Chapter 11 Case, for compliance with the Local Rules and Guidelines.

2.      This declaration is made in respect of the *Sixth Interim Application of Berkeley Research Group, LLC for Allowance of Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors During the Period from June 1, 2025 through September 30, 2025* (the "**Application**") which I have reviewed and further which has been prepared in accordance with the Local Rules and Guidelines.

3.      In respect of the Local Rules and Guidelines, I declare that:

a)      I have read the Application;

b)      To the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and disbursements sought fall within the Local Rules and Guidelines;

c)      The fees and disbursements sought are billed at rates and in accordance with practices customarily employed by BRG and generally accepted by BRG's clients; and

d)      In providing a reimbursable service, BRG does not make a profit on that service, whether the service is performed by BRG in-house or through a third party.

4.      Attached hereto as **Exhibit A** is a true and correct copy of cover letter enclosing this Application (along with the sixth interim fee applications of PZSJ and Burns Bair) will be emailed to the group of four Committee members whom the Committee has charged with handling fee issues in this Case. The letter invites the Committee to discuss with the Committee professionals and the UST any objections, concerns, or questions the Committee may have with regard to the requested compensation and reimbursement set forth in the Committee professionals' sixth interim fee applications.

1       Pursuant to 28 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing

2 statements made by me are true and correct, to the best of my knowledge, information, and belief.

3 Executed this 23rd day of October, 2025 in Salt Lake City.

4

5                                                       D. Ray Strong

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

1
2                        **Exhibit A**
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# **EXHIBIT 4**

Berkeley Research Group, LLC
Paul N. Shields
D. Ray Strong
Matthew K. Babcock
201 S. Main Street, Suite 450
Salt Lake City, UT 84111
Telephone: 801.364.6233
Facsimile: 801.355.9926
Email:  pshields@thinkbrg.com
        rstrong@thinkbrg.com
        mbabcock@thinkbrg.com

*Financial Advisor to the Official Committee of
Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO<br><br>Debtor. | Lead Case No. 23-30564<br><br>Chapter 11<br><br>Judge:  Hon. Dennis Montali<br><br>**ORDER APPROVING SIXTH INTERIM FEE APPLICATION OF BERKELEY RESEARCH GROUP, LLC FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JUNE 1, 2025 THROUGH SEPTEMBER 30, 2025**<br><br>Date: _ December 4, 2025<br>Time: _1:30 p.m. (Pacific Time)<br>Location: via ZoomGov |

Berkeley Research Group, LLC ("**BRG**"), financial advisor to the Official Committee of Unsecured Creditors in the above-captioned case, filed its Sixth Interim Application (the "**Fee Application**") for Compensation for the Period from June 1, 2025 through September 30, 2025 (the "**Interim Fee Period**"). The Court has reviewed the Fee Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Fee Application, and any hearing on the Fee Application, was adequate under the circumstances; and

(c) all persons with standing have been afforded the opportunity to be heard on the Fee Application. Accordingly, it is hereby

ORDERED that the Fee Application is GRANTED. The Debtor in the above case shall pay to BRG interim compensation of $230,182.20 and reimbursement of expenses of $0.00 for a total amount of $230,182.20 for services rendered and actual and necessary expenses incurred in the Chapter 11 case during the Interim Fee Period.

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**\*\*END OF ORDER\*\***

1                             COURT SERVICE LIST

2                                All ECF Parties

# **EXHIBIT 5**

1   Berkeley Research Group, LLC
    Matthew K. Babcock
2   D. Ray Strong
    Paul N. Shields
3   201 S. Main Street, Suite 450
    Salt Lake City, UT 84111
4   Telephone: 801.364.6233
    Facsimile: 801.355.9926
5   Email: mbabcock@thinkbrg.com
            rstrong@thinkbrg.com
6           pshields@thinkbrg.com

7   *Financial Advisor to the Official Committee of*
    *Unsecured Creditors*
8
                    **UNITED STATES BANKRUPTCY COURT**
9
                    **NORTHERN DISTRICT OF CALIFORNIA**
10
                       **SAN FRANCISCO DIVISION**
11

12  In re:                              | Case No. 23-30564

13  THE ROMAN CATHOLIC
    ARCHBISHOP OF SAN FRANCISCO
14                                       | Chapter 11 Cases
         Debtor.
15

16                                       **SEVENTEENTH MONTHLY FEE**
                                         **STATEMENT OF BERKELEY RESEARCH**
17                                       **GROUP FOR ALLOWANCE AND PAYMENT**
                                         **OF INTERIM COMPENSATION AND**
18                                       **REIMBURSEMENT OF EXPENSES FOR**
                                         **THE PERIOD JUNE 1, 2025 THROUGH JUNE**
19                                       **30, 2025**

20

21

22

23

24

25

26

27

28

| Name of Applicant: | Berkeley Research Group, LLC ("**BRG**") |
|---|---|
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors ("Committee" or "UCC") |
| Date of Retention: | Effective as of October 9, 2023 by Order entered November 7, 2023 [Dkt. No. 288] |
| Period for Which Compensation and Reimbursement is Sought: | June 1, 2025 – June 30, 2025 |
| Amount of Compensation Requested:[1] | $17,460.00 |
| Less 20% Holdback: | $3,492.00 |
| Amount of Expenses Requested: | $0.00 |
| Total Compensation (Net of Holdback) and Expense Reimbursement Requested: | $13,968.00 |

1.  Pursuant to sections 327(e) and 328(a) of Chapter 11 of Title 11 of the United States Code, Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure, the *Order Authorizing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis* [Dkt. No. 212] (the "Compensation Procedures Order"), the *Order Approving Application of the Official Committee of Unsecured Creditors for Order Approving Employment of Berkeley Research Group, LLC as Financial Advisor Effective as of October 9, 2023* [Dkt. No. 288] (the "Retention Order"), Berkeley Research Group, LLC ("BRG") hereby submits its Seventeenth Monthly Fee Statement (the "Fee Statement") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Period June 1, 2025 through June 30, 2025 (the "Fee Period"). By this seventeenth statement, BRG seeks payment in the amount of $13,968.00 which comprises (i) eighty percent (80%) of the total amount of compensation sought for actual and necessary services rendered during the Fee Period, and (ii) reimbursement of one hundred percent (100%) of actual and necessary expenses incurred in connection with such services. As described in more detail in the Retention Order, the compensation sought herein is comprised of the services provided to the Committee based on hourly rates.

2.  Attached hereto as **Exhibit A** is a summary of BRG timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case

---

[1] Pursuant to the Application of Employment of Berkeley Research Group, LLC as Financial Advisor (Dkt. No. 236), BRG's fees are based on fees for actual hours expended, charged at BRG's standard hourly rates which are in effect when the services are rendered, less a voluntary 10% rate concession. Accordingly, we have reduced our fees for the Fee Period by $1,940.00 as indicated on Exhibit A and Exhibit B.

during the Fee Period, including the hourly rate, title, and fees earned by each Timekeeper. The schedule of fees incurred during the Fee Period summarized by task code is attached hereto as **Exhibit B**. The detailed time records which describe the time spent by each BRG Timekeeper for the Fee Period are attached hereto as **Exhibit C**.

3.       BRG also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time BRG is not requesting reimbursement for any expenses incurred during the Fee Period but reserves the right to request reimbursement therefore in the future.

4.       In accordance with the Compensation Procedures Order, each Notice Party shall have until the fourteenth (14th) day (or the next business day if such day is not a business day) following service of this Fee Statement (the "Objection Deadline") to serve an objection to the Fee Statement on BRG and each of the other Notice Parties.

5.       If no objections to the Fee Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Compensation Procedures Order, is authorized to pay BRG on an interim basis the total amount of **$13,968.00** which consists of eighty percent (80%) of BRG's total fees of **$17,460.00** and one hundred percent (100%) of BRG's total expenses of **$0.00** for the Fee Period.

6.       To the extent an objection to the Fee Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Fee Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

| 1 | Dated: July 20, 2025 | Respectfully submitted, |

Dated: July 20, 2025             Respectfully submitted,

By:   */s/ D. Ray Strong*
    D. Ray Strong
    Berkeley Research Group, LLC
    201 South Main Street, Suite 450
    Salt Lake City, Utah 84111
    Telephone: (801) 364-6233
    Email:  rstrong@thinkbrg.com

*Financial Advisors to the Official Committee of Unsecured Creditors*

# EXHIBIT A



# ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)
## Exhibit A: Summary of Fees By Professional

For the Period 06/01/25 through 06/30/25

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| R. Strong | Managing Director | $855.00 | 12.1 | $10,345.50 |
| J. Funk | Associate Director | $670.00 | 1.4 | $938.00 |
| C. Tergevorkian | Senior Managing Consultant | $535.00 | 12.3 | $6,580.50 |
| S. Chaffos | Consultant | $440.00 | 2.1 | $924.00 |
| M. Kuhn | Case Assistant | $180.00 | 3.4 | $612.00 |
| **TOTAL** | | | **31.3** | **$19,400.00** |
| **Agreed Upon Concession:** | **10%** | | | **($1,940.00)** |
| **TOTAL REQUESTED FEES** | | | | **$17,460.00** |
| **BLENDED RATE AFTER CONCESSION** | | | | **$557.83** |

# **EXHIBIT B**



INTELLIGENCE THAT WORKS

## ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)

## Exhibit B: Summary of Fees By Task Code

For the Period 06/01/25 through 06/30/25

| Task Code | Hours | Fees |
|---|---|---|
| 200.30 - Document / Data Analysis (Financial / Accounting) - Accounting System | 0.7 | $598.50 |
| 200.90 - Document / Data Analysis (Production Requests) | 10.8 | $6,282.50 |
| 220.00 - Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting) | 1.4 | $938.00 |
| 300.00 - Asset Analysis (General - Debtors) | 4.8 | $2,920.00 |
| 304.00 - Asset Analysis (General - Parishes) | 3.1 | $2,394.50 |
| 410.00 - Litigation Analysis (Avoidance Actions) | 4.0 | $3,420.00 |
| 600.00 - Claims / Liability Analysis (General) | 0.4 | $72.00 |
| 1020.00 - Meeting Preparation & Attendance | 2.6 | $1,807.00 |
| 1060.00 - Fee Application Preparation & Hearing | 3.5 | $967.50 |
| **TOTAL** | **31.3** | **$19,400.00** |
| **Agreed Upon Concession:**    **10%** | | **($1,940.00)** |
| **TOTAL REQUESTED FEES** | | **$17,460.00** |
| **BLENDED RATE AFTER CONCESSION** | | **$557.83** |

# EXHIBIT C


## ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)
## Exhibit C: Schedule of Time Detail

For the Period 06/01/25 through 06/30/25

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|

**200.30 - Document / Data Analysis (Financial / Accounting) - Accounting System**

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| 06/19/25 | R. Strong | 0.7 | $598.50 | Analyzed Sage Intacct sandbox issues to address inquiries from Debtor. |
| *Task Code: 200.30* | | *0.7* | *$598.50* | *Totals* |

**200.90 - Document / Data Analysis (Production Requests)**

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| 06/12/25 | C. Tergevorkian | 1.5 | $802.50 | Analyzed outstanding document requests to provide to counsel. |
| 06/12/25 | S. Chaffos | 1.2 | $528.00 | Evaluated document production DEBTOR28 to identify documentation / data relevant to analyses. |
| 06/13/25 | C. Tergevorkian | 2.1 | $1,123.50 | Updated the analysis of outstanding document requests to provide to counsel. |
| 06/13/25 | R. Strong | 1.4 | $1,197.00 | Attended call with BRG (CT) regarding reconciliation of outstanding document requests to provide to counsel. |
| 06/13/25 | C. Tergevorkian | 1.4 | $749.00 | Met with BRG (RS) regarding reconciliation of outstanding document requests to provide to counsel. |
| 06/16/25 | S. Chaffos | 0.9 | $396.00 | Continued to evaluate document production DEBTOR28 to identify documentation / data relevant to analyses. |
| 06/16/25 | R. Strong | 0.8 | $684.00 | Met with BRG (CT) and UCC Counsel (GB) regarding identification of outstanding document requests. |
| 06/16/25 | C. Tergevorkian | 0.8 | $428.00 | Met with BRG (RS) and UCC Counsel (GB) to discuss the analysis of outstanding document requests. |
| 06/16/25 | C. Tergevorkian | 0.7 | $374.50 | Analyzed Investment Pool documents produced by Debtor for updates to asset analyses. |
| *Task Code: 200.90* | | *10.8* | *$6,282.50* | *Totals* |

**220.00 - Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting)**

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| 06/25/25 | J. Funk | 1.4 | $938.00 | Evaluated trends developed in comparative financial analysis (assets, revenues, expenses) to monitor Debtor post-petition activities. |
| *Task Code: 220.00* | | *1.4* | *$938.00* | *Totals* |

**300.00 - Asset Analysis (General - Debtors)**

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| 06/10/25 | C. Tergevorkian | 0.9 | $481.50 | Analyzed recent document production from High Schools (June 06, 2025 - Bank Statements) for updates to asset analyses. |


## ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)
## Exhibit C: Schedule of Time Detail

For the Period 06/01/25 through 06/30/25

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| **300.00 - Asset Analysis (General - Debtors)** | | | | |
| 06/10/25 | C. Tergevorkian | 0.6 | $321.00 | Analyzed recent document production from Debtor (June 06, 2025 - Deposit and Loan) for asset analysis updates. |
| 06/12/25 | C. Tergevorkian | 1.2 | $642.00 | Analyzed recent document production (June 6, 2025 - Deposit & Loan) for asset analyses. |
| 06/13/25 | C. Tergevorkian | 1.0 | $535.00 | Continued to analyze recent document production (June 6, 2025 - Deposit & Loan) for updates to asset analyses. |
| 06/17/25 | R. Strong | 1.1 | $940.50 | Analyzed produced documents for asset analysis updates. |
| *Task Code:  300.00* | | *4.8* | *$2,920.00* | *Totals* |
| **304.00 - Asset Analysis (General - Parishes)** | | | | |
| 06/12/25 | C. Tergevorkian | 0.8 | $428.00 | Analyzed recent document production (June 10, 2025 - Parish financials) for asset analysis updates. |
| 06/16/25 | R. Strong | 1.2 | $1,026.00 | Analyzed Parish Schools financial data produced by Debtor for asset analysis. |
| 06/16/25 | R. Strong | 1.1 | $940.50 | Analyzed Parish financial data produced by Debtor for asset analysis. |
| *Task Code:  304.00* | | *3.1* | *$2,394.50* | *Totals* |
| **410.00 - Litigation Analysis (Avoidance Actions)** | | | | |
| 06/18/25 | R. Strong | 0.8 | $684.00 | Analyzed CASC activity to respond to UCC Counsel inquiries regarding documentation needed. |
| 06/18/25 | R. Strong | 0.7 | $598.50 | Analyzed Investment Pool activity to respond to UCC Counsel inquiries regarding documentation needed. |
| 06/18/25 | R. Strong | 0.6 | $513.00 | Analyzed DLF activity to respond to UCC Counsel inquiries regarding documentation needed. |
| 06/18/25 | R. Strong | 0.4 | $342.00 | Analyzed document requests to address UCC Counsel inquiries for avoidance actions. |
| 06/18/25 | R. Strong | 0.3 | $256.50 | Analyzed RPSC activity to respond to UCC Counsel inquiries regarding documentation needed. |
| 06/30/25 | R. Strong | 1.2 | $1,026.00 | Analyzed document productions regarding avoidance action inquiries by UCC Counsel. |
| *Task Code:  410.00* | | *4.0* | *$3,420.00* | *Totals* |
| **600.00 - Claims / Liability Analysis (General)** | | | | |

Case: 23-30564    Doc# 1438    Filed: 10/23/25    Entered: 10/23/25 11:04:36    Page 46 of 102



**INTELLIGENCE THAT WORKS**

## ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)
## Exhibit C: Schedule of Time Detail

For the Period 06/01/25 through 06/30/25

| Date | Professional | Hours | Amount | Description |
|------|--------------|-------|--------|-------------|
| **600.00 - Claims / Liability Analysis (General)** | | | | |
| 06/19/25 | M. Kuhn | 0.4 | $72.00 | Updated professional fee analysis with April 2025 professional fees to Committee monitoring. |
| *Task Code:* *600.00* | | *0.4* | *$72.00* | *Totals* |
| **1020.00 - Meeting Preparation & Attendance** | | | | |
| 06/10/25 | R. Strong | 0.8 | $684.00 | Attended call with UCC Counsel (BM [partial], GG, GB) and BRG (CT) to discuss discovery / assignments. |
| 06/10/25 | C. Tergevorkian | 0.8 | $428.00 | Met with BRG (RS) and UCC Counsel (GG, BM [partial], GB) to discuss discovery / assignments. |
| 06/24/25 | R. Strong | 0.5 | $427.50 | Attended call with UCC Counsel (BM, GG, GB) and BRG (CT) regarding case status / assignments. |
| 06/24/25 | C. Tergevorkian | 0.5 | $267.50 | Met with BRG (RS) and UCC Counsel (GB, BM, GG) to discuss case status / assignments. |
| *Task Code:* *1020.00* | | *2.6* | *$1,807.00* | *Totals* |
| **1060.00 - Fee Application Preparation & Hearing** | | | | |
| 06/10/25 | M. Kuhn | 0.8 | $144.00 | Prepared monthly fee statement (May 2025). |
| 06/12/25 | M. Kuhn | 0.3 | $54.00 | Prepared draft 5th interim fee application. |
| 06/17/25 | R. Strong | 0.5 | $427.50 | Analyzed draft exhibits for May 2025 monthly fee statement. |
| 06/17/25 | M. Kuhn | 0.3 | $54.00 | Prepared exhibits for monthly fee statement (May 2025). |
| 06/23/25 | M. Kuhn | 1.6 | $288.00 | Prepared draft 5th interim fee application. |
| *Task Code:* *1060.00* | | *3.5* | *$967.50* | *Totals* |
| **TOTALS** | | **31.3** | **$19,400.00** | |

Berkeley Research Group, LLC    Doc# 1438    Filed: 10/23/25    Entered: 10/23/25 11:04:36    Invoice for the 06/01/25 - 06/30/25 Period    Page 47

Case: 23-30564    Doc# 1438    Filed: 10/23/25    Entered: 10/23/25 11:04:36    Page 47 of 102

Page 3 of 3

# EXHIBIT 6

1  Berkeley Research Group, LLC
   Matthew K. Babcock
2  D. Ray Strong
   Paul N. Shields
3  201 S. Main Street, Suite 450
   Salt Lake City, UT 84111
4  Telephone: 801.364.6233
   Facsimile: 801.355.9926
5  Email:  mbabcock@thinkbrg.com
            rstrong@thinkbrg.com
6            pshields@thinkbrg.com

7  *Financial Advisor to the Official Committee of*
   *Unsecured Creditors*
8

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: | Case No. 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO | |
| | Chapter 11 Cases |
| Debtor. | |
| | **EIGHTEENTH MONTHLY FEE STATEMENT OF BERKELEY RESEARCH GROUP FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JULY 1, 2025 THROUGH JULY 31, 2025** |

| Name of Applicant: | Berkeley Research Group, LLC ("**BRG**") |
|---|---|
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors ("Committee" or "UCC") |
| Date of Retention: | Effective as of October 9, 2023 by Order entered November 7, 2023 [Dkt. No. 288] |
| Period for Which Compensation and Reimbursement is Sought: | July1, 2025 – July 31, 2025 |
| Amount of Compensation Requested:[1] | $36,177.30 |
| Less 20% Holdback: | $7,235.46 |
| Amount of Expenses Requested: | $0.00 |
| Total Compensation (Net of Holdback) and Expense Reimbursement Requested: | $28,941.84 |

1.      Pursuant to sections 327(e) and 328(a) of Chapter 11 of Title 11 of the United States Code, Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure, the *Order Authorizing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis* [Dkt. No. 212] (the "Compensation Procedures Order"), the *Order Approving Application of the Official Committee of Unsecured Creditors for Order Approving Employment of Berkeley Research Group, LLC as Financial Advisor Effective as of October 9, 2023* [Dkt. No. 288] (the "Retention Order"), Berkeley Research Group, LLC ("BRG") hereby submits its Eighteenth Monthly Fee Statement (the "Fee Statement") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Period July 1, 2025, through July 31, 2025 (the "Fee Period"). By this eighteenth statement, BRG seeks payment in the amount of $28,941.84 which comprises (i) eighty percent (80%) of the total amount of compensation sought for actual and necessary services rendered during the Fee Period, and (ii) reimbursement of one hundred percent (100%) of actual and necessary expenses incurred in connection with such services. As described in more detail in the Retention Order, the compensation sought herein is comprised of the services provided to the Committee based on hourly rates.

2.      Attached hereto as **Exhibit A** is a summary of BRG timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case

---

[1] Pursuant to the Application of Employment of Berkeley Research Group, LLC as Financial Advisor (Dkt. No. 236), BRG's fees are based on fees for actual hours expended, charged at BRG's standard hourly rates which are in effect when the services are rendered, less a voluntary 10% rate concession. Accordingly, we have reduced our fees for the Fee Period by $4,019.70 as indicated on Exhibit A and Exhibit B.

during the Fee Period, including the hourly rate, title, and fees earned by each Timekeeper. The schedule of fees incurred during the Fee Period summarized by task code is attached hereto as **Exhibit B**. The detailed time records which describe the time spent by each BRG Timekeeper for the Fee Period are attached hereto as **Exhibit C**.

3. BRG also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time BRG is not requesting reimbursement for any expenses incurred during the Fee Period but reserves the right to request reimbursement therefore in the future.

4. In accordance with the Compensation Procedures Order, each Notice Party shall have until the fourteenth (14th) day (or the next business day if such day is not a business day) following service of this Fee Statement (the "Objection Deadline") to serve an objection to the Fee Statement on BRG and each of the other Notice Parties.

5. If no objections to the Fee Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Compensation Procedures Order, is authorized to pay BRG on an interim basis the total amount of **$28,941.84** which consists of eighty percent (80%) of BRG's total fees of **$36,177.30** and one hundred percent (100%) of BRG's total expenses of **$0.00** for the Fee Period.

6. To the extent an objection to the Fee Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Fee Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

1     Dated: August 20, 2025                          Respectfully submitted,

2                                                      By:   /s/ D. Ray Strong
                                                          D. Ray Strong
3                                                         Berkeley Research Group, LLC
                                                          201 South Main Street, Suite 450
4                                                         Salt Lake City, Utah 84111
                                                          Telephone: (801) 364-6233
5                                                         Email:  rstrong@thinkbrg.com

6                                                      *Financial Advisors to the Official Committee*
                                                      *of Unsecured Creditors*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A



**ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)**

**Exhibit A: Summary of Fees By Professional**

For the Period 7/1/2025 through 7/31/2025

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| P. Shields | Managing Director | $895.00 | 1.3 | $1,163.50 |
| R. Strong | Managing Director | $855.00 | 29.3 | $25,051.50 |
| E. Dixon | Managing Director | $825.00 | 1.2 | $990.00 |
| M. Babcock | Managing Director | $795.00 | 3.0 | $2,385.00 |
| C. Tergevorkian | Senior Managing Consultant | $535.00 | 16.2 | $8,667.00 |
| A. McConkie | Associate | $235.00 | 6.8 | $1,598.00 |
| M. Kuhn | Case Assistant | $180.00 | 1.9 | $342.00 |
| **TOTAL** | | | **59.7** | **$40,197.00** |
| **Agreed Upon Concession:** | **10%** | | | **($4,019.70)** |
| **TOTAL REQUESTED FEES** | | | | **$36,177.30** |
| **BLENDED RATE AFTER CONCESSION** | | | | **$605.98** |

# EXHIBIT B



**INTELLIGENCE THAT WORKS**

## ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)
## Exhibit B: Summary of Fees By Task Code

For the Period 7/1/2025 through 7/31/2025

| Task Code | Hours | Fees |
|---|---|---|
| 200.30 - Document / Data Analysis (Financial / Accounting) - Accounting System | 1.2 | $1,026.00 |
| 200.90 - Document / Data Analysis (Production Requests) | 0.7 | $374.50 |
| 220.00 - Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting) | 4.2 | $987.00 |
| 300.00 - Asset Analysis (General - Debtors) | 3.3 | $2,245.50 |
| 302.00 - Asset Analysis (General - Related Non-Debtors) | 1.1 | $588.50 |
| 304.00 - Asset Analysis (General - Parishes) | 2.9 | $1,911.50 |
| 330.00 - Asset Analysis (Real Property - Debtors) | 3.7 | $3,079.50 |
| 400.00 - Litigation Analysis (Adversary Proceedings) | 33.1 | $23,886.50 |
| 1020.00 - Meeting Preparation & Attendance | 2.0 | $1,390.00 |
| 1030.00 - Mediation Preparation & Attendance | 4.1 | $3,083.50 |
| 1060.00 - Fee Application Preparation & Hearing | 3.4 | $1,624.50 |
| **TOTAL** | **59.7** | **$40,197.00** |
| **Agreed Upon Concession:**   10% | | **($4,019.70)** |
| **TOTAL REQUESTED FEES** | | **$36,177.30** |
| **BLENDED RATE AFTER CONCESSION** | | **$605.98** |

# **EXHIBIT C**

 **INTELLIGENCE THAT WORKS**

## ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)
### Exhibit C: Schedule of Time Detail

For the Period 7/1/2025 through 7/31/2025

| Date | Professional | Hours | Amount | Description |
|---|---|---|---|---|
| **200.30 - Document / Data Analysis (Financial / Accounting) - Accounting System** | | | | |
| 7/2/2025 | R. Strong | 1.2 | $1,026.00 | Analyzed transactions in Sage sandbox pursuant to UCC Counsel inquiries. |
| *Task Code: 200.30* | | *1.2* | *$1,026.00* | *Totals* |
| **200.90 - Document / Data Analysis (Production Requests)** | | | | |
| 7/22/2025 | C. Tergevorkian | 0.7 | $374.50 | Analyzed document productions to identify Deposit & Loan / Investment Pool bank information for UCC Counsel. |
| *Task Code: 200.90* | | *0.7* | *$374.50* | *Totals* |
| **220.00 - Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting)** | | | | |
| 7/14/2025 | A. McConkie | 1.4 | $329.00 | Analyzed MOR cash receipts / disbursements (May 2025) to monitor Debtor monthly activities for Committee. |
| 7/14/2025 | A. McConkie | 1.2 | $282.00 | Analyzed MOR cash receipts / disbursements (April 2025) to monitor Debtor monthly activities for Committee. |
| 7/14/2025 | A. McConkie | 1.0 | $235.00 | Updated ending MOR cash balance comparison analysis to include data from May 2025 MOR to monitor Debtor monthly activities for Committee. |
| 7/14/2025 | A. McConkie | 0.6 | $141.00 | Updated comparative MOR balance sheet and income statement analysis to include data from May 2025 MOR to monitor Debtor monthly activities for Committee. |
| *Task Code: 220.00* | | *4.2* | *$987.00* | *Totals* |
| **300.00 - Asset Analysis (General - Debtors)** | | | | |
| 7/3/2025 | R. Strong | 1.5 | $1,282.50 | Analyzed recent document productions for additional data to update enterprise asset analyses. |
| 7/22/2025 | C. Tergevorkian | 1.2 | $642.00 | Updated ability-to-pay analyses for Debtor divisions pursuant to debtor document productions. |
| 7/22/2025 | C. Tergevorkian | 0.6 | $321.00 | Updated enterprise ability-to-pay analyses pursuant to debtor document productions. |
| *Task Code: 300.00* | | *3.3* | *$2,245.50* | *Totals* |
| **302.00 - Asset Analysis (General - Related Non-Debtors)** | | | | |
| 7/22/2025 | C. Tergevorkian | 1.1 | $588.50 | Updated Ability to Pay analysis for other Non-Debtor Affiliates pursuant to document productions. |



**ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)**
**Exhibit C: Schedule of Time Detail**

For the Period 7/1/2025 through 7/31/2025

| Date | Professional | Hours | Amount | Description |
|------|--------------|-------|--------|-------------|
| | | | | |
| **302.00 - Asset Analysis (General - Related Non-Debtors)** | | | | |
| *Task Code:* | *302.00* | *1.1* | *$588.50* | *Totals* |
| **304.00 - Asset Analysis (General - Parishes)** | | | | |
| 7/22/2025 | C. Tergevorkian | 1.0 | $535.00 | Met with BRG (PS) to discuss updates to parish / parish schools asset analyses. |
| 7/22/2025 | P. Shields | 1.0 | $895.00 | Met with BRG (CT) regarding updates to parish / parish schools asset analyses. |
| 7/22/2025 | C. Tergevorkian | 0.9 | $481.50 | Updated Ability to Pay analysis for Parishes / Parish Schools pursuant to document productions. |
| *Task Code:* | *304.00* | *2.9* | *$1,911.50* | *Totals* |
| **330.00 - Asset Analysis (Real Property - Debtors)** | | | | |
| 7/16/2025 | M. Babcock | 0.7 | $556.50 | Evaluated inquiries from UCC Counsel regarding real estate analysis. |
| 7/16/2025 | R. Strong | 0.7 | $598.50 | Analyzed real estate documentation obtained to address inquiries from UCC Counsel. |
| 7/16/2025 | R. Strong | 0.6 | $513.00 | Evaluated real estate analyses to address inquiries from UCC Counsel. |
| 7/16/2025 | R. Strong | 0.5 | $427.50 | Attended call with BRG (MB) regarding real estate inquiries from UCC Counsel. |
| 7/16/2025 | M. Babcock | 0.5 | $397.50 | Met with BRG (RS) to evaluate UCC Counsel real estate inquiries. |
| 7/16/2025 | R. Strong | 0.3 | $256.50 | Updated real estate analyses pursuant to Debtor document productions. |
| 7/17/2025 | M. Babcock | 0.2 | $159.00 | Met with BRG (RS) to evaluate UCC Counsel real estate inquiries. |
| 7/17/2025 | R. Strong | 0.2 | $171.00 | Attended call with UCC Counsel (JS) and BRG (MB) regarding real estate inquires. |
| *Task Code:* | *330.00* | *3.7* | *$3,079.50* | *Totals* |
| **400.00 - Litigation Analysis (Adversary Proceedings)** | | | | |
| 7/2/2025 | R. Strong | 0.7 | $598.50 | Analyzed Debtor productions to address UCC Counsel inquiries regarding CASC transaction activity. |
| 7/3/2025 | R. Strong | 1.2 | $1,026.00 | Analyzed Debtor productions to address UCC Counsel inquiries regarding Investment Pool transaction activity. |

Case: 23-30564    Doc# 1438    Filed: 10/23/25    Entered: 10/23/25 11:04:36    Page 59 of 102



# ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)
## Exhibit C: Schedule of Time Detail

For the Period 7/1/2025 through 7/31/2025

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| **400.00 - Litigation Analysis (Adversary Proceedings)** | | | | |
| 7/3/2025 | R. Strong | 1.1 | $940.50 | Continued to analyze Debtor productions to address UCC Counsel inquiries regarding D&L transaction activity. |
| 7/9/2025 | M. Babcock | 0.6 | $477.00 | Met with BRG (RS, ED) to discuss accounting standards (CASC) regarding questions from UCC Counsel. |
| 7/9/2025 | R. Strong | 0.6 | $513.00 | Attended call with BRG (ED, MB) regarding accounting inquires from UCC Counsel regarding CASC. |
| 7/9/2025 | E. Dixon | 0.5 | $412.50 | Attended call with BRG (RS, MB) regarding accounting standard inquiries from UCC Counsel involving CASC. |
| 7/10/2025 | R. Strong | 0.8 | $684.00 | Analyzed documents produced by Debtor / Third Parities regarding CASC inquiries from UCC Counsel for litigation. |
| 7/10/2025 | M. Babcock | 0.7 | $556.50 | Met with UCC Counsel (GG) and BRG (RS, ED) to discuss accounting standard issues (CASC). |
| 7/10/2025 | R. Strong | 0.7 | $598.50 | Attended call with BRG (MB, ED) and UCC Counsel (GG) regarding accounting standard inquiries involving CASC. |
| 7/10/2025 | E. Dixon | 0.7 | $577.50 | Attended meeting with BRG (RS, MB) and UCC Counsel (GG) regarding accounting standard issues involving CASC. |
| 7/15/2025 | C. Tergevorkian | 1.3 | $695.50 | Analyzed amended statement of financial affairs including bank statements for analyzes requested by UCC Counsel regarding Debtor bank accounts. |
| 7/16/2025 | C. Tergevorkian | 1.5 | $802.50 | Analyzed bank / investment account statements with the amended SOFA schedule pursuant to requests from UCC Counsel regarding litigation. |
| 7/16/2025 | C. Tergevorkian | 0.3 | $160.50 | Met with BRG (RS) to discuss bank / investment account inquiries from UCC Counsel. |
| 7/16/2025 | R. Strong | 0.3 | $256.50 | Attended call with BRG (CT) regarding bank/investment account inquiries from UCC Counsel. |
| 7/17/2025 | R. Strong | 1.2 | $1,026.00 | Analyzed document productions for High Schools inquiries from UCC Counsel for litigation. |
| 7/17/2025 | R. Strong | 0.3 | $256.50 | Analyzed bank account statements obtained in document productions to address UCC Counsel inquiries. |
| 7/22/2025 | R. Strong | 0.9 | $769.50 | Analyzed Committee complaint issues pursuant to call with UCC Counsel for litigation. |
| 7/23/2025 | C. Tergevorkian | 1.8 | $963.00 | Analyzed document productions regarding Sacred Heart Prep High School for UCC Counsel requested analysis. |

Case: 23-30564    Doc# 1438    Filed: 10/23/25    Entered: 10/23/25 11:04:36    Page 60 of 102



**ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)**
**Exhibit C: Schedule of Time Detail**

For the Period 7/1/2025 through 7/31/2025

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| **400.00 - Litigation Analysis (Adversary Proceedings)** | | | | |
| 7/23/2025 | C. Tergevorkian | 1.5 | $802.50 | Analyzed meeting minutes regarding Sacred Heart Prep High School for UCC Counsel requested analysis. |
| 7/23/2025 | R. Strong | 0.3 | $256.50 | Attended call with BRG (AM) regarding Debtor cash account analysis for UCC Counsel. |
| 7/23/2025 | A. McConkie | 0.3 | $70.50 | Met with BRG (RS) regarding Debtor cash/investments account analysis for UCC Counsel. |
| 7/24/2025 | A. McConkie | 1.6 | $376.00 | Investigated cash/investment accounts referenced in debtor's bankruptcy schedules for analysis requested by UCC Counsel regarding litigation. |
| 7/24/2025 | R. Strong | 1.1 | $940.50 | Analyzed Debtor productions for cash / investment documentation relating to accounts referenced on bankruptcy schedules pursuant to UCC Counsel inquiries. |
| 7/24/2025 | R. Strong | 0.9 | $769.50 | Analyzed Debtor productions for investment pool analysis pursuant to UCC Counsel inquiries. |
| 7/24/2025 | R. Strong | 0.8 | $684.00 | Analyzed Debtor productions for cash analysis relating to Charles Schwab accounts D&L accounts pursuant to UCC Counsel inquiries. |
| 7/24/2025 | R. Strong | 0.7 | $598.50 | Analyzed Debtor productions relating to Sacred Heart High School analysis pursuant to UCC Counsel inquiries. |
| 7/25/2025 | R. Strong | 0.8 | $684.00 | Continued to analyze Debtor productions for investment pool analysis pursuant to UCC Counsel inquiries. |
| 7/25/2025 | A. McConkie | 0.7 | $164.50 | Investigated statement of financial affairs for analysis requested by UCC Counsel regarding litigation. |
| 7/25/2025 | R. Strong | 0.7 | $598.50 | Continued to analyze Debtor productions for cash / investment documentation relating to accounts referenced on bankruptcy schedules pursuant to UCC Counsel inquiries. |
| 7/25/2025 | R. Strong | 0.5 | $427.50 | Continued to analyze Debtor productions relating to Sacred Heart High School analysis pursuant to UCC Counsel inquiries. |
| 7/25/2025 | R. Strong | 0.4 | $342.00 | Continued to analyze Debtor productions for cash analysis relating to Charles Schwab accounts D&L accounts pursuant to UCC Counsel inquiries. |
| 7/28/2025 | R. Strong | 0.7 | $598.50 | Analyzed audit work papers for investment pool analysis pursuant to UCC Counsel inquiries. |
| 7/28/2025 | R. Strong | 0.6 | $513.00 | Analyzed audit work papers for D&L account analysis pursuant to UCC Counsel inquiries. |

Case: 23-30564    Doc# 1438    Filed: 10/23/25    Entered: 10/23/25 11:04:36    Page 61 of 102


**INTELLIGENCE THAT WORKS**

## ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)
**Exhibit C: Schedule of Time Detail**

For the Period 7/1/2025 through 7/31/2025

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| **400.00 - Litigation Analysis (Adversary Proceedings)** | | | | |
| 7/28/2025 | R. Strong | 0.5 | $427.50 | Analyzed audit work papers relating to Sacred Heart High School analysis pursuant to UCC Counsel inquiries. |
| 7/28/2025 | R. Strong | 0.4 | $342.00 | Analyzed audit work papers for cash / investment documentation relating to accounts referenced on bankruptcy schedules pursuant to UCC Counsel inquiries. |
| 7/29/2025 | R. Strong | 1.3 | $1,111.50 | Analyzed audit work papers for updates to ongoing enterprise asset analyses. |
| 7/29/2025 | C. Tergevorkian | 1.1 | $588.50 | Analyzed Sacred Heart High School pursuant to UCC Counsel inquiries. |
| 7/29/2025 | R. Strong | 0.9 | $769.50 | Attended call with BRG (CT) regarding Sacred Heart High School analysis pursuant to UCC Counsel inquiries. |
| 7/29/2025 | C. Tergevorkian | 0.9 | $481.50 | Met with BRG (RS) to discuss Sacred Heart High School analysis pursuant to UCC Counsel inquiries. |
| 7/29/2025 | R. Strong | 0.7 | $598.50 | Continued to analyze audit work papers for investment pool analysis pursuant to UCC Counsel inquiries. |
| 7/29/2025 | R. Strong | 0.3 | $256.50 | Further analyzed audit work papers relating to Sacred Heart High School analysis pursuant to UCC Counsel inquiries. |
| 7/29/2025 | R. Strong | 0.2 | $171.00 | Continued to analyze audit work papers for D&L account analysis pursuant to UCC Counsel inquiries. |
| ***Task Code: 400.00*** | | ***33.1*** | ***$23,886.50*** | ***Totals*** |
| **1020.00 - Meeting Preparation & Attendance** | | | | |
| 7/22/2025 | R. Strong | 0.7 | $598.50 | Attended status call with UCC Counsel (GB [partial], GG) and BRG (CT) regarding additional case assignments. |
| 7/22/2025 | C. Tergevorkian | 0.7 | $374.50 | Met with BRG (RS) and UCC Counsel (GG, GB [partial]) regarding additional case assignments. |
| 7/29/2025 | C. Tergevorkian | 0.3 | $160.50 | Met with BRG (RS) and UCC Counsel (BM, GG, GB) to discuss case status / motion to dismiss responses. |
| 7/29/2025 | R. Strong | 0.3 | $256.50 | Attended call with UCC Counsel (BM, GB, GG) and BRG (CT) regarding case status / motions to dismiss responses. |
| ***Task Code: 1020.00*** | | ***2.0*** | ***$1,390.00*** | ***Totals*** |
| **1030.00 - Mediation Preparation & Attendance** | | | | |
| 7/22/2025 | R. Strong | 1.2 | $1,026.00 | Evaluated asset analyses in preparation for mediation. |

Case: 23-30564    Doc# 1438    Filed: 10/23/25    Entered: 10/23/25 11:04:36    Page 62 of 102



| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| **1030.00 - Mediation Preparation & Attendance** | | | | |
| 7/22/2025 | R. Strong | 0.7 | $598.50 | Attended call with BRG (CT) regarding asset analysis in preparation for mediation. |
| 7/22/2025 | C. Tergevorkian | 0.7 | $374.50 | Met with BRG (RS) to discuss enterprise asset analysis in preparation for mediation. |
| 7/22/2025 | C. Tergevorkian | 0.3 | $160.50 | Met with BRG (PS, MB, RS) to discuss enterprise asset analyses for mediation pursuant to UCC Counsel requests. |
| 7/22/2025 | M. Babcock | 0.3 | $238.50 | Met with BRG (PS, RS, CT) to discuss enterprise asset analysis for mediation. |
| 7/22/2025 | R. Strong | 0.3 | $256.50 | Attended call with BRG (MB, PS, CT) regarding enterprise asset mediation issues. |
| 7/22/2025 | P. Shields | 0.3 | $268.50 | Met with BRG (RS, MB, CT) regarding enterprise asset mediation issues. |
| 7/22/2025 | C. Tergevorkian | 0.3 | $160.50 | Evaluated enterprise ability-to-pay analyses in preparation for mediation. |
| *Task Code:* ***1030.00*** | | *4.1* | *$3,083.50* | *Totals* |
| **1060.00 - Fee Application Preparation & Hearing** | | | | |
| 7/2/2025 | R. Strong | 1.1 | $940.50 | Analyzed draft Fifth Interim Fee Application (including exhibit) in preparation for filing with the Court. |
| 7/3/2025 | M. Kuhn | 1.0 | $180.00 | Updated Fifth Interim Fee Application interim fee application. |
| 7/9/2025 | M. Kuhn | 0.6 | $108.00 | Prepared monthly fee statement (June 2025). |
| 7/10/2025 | M. Kuhn | 0.3 | $54.00 | Prepared exhibits for monthly fee statement (June 2025). |
| 7/10/2025 | R. Strong | 0.2 | $171.00 | Analyzed draft exhibits for June 2025 monthly fee statement. |
| 7/15/2025 | R. Strong | 0.2 | $171.00 | Analyzed June 2025 monthly fee statement for finalization. |
| *Task Code:* ***1060.00*** | | *3.4* | *$1,624.50* | *Totals* |
| **TOTALS** | | **59.7** | **$40,197.00** | |

Case: 23-30564    Doc# 1438    Filed: 10/23/25    Entered: 10/23/25 11:04:36    Page 63 of 102

# EXHIBIT 7

1    Berkeley Research Group, LLC
     Matthew K. Babcock
2    D. Ray Strong
     Paul N. Shields
3    201 S. Main Street, Suite 450
     Salt Lake City, UT 84111
4    Telephone: 801.364.6233
     Facsimile: 801.355.9926
5    Email:  mbabcock@thinkbrg.com
             rstrong@thinkbrg.com
6            pshields@thinkbrg.com

7    *Financial Advisor to the Official Committee of*
     *Unsecured Creditors*
8
                    **UNITED STATES BANKRUPTCY COURT**
9
                    **NORTHERN DISTRICT OF CALIFORNIA**
10
                       **SAN FRANCISCO DIVISION**
11

12   In re:                            Case No. 23-30564

13   THE ROMAN CATHOLIC
     ARCHBISHOP OF SAN FRANCISCO
14                                     Chapter 11 Cases
          Debtor.
15

16                                     **NINETEENTH MONTHLY FEE
                                       STATEMENT OF BERKELEY RESEARCH
17                                     GROUP FOR ALLOWANCE AND PAYMENT
                                       OF INTERIM COMPENSATION AND
18                                     REIMBURSEMENT OF EXPENSES FOR
                                       THE PERIOD AUGUST 1, 2025 THROUGH
19                                     AUGUST 31, 2025**

20

21

22

23

24

25

26

27

28

| Name of Applicant: | Berkeley Research Group, LLC ("**BRG**") |
|---|---|
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors ("Committee" or "UCC") |
| Date of Retention: | Effective as of October 9, 2023 by Order entered November 7, 2023 [Dkt. No. 288] |
| Period for Which Compensation and Reimbursement is Sought: | August 1, 2025 – August 31, 2025 |
| Amount of Compensation Requested:[1] | $18,602.55 |
| Less 20% Holdback: | $3,720.51 |
| Amount of Expenses Requested: | $0.00 |
| Total Compensation (Net of Holdback) and Expense Reimbursement Requested: | $14,882.04 |

1.     Pursuant to sections 327(e) and 328(a) of Chapter 11 of Title 11 of the United States Code, Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure, the *Order Authorizing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis* [Dkt. No. 212] (the "Compensation Procedures Order"), the *Order Approving Application of the Official Committee of Unsecured Creditors for Order Approving Employment of Berkeley Research Group, LLC as Financial Advisor Effective as of October 9, 2023* [Dkt. No. 288] (the "Retention Order"), Berkeley Research Group, LLC ("BRG") hereby submits its Nineteenth Monthly Fee Statement (the "Fee Statement") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Period August 1, 2025, through August 31, 2025 (the "Fee Period"). By this nineteenth statement, BRG seeks payment in the amount of $14,882.04 which comprises (i) eighty percent (80%) of the total amount of compensation sought for actual and necessary services rendered during the Fee Period, and (ii) reimbursement of one hundred percent (100%) of actual and necessary expenses incurred in connection with such services. As described in more detail in the Retention Order, the compensation sought herein is comprised of the services provided to the Committee based on hourly rates.

2.     Attached hereto as **Exhibit A** is a summary of BRG timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case

---

[1] Pursuant to the Application of Employment of Berkeley Research Group, LLC as Financial Advisor (Dkt. No. 236), BRG's fees are based on fees for actual hours expended, charged at BRG's standard hourly rates which are in effect when the services are rendered, less a voluntary 10% rate concession. Accordingly, we have reduced our fees for the Fee Period by $2,066.95 as indicated on Exhibit A and Exhibit B.

during the Fee Period, including the hourly rate, title, and fees earned by each Timekeeper. The schedule of fees incurred during the Fee Period summarized by task code is attached hereto as **Exhibit B**. The detailed time records which describe the time spent by each BRG Timekeeper for the Fee Period are attached hereto as **Exhibit C**.

3.    BRG also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time BRG is not requesting reimbursement for any expenses incurred during the Fee Period but reserves the right to request reimbursement therefore in the future.

4.    In accordance with the Compensation Procedures Order, each Notice Party shall have until the fourteenth (14th) day (or the next business day if such day is not a business day) following service of this Fee Statement (the "Objection Deadline") to serve an objection to the Fee Statement on BRG and each of the other Notice Parties.

5.    If no objections to the Fee Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Compensation Procedures Order, is authorized to pay BRG on an interim basis the total amount of **$14,882.04** which consists of eighty percent (80%) of BRG's total fees of **$18,602.55** and one hundred percent (100%) of BRG's total expenses of **$0.00** for the Fee Period.

6.    To the extent an objection to the Fee Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Fee Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: September 19, 2025

**Berkeley Research Group, LLC**

By: */s/ D. Ray Strong*

D. Ray Strong

Berkeley Research Group, LLC
201 South Main Street, Suite 450
Salt Lake City, Utah 84111
Telephone: (801) 364-6233
Email: rstrong@thinkbrg.com

*Financial Advisor to the Official Committee of Unsecured Creditors*

# **EXHIBIT A**



**ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)**

**Exhibit A: Summary of Fees By Professional**

For the Period 8/1/2025 through 8/31/2025

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| P. Shields | Managing Director | $895.00 | 0.3 | $268.50 |
| R. Strong | Managing Director | $855.00 | 12.5 | $10,687.50 |
| E. Madsen | Managing Director | $815.00 | 1.5 | $1,222.50 |
| J. Funk | Associate Director | $670.00 | 1.6 | $1,072.00 |
| C. Tergevorkian | Senior Managing Consultant | $535.00 | 12.2 | $6,527.00 |
| A. McConkie | Associate | $235.00 | 2.8 | $658.00 |
| M. Kuhn | Case Assistant | $180.00 | 1.3 | $234.00 |
| **TOTAL** | | | **32.2** | **$20,669.50** |
| **Agreed Upon Concession:** | **10%** | | | **($2,066.95)** |
| **TOTAL REQUESTED FEES** | | | | **$18,602.55** |
| **BLENDED RATE AFTER CONCESSION** | | | | **$577.72** |

# EXHIBIT B



**Exhibit B: Summary of Fees By Task Code**

For the Period 8/1/2025 through 8/31/2025

| Task Code | Hours | Fees |
|---|---|---|
| 200.90 - Document / Data Analysis (Production Requests) | 2.1 | $1,539.50 |
| 220.00 - Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting) | 4.4 | $1,730.00 |
| 300.00 - Asset Analysis (General - Debtors) | 3.4 | $2,907.00 |
| 304.00 - Asset Analysis (General - Parishes) | 0.2 | $107.00 |
| 396.00 - Asset Analysis (Other - Cemeteries) | 3.9 | $2,614.50 |
| 410.00 - Litigation Analysis (Avoidance Actions) | 11.5 | $7,720.50 |
| 1020.00 - Meeting Preparation & Attendance | 5.0 | $3,475.00 |
| 1060.00 - Fee Application Preparation & Hearing | 1.7 | $576.00 |
| **TOTAL** | **32.2** | **$20,669.50** |
| <span style="color:orange">**Agreed Upon Concession:**  **10%**</span> | | <span style="color:orange">**($2,066.95)**</span> |
| **TOTAL REQUESTED FEES** | | **$18,602.55** |
| **BLENDED RATE AFTER CONCESSION** | | **$577.72** |

# EXHIBIT C



## ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)
## Exhibit C: Schedule of Time Detail

For the Period 8/1/2025 through 8/31/2025

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| **200.90 - Document / Data Analysis (Production Requests)** | | | | |
| 8/18/2025 | R. Strong | 0.8 | $684.00 | Attended call with BRG (CT) regarding additional 2004 document requests. |
| 8/18/2025 | C. Tergevorkian | 0.8 | $428.00 | Attended call with BRG (RS) regarding additional 2004 document requests. |
| 8/18/2025 | R. Strong | 0.5 | $427.50 | Evaluated case documents produced to date to supplement 2004 document requests. |
| ***Task Code: 200.90*** | | ***2.1*** | ***$1,539.50*** | ***Totals*** |
| **220.00 - Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting)** | | | | |
| 8/12/2025 | A. McConkie | 1.2 | $282.00 | Prepared comparative MOR financial statement analysis (June 2025) to monitor Debtor monthly operating activities. |
| 8/12/2025 | A. McConkie | 1.1 | $258.50 | Analyzed MOR cash receipts / disbursements (June 2025) to monitor Debtor monthly operating activities. |
| 8/12/2025 | A. McConkie | 0.5 | $117.50 | Analyzed ending cash balances reported in MOR (June 2025) to monitoring of Debtor monthly operating activities. |
| 8/22/2025 | J. Funk | 0.6 | $402.00 | Analyzed financial trends based on comparative financial analyses developed from MORs for monitoring of Debtor monthly operating activities. |
| 8/25/2025 | J. Funk | 1.0 | $670.00 | Analyzed financial trends based on comparative financial analyses developed from MORs for Committee's monitoring of Debtor monthly operating activities. |
| ***Task Code: 220.00*** | | ***4.4*** | ***$1,730.00*** | ***Totals*** |
| **300.00 - Asset Analysis (General - Debtors)** | | | | |
| 8/5/2025 | R. Strong | 1.5 | $1,282.50 | Analyzed documents produced by Debtor for updates to enterprise asset analysis. |
| 8/7/2025 | R. Strong | 1.9 | $1,624.50 | Analyzed documents produced by Debtor for enterprise asset analysis. |
| ***Task Code: 300.00*** | | ***3.4*** | ***$2,907.00*** | ***Totals*** |
| **304.00 - Asset Analysis (General - Parishes)** | | | | |
| 8/21/2025 | C. Tergevorkian | 0.2 | $107.00 | Analyzed Parish financial analyses to identify outstanding loans Parish loans pursuant to UCC Counsel requests. |
| ***Task Code: 304.00*** | | ***0.2*** | ***$107.00*** | ***Totals*** |


## ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)
## Exhibit C: Schedule of Time Detail

For the Period 8/1/2025 through 8/31/2025

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|

**396.00 - Asset Analysis (Other - Cemeteries)**

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| 8/20/2025 | C. Tergevorkian | 0.5 | $267.50 | Evaluated Cemeteries document produced to date to identify outstanding requests / required information for additional analyses. |
| 8/20/2025 | P. Shields | 0.3 | $268.50 | Attended meeting with BRG (EM, CT) regarding document requests for Roman Catholic Cemeteries for the Archdiocese of San Francisco. |
| 8/20/2025 | C. Tergevorkian | 0.3 | $160.50 | Met with BRG (EM, PS) regarding document requests for Roman Catholic Cemeteries for the Archdiocese of San Francisco. |
| 8/20/2025 | E. Madsen | 0.3 | $244.50 | Met with BRG (PS, CT) regarding document requests for cemeteries within the Archdiocese of San Francisco. |
| 8/25/2025 | E. Madsen | 1.2 | $978.00 | Evaluated documents related to assessment of cemetery cash flows and obligations for asset analysis. |
| 8/25/2025 | C. Tergevorkian | 0.7 | $374.50 | Evaluated Cemeteries document produced to date to identify outstanding requests / required information for additional analyses. |
| 8/25/2025 | C. Tergevorkian | 0.6 | $321.00 | Analyzed Cemetery's sample burial contracts to determine outstanding requests required for analyses. |
| *Task Code: 396.00* | | *3.9* | *$2,614.50* | *Totals* |

**410.00 - Litigation Analysis (Avoidance Actions)**

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| 8/11/2025 | C. Tergevorkian | 1.0 | $535.00 | Evaluated Debtor MOR comparative analyses including balance sheet & income statement (June 2025) for avoidance action analyses. |
| 8/15/2025 | C. Tergevorkian | 2.8 | $1,498.00 | Compared outstanding 2004 document requests with BRG's records to identify additional requests for avoidance action. |
| 8/15/2025 | R. Strong | 1.2 | $1,026.00 | Analyzed case / financial document productions for evaluation investment pool activity for avoidance action analysis. |
| 8/15/2025 | R. Strong | 1.1 | $940.50 | Analyzed case / financial document productions for evaluation of D&L activity for avoidance action analysis. |
| 8/18/2025 | R. Strong | 1.3 | $1,111.50 | Analyzed CASC transaction activity for avoidance action analysis pursuant to UCC Counsel requests. |
| 8/18/2025 | R. Strong | 0.9 | $769.50 | Analyzed investment pool transaction activity for avoidance action analysis pursuant to UCC Counsel requests. |
| 8/18/2025 | R. Strong | 0.4 | $342.00 | Analyzed general ledger transaction activity for avoidance action analysis pursuant to UCC Counsel requests. |

Case: 23-30564    Doc# 1438    Filed: 10/23/25    Entered: 10/23/25 11:04:36    Page 75 of 102



INTELLIGENCE THAT WORKS

**ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)**
**Exhibit C: Schedule of Time Detail**

For the Period 8/1/2025 through 8/31/2025

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| **410.00 - Litigation Analysis (Avoidance Actions)** | | | | |
| 8/20/2025 | C. Tergevorkian | 0.6 | $321.00 | Evaluated outstanding 2004 document requests for UCC Counsel relating to avoidance action analysis. |
| 8/22/2025 | C. Tergevorkian | 1.0 | $535.00 | Evaluated 2004 document request for UCC Counsel relating avoidance action analysis. |
| 8/25/2025 | C. Tergevorkian | 1.2 | $642.00 | Updated 2004 document request for UCC Counsel relating avoidance action analysis. |
| *Task Code: 410.00* | | *11.5* | *$7,720.50* | *Totals* |
| **1020.00 - Meeting Preparation & Attendance** | | | | |
| 8/15/2025 | C. Tergevorkian | 0.9 | $481.50 | Met with BRG (RS) and UCC Counsel (GB, GG, BM) to discuss case status including outstanding documents. |
| 8/15/2025 | R. Strong | 0.9 | $769.50 | Attended call with UCC Counsel (BM, GB, GG) and BRG (CT) regarding case status / discovery issues. |
| 8/19/2025 | C. Tergevorkian | 1.0 | $535.00 | Attended meeting with BRG (RS) and UCC Counsel (BM, GG, GB) to discuss 2004 discovery requests. |
| 8/19/2025 | R. Strong | 1.0 | $855.00 | Met with BRG (CT) and UCC Counsel (BM, GG, GB) to discuss 2004 discovery requests. |
| 8/26/2025 | C. Tergevorkian | 0.6 | $321.00 | Met with BRG (RS) and UCC Counsel (GG, GB) to discuss discovery requests / case status. |
| 8/26/2025 | R. Strong | 0.6 | $513.00 | Attended call with UCC Counsel (GG, GB) and BRG (CT) regarding case status / document discovery issues. |
| *Task Code: 1020.00* | | *5.0* | *$3,475.00* | *Totals* |
| **1060.00 - Fee Application Preparation & Hearing** | | | | |
| 8/11/2025 | M. Kuhn | 0.4 | $72.00 | Prepared draft monthly fee statement (July 2025). |
| 8/14/2025 | R. Strong | 0.4 | $342.00 | Analyzed draft exhibits for July 2024 monthly fee statement. |
| 8/14/2025 | M. Kuhn | 0.3 | $54.00 | Prepared draft exhibits for monthly fee statement (July 2025). |
| 8/20/2025 | M. Kuhn | 0.6 | $108.00 | Updated preparing exhibits for monthly fee statement (July 2025). |
| *Task Code: 1060.00* | | *1.7* | *$576.00* | *Totals* |
| **TOTALS** | | **32.2** | **$20,669.50** | |

Case: 23-30564    Doc# 1438    Filed: 10/23/25    Entered: 10/23/25 11:04:36    Page 76 of 102

# EXHIBIT 8

1  Berkeley Research Group, LLC
   Matthew K. Babcock
2  D. Ray Strong
   Paul N. Shields
3  201 S. Main Street, Suite 450
   Salt Lake City, UT 84111
4  Telephone: 801.364.6233
   Facsimile: 801.355.9926
5  Email:  mbabcock@thinkbrg.com
           rstrong@thinkbrg.com
6           pshields@thinkbrg.com

7  *Financial Advisor to the Official Committee of*
   *Unsecured Creditors*
8

9                    **UNITED STATES BANKRUPTCY COURT**

                     **NORTHERN DISTRICT OF CALIFORNIA**
10
                     **SAN FRANCISCO DIVISION**
11

12 | In re: | Case No. 23-30564 |
   
13 THE ROMAN CATHOLIC
   ARCHBISHOP OF SAN FRANCISCO
14                                      Chapter 11 Cases
        Debtor.
15

16                                      **TWENTIETH MONTHLY FEE STATEMENT
                                        OF BERKELEY RESEARCH GROUP FOR**
17                                      **ALLOWANCE AND PAYMENT OF
                                        INTERIM COMPENSATION AND**
                                        **REIMBURSEMENT OF EXPENSES FOR**
18                                      **THE PERIOD SEPTEMBER 1, 2025
                                        THROUGH SEPTEMBER 30, 2025**
19

20

21

22

23

24

25

26

27

28

| Name of Applicant: | Berkeley Research Group, LLC ("BRG") |
|---|---|
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors ("Committee" or "UCC") |
| Date of Retention: | Effective as of October 9, 2023 by Order entered November 7, 2023 [Dkt. No. 288] |
| Period for Which Compensation and Reimbursement is Sought: | September 1, 2025 – September 30, 2025 |
| Amount of Compensation Requested:[1] | $157,942.35 |
| Less 20% Holdback: | $31,588.47 |
| Amount of Expenses Requested: | $0.00 |
| Total Compensation (Net of Holdback) and Expense Reimbursement Requested: | $126,353.88 |

1.    Pursuant to sections 327(e) and 328(a) of Chapter 11 of Title 11 of the United States Code, Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure, the *Order Authorizing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis* [Dkt. No. 212] (the "Compensation Procedures Order"), the *Order Approving Application of the Official Committee of Unsecured Creditors for Order Approving Employment of Berkeley Research Group, LLC as Financial Advisor Effective as of October 9, 2023* [Dkt. No. 288] (the "Retention Order"), Berkeley Research Group, LLC ("BRG") hereby submits its Twentieth Monthly Fee Statement (the "Fee Statement") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Period September 1, 2025 through September 30, 2025 (the "Fee Period"). By this Twentieth statement, BRG seeks payment in the amount of $126,353.88 which comprises (i) eighty percent (80%) of the total amount of compensation sought for actual and necessary services rendered during the Fee Period, and (ii) reimbursement of one hundred percent (100%) of actual and necessary expenses incurred in connection with such services. As described in more detail in the Retention Order, the compensation sought herein is comprised of the services provided to the Committee based on hourly rates.

---

[1] Pursuant to the Application of Employment of Berkeley Research Group, LLC as Financial Advisor (Dkt. No. 236), BRG's fees are based on fees for actual hours expended, charged at BRG's standard hourly rates which are in effect when the services are rendered, less a voluntary 10% rate concession. Accordingly, we have reduced our fees for the Fee Period by $17,549.15 as indicated on Exhibit A and Exhibit B.

2. Attached hereto as **Exhibit A** is a summary of BRG timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Fee Period, including the hourly rate, title, and fees earned by each Timekeeper. The schedule of fees incurred during the Fee Period summarized by task code is attached hereto as **Exhibit B**. The detailed time records which describe the time spent by each BRG Timekeeper for the Fee Period are attached hereto as **Exhibit C**.

3. BRG also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time BRG is not requesting reimbursement for any expenses incurred during the Fee Period but reserves the right to request reimbursement therefore in the future.

4. In accordance with the Compensation Procedures Order, each Notice Party shall have until the fourteenth (14th) day (or the next business day if such day is not a business day) following service of this Fee Statement (the "Objection Deadline") to serve an objection to the Fee Statement on BRG and each of the other Notice Parties.

5. If no objections to the Fee Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Compensation Procedures Order, is authorized to pay BRG on an interim basis the total amount of **$126,353.88** which consists of eighty percent (80%) of BRG's total fees of **$157,942.35** and one hundred percent (100%) of BRG's total expenses of **$0.00** for the Fee Period.

6. To the extent an objection to the Fee Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Fee Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: October 16, 2025

**Berkeley Research Group, LLC**

By: */s/ D. Ray Strong*
D. Ray Strong

Berkeley Research Group, LLC
201 South Main Street, Suite 450
Salt Lake City, Utah 84111
Telephone: (801) 364-6233
Email: rstrong@thinkbrg.com

*Financial Advisor to the Official Committee of
Unsecured Creditors*

# EXHIBIT A



## ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)
## Exhibit A: Summary of Fees By Professional

For the Period 09/01/25 through 09/30/25

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| D. Abshier | Managing Director | $1,050.00 | 6.8 | $7,140.00 |
| P. Shields | Managing Director | $895.00 | 13.1 | $11,724.50 |
| R. Strong | Managing Director | $855.00 | 54.8 | $46,854.00 |
| E. Madsen | Managing Director | $815.00 | 7.9 | $6,438.50 |
| M. Babcock | Managing Director | $795.00 | 4.3 | $3,418.50 |
| T. Santana | Managing Director | $780.00 | 8.8 | $6,864.00 |
| J. Shaw | Associate Director | $715.00 | 77.4 | $55,341.00 |
| J. Funk | Associate Director | $670.00 | 1.1 | $737.00 |
| C. Tergevorkian | Senior Managing Consultant | $535.00 | 51.2 | $27,392.00 |
| S. Chaffos | Consultant | $440.00 | 17.9 | $7,876.00 |
| A. McConkie | Associate | $235.00 | 6.8 | $1,598.00 |
| K. McDowell | Case Assistant | $180.00 | 0.6 | $108.00 |
| **TOTAL** | | | **250.7** | **$175,491.50** |
| **Agreed Upon Concession:** | **10%** | | | **($17,549.15)** |
| **TOTAL REQUESTED FEES** | | | | **$157,942.35** |
| **BLENDED RATE AFTER CONCESSION** | | | | **$630.01** |

# EXHIBIT B



## ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)
## Exhibit B: Summary of Fees By Task Code

For the Period 09/01/25 through 09/30/25

| Task Code | Hours | Fees |
|---|---|---|
| 200.90 - Document / Data Analysis (Production Requests) | 0.4 | $342.00 |
| 220.00 - Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting) | 3.2 | $1,230.50 |
| 300.00 - Asset Analysis (General - Debtors) | 139.4 | $100,696.50 |
| 301.00 - Asset Analysis (General - Debtors Restricted / Identified Assets) | 1.9 | $1,510.50 |
| 302.00 - Asset Analysis (General - Related Non-Debtors) | 20.1 | $14,357.50 |
| 304.00 - Asset Analysis (General - Parishes) | 62.9 | $39,269.50 |
| 320.00 - Asset Analysis (Investments / Funds - Debtors) | 1.5 | $1,282.50 |
| 396.00 - Asset Analysis (Other - Cemeteries) | 9.3 | $7,691.50 |
| 410.00 - Litigation Analysis (Avoidance Actions) | 2.8 | $2,394.00 |
| 1020.00 - Meeting Preparation & Attendance | 6.8 | $5,070.00 |
| 1030.00 - Mediation Preparation & Attendance | 1.3 | $1,111.50 |
| 1060.00 - Fee Application Preparation & Hearing | 1.1 | $535.50 |
| **TOTAL** | **250.7** | **$175,491.50** |
| **Agreed Upon Concession:**     **10%** | | **($17,549.15)** |
| **TOTAL REQUESTED FEES** | | **$157,942.35** |
| **BLENDED RATE AFTER CONCESSION** | | **$630.01** |

# EXHIBIT C



| Date | Professional | Hours | Amount | Description |
|------|--------------|-------|--------|-------------|
| **200.90 - Document / Data Analysis (Production Requests)** | | | | |
| 09/03/25 | R. Strong | 0.4 | $342.00 | Analyzed draft 2004 motion / declaration sent by UCC Counsel for Seminary. |
| _Task Code:_ **200.90** | | **0.4** | **$342.00** | _Totals_ |
| **220.00 - Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting)** | | | | |
| 09/09/25 | A. McConkie | 1.1 | $258.50 | Analyzed MOR cash receipt / disbursement activity trends (July 2025) to monitor Debtor monthly post-petition activities. |
| 09/09/25 | A. McConkie | 0.6 | $141.00 | Evaluated ending cash balance / trends reported in MORs (July 2025) to monitor Debtor monthly post-petition activities. |
| 09/09/25 | A. McConkie | 0.2 | $47.00 | Prepared comparative MOR income statement analysis (July 2025) to monitor Debtor monthly post-petitoin activities. |
| 09/09/25 | A. McConkie | 0.2 | $47.00 | Updated comparative MOR balance sheet analysis to include data from July 2025 MOR to monitor Debtor monthly post-petition activities. |
| 09/29/25 | J. Funk | 1.1 | $737.00 | Assessed financial trends based on comparative financial analyses developed from MORs to monitor Debtor monthly post-petition operating activities. |
| _Task Code:_ **220.00** | | **3.2** | **$1,230.50** | _Totals_ |
| **300.00 - Asset Analysis (General - Debtors)** | | | | |
| 09/08/25 | R. Strong | 0.4 | $342.00 | Attended call with BRG (MB, PS) regarding ongoing work streams for updates to enterprise asset analyses. |
| 09/08/25 | P. Shields | 0.4 | $358.00 | Met with BRG (RS, MB) regarding updates ongoing enterprise asset analyses. |
| 09/08/25 | M. Babcock | 0.4 | $318.00 | Met with BRG (RS, PS) to discuss updates to ongoing asset analyses. |
| 09/09/25 | C. Tergevorkian | 1.0 | $535.00 | Evaluated Debtor enterprise asset analyses for updates to ability-to-pay analysis. |
| 09/10/25 | C. Tergevorkian | 1.2 | $642.00 | Updated Asset Profile schedule to include updated CASC adjustments. |
| 09/10/25 | C. Tergevorkian | 1.1 | $588.50 | Updated BRG's preliminary ability-to-pay materials for UCC Counsel. |
| 09/10/25 | C. Tergevorkian | 1.4 | $749.00 | Updated Diocese credit analysis to include FY2025 MOR financial data. |



# ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)
## Exhibit C: Schedule of Time Detail

For the Period 09/01/25 through 09/30/25

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| | | | | |

### 300.00 - Asset Analysis (General - Debtors)

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| 09/10/25 | C. Tergevorkian | 0.5 | $267.50 | Updated funding analysis schedule to include Diocese FY2025 MOR financial data. |
| 09/11/25 | P. Shields | 0.4 | $358.00 | Analyzed items document productions to develop updates to ability-to-pay analysis. |
| 09/11/25 | C. Tergevorkian | 0.8 | $428.00 | Analyzed Junipero Serra High School to include in consolidated Debtor credit analysis (FY2024). |
| 09/11/25 | C. Tergevorkian | 0.8 | $428.00 | Analyzed Marin High School to include in consolidated Debtor credit analysis (FY2024). |
| 09/11/25 | C. Tergevorkian | 0.9 | $481.50 | Analyzed Riordan High School to include in consolidated Debtor credit analysis (FY2024). |
| 09/11/25 | C. Tergevorkian | 1.0 | $535.00 | Analyzed Sacred Heart Cathedral High School to include in consolidated Debtor credit analysis (FY2024). |
| 09/11/25 | C. Tergevorkian | 0.8 | $428.00 | Analyzed Vallombrosa financial data to include in consolidated Debtor credit analysis (FY2024). |
| 09/11/25 | J. Shaw | 0.7 | $500.50 | Evaluated credit estimate modeling to update with consolidate credit estimate. |
| 09/11/25 | C. Tergevorkian | 1.2 | $642.00 | Evaluated Diocese credit analysis to consolidate Parishes, Parish Schools, & Divisions (FY2024 - FY2022). |
| 09/11/25 | R. Strong | 0.5 | $427.50 | Evaluated enterprise asset analyses to address UCC Counsel inquiries / requests. |
| 09/11/25 | R. Strong | 0.7 | $598.50 | Evaluated issues relating to updates to enterprise asset analysis. |
| 09/11/25 | P. Shields | 0.8 | $716.00 | Evaluated updates to credit estimate to included Parish/Parish Schools/Divisions/Affiliate. |
| 09/11/25 | M. Babcock | 0.8 | $636.00 | Updated funding analysis (including assessment of alleged restricted assets). |
| 09/12/25 | J. Shaw | 1.5 | $1,072.50 | Analyzed 2022 Chancery financial data in connection updates to credit estimate modeling. |
| 09/12/25 | C. Tergevorkian | 1.2 | $642.00 | Analyzed D&L cash / investment balances (FY2024 - FY2020) for updates to enterprise asset analysis. |
| 09/12/25 | C. Tergevorkian | 0.7 | $374.50 | Analyzed Junipero Serra High School to include in consolidated Debtor credit estimate modeling (FY2023). |
| 09/12/25 | C. Tergevorkian | 0.8 | $428.00 | Analyzed Marin High School to include in consolidated Debtor credit estimate modeling (FY2023). |

Case: 23-30564    Doc# 1438    Filed: 10/23/25    Entered: 10/23/25 11:04:36    Page 88 of 102

 **INTELLIGENCE THAT WORKS**

**ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)**
**Exhibit C: Schedule of Time Detail**

For the Period 09/01/25 through 09/30/25

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| **300.00 - Asset Analysis (General - Debtors)** | | | | |
| 09/12/25 | C. Tergevorkian | 0.9 | $481.50 | Analyzed operating leases between High Schools and third parties for consolidated Debtor credit estimate modeling. |
| 09/12/25 | C. Tergevorkian | 0.7 | $374.50 | Analyzed Riordan High School to include in consolidated Debtor credit estimate modeling (FY2023). |
| 09/12/25 | C. Tergevorkian | 0.6 | $321.00 | Analyzed Sacred Heart Cathedral High School to include in consolidated Debtor credit analysis (FY2023) modeling. |
| 09/12/25 | C. Tergevorkian | 0.6 | $321.00 | Analyzed Vallombrosa to include in consolidated Debtor credit modeling (FY2023). |
| 09/12/25 | C. Tergevorkian | 0.9 | $481.50 | Consolidated financial data to include Diocese / Parishes / Parish Schools / Divisions for updated credit estimate for UCC Counsel meeting. |
| 09/12/25 | J. Shaw | 1.1 | $786.50 | Evaluated updates to credit estimate modeling to consolidate Parishes/Parish Schools/Divisions. |
| 09/12/25 | P. Shields | 1.0 | $895.00 | Made further updates to credit estimate modeling to consolidate Parishes/Parish Schools/Divisions. |
| 09/12/25 | J. Shaw | 0.9 | $643.50 | Updated financial data for credit estimate analysis. |
| 09/15/25 | J. Shaw | 0.7 | $500.50 | Analyzed consolidated financial data from Debtor document productions for credit estimate analysis. |
| 09/15/25 | J. Shaw | 2.7 | $1,930.50 | Analyzed High School financial data produced by Debtor in connection with development of consolidated credit estimate. |
| 09/15/25 | J. Shaw | 1.0 | $715.00 | Analyzed Vallombrosa financial data produced by Debtor in connection with development of consolidated credit estimate. |
| 09/15/25 | C. Tergevorkian | 0.8 | $428.00 | Analyzed Vallombrosa financial statements regarding cash / investments for updates to enterprise asset analyses. |
| 09/15/25 | C. Tergevorkian | 1.3 | $695.50 | Analyzed Vallombrosa financial statements to update consolidated credit estimate (FY2024 - FY2020). |
| 09/15/25 | C. Tergevorkian | 0.7 | $374.50 | Consolidated financial data to include Diocese / Parishes / Parish Schools / Divisions for updated credit estimate for UCC Counsel meeting. |
| 09/15/25 | P. Shields | 0.5 | $447.50 | Evaluated updates to credit estimate for consolidation of Parishes/Parish Schools/Divisions. |
| 09/15/25 | S. Chaffos | 0.2 | $88.00 | Met with BRG (CT) to discuss required updates to on-going enterprise asset analyses. |

Case: 23-30564    Doc# 1438    Filed: 10/23/25    Entered: 10/23/25 11:04:36    Page 89 of 102



| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| | | | | |

### 300.00 - Asset Analysis (General - Debtors)

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| 09/15/25 | C. Tergevorkian | 0.2 | $107.00 | Met with BRG (SC) to discuss updates to enterprise ongoing asset analyses. |
| 09/16/25 | J. Shaw | 1.6 | $1,144.00 | Analyzed Diocese financial data in connection with consolidated credit estimate modeling. |
| 09/16/25 | J. Shaw | 1.5 | $1,072.50 | Developed elimination entry summary in connection with consolidated credit estimate modeling. |
| 09/17/25 | J. Shaw | 1.0 | $715.00 | Analyzed Vallombrosa P&L data for development of consolidated credit estimate. |
| 09/17/25 | J. Shaw | 2.1 | $1,501.50 | Continued to evaluate Archdiocese/affiliate financial data in connection with consolidated credit estimate modeling. |
| 09/17/25 | S. Chaffos | 2.1 | $924.00 | Evaluated Vallombrosa historical revenue / expense trends for credit estimate analysis. |
| 09/17/25 | A. McConkie | 0.1 | $23.50 | Updated comparative financial analysis for credit estimate. |
| 09/17/25 | J. Shaw | 1.3 | $929.50 | Updated elimination entry summary in connection with consolidated credit estimate modeling. |
| 09/18/25 | J. Shaw | 1.5 | $1,072.50 | Analyzed insurance receipts / disbursements for consolidated credit estimate. |
| 09/18/25 | J. Shaw | 1.1 | $786.50 | Continued to analyze Archdiocese financial data for consolidated credit estimate. |
| 09/18/25 | J. Shaw | 0.9 | $643.50 | Updated Vallombrosa financial data for consolidated credit estimate modeling. |
| 09/19/25 | J. Shaw | 1.5 | $1,072.50 | Evaluated Archdiocese financial data for consolidated credit estimate modeling. |
| 09/22/25 | R. Strong | 0.8 | $684.00 | Analyzed audit workpapers for evaluation of Debtor High School assets / liabilities. |
| 09/22/25 | J. Shaw | 2.7 | $1,930.50 | Analyzed historical financial data to develop elimination entries for consolidated credit estimate modeling. |
| 09/23/25 | J. Shaw | 2.1 | $1,501.50 | Continued to analyze offsetting / elimination entries in connection with consolidated credit estimate. |
| 09/23/25 | J. Shaw | 1.9 | $1,358.50 | Developed schedule of offsetting / elimination entries in connection with consolidated credit estimate. |
| 09/23/25 | R. Strong | 0.6 | $513.00 | Evaluated adjustments for credit estimate modeling based on analysis of document productions by Debtor / affiliates. |

Case: 23-30564   Doc# 1438   Filed: 10/23/25   Entered: 10/23/25 11:04:36   Page 90 of 102


## ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)
## Exhibit C: Schedule of Time Detail

For the Period 09/01/25 through 09/30/25

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|

### 300.00 - Asset Analysis (General - Debtors)

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| 09/23/25 | J. Shaw | 2.2 | $1,573.00 | Evaluated offsetting / elimination entries for consolidated credit estimate. |
| 09/23/25 | P. Shields | 1.9 | $1,700.50 | Evaluated offsetting / elimination items in connection with financial information used for updated credit estimate. |
| 09/24/25 | J. Shaw | 0.7 | $500.50 | Analyzed financial data for Sacred Heart High School for debt capacity evaluation. |
| 09/24/25 | J. Shaw | 0.7 | $500.50 | Analyzed financial data for the Admin Office in context of debt capacity evaluation. |
| 09/24/25 | J. Shaw | 0.7 | $500.50 | Analyzed financial data for the Junipero Serra High School in context of debt capacity evaluation. |
| 09/24/25 | J. Shaw | 0.7 | $500.50 | Analyzed financial data for the Marin High School in context of debt capacity evaluation. |
| 09/24/25 | J. Shaw | 0.7 | $500.50 | Analyzed financial data for the Riordan High School in context of debt capacity evaluation. |
| 09/24/25 | J. Shaw | 0.7 | $500.50 | Analyzed financial data for Vallombrosa Retreat Center in context of debt capacity evaluation. |
| 09/24/25 | J. Shaw | 0.5 | $357.50 | Analyzed financial statements for preparation of offsetting entries for debt capacity assessment. |
| 09/24/25 | J. Shaw | 2.8 | $2,002.00 | Analyzed pension data in connection with consolidated credit estimate modeling. |
| 09/24/25 | A. McConkie | 2.3 | $540.50 | Analyzed rent expense for consolidated credit estimate analysis. |
| 09/24/25 | P. Shields | 1.1 | $984.50 | Continued to evaluate offsetting / elimination items in connection with financial information used for updated credit estimate. |
| 09/24/25 | R. Strong | 0.6 | $513.00 | Updated Debtor division asset analyses for enterprise asset analysis. |
| 09/25/25 | R. Strong | 0.9 | $769.50 | Analyzed audit workpapers produced by auditors for updates to ability-to-pay analyses. |
| 09/25/25 | R. Strong | 1.2 | $1,026.00 | Analyzed audit workpapers produced by auditors for updates to enterprise asset analyses. |
| 09/25/25 | R. Strong | 1.1 | $940.50 | Analyzed general ledger data for updates to asset analysis to incorporate into ability-to-pay analysis. |

Case: 23-30564   Doc# 1438   Filed: 10/23/25   Entered: 10/23/25 11:04:36   Page 91 of 102


## ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)
## Exhibit C: Schedule of Time Detail

For the Period 09/01/25 through 09/30/25

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| | | | | |

### 300.00 - Asset Analysis (General - Debtors)

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| 09/25/25 | J. Shaw | 0.7 | $500.50 | Continued to evaluate financial data of Junipero Serra High School in connection with debt capacity analysis. |
| 09/25/25 | J. Shaw | 0.7 | $500.50 | Continued to evaluate financial data of Marin High School in connection with debt capacity analysis. |
| 09/25/25 | J. Shaw | 0.7 | $500.50 | Continued to evaluate financial data of Riordan High School in connection with debt capacity analysis. |
| 09/25/25 | J. Shaw | 0.8 | $572.00 | Continued to evaluate financial data of Sacred Heart High School in connection with debt capacity analysis. |
| 09/25/25 | J. Shaw | 0.8 | $572.00 | Continued to evaluate financial data of the Archdiocese in connection with debt capacity analysis. |
| 09/25/25 | J. Shaw | 0.7 | $500.50 | Continued to evaluate financial data of Vallombrosa in connection with debt capacity analysis. |
| 09/25/25 | P. Shields | 0.5 | $447.50 | Identified follow up items for ability-to-pay analysis regarding debt capacity assessment. |
| 09/25/25 | J. Shaw | 0.8 | $572.00 | Revised consolidated credit estimate analysis with information obtained from debtor document productions. |
| 09/25/25 | R. Strong | 0.3 | $256.50 | Updated ability-to-pay slide materials for diocese enterprise analysis in preparation for meeting with UCC Counsel. |
| 09/25/25 | R. Strong | 0.9 | $769.50 | Updated Debtor division asset analyses for updated ability-to-pay assessment. |
| 09/26/25 | R. Strong | 0.6 | $513.00 | Analyzed accounting system data for updates to asset analysis to incorporate into ability-to-pay analysis. |
| 09/26/25 | R. Strong | 1.3 | $1,111.50 | Analyzed audit workpapers produced by auditors for updates to ability-to-pay analyses. |
| 09/26/25 | R. Strong | 1.1 | $940.50 | Analyzed audit workpapers produced by auditors for updates to enterprise asset analyses. |
| 09/26/25 | J. Shaw | 0.9 | $643.50 | Analyzed comparative financial to provided to experts for debt capacity analysis. |
| 09/26/25 | P. Shields | 0.9 | $805.50 | Analyzed debt service capacity assessment for incorporation into ability-to-pay evaluation. |
| 09/26/25 | J. Shaw | 1.5 | $1,072.50 | Analyzed investment income for ability-to-pay analyses.. |
| 09/26/25 | J. Shaw | 1.0 | $715.00 | Evaluated credit estimate and comparative financial data. |



## ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)
## Exhibit C: Schedule of Time Detail

For the Period 09/01/25 through 09/30/25

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| | | | | |

### 300.00 - Asset Analysis (General - Debtors)

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| 09/26/25 | T. Santana | 0.9 | $702.00 | Met with BRG (DA) regarding evaluation of financial information for debt service capacity analysis. |
| 09/26/25 | D. Abshier | 0.9 | $945.00 | Met with BRG (TS) regarding analysis of financial information including debt service capacity. |
| 09/26/25 | R. Strong | 0.4 | $342.00 | Updated ability-to-pay materials for diocese enterprise in preparation for UCC Counsel call. |
| 09/26/25 | J. Shaw | 2.8 | $2,002.00 | Updated comparative financial analyses in connection with debt capacity assessment. |
| 09/26/25 | J. Shaw | 1.2 | $858.00 | Updated consolidated credit estimate analysis with information from Debtor document productions. |
| 09/29/25 | R. Strong | 0.6 | $513.00 | Analyzed accounting system data for updates to asset analysis to incorporate into ability-to-pay analysis. |
| 09/29/25 | R. Strong | 0.9 | $769.50 | Analyzed audit workpapers produced by auditors for updates to ability-to-pay analyses. |
| 09/29/25 | P. Shields | 0.3 | $268.50 | Analyzed comparative financial to provided to experts for debt capacity analysis. |
| 09/29/25 | C. Tergevorkian | 1.6 | $856.00 | Analyzed consolidated credit analysis to incorporate into ability-to-pay analysis for UCC Counsel. |
| 09/29/25 | T. Santana | 2.7 | $2,106.00 | Analyzed historical financial information relating trends in income statements in financial statement categories for debt capacity analysis. |
| 09/29/25 | T. Santana | 1.3 | $1,014.00 | Analyzed historical financial statements for debt capacity assessment. |
| 09/29/25 | D. Abshier | 1.7 | $1,785.00 | Analyzed historical financial statements to evaluate debt capacity of enterprise for ability-to-pay analysis. |
| 09/29/25 | C. Tergevorkian | 1.2 | $642.00 | Analyzed non-Debtor affiliate financial statements / trends for debt capacity analysis. |
| 09/29/25 | R. Strong | 0.8 | $684.00 | Attended meeting with BRG (PS, CT) to address updates to enterprise ability-to-pay analyses for UCC Counsel meeting. |
| 09/29/25 | J. Shaw | 1.8 | $1,287.00 | Continued to analyze investment income data / transaction for debt capacity analysis. |
| 09/29/25 | J. Shaw | 1.0 | $715.00 | Continued to update comparative financial data for debt capacity analysis. |

Case: 23-30564    Doc# 1438    Filed: 10/23/25    Entered: 10/23/25 11:04:36    Page 93 of 102



| Date | Professional | Hours | Amount | Description |
|------|--------------|-------|--------|-------------|
| **300.00 - Asset Analysis (General - Debtors)** | | | | |
| 09/29/25 | J. Shaw | 0.3 | $214.50 | Evaluate debt capacity assessment for ability-to-pay analysis. |
| 09/29/25 | J. Shaw | 0.4 | $286.00 | Evaluate operating income in connection with debt capacity assessment for incorporation into ability-to-pay analysis. |
| 09/29/25 | R. Strong | 1.1 | $940.50 | Evaluated ability-to-pay issues in preparation for UCC Counsel meeting. |
| 09/29/25 | P. Shields | 0.4 | $358.00 | Evaluated additional document request relating to enterprise asset analyses. |
| 09/29/25 | C. Tergevorkian | 2.0 | $1,070.00 | Evaluated consolidated financial statements comparative / trend analyses for debt capacity analysis. |
| 09/29/25 | C. Tergevorkian | 0.4 | $214.00 | Evaluated operating income for Parishes / Schools in connection with debt capacity analysis. |
| 09/29/25 | D. Abshier | 1.9 | $1,995.00 | Evaluted historical financial information trends in balance sheets by financial statement categories for debt capacity evaluation. |
| 09/29/25 | C. Tergevorkian | 0.8 | $428.00 | Met with BRG (PS, RS) to discuss updates to ability-to-pay materials for UCC Counsel meeting. |
| 09/29/25 | P. Shields | 0.8 | $716.00 | Met with BRG (RS, CT) regarding updates to ability-to-pay materials for UCC Counsel meeting. |
| 09/29/25 | P. Shields | 0.7 | $626.50 | Prepared updates to ability-to-pay materials for meeting with UCC Counsel. |
| 09/29/25 | R. Strong | 0.8 | $684.00 | Updated ability-to-pay slide materials for diocese enterprise in preparation for UCC Counsel call. |
| 09/29/25 | C. Tergevorkian | 1.3 | $695.50 | Updated enterprise ability-to-pay materials in preparation for call with UCC Counsel. |
| 09/30/25 | R. Strong | 0.9 | $769.50 | Analyzed audit workpapers produced by auditors for updates to enterprise asset analyses. |
| 09/30/25 | R. Strong | 1.5 | $1,282.50 | Analyzed documents produced by Debtor for updates to ability-to-pay analyses. |
| 09/30/25 | D. Abshier | 0.5 | $525.00 | Analyzed financial information / data relating to evaluation of debt service capacity. |
| 09/30/25 | R. Strong | 1.2 | $1,026.00 | Analyzed general ledger data for updates to asset analysis to incorporate into ability-to-pay analysis. |
| 09/30/25 | R. Strong | 0.7 | $598.50 | Analyzed updated ability-to-pay analysis for diocese enterprise pursuant to UCC Counsel requests. |

Case: 23-30564    Doc# 1438    Filed: 10/23/25    Entered: 10/23/25 11:04:36    Page 94 of 102



# ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)
## Exhibit C: Schedule of Time Detail

For the Period 09/01/25 through 09/30/25

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| **300.00 - Asset Analysis (General - Debtors)** | | | | |
| 09/30/25 | T. Santana | 2.4 | $1,872.00 | Assessed enterprise debt capacity based on historical financial data produced by Debtor.. |
| 09/30/25 | T. Santana | 1.0 | $780.00 | Continued evaluation of potential debt capacity based on historical financial data produced by Debtor for ability-to-pay analysis. |
| 09/30/25 | T. Santana | 0.5 | $390.00 | Evaluated debt service capacity including analysis of financial information / data produced by Debtor. |
| 09/30/25 | J. Shaw | 2.9 | $2,073.50 | Evaluated operating expenses in connection with debt capacity analysis for ability-to-pay evaluation. |
| 09/30/25 | D. Abshier | 1.8 | $1,890.00 | Evaluated potential debt capacity based on historical financial information for ability-to-pay analyses. |
| 09/30/25 | P. Shields | 0.8 | $716.00 | Evaluated updates to ability-to-pay materials for UCC Counsel. |
| 09/30/25 | J. Shaw | 1.8 | $1,287.00 | Prepared comparative operating expense schedule for debt capacity evaluation for ability-to-pay analysis. |
| 09/30/25 | P. Shields | 0.2 | $179.00 | Prepared updates to ability-to-pay materials in preparation for meeting with UCC Counsel. |
| 09/30/25 | J. Shaw | 0.5 | $357.50 | Responded to inquiries from team regarding debt capacity data / analysis. |
| 09/30/25 | R. Strong | 0.6 | $513.00 | Updated ability-to-pay materials for diocese enterprise in preparation for UCC Counsel call. |
| 09/30/25 | J. Shaw | 0.5 | $357.50 | Updated schedules for debt capacity analysis in preparation for call with UCC Counsel. |
| ***Task Code: 300.00*** | | *139.4* | *$100,696.50* | *Totals* |
| **301.00 - Asset Analysis (General - Debtors Restricted / Identified Assets)** | | | | |
| 09/09/25 | M. Babcock | 0.6 | $477.00 | Analyzed documents produced by Debtor regarding alleged restricted assets for enterprise asset analyses. |
| 09/22/25 | M. Babcock | 0.9 | $715.50 | Investigated historical transactions involving Appeal / Assessments for restricted asset analysis. |
| 09/25/25 | M. Babcock | 0.4 | $318.00 | Investigated historical transactions involving Appeal / Assessments for restricted asset evaluation. |
| ***Task Code: 301.00*** | | *1.9* | *$1,510.50* | *Totals* |
| **302.00 - Asset Analysis (General - Related Non-Debtors)** | | | | |

Case: 23-30564    Doc# 1438    Filed: 10/23/25    Entered: 10/23/25 11:04:36    Page 95 of 102


**ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)**
**Exhibit C: Schedule of Time Detail**

For the Period 09/01/25 through 09/30/25

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| | | | | |

**302.00 - Asset Analysis (General - Related Non-Debtors)**

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| 09/09/25 | C. Tergevorkian | 1.6 | $856.00 | Analyzed CASC FY2024 participant schedules including balanced pool accounts for enterprise asset analyses. |
| 09/09/25 | C. Tergevorkian | 1.4 | $749.00 | Analyzed CASC FY2024 participant schedules including growth pool accounts for enterprise asset analyses. |
| 09/09/25 | C. Tergevorkian | 1.8 | $963.00 | Analyzed CASC FY2024 participant schedules including savings accounts for enterprise asset analyses. |
| 09/09/25 | C. Tergevorkian | 2.3 | $1,230.50 | Analyzed summary schedule of CASC FY2024 funds for enterprise analyses. |
| 09/12/25 | R. Strong | 1.1 | $940.50 | Analyzed issues discussed with UCC Counsel regarding updates to affiliate asset analyses. |
| 09/15/25 | C. Tergevorkian | 0.6 | $321.00 | Analyzed Debtor asset profile analysis with CASC double count adjustments. |
| 09/15/25 | R. Strong | 1.9 | $1,624.50 | Updated asset analyses with additional evaluation of document productions. |
| 09/16/25 | J. Shaw | 1.6 | $1,144.00 | Analyzed affiliate financial data for updates to consolidated credit estimate. |
| 09/18/25 | J. Shaw | 1.0 | $715.00 | Continued to analyze affiliate financial data in connection with ability-to-pay analysis. |
| 09/19/25 | R. Strong | 1.1 | $940.50 | Analyzed CASC deposits / investments for updates to asset analysis pursuant to UCC Counsel inquiries. |
| 09/19/25 | R. Strong | 0.7 | $598.50 | Analyzed financial data for adjustments to ability-to-pay analysis. |
| 09/22/25 | R. Strong | 1.4 | $1,197.00 | Analyzed CASC deposits / investments for updates to asset analysis pursuant to UCC Counsel inquiries. |
| 09/22/25 | R. Strong | 0.7 | $598.50 | Analyzed financial data for Seminary for updates to enterprise asset analysis. |
| 09/23/25 | R. Strong | 0.3 | $256.50 | Updated Debtor affiliate asset analyses for enterprise asset analysis. |
| 09/23/25 | R. Strong | 0.3 | $256.50 | Updated Debtor affiliate financial data for enterprise asset analysis. |
| 09/24/25 | R. Strong | 0.5 | $427.50 | Continued to update Debtor affiliate asset analyses for enterprise asset analysis. |
| 09/25/25 | R. Strong | 0.7 | $598.50 | Updated Debtor affiliate asset analyses for updated ability-to-pay assessment. |

Case: 23-30564    Doc# 1438    Filed: 10/23/25    Entered: 10/23/25 11:04:36    Page 10 of 102


**ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)**
**Exhibit C: Schedule of Time Detail**

For the Period 09/01/25 through 09/30/25

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|

**302.00 - Asset Analysis (General - Related Non-Debtors)**

| | | | | |
|------|-------------|-------|--------|-------------|
| 09/30/25 | R. Strong | 1.1 | $940.50 | Analyzed audit workpapers produced by auditors for updates to ability-to-pay analyses. |
| *Task Code:  302.00* | | *20.1* | *$14,357.50* | *Totals* |

**304.00 - Asset Analysis (General - Parishes)**

| | | | | |
|------|-------------|-------|--------|-------------|
| 09/04/25 | C. Tergevorkian | 0.8 | $428.00 | Evaluated request for Parish / Schools statistics data to provide UCC Counsel. |
| 09/09/25 | R. Strong | 1.3 | $1,111.50 | Analyzed CASC 2024 activity for Parish double count adjustment in enterprise asset analysis. |
| 09/10/25 | C. Tergevorkian | 2.1 | $1,123.50 | Comparied Parish FY2024 CASC balances with CASC participant schedules for double count adjustment calculation. |
| 09/10/25 | C. Tergevorkian | 1.8 | $963.00 | Comparied Parish Schools' FY2024 CASC balances with CASC participant schedules for double count adjustment calculation. |
| 09/11/25 | C. Tergevorkian | 1.6 | $856.00 | Analyzed Parish financial data to include in Debtor credit analysis (FY2024 - FY2020) for ability-to-pay evaluation. |
| 09/11/25 | C. Tergevorkian | 1.3 | $695.50 | Analyzed Parish Schools financial data to include in Debtor credit analysis (FY2024 - FY2020) for ability-to-pay evaluation. |
| 09/12/25 | J. Shaw | 2.1 | $1,501.50 | Analyzed parish financial data in connection with updates to consolidated credit estimate modeling. |
| 09/15/25 | C. Tergevorkian | 0.7 | $374.50 | Analyzed Parish / Parish Schools financial data for consolidated credit analysis (FY2024 - FY2020). |
| 09/15/25 | J. Shaw | 1.0 | $715.00 | Analyzed parish school financial data in connection with consolidated credit estimate. |
| 09/15/25 | A. McConkie | 2.3 | $540.50 | Updated comparative Balance Sheets for Vallombrosa (2018-2025) for enterprise asset analysis. |
| 09/15/25 | R. Strong | 1.3 | $1,111.50 | Updated double-count adjustment for CASC / Parish activity for asset enterprise analysis. |
| 09/16/25 | J. Shaw | 1.6 | $1,144.00 | Analyzed parish financial data in connection with developing consolidated credit estimate. |
| 09/16/25 | J. Shaw | 1.6 | $1,144.00 | Analyzed parish school financial data in connection with developing consolidated credit estimate. |
| 09/17/25 | J. Shaw | 2.1 | $1,501.50 | Continued to evaluate parish / parish school financial data in connection with consolidated credit estimate. |

Case: 23-30564    Doc# 1438    Filed: 10/23/25    Entered: 10/23/25 11:04:36    Page 97 of 102



**ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)**
**Exhibit C: Schedule of Time Detail**

For the Period 09/01/25 through 09/30/25

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| | | | | |

### 304.00 - Asset Analysis (General - Parishes)

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| 09/18/25 | J. Shaw | 1.2 | $858.00 | Continued to analyze parish financial data in connection with consolidated credit estimate. |
| 09/18/25 | J. Shaw | 1.2 | $858.00 | Continued to analyze parish schools financial data in connection with consolidated credit estimate. |
| 09/18/25 | R. Strong | 1.2 | $1,026.00 | Updated double-count adjustment for CASC / Parish activity for enterprise asset analysis. |
| 09/19/25 | J. Shaw | 1.5 | $1,072.50 | Evaluated parish financial data for consolidated credit estimate analysis. |
| 09/22/25 | R. Strong | 0.8 | $684.00 | Updated parish asset analysis pursuant to UCC Counsel requests. |
| 09/22/25 | R. Strong | 0.9 | $769.50 | Updated parish school asset analysis pursuant to UCC Counsel requests. |
| 09/23/25 | R. Strong | 0.5 | $427.50 | Analyzed parish data for updates to enterprise asset analyses. |
| 09/23/25 | R. Strong | 0.4 | $342.00 | Analyzed parish school data for updates to enterprise asset analyses. |
| 09/24/25 | S. Chaffos | 1.6 | $704.00 | Analyzed parish / parish schools chart of accounts in financial policy manual for debtor capacity analysis. |
| 09/24/25 | R. Strong | 0.9 | $769.50 | Analyzed parish data for updates to ability-to-pay analyses. |
| 09/24/25 | S. Chaffos | 2.1 | $924.00 | Analyzed parish income statement financial data for assessment of debt service capacity (FY 2021 - FY 2024). |
| 09/24/25 | R. Strong | 0.8 | $684.00 | Analyzed parish school data for updates to ability-to-pay analyses. |
| 09/24/25 | J. Shaw | 0.4 | $286.00 | Evaluated parish / parish school financial data for debt capacity analysis. |
| 09/24/25 | R. Strong | 0.4 | $342.00 | Evaluated updates to ability-to-pay analyses to identify additional workflows. |
| 09/24/25 | S. Chaffos | 2.7 | $1,188.00 | Updated parish / parish school financial statement categories for debt service capacity analysis. |
| 09/25/25 | R. Strong | 0.4 | $342.00 | Analyzed cash / investment data for ability-to-pay assessment. |
| 09/25/25 | R. Strong | 1.5 | $1,282.50 | Analyzed parish data for updates to ability-to-pay analyses. |
| 09/25/25 | R. Strong | 1.6 | $1,368.00 | Analyzed parish school data for updates to ability-to-pay analyses. |

Case: 23-30564    Doc# 1438    Filed: 10/23/25    Entered: 10/23/25 11:04:36    Page 98 of 102



**ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)**
**Exhibit C: Schedule of Time Detail**

For the Period 09/01/25 through 09/30/25

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| **304.00 - Asset Analysis (General - Parishes)** | | | | |
| 09/25/25 | S. Chaffos | 1.9 | $836.00 | Analyzed parish schools balance sheet financial data for assessment of debt service capacity (FY 2021 - FY 2024). |
| 09/25/25 | S. Chaffos | 2.1 | $924.00 | Evaluated parish balance sheet financial data for assessment of debt service capacity (FY 2021 - FY 2024). |
| 09/25/25 | S. Chaffos | 2.3 | $1,012.00 | Evaluated parish schools income statement financial data for assessment of debt service capacity (FY 2021 - FY 2024). |
| 09/25/25 | J. Shaw | 1.5 | $1,072.50 | Reconciled parish / parish schools comparative financial amounts with financial documentation produced by Debtor. |
| 09/25/25 | J. Shaw | 0.9 | $643.50 | Revised comparative financial analysis in connection with debt capacity for affiliates. |
| 09/25/25 | S. Chaffos | 1.7 | $748.00 | Revised parish / parish comparative financial data for debt capacity assessment (FY 2021 - FY 2024). |
| 09/26/25 | R. Strong | 1.1 | $940.50 | Analyzed parish data for updates to ability-to-pay analyses. |
| 09/26/25 | R. Strong | 1.4 | $1,197.00 | Analyzed parish school data for updates to ability-to-pay analyses. |
| 09/26/25 | P. Shields | 1.0 | $895.00 | Evaluated comparative financial information for debt service capacity analysis for parishes / parish schools. |
| 09/29/25 | S. Chaffos | 1.2 | $528.00 | Evaluated updates to the debt service capacity analysis for parish / parish school ability-to-pay analysis. |
| 09/30/25 | J. Shaw | 0.4 | $286.00 | Analyzed parish / parish schools operating expenses for trend analysis to incorporate in consolidated credit estimate modeling. |
| 09/30/25 | C. Tergevorkian | 2.9 | $1,551.50 | Analyzed Parish financial data regarding expense items (FY2021 - FY2024) to evaluate trends for ability-to-pay analysis. |
| 09/30/25 | C. Tergevorkian | 2.8 | $1,498.00 | Analyzed Parish financial data regarding revenue items (FY2021 - FY2024) to evaluate trends for ability-to-pay analysis. |
| *Task Code: 304.00* | | *62.9* | *$39,269.50* | *Totals* |
| **320.00 - Asset Analysis (Investments / Funds - Debtors)** | | | | |
| 09/19/25 | R. Strong | 1.1 | $940.50 | Analyzed D&L deposits / investments for updates to asset analysis pursuant to UCC Counsel inquiries. |
| 09/22/25 | R. Strong | 0.4 | $342.00 | Continued to analyze D&L deposits / investments for updates to asset analysis pursuant to UCC Counsel inquiries. |
| *Task Code: 320.00* | | *1.5* | *$1,282.50* | *Totals* |

Case: 23-30564    Doc# 1438    Filed: 10/23/25    Entered: 10/23/25 11:04:36    Page 99 of 102



**INTELLIGENCE THAT WORKS**

## ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)
## Exhibit C: Schedule of Time Detail

For the Period 09/01/25 through 09/30/25

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| **396.00 - Asset Analysis (Other - Cemeteries)** | | | | |
| 09/11/25 | P. Shields | 0.1 | $89.50 | Met with BRG (EM) regarding evaluation of cemetery perpetual care for asset analysis. |
| 09/11/25 | E. Madsen | 0.1 | $81.50 | Participated in call with BRG (PS) regarding analysis of cemetery perpetual care for asset analysis. |
| 09/18/25 | E. Madsen | 1.9 | $1,548.50 | Analyzed cemeteries perpetual care requirements for ability-to-pay analysis. |
| 09/23/25 | E. Madsen | 2.5 | $2,037.50 | Developed analysis of cemetery obligations regarding endowment fund. |
| 09/23/25 | P. Shields | 1.0 | $895.00 | Met with BRG (EM) regarding evaluation of perpetual care reserve for ability-to-pay analysis. |
| 09/23/25 | E. Madsen | 1.0 | $815.00 | Met with BRG (PS) regarding of perpetual care reserve analysis for ability-to-pay evaluation. |
| 09/24/25 | E. Madsen | 2.1 | $1,711.50 | Evaluated documents produced by Debtor regarding perpetual care requirements for analysis. |
| 09/24/25 | P. Shields | 0.3 | $268.50 | Met with BRG (EM) regarding follow up issues relating to analysis of perpetual care. |
| 09/24/25 | E. Madsen | 0.3 | $244.50 | Met with BRG (PS) regarding follow up issues relating to cemetery obligations including perpetual care fund. |
| ***Task Code:  396.00*** | | ***9.3*** | ***$7,691.50*** | ***Totals*** |
| **410.00 - Litigation Analysis (Avoidance Actions)** | | | | |
| 09/24/25 | R. Strong | 0.6 | $513.00 | Analyzed accounting system data for avoidance action analysis. |
| 09/24/25 | R. Strong | 0.7 | $598.50 | Analyzed audit workpapers to address UCC Counsel inquiries for avoidance action analysis. |
| 09/24/25 | R. Strong | 0.7 | $598.50 | Analyzed document productions for updates to avoidance action analysis. |
| 09/26/25 | R. Strong | 0.8 | $684.00 | Evaluated case documents to analyze avoidance action issues discussed with UCC Counsel. |
| ***Task Code:  410.00*** | | ***2.8*** | ***$2,394.00*** | ***Totals*** |
| **1020.00 - Meeting Preparation & Attendance** | | | | |
| 09/02/25 | R. Strong | 0.7 | $598.50 | Attended call with UCC Counsel (GG, GB) and BRG (CT) regarding case status / discovery issues. |

Case: 23-30564    Doc# 1438    Filed: 10/23/25    Entered: 10/23/25 11:04:36    Page 100 of 102



## ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)
## Exhibit C: Schedule of Time Detail

For the Period 09/01/25 through 09/30/25

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| **1020.00 - Meeting Preparation & Attendance** | | | | |
| 09/02/25 | C. Tergevorkian | 0.7 | $374.50 | Met with BRG (RS) and UCC Counsel (GG, GB) to discuss case status / document discovery. |
| 09/04/25 | R. Strong | 1.0 | $855.00 | Attended call with UCC Counsel (BM, GG, GB) and BRG (CT [partial]) regarding case status / discovery issues. |
| 09/04/25 | C. Tergevorkian | 0.5 | $267.50 | Attended partial call with BRG (RS) and UCC Counsel (BM, GG, GB) to discuss case status / discovery issues. |
| 09/09/25 | R. Strong | 0.9 | $769.50 | Attended call with UCC Counsel (GB, BM) and BRG (MB, CT) regarding case status / work streams. |
| 09/09/25 | M. Babcock | 0.9 | $715.50 | Attended call with UCC Counsel (GB, BM) and BRG (RS, CT) regarding case status / assignments. |
| 09/09/25 | C. Tergevorkian | 0.9 | $481.50 | Met with BRG (RS, MB) and UCC Counsel (BM, GB) to discuss case status / case status. |
| 09/16/25 | R. Strong | 0.3 | $256.50 | Attended call with UCC Counsel (BM, GB, GG) and BRG (MB) regarding asset analysis / case issues. |
| 09/16/25 | M. Babcock | 0.3 | $238.50 | Met with UCC Counsel (BM, GG, GB) and BRG (RS) to discuss case issues / asset analyses. |
| 09/23/25 | R. Strong | 0.6 | $513.00 | Attended call with UCC Counsel (BM, GG, GB) regarding work streams / mediation issues. |
| **Task Code: 1020.00** | | **6.8** | **$5,070.00** | **Totals** |
| **1030.00 - Mediation Preparation & Attendance** | | | | |
| 09/15/25 | R. Strong | 1.3 | $1,111.50 | Prepared updates to asset summary for UCC Counsel to provide to Debtor for mediation. |
| **Task Code: 1030.00** | | **1.3** | **$1,111.50** | **Totals** |
| **1060.00 - Fee Application Preparation & Hearing** | | | | |
| 09/09/25 | K. McDowell | 0.4 | $72.00 | Prepared draft monthly fee statement (August 2025). |
| 09/10/25 | R. Strong | 0.1 | $85.50 | Finalized Order for Fifth Interim Fee Application of BRG. |
| 09/17/25 | R. Strong | 0.4 | $342.00 | Analyzed draft monthly fee statement for August 2025. |
| 09/17/25 | K. McDowell | 0.2 | $36.00 | Prepared draft exhibits for monthly fee statement (August 2025). |
| **Task Code: 1060.00** | | **1.1** | **$535.50** | **Totals** |

Case: 23-30564   Doc# 1438   Filed: 10/23/25   Entered: 10/23/25 11:04:36   Page 101 of 102

 

**ARCHDIOCESE OF SAN FRANCISCO (CASE NO. 23-30564)**
**Exhibit C: Schedule of Time Detail**

For the Period 09/01/25 through 09/30/25

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| **TOTALS** | | **250.7** | **$175,491.50** | |