Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086
Thomas R. Phinney, State Bar No. 159435
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
  WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com
jrios@ffwplaw.com
tphinney@ffwplaw.com
mkutsuris@ffwplaw.com

Ori Katz, State Bar No. 209561
Alan H. Martin, State Bar No. 132301
Jeannie Kim, State Bar No. 270713
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppardmullin.com
amartin@sheppardmullin.com
jekim@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>    Debtor and<br>    Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>Date: December 4, 2025<br>Time: 1:30 p.m.<br>Location: Via ZoomGov<br>Judge: Hon. Dennis Montali |

**DECLARATION OF DAVID BRILL IN SUPPORT OF FIFTH INTERIM APPLICATION OF TRANSPERFECT LEGAL SOLUTIONS FOR ALLOWANCE OF FEES AS PROVIDER OF LITIGATION SUPPORT CONSULTING AND E-DISCOVERY SERVICES TO THE DEBTOR**

I, David Brill, declare as follows:

1. I am a Director, Strategic Accounts at TransPerfect Document Management, Inc. and Chancery Staffing Solutions, LLC (d/b/a TransPerfect Staffing Solutions), together known as TransPerfect Legal Solutions ("TransPerfect"). TransPerfect is the provider of litigation consulting and e-discovery support solutions to The Roman Catholic Archbishop of San Francisco ("RCASF" or the "Debtor").

2. The matters stated herein are true and correct and are within my personal knowledge or information provided to me by other attorneys or employees of TransPerfect, and if called upon to testify as a witness, I could and would testify competently thereto.

3. This declaration is made in support of the *Fifth Interim Application of TransPerfect Legal Solutions for Allowance of Fees as Provider of Litigation Support Consulting and E-Discovery Services to the Debtor* (the "Application"). I give capitalized terms not defined here the same meaning given to them in the Application.

4. By the Application, TransPerfect seeks an order of the Court: (a) awarding and allowing interim compensation on account of litigation support consulting and e-discovery support services rendered to the Debtor during the Application Period in the amount of $10,595.50 and reimbursement of expenses in the amount of $0.00 for a total of $10,595.50 incurred from June 1, 2025 through and including September 30, 2025; (b) approving and ratifying amounts paid by the Debtor to TransPerfect on account of such services rendered during the Application Period in the aggregate amount of $8,476.40, or 80% of fees and 100% of expenses earned and incurred during June, July, and August as set forth in the Interim Monthly Fee Statements filed with the Court during the Application Period any subsequent payments for the Monthly Fee Statement in September 2025; and (c) authorizing the Debtor to pay to TransPerfect the balance due on account of fees awarded and allowed by the Court.

5. During the Application Period, TransPerfect professionals provided litigation support consulting services (including related e-discovery support services) to the Debtor, at the hourly rate of $175.00. In this regard, TransPerfect has worked closely with the Debtor and

attorneys from Sheppard Mullin, Richter & Hampton LLP ("Sheppard Mullin"), co-counsel to the Debtor, to respond fully and appropriately to the Committee's discovery requests.

6. Specifically, TransPerfect has worked with the Debtor and Sheppard Mullin to ensure appropriate and fulsome collection, and as appropriate hosting, of data; aided Sheppard Mullin attorneys with their respective review and analysis of the data collected; and provided e-discovery support related to production and export of appropriate and relevant documents to the Committee, as set forth in the TransPerfect Service Employment Application. The Debtor has required these services to ensure the efficient administration of this Bankruptcy Case, including, but not limited to prompt responses to discovery requested by the Committee and other parties in interest, all in furtherance of a prompt and consensual resolution of the Bankruptcy Case, if possible.

7. Many of TransPerfect's charges may appear at first like charges that would be costs for other professionals. However, the amounts billed as fees are charges billed by TransPefect for the litigation support services that it provides, not TransPerfect out-of-pocket costs. TransPerfect bills its hard out-of-pocket costs separately as costs.

8. TransPefect did not incur any hard out-of-pocket costs billed to the Debtor. Therefore, the expenses incurred during the period covered by this Application are $0.00.

9. In view of the time expended, the responsibilities assumed, and the reputation and skill of the Applicant's professionals, I submit that the fees requested in the Application represent the reasonable value of the services rendered on behalf of the Debtor. I believe that the services rendered were necessary, and that the attorney's fees requested constitute reasonable and necessary fees.

10. The Application is the Applicant's fifth interim application for compensation in the Bankruptcy Case. TransPerfect has received payment from the Debtor for the fees and costs allowed by the Court's prior interim orders.

11. Upon a review of the Application, I find that it accurately reflects the work performed by the Applicant during the Application Period.

12. Pursuant to the *Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis* [ECF No. 212], TransPerfect has filed and served fee notices for June 2025 [ECF No. 1270], July 2025 [ECF No. 1300], August 2025 [ECF No. 1361] and September 2025 [ECF No. 1410]. No objections were received with respect to the June through August notices. TransPerfect has received payments in the amount of $6,958.32 from the Debtor, such that it has been paid 80% of fees and 100% of expenses with respect to the June, July and August fee notices. The time for objections to the September 2025 fee notice has not yet passed and TransPerfect, therefore, has not received payments for September 2025. The unpaid 20% holdback together with the September 2025 fees and costs total $3,637.18. The retainer balance as of September 30, 2025, was $0.00.

13. There is no agreement or understanding between the Applicant and any other person, other than members of the Applicant, for the sharing of compensation to be received for services rendered in the Bankruptcy Case.

14. Attached to this declaration as **Exhibit A** are copies of TransPerfect's invoices, which include detailed, contemporaneously maintained time entries by each professional in increments of tenths (1/10) of an hour to describe the fees incurred during the Application Period as well as descriptions of other fees incurred by the Debtor in accordance with the summary of key rates for Services (as defined in the TransPerfect Employment Application). The invoices have been filed with the Court in support of the Interim Monthly Fee Statement.

15. In an effort to comply with the Guidelines, TransPerfect maintains its time records for project management services in increments of tenths of an hour, contemporaneously maintained by the professional. As all of the services provided by TransPerfect professionals are related to the Project Billing Category of "Discovery" and related services, TransPerfect did not separately categorize its time records for services rendered to the Debtor.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 22, 2025, at Dallas, Texas.

*David Brill*
_____
David Brill

**Exhibit A**

June 1, 2025 through September 30, 2025

Billing Statements



**Please note that our address has changed**

| | |
|---|---|
| **Bill To:** | **Requested By:** |
| Sheppard Mullin Richter & Hampton LLP<br>Attn: Amanda Cottrell<br>2200 Ross Avenue<br>Floor 20<br>Dallas, TX 75201<br>USA | Amanda Cottrell<br>Sheppard Mullin Richter & Hampton LLP<br>2200 Ross Avenue<br>Floor 20<br>Dallas, TX 75201<br>USA |

| | | | |
|---|---|---|---|
| **Invoice #:** | 284555 | **Sales Contact:** | Zoe ████████████████ ) |
| **Invoice Date:** | 06/30/2025 | **Payment Terms:** | Net 30 |
| **Invoice Due:** | 07/30/2025 | | |
| **Contract #:** | DM0322413 | **Purchase Order #:** | RCASF Hosting June 2025 |
| **Case Name:** | RCASF Bankruptcy | | |
| **Requested Date:** | 06/01/2025 | | |

**Project Notes:**
RCASF Hosting June 2025

| Description | Quantity | Unit | Unit Cost($) | Extended Cost($) |
|---|---:|---|---:|---:|
| **2025 June** | | | | |
| Monthly Storage Fees | 172.00 | GB | 6.000 | 1,032.00 |
| Project Management | 5.30 | Hours | 175.000 | 927.50 |
| Monthly User Access Fee | 3.00 | Each | 75.000 | 225.00 |
| Digital Reef Hosting - Adv ECA | 314.05 | GB | 2.000 | 628.10 |
| **2025 May - ESI** | | | | |
| Data Ingestion - Advanced ECA | 3.81 | GB | 10.000 | 38.10 |
| Data Export - Advanced ECA | 1.96 | GB | 75.000 | 147.00 |
| **2025 June - Production: DEBTOR028** | | | | |
| Production | 1.00 | GB | 250.000 | 250.00 |
| Project Management | 2.00 | Hours | 175.000 | 350.00 |
| **2025 June - Production: Non-DEBTORS010** | | | | |
| Production | 1.00 | GB | 250.000 | 250.00 |
| Project Management | 2.30 | Hours | 175.000 | 402.50 |
| **2025 June - Production: DEBTOR029** | | | | |
| Production | 1.42 | GB | 250.000 | 355.00 |
| Project Management | 1.80 | Hours | 175.000 | 315.00 |

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059
Payment remittance only: ████████████ • Enquiries: GlobalCollections@transperfect.com or your Sales Contact
WWW.TRANSPERFECT.COM

1 of 2

Case: 23-30564    Doc# 1441    Filed: 10/23/25    Entered: 10/23/25 11:12:31    Page 6 of 16

|  | Total to Bill This Contract: | US$4,920.20 |
|---|---|---|
|  | Tax Amount: | US$0.00 |
|  | Total Amount Due: | US$4,920.20 |

## PAYMENT INSTRUCTIONS

Please note, TransPerfect always prefers to receive payments electronically whenever possible.

**Please remit payment to:**
TransPerfect Document Management, Inc.
Attn.: Accounts Receivable
1250 Broadway, 32nd Floor
New York, NY 10001
212.689.5555

**Wire Transfer Details:**
Flagstar Bank, N.A.
A/C #: ██████ 6914
ABA Routing #: ██████
SWIFT CODE: ██████

Please reference the Contract # DM0322413 and Invoice # 284555 with your remittance.
Invoices paid by credit card are subject to a 3% processing fee.
Interest will be charged at the rate of 1.50% per month (or the maximum allowed by law) for accounts more than a month past due.

**Payment made on time**

| Payment Due Date | Total Due |
|---|---|
| 2025-07-30 | US$4,920.20 |

**Payment made late (interest assessed)**

| Late Payment Date | Total Interest Penalty Amount (1.50% per month) | Total Due |
|---|---|---|
| 2025-09-01 | US$73.80 | US$4,994.00 |
| 2025-10-01 | US$147.61 | US$5,067.81 |
| 2025-11-03 | US$221.41 | US$5,141.61 |

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059
Payment remittance only: ██████ • Enquiries: GlobalCollections@transperfect.com or your Sales Contact
WWW.TRANSPERFECT.COM

| Record Owner | Date | Time (Hr) | Chronicle | Hourly |
|---|---|---|---|---|
| Bhishma█ | 6/5/2025 | 1 | 20250605 - Production export and finalize | $175 |
| Mohammed█ | 6/5/2025 | 1 | 20250605 - Export, and Finalize production | $175 |
| Emily█ | 6/11/2025 | 1 | 20250605 - Create production searches, QC fields; Run production ; 20250606 - Encrypt and deliver production | $175 |
| Emily█ | 6/11/2025 | 1 | 20250605 - Create production searches, QC fields; Run production; 20250606 - Encrypt and deliver production | $175 |
| Emily█ | 6/11/2025 | 2 5 | 20250605 - Stage/coordinate client data process and load per request from A Cottrell; Coordinate imaging for production; List out all documents that were in the OneDrive; Correspondence re production volumes; Confidentiality branding, tagging in the workspace, | $175 |
| Emily█ | 6/11/2025 | 0 4 | 20250604 - Stage/coordinate client data process and load per request from A Cottrell; Coordinate imaging for production; Correspondence re same | $175 |
| Emily█ | 6/11/2025 | 0 6 | 20250603 - Stage/coordinate client data process and load 2 sets of data per request from A Cottrell; Coordinate imaging for production; Correspondence re same | $175 |
| Emily█ | 6/17/2025 | 0 3 | 20250610 - Coordinate QC ; 20250613 - Deliver production | $175 |
| Matthew█ | 6/18/2025 | 0 5 | 20250618 - Prepare searches in Relativity per request from A Cottrell; correspondence re same | $175 |
| Emily█ | 6/19/2025 | 0 6 | 20250618 - Stage/coordinate client data process and load per request from A Cottrell; Correspondence re custodian and production volume ; 20250619 - Coordinate imaging for | $175 |
| Felix█ | 6/20/2025 | 0 8 | 20250620 - Export and Finalize production DEBTOR029 | $175 |
| Emily█ | 6/24/2025 | 1 | 20250620 - Create production searches, QC fields; Run, encrypt and deliver production | $175 |
| Emily█ | 6/24/2025 | 0 3 | 20250620 - Re-upload production per request from A Cottrell; Correspondence w/ A Cottrell re production set, confidentiality branding | $175 |
| Mohammed█ | 6/24/2025 | 0 2 | 20250605 - Correspondence with I A Cottrell re confirming email | $175 |
| Mohammed█ | 6/26/2025 | 0 2 | 20250610 - Correspondence with I A Cottrell re confirming email | $175 |
| | | 11 4 | | |



| | |
|---|---|
| **Bill To:** | **Requested By:** |
| Archdiocese Of San Francisco | Amanda Cottrell |
| Attn: Paula Carney | Sheppard Mullin Richter & Hampton LLP |
| 1 Peter Yorke Way | 2200 Ross Avenue |
| San Francisco, CA 94109 | Floor 20 |
| USA | Dallas, TX 75201 |
| | USA |

| | | | |
|---|---|---|---|
| **Invoice #:** | 286781 | **Sales Contact:** | Zoe Saumell (zoe.saumell@transperfect.com) |
| **Invoice Date:** | 07/31/2025 | **Payment Terms:** | Net 30 |
| **Invoice Due:** | 08/30/2025 | | |
| **Contract #:** | DM0325030 | **Purchase Order #:** | RCASF Hosting July 2025 |
| **Case Name:** | RCASF Bankruptcy | | |
| **Requested Date:** | 07/01/2025 | | |

**Project Notes:**
RCASF Bankruptcy Hosting July 2025

| Description | Quantity | Unit | Unit Cost($) | Extended Cost($) |
|---|---|---|---|---|
| **2025 July** | | | | |
| Monthly Storage Fees | 172.00 | GB | 6.000 | 1,032.00 |
| Monthly User Access Fee | 2.00 | Each | 75.000 | 150.00 |
| Digital Reef Hosting - Adv ECA | 314.05 | GB | 2.000 | 628.10 |
| Project Management | 0.90 | Hour | 175.000 | 157.50 |
| | | | **Total to Bill This Contract:** | US$1,967.60 |
| | | | **Tax Amount:** | US$0.00 |
| | | | **Total Amount Due:** | **US$1,967.60** |

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059
Payment remittance only: AR@transperfect.com • Enquiries: GlobalCollections@transperfect.com or your Sales Contact
WWW.TRANSPERFECT.COM

**PAYMENT INSTRUCTIONS**  Please note, TransPerfect always prefers to receive payments electronically whenever possible.

Please remit payment to:
TransPerfect Document Management, Inc.
Attn.: Accounts Receivable
1250 Broadway, 32nd Floor
New York, NY 10001
212.689.5555
ar@transperfect.com

Wire Transfer Details:
Flagstar Bank, N.A.
A/C #: ▉▉▉▉▉6914
ABA Routing #: ▉▉▉▉▉
SWIFT CODE: ▉▉▉▉▉



Please reference the Contract # DM0325030 and Invoice # 286781 with your remittance.
Invoices paid by credit card are subject to a 3% processing fee.
Interest will be charged at the rate of 1.50% per month (or the maximum allowed by law) for accounts more than a month past due.

Payment made on time

| Payment Due Date | Total Due |
|---|---|
| 2025-08-30 | US$1,967.60 |

Payment made late (interest assessed)

| Late Payment Date | Total Interest Penalty Amoun (1.50% per month) | Total Due |
|---|---|---|
| 2025-10-01 | US$29.51 | US$1,997.11 |
| 2025-11-03 | US$59.03 | US$2,026.63 |
| 2025-12-03 | US$88.54 | US$2,056.14 |

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059
Payment remittance only: AR@transperfect.com • Enquiries: GlobalCollections@transperfect.com or your Sales Contact
WWW.TRANSPERFECT.COM

2 of 2

Case: 23-30564  Doc# 1441  Filed: 10/23/25  Entered: 10/23/25 11:12:31  Page 10 of 16

| Record Owner | Date | Time (Hr) | Chronicle | Hourly |
|---|---|---|---|---|
| Emily Hong | 7/31/2025 | 0.6 | 20250731 - Re-upload and deliver productions per request from A Cottrell; Correspondence re: FTP/zip passwords | $175 |
| Adam Dierking | 7/31/2025 | 0.3 | 20250731 - Create SFTP C2044876_RCASF_External. | $175 |



| | |
|---|---|
| **Bill To:** | **Requested By:** |
| Sheppard Mullin Richter & Hampton LLP<br>Attn: Amanda Cottrell<br>2200 Ross Avenue<br>Floor 20<br>Dallas, TX 75201<br>USA | Amanda Cottrell<br>Sheppard Mullin Richter & Hampton LLP<br>2200 Ross Avenue<br>Floor 20<br>Dallas, TX 75201<br>USA |

| | | | |
|---|---|---|---|
| **Invoice #:** | 288344 | **Sales Contact:** | Zoe Saumell (zoe.saumell@transperfect.com) |
| **Invoice Date:** | 08/25/2025 | **Payment Terms:** | Net 30 |
| **Invoice Due:** | 09/24/2025 | | |
| **Contract #:** | DM0327643 | **Purchase Order #:** | RCASF Relativity Hosting August 2025 |
| **Case Name:** | RCASF Bankruptcy | | |
| **Requested Date:** | 08/01/2025 | | |

**Project Notes:**
RCASF Relativity Hosting August 2025

| Description | Quantity | Unit | Unit Cost($) | Extended Cost($) |
|---|---|---|---|---|
| **2025 August** | | | | |
| Monthly User Access Fee | 2.00 | Each | 75 000 | 150.00 |
| Monthly Storage Fees | 172.00 | GB | 6 000 | 1,032.00 |
| Digital Reef Hosting - Adv ECA | 314.05 | GB | 2 000 | 628.10 |
| | | | **Total to Bill This Contract:** | US$1,810.10 |
| | | | **Tax Amount:** | US$0.00 |
| | | | **Total Amount Due:** | US$1,810.10 |

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059
Payment remittance only: AR@transperfect.com • Enquiries: GlobalCollections@transperfect.com or your Sales Contact
WWW.TRANSPERFECT.COM
1 of 2

Case: 23-30564   Doc# 1441   Filed: 10/23/25   Entered: 10/23/25 11:12:31   Page 12 of 16

## PAYMENT INSTRUCTIONS

Please note, TransPerfect always prefers to receive payments electronically whenever possible.

**Please remit payment to:**
TransPerfect Document Management, Inc.
Attn.: Accounts Receivable
1250 Broadway, 32nd Floor
New York, NY 10001
212.689.5555
ar@transperfect.com

**Wire Transfer Details:**
**Flagstar Bank, N.A.**
**A/C #:** ▮▮▮▮▮▮ 6914
**ABA Routing #:** ▮▮▮▮▮▮
**SWIFT CODE:** ▮▮▮▮▮▮

**Please reference the Contract # DM0327643 and Invoice # 288344 with your remittance.**
Invoices paid by credit card are subject to a 3% processing fee.
Interest will be charged at the rate of 1.50% per month (or the maximum allowed by law) for accounts more than a month past due.

### Payment made on time

| Payment Due Date | Total Due |
|---|---|
| 2025-09-24 | US$1,810.10 |

### Payment made late (interest assessed)

| Late Payment Date | Total Interest Penalty Amount (1.50% per month) | Total Due |
|---|---|---|
| 2025-10-24 | US$27.15 | US$1,837.25 |
| 2025-11-24 | US$54.30 | US$1,864.40 |
| 2025-12-24 | US$81.45 | US$1,891.55 |

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059
Payment remittance only: AR@transperfect.com • Enquiries: GlobalCollections@transperfect.com or your Sales Contact
WWW.TRANSPERFECT.COM
2 of 2

Case: 23-30564   Doc# 1441   Filed: 10/23/25   Entered: 10/23/25 11:12:31   Page 13 of 16



**Bill To:**
Sheppard Mullin Richter & Hampton LLP
Attn: Amanda Cottrell
2200 Ross Avenue
Floor 20
Dallas, TX 75201
USA

**Requested By:**
Amanda Cottrell
Sheppard Mullin Richter & Hampton LLP
2200 Ross Avenue
Floor 20
Dallas, TX 75201
USA

| | | | | |
|---|---|---|---|---|
| **Invoice #:** | 290790 | | **Sales Contact:** | Zoe Saumell |
| **Invoice Date:** | 09/30/2025 | | **Payment Terms:** | Net 30 |
| **Invoice Due:** | 10/30/2025 | | | |
| **Contract #:** | DM0330302 | | **Purchase Order #:** | RCASF Hosting SEPTEMBER 2025 |
| **Case Name:** | RCASF Bankruptcy | | | |
| **Requested Date:** | 09/01/2025 | | | |

**Project Notes:**
RCASF Hosting SEPTEMBER 2025

| Description | Quantity | Unit | Unit Cost($) | Extended Cost($) |
|---|---|---|---|---|
| **2025 September** | | | | |
| Monthly Storage Fees | 172.00 | GB | 6 000 | 1,032.00 |
| Project Management | 0.50 | Hour | 175 000 | 87.50 |
| Monthly User Access Fee | 2.00 | Each | 75 000 | 150.00 |
| Digital Reef Hosting - Adv ECA | 314.05 | GB | 2 000 | 628.10 |
| | | | **Total to Bill This Contract:** | US$1,897.60 |
| | | | **Tax Amount:** | US$0.00 |
| | | | **Total Amount Due:** | US$1,897.60 |

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059
Payment remittance only: AR@transperfect.com • Enquiries: GlobalCollections@transperfect.com or your Sales Contact
WWW.TRANSPERFECT.COM
1 of 2

Case: 23-30564   Doc# 1441   Filed: 10/23/25   Entered: 10/23/25 11:12:31   Page 14 of 16

# PAYMENT INSTRUCTIONS

Please note, TransPerfect always prefers to receive payments electronically whenever possible.

**Please remit payment to:**
TransPerfect Document Management, Inc.
Attn.: Accounts Receivable
1250 Broadway, 32nd Floor
New York, NY 10001
212.689.5555
ar@transperfect.com

**Wire Transfer Details:**
**Flagstar Bank, N.A.**
**A/C #:** ███████ 6914
**ABA Routing #:** ███████
**SWIFT CODE:** ███████

**Please reference the Contract # DM0330302 and Invoice # 290790 with your remittance.**
Invoices paid by credit card are subject to a 3% processing fee.
Interest will be charged at the rate of 1.50% per month (or the maximum allowed by law) for accounts more than a month past due.

### Payment made on time

| Payment Due Date | Total Due |
|---|---|
| 2025-10-30 | US$1,897.60 |

### Payment made late (interest assessed)

| Late Payment Date | Total Interest Penalty Amount (1.50% per month) | Total Due |
|---|---|---|
| 2025-12-01 | US$28.46 | US$1,926.06 |
| 2026-01-01 | US$56.93 | US$1,954.53 |
| 2026-02-02 | US$85.39 | US$1,982.99 |

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059
Payment remittance only: AR@transperfect.com • Enquiries: GlobalCollections@transperfect.com or your Sales Contact
WWW.TRANSPERFECT.COM
2 of 2

Case: 23-30564   Doc# 1441   Filed: 10/23/25   Entered: 10/23/25 11:12:31   Page 15 of 16

| Record Owner | Date | Time (Hr) | Chronicle | Hourly |
|---|---|---|---|---|
| Matthew Sherman | 9/25/2025 | 0.5 | 20250925 - Prepare search in Relativity per reques from A Cottrell; correspondence re: same. | $175 |
| | | Total 0.5 | | |