Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086
Thomas R. Phinney, State Bar No. 159435
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
  WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone:     (916) 329-7400
Facsimile:     (916) 329-7435
Email:         ppascuzzi@ffwplaw.com
               jrios@ffwplaw.com
               tphinney@ffwplaw.com
               mkutsuris@ffwplaw.com

Ori Katz, State Bar No. 209561
Alan H. Martin, State Bar No. 132301
Jeannie Kim, State Bar No. 270713
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:     (415) 434-9100
Facsimile:     (415) 434-3947
Email:         okatz@sheppardmullin.com
               amartin@sheppardmullin.com
               jekim@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>    Debtor and<br>    Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>Date:     December 4, 2025<br>Time:    1:30 p.m.<br>Location: Via ZoomGov<br>Judge:   Hon. Dennis Montali |

**OMNIBUS NOTICE OF HEARING ON DEBTOR IN POSSESSION'S MOTIONS FOR:**

    **I.    SIXTH INTERIM APPLICATION OF FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES AS BANKRUPTCY COUNSEL FOR THE DEBTOR**

Case: 23-30564    Doc# 1448    Filed: 10/23/25    Entered: 10/23/25 11:58:08    Page 1 of 8

CASE NO. 23-30564
OMNIBUS NOTICE OF HEARING ON INTERIM FEE APPS

IN POSSESSION FOR THE PERIOD OF JUNE 1, 2025, THROUGH SEPTEMBER 30, 2025;

II. SIXTH INTERIM APPLICATION OF SHEPPARD MULLIN RICHTER & HAMPTON LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JUNE 1, 2025, THROUGH SEPTEMBER 30, 2025;

III. SIXTH INTERIM APPLICATION OF WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN LAW CORPORATION FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL FOR THE DEBTOR IN POSSESSION FOR THE PERIOD OF JUNE 1, 2025, THROUGH SEPTEMBER 30, 2025;

IV. SIXTH INTERIM APPLICATION OF GLASSRATNER ADVISORY & CAPITAL GROUP, LLC FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR FOR THE DEBTOR FOR THE PERIOD OF JUNE 1, 2025, THROUGH SEPTEMBER 30, 2025;

V. FOURTH INTERIM APPLICATION OF BLANK ROME, LLP FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES AS SPECIAL INSURANCE COUNSEL FOR THE DEBTOR IN POSSESSION FOR THE PERIOD OF JUNE 1, 2025, THROUGH SEPTEMBER 30, 2025;

VI. FIFTH INTERIM APPLICATION OF TRANSPERFECT LEGAL SOLUTIONS FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES AS PROVIDER OF LITIGATION SUPPORT CONSULTING AND E-DISCOVERY SERVICES TO THE DEBTOR FOR THE PERIOD OF JUNE 1, 2025, THROUGH SEPTEMBER 30, 2025;

**NOTICE IS HEREBY GIVEN** that The Roman Catholic Archbishop of San Francisco, debtor and debtor in possession herein ("Debtor"), has filed the above-referenced six interim applications for allowance of fees and reimbursement of expenses. These six interim fee applications (hereafter referred to collectively as the "Fee Applications") seek entry of orders allowing fees and reimbursement of expenses described below pursuant to 11 U.S.C. §§ 330 and 331, and Fed. R. Bankr. Proc. 2016.

**NOTICE IS HEREBY GIVEN** that the hearing on the Fee Applications is scheduled before the Honorable Dennis Montali on December 4, 2025, at 1:30 p.m. at the United States Bankruptcy Court, Northern District of California, San Francisco Division (the "Hearing"). The Hearing will not be conducted in the presiding judge's courtroom but instead will be conducted by videoconference via ZoomGov or such other video connection provided by the Court. The Bankruptcy Court's website provides information regarding how to arrange an appearance at a video hearing. If you have questions about how to participate in a video hearing, you may contact

the court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website. The link to the judge's electronic calendar is: https://www.canb.uscourts.gov/judge/montali/calendar.

**NOTICE IS FURTHER GIVEN** that this notice does not contain all the particulars of the Fee Applications or supporting documents, nor does it summarize all of the evidence submitted in support. For further specifics concerning the Fee Applications and the relief requested, you are encouraged to review the Fee Applications and the supporting evidence, including the supporting Declarations, copies of which may be obtained from the website to be maintained by the Debtor's Claims Agent Omni Agent Solutions, Inc., at https://www.omniagentsolutions.com/RCASF. You may also access these documents from the Court's Pacer system (requires a subscription). The web page address for the United States Bankruptcy Court for the Northern District of California is http://www.canb.uscourts.gov.

**NOTICE IS FURTHER GIVEN** that any opposition or response to the Fee Applications must be in writing, filed with the Bankruptcy Court, and served on the counsel for the Debtor at the above-referenced addresses so as to be received by **November 13, 2025**. Any opposition or response must be filed and served on the Limited Service List as provided in the *Final Order Granting Motion to Establish Notice Procedures and to File Confidential Information Under Seal* at ECF No. 227. The updated Limited Service List may be obtained from the Omni website listed above. Failure to file timely opposition and appear at the Hearing may constitute a waiver of your objections.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one

The Fee Applications are supported by the previously filed *Declaration of Joseph J. Passarello in Support of Chapter 11 Petition and First Day Motions* filed on August 21, 2023, at ECF No. 14 ("Passarello Background Dec."), the *Declaration of Paul E. Gaspari in Support of Chapter 11 Petition and First Day Motions* filed on August 21, 2023 at ECF No. 15 ("Gaspari Dec."), and the additional declarations in support of each Application as described below. As

described in the Fee Applications, the Debtor has made substantial progress in establishing the foundations for operating in chapter 11 and establishing a process for a global mediation to provide a framework for a chapter 11 Plan of Reorganization. The Fee Applications are described below and filed herewith. The titles of each of the Fee Applications are followed by a summary description of the relief requested in each Fee Application as set forth below.

I. **SIXTH INTERIM APPLICATION OF FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES AS BANKRUPTCY COUNSEL FOR THE DEBTOR IN POSSESSION**

Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP (hereinafter "FFWPR"), co-bankruptcy counsel for the Debtor, submits its application (the "FFWPR Application") for sixth interim allowance of fees and reimbursement of expenses for the four-month period of June 1, 2025, through and including September 30, 2025 (the "Application Period") as set forth in the Request for Relief below. In support of the FFWPR Application, FFWPR relies on the *Declaration of Paul J. Pascuzzi* filed in support of the FFWPR Application, the *Declaration of Fr. Patrick Summerhays* and the pleadings and papers on file in this case, and on such other evidence and argument as may be submitted before or during the Hearing.

Through the FFWPR Application, FFWPR requests an Order:

1. Approving on an interim basis FFWPR's fees in the amount of $186,252.00 and reimbursement of expenses in the amount of $2,319.37 for a total of $188,571.37 incurred from June 1, 2025, through and including September 30, 2025.

2. Authorizing payment to FFWPR by the Debtor of the unpaid balance of the allowed fees and expenses after application of any retainer.

II. **SIXTH INTERIM APPLICATION OF SHEPPARD MULLIN RICHTER & HAMPTON LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JUNE 1, 2025, THROUGH SEPTEMBER 30, 2025;**

Sheppard Mullin Richter & Hampton LLP (hereinafter "SMRH"), co-bankruptcy counsel for the Debtor, submits its application (the "SMRH Application") for sixth interim allowance of fees and reimbursement of expenses for the Application Period as set forth in the Request for Relief

below. In support of the SMRH Application, SMRH relies on the *Declaration of Ori Katz in Support of Sixth Interim Fee Application of Sheppard, Mullin, Richter & Hampton LLP, for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of June 1, 2025, through September 30, 2025* filed in support of the SMRH Application, and the pleadings and papers on file in this case, and on such other evidence and argument as may be submitted before or during the Hearing.

Through the SMRH Application, SMRH requests an Order:

1. Approving on an interim basis SMRH's fees in the amount of $752,972.60 and reimbursement of expenses in the amount of $12,599.93 for a total of $765,572.53 incurred from June 1, 2025, through and including September 30, 2025.

2. Authorizing payment to SMRH by the Debtor of the unpaid balance of the allowed fees and expenses.

### III. SIXTH INTERIM APPLICATION OF WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN LAW CORPORATION FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL FOR THE DEBTOR IN POSSESSION FOR THE PERIOD OF JUNE 1, 2025, THROUGH SEPTEMBER 30, 2025

Weintraub Tobin Chediak Coleman Grodin Law Corporation, (hereinafter "Weintraub"), special corporate and litigation attorneys for the Debtor, submits its application (the "Weintraub Application") for sixth interim allowance of fees and reimbursement of expenses for the Application Period as set forth in the Request for Relief below. In support of the Weintraub Application, Weintraub relies on the *Declaration of Paul E. Gaspari* filed in support of the Weintraub Application, the *Declaration of Fr. Patrick Summerhays* and the pleadings and papers on file in this case, and on such other evidence and argument as may be submitted before or during the Hearing.

Through the Weintraub Application, Weintraub requests an Order:

1. Approving on an interim basis, Weintraub's fees in the amount of $250,898.50 and reimbursement of expenses in the amount of $1,293.43 for a total of $252,191.93 incurred from June 1, 2025, through and including September 30, 2025.

///

2.  Authorizing payment to Weintraub by the Debtor of the unpaid balance of the allowed fees and expenses after application of any retainer.

IV.  **SIXTH INTERIM APPLICATION OF GLASSRATNER ADVISORY & CAPITAL GROUP, LLC FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR FOR THE DEBTOR FOR THE PERIOD OF JUNE 1, 2025, THROUGH SEPTEMBER 30, 2025**

GlassRatner Advisory & Capital Group, LLC (hereinafter "GlassRatner"), financial advisor for the Debtor, submits its application (the "GlassRatner Application") for sixth interim allowance of fees and reimbursement of expenses for the Application Period as set forth in the Request for Relief below. In support of the GlassRatner Application, GlassRatner relies on the *Declaration of Wayne P. Weitz* filed in support of the GlassRatner Application, the *Declaration of Fr. Patrick Summerhays* and the pleadings and papers on file in this case, and on such other evidence and argument as may be submitted before or during the Hearing.

Through the GlassRatner Application, GlassRatner requests an Order:

1.  Approving on an interim basis, GlassRatner's fees in the amount of $192,450.00 and reimbursement of expenses in the amount of $1,682.94 for a total of $194,132.94 incurred from June 1, 2025, through and including September 30, 2025.

2.  Authorizing payment to GlassRatner by the Debtor of the unpaid balance of the allowed fees and expenses.

V.  **FOURTH INTERIM APPLICATION OF BLANK ROME, LLP FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES AS SPECIAL INSURANCE COUNSEL FOR THE DEBTOR IN POSSESSION FOR THE PERIOD OF JUNE 1, 2025 THROUGH SEPTEMBER 30, 2025**

Blank Rome, LLP (hereinafter "BR"), special insurance counsel for the Debtor, submits its application (the "BR Application") for fourth interim allowance of fees and reimbursement of expenses incurred from of June 1, 2025 through September 30, 2025 during Application Period as set forth in the Request for Relief below. In support of the BR Application, BR relies on the *Declaration of Barron L. Weinstein* filed in support of the BR Application, the *Declaration of Fr. Patrick Summerhays* and the pleadings and papers on file in this case, and on such other evidence and argument as may be submitted before or during the Hearing.

Case: 23-30564    Doc# 1448    Filed: 10/23/25    Entered: 10/23/25 11:58:08    Page 6 of 8

Through the BR Application, BR requests an Order:

1. Approving on an interim basis, BR's fees in the amount of $213,393.40 and reimbursement of expenses in the amount of $1,888.00 for a total of $215,281.40 incurred from June 1, 2025, through and including September 30, 2025.

2. Authorizing payment to BR by the Debtor of the unpaid balance of the allowed fees and expenses after application of any retainer.

VI. **FIFTH INTERIM APPLICATION OF TRANSPERFECT LEGAL SOLUTIONS FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES AS PROVIDER OF LITIGATION SUPPORT CONSULTING AND E-DISCOVERY SERVICES TO THE DEBTOR FOR THE PERIOD OF JUNE 1, 2025 THROUGH SEPTEMBER 30, 2025**

TransPerfect Document Management, Inc. and Chancery Staffing Solutions, LLC (d/b/a TransPerfect Staffing Solutions), together known as TransPerfect Legal Solutions ("TransPerfect"), provider of litigation consulting and e-discovery support services to the Debtor, submits its fifth application (the "TransPerfect Application") for interim allowance of fees and reimbursement of expenses incurred from June 1, 2025, through September 30, 2025 as set forth in the Request for Relief below. In support of the TransPerfect Application, TransPerfect relies on the *Declaration of David Brill* filed in support of the TransPerfect Application, and the pleadings and papers on file in this case, and on such other evidence and argument as may be submitted before or during the Hearing.

Through the TransPerfect Application, TransPerfect requests an Order:

1. Approving on an interim basis, TransPerfect's fees in the amount of $10,595.50 and reimbursement of expenses in the amount of $0.00 for a total of $10,595.50 incurred from June 1, 2025, through September 30, 2025.

///
///
///
///
///
///

2. Authorizing payment to TransPerfect by the Debtor of the unpaid balance of the allowed fees and expenses after application of any retainer.

Dated: October 23, 2025

FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP

By: */s/ Jason E. Rios*
Paul J. Pascuzzi
Jason E. Rios
Thomas R. Phinney
Mikayla E. Kutsuris
Attorneys for The Roman Catholic Archbishop of San Francisco

Dated: October 23, 2025

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: */s/ Ori Katz*
Ori Katz
Alan H. Martin
Jeannie Kim
Attorneys for The Roman Catholic Archbishop of San Francisco