Mark D. Plevin  (State Bar No. 146278)
PLEVIN & TURNER LLP
580 California Street, Suite 1200
San Francisco, California  94104
Telephone:	(202) 580-6640
Email:	mplevin@plevinturner.com

Miranda H. Turner (admitted *pro hac vice*)
Jordan A. Hess (admitted *pro hac vice*)
PLEVIN & TURNER LLP
1701 Pennsylvania Avenue, N.W., Suite 200
Washington, D.C.  20004
Telephone:	(202) 5809-6640
Email:	mturner@plevinturner.com,
jhess@plevinturner.com

Alexander Potente (State Bar No. 208240)
Jason J. Chorley (State Bar No. 263225)
CLYDE & CO US LLP
150 California Street, 15th Floor
San Francisco, California  94111
Telephone:  (415)_365-9800
Email:  alex.potente@clydeco.us,
jason.chorley@clydeco.us

Attorneys for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and<br>Debtor in Possession. | Case No. 23-30564<br><br>Judge Montali<br><br>**NOTICE OF HEARING ON *EX PARTE* APPLICATION BY CERTAIN INSURERS FOR ENTRY OF AN ORDER UNDER BANKRUPTCY RULE 2004**<br><br>Date:	February 12, 2026<br>Time:	1:30 p.m. Pacific Standard Time<br>Location:	Via Zoom |

**NOTICE IS HEREBY GIVEN** that Century Indemnity Company, Pacific Indemnity Company, Westchester Fire Insurance Company, St. Paul Fire and Marine Insurance Company, Travelers Casualty and Surety  Company, Westport Insurance Corporation, Appalachian Insurance Company, and Certain Underwriters at Lloyd's, London and Certain London Market Insurance Companies ("Certain Insurers") have filed an *Ex Parte Application by*

*Certain Insurers for Entry of An Order Under Bankruptcy Rule 2004* (the "Application") and that a hearing on the Application is scheduled on February 12, 2026 at 1:30 p.m. Pacific Standard Time before Hon. Dennis Montali. This hearing will be conducted only via Zoom. The court's website provides information explaining how to appear at a video hearing. If you have questions about how to participate in a video hearing, you may contact the court by calling 888-821-7606 or by using the Live Chat feature on the court's website.

**NOTICE IS FURTHER GIVEN** that the Application is supported by arguments made therein, the pleadings and papers on file in this case, and such other evidence and argument as may be submitted before or during the hearing on the Application. By the Application, Certain Insurers request entry of an order pursuant to Bankruptcy Rules 2004 and 9016 and Local Bankruptcy Rule 2004-1(a) authorizing Certain Insurers to serve document requests and deposition notices (and, to the extent necessary, subpoenas *duces tecum* and *ad testificandum*) on (i) abuse claimants who, on or after December 18, 2025, served Debtor with Demand Letters (as defined in the Application) ("Claimants") and (ii) all persons (including attorneys for Claimants) who signed proofs of claim and/or optional questionnaires supplementing proofs of claim submitted on behalf of Claimants. Forms of the document requests and deposition notices that Certain Insurers seek authorization to serve (which could also be attachments to subpoenas, to the extent subpoenas are required) are attached as Exhibits A, B, and C to the Application.

**NOTICE IS FURTHER GIVEN** that, under Local Bankruptcy Rule 2004-1(a), "[t]he Clerk may issue on behalf of the Court, ex parte and without notice, orders granting applications for examination of an entity pursuant to Bankruptcy Rule 2004(a)." Thus, no notice of the Application need be given. Notwithstanding, Certain Insurers will provide notice of this Application to: (i) Mr. George, the attorney who signed the proofs of claim and questionnaires for his 17 clients who served Demand Letters identified in the Application; (ii) the Office of the United States Trustee; (iii) counsel for the Committee; (iv) counsel for the Debtor; and (v) all other parties registered to receive CM/ECF filings in this bankruptcy case.

| | |
|---|---|
| Dated: January 21, 2026 | Respectfully submitted, |
| | By: __/s/ *Mark D. Plevin*__ |
| | Mark D. Plevin |
| | PLEVIN & TURNER LLP |
| | 580 California Street, Suite 1200 |
| | San Francisco, California 94104 |
| | Telephone: (202) 580-6640 |
| | Email: mplevin@plevinturner.com |
| | |
| | Miranda H. Turner (admitted *pro hac vice*) |
| | Jordan A. Hess (admitted *pro hac vice*) |
| | PLEVIN & TURNER LLP |
| | 1701 Pennsylvania Avenue, N.W., Suite 200 |
| | Washington, DC 20006 |
| | Telephone: (202) 580-6640 |
| | Email: mturner@plevinturner.com, jhess@plevinturner.com |
| | |
| | Alexander Potente (State Bar No. 208240) |
| | Jason J. Chorley (State Bar No. 263225) |
| | CLYDE & CO US LLP |
| | 150 California Street, 15th Floor |
| | San Francisco, California 94111 |
| | Telephone: (415)_365-9800 |
| | Email: alex.potente@clydeco.us, jason.chorley@clydeco.us |
| | |
| | *Attorneys for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company* |
| | |
| | Joshua Haevernick (State Bar No. 308380) |
| | DENTONS US LLP |
| | 1999 Harrison Street, Suite 1300 |
| | Oakland, California 94612 |
| | Telephone: (415) 882-5000 |
| | Email: joshua.haevernick@dentons.com |
| | |
| | Patrick C. Maxcy (admitted *pro hac vice*) |
| | DENTONS US LLP |
| | 233 South Wacker Drive, Suite 5900 |
| | Chicago, Illinois 60606 |
| | Telephone: (312) 876-8000 |
| | Email: patrick.maxcy@dentons.com |
| | |
| | Andrew D. Telles Wyatt (State Bar No. 316740) |
| | DENTONS US LLP |
| | 4675 MacArthur Court, Suite 1250 |

| | |
|---|---|
| 1 | Newport Beach, California 92660 |
| 2 | Telephone: (949) 732-3700 |
| | Email: andrew.wyatt@dentons.com |
| 3 | |
| | *Attorneys for St. Paul Fire and Marine Insurance Company* |
| 4 | *and Travelers Casualty and Surety Company* |
| 5 | Harris B. Winsberg (admitted pro hac vice) |
| | Matthew M. Weiss (admitted pro hac vice) |
| 6 | Matthew G. Roberts (admitted pro hac vice) |
| 7 | Brian C. Aton (SBN 339266) |
| | PARKER, HUDSON, RAINER & DOBBS LLP |
| 8 | 303 Peachtree Street NE, Suite 3600 |
| | Atlanta, Georgia 30308 |
| 9 | Telephone: (404) 523-5300 |
| 10 | Email: hwinsberg@phrd.com, mweiss@phrd.com, |
| | mroberts@phrd.com, baton@phrd.com |
| 11 | |
| 12 | Todd C. Jacobs (admitted pro hac vice) |
| | John E. Bucheit (admitted pro hac vice) |
| 13 | PARKER, HUDSON, RAINER & DOBBS LLP |
| | Two N. Riverside Plaza, Suite 1850 |
| 14 | Chicago, Illinois 60606 |
| | Telephone: (312) 477-3305 |
| 15 | Email: tjacobs@phrd.com, jbucheit@phrd.com |
| 16 | |
| | SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC |
| 17 | Blaise S. Curet (SBN 124983) |
| | 2000 Powell Street, Suite 830 |
| 18 | Emeryville, California 94608 |
| | Telephone: (415) 352-6200 |
| 19 | Email: bcuret@spcclaw.com |
| 20 | |
| | Robin D. Craig (SBN 130935) |
| 21 | LAW OFFICE OF ROBIN D. CRAIG |
| | 6114 La Salle Ave., No. 517 |
| 22 | Oakland, California 94611 |
| | Telephone: (510) 549-3310 |
| 23 | Email: rdc@rcraiglaw.com |
| 24 | |
| | *Attorneys for Westport Insurance Corporation f/k/a* |
| 25 | *Employers Reinsurance Corporation* |
| 26 | Russell W. Roten |
| | Jeff D. Kahane |
| 27 | Timothy W. Evanston |
| | SKARZYNSKI MARICK & BLACK LLP |
| 28 | 333 South Grand Street, Suite 3550 |

Los Angeles, California 90071
Telephone: (213) 721-0650
Email: rroten@skarzynski.com,
jkahane@skarzynski.com,
tevanston@skarzynski.com,

Catalina J. Sugayan (*pro hac vice* forthcoming)
Yongli Yang (*pro hac vice* forthcoming)
CLYDE & CO US LLP
30 S. Wacker Drive, Suite 2600
Chicago, Illinois 60606
Telephone: (312) 635-7000
Email: Catalina.Sugayan@clydeco.us,
Yongli.Yang@clydeco.us

*Attorneys for Certain Underwriters at Lloyd's, London and Certain London Market Insurance Companies*[1]

Harris B. Winsberg (admitted pro hac vice)
Matthew M. Weiss (admitted pro hac vice)
Matthew G. Roberts (admitted pro hac vice)
Brian C. Aton (SBN 339266)
PARKER, HUDSON, RAINER & DOBBS LLP
303 Peachtree Street NE, Suite 3600
Atlanta, Georgia 30308
Telephone: (404) 523-5300
Email: hwinsberg@phrd.com, mweiss@phrd.com, mroberts@phrd.com, baton@phrd.com

Todd C. Jacobs (admitted pro hac vice)
John E. Bucheit (admitted pro hac vice)
PARKER, HUDSON, RAINER & DOBBS LLP
Two N. Riverside Plaza, Suite 1850
Chicago, Illinois 60606
Telephone: (312) 477-3305
Email: tjacobs@phrd.com, jbucheit@phrd.com

Christina M. Lincoln (SBN 274352)
ROBINS KAPLAN LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 552-0130

---

[1] Certain London Market Insurance Companies include Catalina Worthing Insurance Ltd f/k/a HFPI (as Part VII transferee of Excess Insurance Co. Ltd.); the Ocean Marine Insurance Company Limited (as Part VII transferee of the World Auxiliary Insurance Corporation Limited); River Thames Insurance Company Limited; Dominion Insurance Company Limited; Companhia de Seguros Fidelidade-Mundial f/k/a Fidelidade Insurance Company of Lisbon; and R&Q Gamma Company Limited (as Part VII transferee of Anglo French Ltd.).

| | |
|---|---|
| 1 | Email: clincoln@robinskaplan.com |
| 2 | Melissa M. D'Alelio |
| 3 | Taylore E. Karpa Schollard<br>ROBINS KAPLAN LLP |
| 4 | 800 Boylston Street, Suite 2500<br>Boston, Massachusetts 02199 |
| 5 | Telephone: (617) 267-2300 |
| 6 | Email: mdalelio@robinskaplan.com,<br>tkarpa@robinskaplan.com |
| 7 | |
| 8 | *Attorneys for Appalachian Insurance Company* |