James I. Stang (CA Bar No. 94435)
Brittany M. Michael *(Pro Hac Vice)*
Gail Greenwood (CA Bar No. 169939)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, 34th Floor, Suite 3430
San Francisco, CA  94104-4436
Email: jstang@pszjlaw.com
          bmichael@pszjlaw.com
          ggreenwood@pszjlaw.com

*Attorneys for The Official*
*Committee of the Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor. | **CERTIFICATE OF SERVICE** |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

STATE OF CALIFORNIA )
)
CITY OF SAN FRANCISCO )

I, Matt Renck, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One Sansome Street, 34th Floor, Suite 3430, San Francisco, CA 94104-4436.

On April 10, 2026, I caused to be served the following documents in the manner stated below:

- **COUNTER-DESIGNATION OF THE RECORD AND STATEMENT OF ISSUES FILED BY APPELLEE THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

| | |
|---|---|
| ☒ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On **April 9, 2026** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below |
| ☐ | (BY OVERNIGHT DELIVERY) By sending by FedEx and/or USPS Express Mail to the addressee(s) as indicated on the attached list. |
| ☐ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| ☒ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on April 10, 2026 at San Francisco, California.

*/s/ Matthew Renck*
_____
*Legal* Assistant

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

3

## ECF/NEF List

- Matthew John Antonelli mantonelli@ruggerilaw.com
- Darren Azman dazman@mwe.com, mco@mwe.com
- Jesse Bair jbair@burnsbair.com, kdempski@burnsbair.com
- Charles A Beckham charles.beckham@haynesboone.com
- Hagop T. Bedoyan hagop.bedoyan@mccormickbarstow.com, ecf@kleinlaw.com
- David P. Bender david.bender@haynesboone.com
- Jason Blumberg jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov
- Gillian Nicole Brown gbrown@pszjlaw.com
- John Bucheit jbucheit@phrd.com
- Timothy W. Burns tburns@burnsbair.com, kdempski@burnsbair.com
- George Calhoun george@ifrahlaw.com
- Peter C. Califano pcalifano@nvlawllp.com
- Brian P Cawley bcawley@burnsbair.com
- Robert M Charles Robert.Charles@wbd-us.com
- Jason Chorley jason.chorley@clydeco.us, Robert.willis@clydeco.us
- Kevin W. Coleman kcoleman@nutihart.com, nwhite@nutihart.com
- Amanda L. Cottrell acottrell@sheppardmullin.com, JHerschap@sheppardmullin.com
- Jennifer Witherell Crastz jcrastz@hemar-rousso.com
- Blaise S Curet bcuret@spcclaw.com
- Melissa M D'Alelio mdalelio@robinskaplan.com
- Jared A. Day jared.a.day@usdoj.gov
- Michele Nicole Detherage mdetherage@robinskaplan.com
- Allan B Diamond adiamond@diamondmccarthy.com
- Daniel Lloyd Egan degan@wilkefleury.com
- Stephen John Estey steve@estey-bomberger.com
- Timothy W. Evanston tevanston@skarzynski.com
- Trevor Ross Fehr trevor.fehr@usdoj.gov
- Michael Finnegan mike@andersonadvocates.com
- Robert David Gallo dgallo@khlawfirm.com
- Joseph Charles George jgeorgejr@psyclaw.com
- Debra I. Grassgreen dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- Gail S. Greenwood ggreenwood@pszjlaw.com, rrosales@pszjlaw.com
- John Grossbart john.grossbart@dentons.com, docket.general.lit.chi@dentons.com
- John Grossbart , docket.general.lit.chi@dentons.com
- Joshua K Haevernick joshua.haevernick@dentons.com
- Robert G. Harris rob@bindermalter.com, melissa@bindermalter.com
- Christopher Hart chart@nutihart.com
- Deanna K. Hazelton deanna.k.hazelton@usdoj.gov
- Benjamin Frederick Heidlage bheidlage@hsgllp.com
- Jordan Anthony Hess jhess@plevinturner.com
- Todd C. Jacobs tjacobs@phrd.com
- Daniel James daniel.james@clydeco.us
- Christopher D. Johnson chris.johnson@diamondmccarthy.com
- Jeff D. Kahane jkahane@skarzynski.com
- Blair Kaminsky bkaminsky@hsgllp.com
- Taylore Karpa Schollard tkarpa@robinskaplan.com
- Ori Katz okatz@sheppardmullin.com, LSegura@sheppardmullin.com
- Jeannie Kim jkim@go2.law, wgllp@ecf.courtdrive.com
- David S. Kupetz david.kupetz@troutman.com, Mylene.Ruiz@lockelord.com
- Mikayla Kutsuris mkutsuris@ffwplaw.com
- Jennifer R Liakos jenn@jennliakoslaw.com
- Neil Lieberman nlieberman@hsgllp.com
- Christina Marie Lincoln clincoln@robinskaplan.com, LCastiglioni@robinskaplan.com
- Lisa Arlyn Linsky llinsky@mwe.com
- Sin-Ting Mary Liu mliu@awkolaw.com
- John William Lucas jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Alan H. Martin AMartin@sheppardmullin.com, lwidawskyleibovici@sheppardmullin.com
- Patrick Maxcy patrick.maxcy@dentons.com, docket.general.lit.chi@dentons.com
- Patrick Maxcy , docket.general.lit.chi@dentons.com
- Patrick Emerson McCormick patrick.e.mccormick@wbd-us.com
- Brittany Mitchell Michael bmichael@pszjlaw.com
- M. Keith Moskowitz keith.moskowitz@dentons.com
- Mia Nieto mia.nieto@haynesboone.com
- Michael Norton michael.norton@clydeco.us, nancy.lima@clydeco.us
- Gregory C Nuti gnuti@nutihart.com
- Office of the U.S. Trustee / SF USTPRegion17.SF.ECF@usdoj.gov
- Maricar Pascual mailbox@psyclaw.com

3

Case: 23-30564    Doc# 1712    Filed: 04/10/26    Entered: 04/10/26 14:48:43    Page 3 of 5

- Paul J. Pascuzzi    ppascuzzi@ffwplaw.com, docket@ffwplaw.com
- Valerie Bantner Peo    vbantnerpeo@buchalter.com
- Robert J. Pfister    rpfister@pslawllp.com
- Mark D. Plevin    mplevin@plevinturner.com, mark-plevin-crowell-moring-8073@ecf.pacerpro.com
- Gregory S. Powell    greg.powell@usdoj.gov, Tina.L.Spyksma@usdoj.gov
- Douglas B. Provencher    dbp@provlaw.com
- Nathan W. Reinhardt    nreinhardt@skarzynski.com
- Jason E. Rios    jrios@ffwplaw.com, docket@ffwplaw.com
- Kathleen Mary Derrig Rios    Katie.Rios@wbd-us.com
- Matthew Roberts    mroberts@phrd.com
- Annette Rolain    arolain@ruggerilaw.com
- Julie H. Rome-Banks    julie@bindermalter.com
- Cheryl C. Rouse    rblaw@ix.netcom.com
- Samantha Ruben    samantha.ruben@dentons.com
- Jeffrey Schulman    jeffrey.schulman@blankrome.com
- Karen Sebaski    ksebaski@hsgllp.com
- Phillip John Shine    phillip.shine@usdoj.gov
- James I. Stang    jstang@pszjlaw.com
- Jennifer Stein    jennifer@andersonadvocates.com
- Ashley Storey    astorey@skarzynski.com
- Devin Miles Storey    dms@zalkin.com
- Jason D. Strabo    jstrabo@mwe.com, dnorthrop@mwe.com
- Justin Strother    justin.strother@diamondmccarthy.com
- Catalina Sugayan    catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us
- Edward J. Tredinnick    etredinnick@foxrothschild.com
- Miranda Turner    mturner@plevinturner.com
- Joshua D Weinberg    bkfilings@ruggerilaw.com
- Matthew Michael Weiss    mweiss@phrd.com
- Steven John Williamson    swilliamson@wilkefleury.com
- Harris Winsberg    hwinsberg@phrd.com
- Martha Wyrick    martha.wyrick@haynesboone.com
- Yongli Yang    yongli.yang@clydeco.us

## Via Email

| | |
|---|---|
| Jason Blumberg | jason.blumberg@usdoj.gov |
| Jared A. Day | jared.a.day@usdoj.gov |
| Trevor Ross Fehr | trevor.fehr@usdoj.gov |
| Deanna K. Hazelton | deanna.k.hazelton@usdoj.gov |
| Gregory S. Powell | greg.powell@usdoj.gov |
| Phillip John Shine | phillip.shine@usdoj.gov |
| Paul J. Pascuzzi | ppascuzzi@ffwplaw.com |
| Jason E. Rios | jrios@ffwplaw.com |
| Ori Katz | okatz@sheppardmullin.com |
| Alan H. Martin | amartin@sheppardmullin.com |
| Amanda L. Cottrell | acottrell@sheppardmullin.com |
| Jeannie Kim | jekim@sheppardmullin.com |
| Brian P. Cawley | bcawley@burnsbair.com |
| Blaise S. Curet | bcuret@spcclaw.com |
| Robin D. Craig | rdc@rcraiglaw.com |
| Matthew M. Weiss | mweiss@phrd.com |
| Matthew G. Roberts | mroberts@phrd.com |
| Todd Jacobs | tjacobs@phrd.com |
| John E. Bucheit | jbucheit@phrd.com |
| Catalina J. Sugayan | catalina.sugayan@clydeco.us |
| Russell W. Roten | rroten@skarzynski.com |
| Jeff D. Kahane | jkahane@skarzynski.com |
| Nathan Reinhardt | nreinhardt@skarzynski.com |

3

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

DOCS_SF:109528.1 05068/001

| | |
|---|---|
| Timothy W. Evanston | tevanston@skarzynski.com |
| Michael W. Ellison | mellison@sehlaw.com |
| Joshua D. Weinberg | jweinberg@ruggerilaw.com |
| Annette P. Rolain | arolain@ruggerilaw.com |
| Harris B. Winsberg | hwinsberg@phrd.com |
| Matthew C. Lovell | mlovell@nicolaidesllp.com |
| Christina M. Lincoln | clincoln@robinskaplan.com |
| Melissa M. D'Alelio | mdalelio@robinskaplan.com |
| Taylore E. Karpa Schollard | tkarpa@robinskaplan.com |
| Mark D. Plevin | mplevin@plevinturner.com |
| Miranda H. Turner | mturner@plevinturner.com |
| Jordan A. Hess | jhess@plevinturner.com |
| Alexander E. Potente | alex.potente@clydeco.us |
| Jason J. Chorley | jason.chorley@clydeco.us |
| Joshua Haevernick | joshua.haevernick@dentons.com |
| Patrick C. Maxey | patrick.maxey@dentons.com |
| Andrew D. Telles Wyatt | andrew.wyatt@dentons.com |
| Brian Aton | baton@phrd.com |
| Yongli Yang | Yongli.Yang@clydeco.us |
| Thomas Phinney | tphinney@ffwplaw.com |
| Mikayla Kutsuris | mkutsuris@ffwplaw.com |
| J. Herschap | JHerschap@sheppardmullin.com |
| Jeffrey Schulman | jeffrey.schulman@blankrome.com |
| Jesse Bair | jbair@burnsbair.com |
| Timothy W. Burns | tburns@burnsbair.com |
| J. George Jr. | jgeorgejr@psyclaw.com |
| | SATeam@awkolaw.com |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

3