Timothy W. Burns (admitted *pro hac vice*)
WI Bar 1068086
Jesse J. Bair (admitted *pro hac vice*)
WI Bar 1083779
BURNS BAIR LLP
10 East Doty Street, Suite 600
Madison, WI 53703
Telephone: (608) 286-2302
Email: tburns@burnsbair.com
     jbair@burnsbair.com

*Special Insurance Counsel to The Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re | Case No. 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
|     Debtor and Debtor in Possession. | **MONTHLY PROFESSIONAL FEE STATEMENT FOR BURNS BAIR LLP FOR MAY 2026** |

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Burns Bair LLP, special insurance counsel to the Official Committee of Unsecured Creditors (the "Committee"), hereby files its monthly professional fee statement for the period May 1, 2026 through May 31, 2026 (the "Fee Period"), pursuant to the *Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis* (the "Compensation Order"), entered on October 16, 2023 [ECF No. 212]. The total fees and expenses incurred by Burns Bair LLP on behalf of the Committee for the Fee Period are as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| May 1, 2026 through May 31, 2026 | $16,335.00 | $0.78 | $16,335.78 |
| Net Total Allowed Payments this Statement Period (80% of fees and 100% of expenses) | $13,068.00 | $0.78 | $13,068.78 |

Attached hereto at **Exhibit 1** is Burns Bair's itemized billing statement for its fees and expenses billed during the Fee Period. Pursuant to the Compensation Order, the Net Total Allowed

Payments detailed in the chart above shall be paid from funds held by the estate of the Debtor, The Roman Catholic Archbishop of San Francisco, unless an objection is filed with the Clerk of the Court and served upon Burns Bair LLP within *14 days after the date of service* of this monthly professional fee statement.

Dated: June 30, 2026

**BURNS BAIR LLP**

By: /s/ *Jesse J. Bair*
Jesse J. Bair

*Special Insurance Counsel to the Official Committee of Unsecured Creditors*

# EXHIBIT 1



10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
608-286-2302
www.BurnsBair.com

**Official Committee of Unsecured Creditors of Archbishop of San Francisco**

**Issue Date :** 6/16/2026

**Bill # :** 02268

**Matter:** Insurance

## PROFESSIONAL SERVICES RENDERED

### Committee Meetings

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 5/5/2026 | Brian Cawley | Participate in state court counsel meeting re term sheet negotiations (.6); | 0.60 | $330.00 |
| 5/7/2026 | Brian Cawley | Participate in Committee meeting for insurance purposes re term sheet and Plan issues (1.0); | 1.00 | $550.00 |
| 5/12/2026 | Brian Cawley | Participate in state court counsel meeting re mediation developments and ongoing negotiations (.5); | 0.50 | $275.00 |
| 5/12/2026 | Jesse Bair | Participate in state court counsel meeting for insurance purposes re case developments and ongoing term sheet negotiations (.5); | 0.50 | $450.00 |
| 5/14/2026 | Jesse Bair | Participate in Committee Meeting for insurance purposes re term sheet negotiations, case developments, and Plan allocation issues (1.0); | 1.00 | $900.00 |
| 5/19/2026 | Brian Cawley | Participate in state court counsel meeting re ongoing term sheet negotiations and next-steps (.4); | 0.40 | $220.00 |
| 5/20/2026 | Brian Cawley | Participate in Committee meeting re abuse claim reviewer candidates (1.2); | 1.20 | $660.00 |
| 5/21/2026 | Brian Cawley | Participate in Committee meeting re allocation protocol (3.0); | 3.00 | $1,650.00 |
| 5/26/2026 | Brian Cawley | Participate in state court counsel meeting re case developments and strategy (.6); | 0.60 | $330.00 |
| 5/28/2026 | Brian Cawley | Participate in committee meeting for insurance purposes re mediation developments, ongoing negotiations, and next-steps (1.2); | 1.20 | $660.00 |
| | | **Totals for Committee Meetings** | **10.00** | **$6,025.00** |

**Fee Applications**

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 5/4/2026 | Jesse Bair | Review and edit monthly fee statement (.1); | 0.10 | $90.00 |
| 5/4/2026 | Brenda Horn-Edwards | Draft monthly professional fee statement, certificate of service, and correspond with J. Bair re same (.3); | 0.30 | $102.00 |
| 5/4/2026 | Brenda Horn-Edwards | File and serve Burns Bair monthly professional fee statement (.2); | 0.20 | $68.00 |
| 5/19/2026 | Brenda Horn-Edwards | Correspond with J. Bair re monthly fee statement (.1); | 0.10 | $34.00 |
| 5/19/2026 | Jesse Bair | Correspond with B. Horn-Edwards re monthly fee statement (.1); | 0.10 | $90.00 |
| | | **Totals for Fee Applications** | **0.80** | **$384.00** |

**Insurance Recovery Activities**

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 5/1/2026 | Timothy Burns | Review order denying insurers' motion for leave to appeal (.2); | 0.20 | $224.00 |
| 5/1/2026 | Jesse Bair | Review and respond to correspondence with Committee professionals re negotiation developments (.2); | 0.20 | $180.00 |
| 5/3/2026 | Jesse Bair | Review correspondence with the mediators and parties re continued Zoom session re term sheet negotiations (.1); | 0.10 | $90.00 |
| 5/4/2026 | Jesse Bair | Brief review re debtor's additional revisions to draft term sheet and correspondence with Committee professionals and the mediator re same (.2); | 0.20 | $180.00 |
| 5/5/2026 | Brian Cawley | Draft summary re outcome and key takeaways from state court meeting re term sheet negotiations (.2); | 0.20 | $110.00 |
| 5/5/2026 | Jesse Bair | Review summary re state court counsel meeting re term sheet issues (.1); | 0.10 | $90.00 |
| 5/5/2026 | Jesse Bair | Participate in Zoom mediation session with the Debtor re ongoing term sheet negotiations (1.1); | 1.10 | $990.00 |
| 5/5/2026 | Brian Cawley | Participate in mediation session with debtor re term sheet negotiations (1.1); | 1.10 | $605.00 |
| 5/6/2026 | Jesse Bair | Review correspondence with mediators re supplemental mediation session (.1); | 0.10 | $90.00 |
| 5/6/2026 | Brian Cawley | Participate in conference with T. Burns re status of mediation and next steps (.2); | 0.20 | $110.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 5/6/2026 | Timothy Burns | Participate in conference with B. Cawley re status of mediation and next steps (.2); review summary re outcome of recent state court counsel meeting and related correspondence re term sheet negotiations (.2); | 0.40 | $448.00 |
| 5/7/2026 | Brian Cawley | Participate in post-Committee meeting discussion with PSZJ and state court counsel regarding case insurance issues (.6); | 0.60 | $330.00 |
| 5/8/2026 | Brian Cawley | Attend portion of term sheet mediation session (.8); | 0.80 | $440.00 |
| 5/8/2026 | Jesse Bair | Participate in portion of Zoom mediation session with the debtor re ongoing term sheet negotiations (1.4); participate in follow-up call with T. Gallagher re same and insurance negotiations (.1); | 1.50 | $1,350.00 |
| 5/12/2026 | Jesse Bair | Review demand letter summary received from the debtor (.1); | 0.10 | $90.00 |
| 5/12/2026 | Jesse Bair | Review the mediators' proposed revisions to the term sheet and mediators' memo in connection with same (.3); | 0.30 | $270.00 |
| 5/13/2026 | Brian Cawley | Participate in Zoom session with mediators re continued term sheet negotiations (.8); | 0.80 | $440.00 |
| 5/13/2026 | Jesse Bair | Participate in Zoom session with the mediator re continued term sheet negotiations (.8); | 0.80 | $720.00 |
| 5/14/2026 | Karen Dempski | Docket/calendar updated litigation deadlines (.2); | 0.20 | $68.00 |
| 5/17/2026 | Jesse Bair | Review mediators' additional proposed revisions to the term sheet and related correspondence with the mediators and Committee professionals re same (.2); | 0.20 | $180.00 |
| 5/18/2026 | Jesse Bair | Review stipulation to extend time to respond to Travelers adversary complaint (.1); | 0.10 | $90.00 |
| 5/18/2026 | Timothy Burns | Participate in call with state court counsel re insurance strategy issues (.4); | 0.40 | $448.00 |
| 5/18/2026 | Brian Cawley | Review and respond to coverage questions from state court counsel (.5); | 0.50 | $275.00 |
| 5/19/2026 | Brian Cawley | Draft summary re outcome of state court counsel meeting (.2); | 0.20 | $110.00 |
| 5/19/2026 | Timothy Burns | Review summary re outcome of state court counsel meeting and related correspondence (.2); | 0.20 | $224.00 |
| 5/19/2026 | Jesse Bair | Review summary re outcome of state court counsel meeting and review related correspondence re upcoming Committee meetings (.2); | 0.20 | $180.00 |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 5/20/2026 | Jesse Bair | Review the district court's order granting in part and denying in part the Diocese's motion to stay the Westport coverage action (.2); | 0.20 | $180.00 |
| 5/22/2026 | Jesse Bair | Review correspondence with the mediators and Committee professionals re proposed term sheet revisions and ongoing negotiations (.2); | 0.20 | $180.00 |
| 5/26/2026 | Timothy Burns | Review correspondence with Committee professionals and state court counsel re term sheet issues (.2); | 0.20 | $224.00 |
| 5/26/2026 | Jesse Bair | Review correspondence with the mediators re continued term sheet negotiations (.1); | 0.10 | $90.00 |
| 5/27/2026 | Jesse Bair | Conference with T. Burns re mediation issues, insurance negotiations, and case next steps (.2); | 0.20 | $180.00 |
| 5/27/2026 | Timothy Burns | Participate in call with state court counsel re insurance issues and mediation negotiations (.3); participate in conference with J. Bair re same and next-steps (.2); | 0.50 | $560.00 |
| 5/28/2026 | Jesse Bair | Participate in call with state court counsel re insurance exposure assessments and related negotiations (.2); | 0.20 | $180.00 |
| | | **Totals for Insurance Recovery Activities** | **12.40** | **$9,926.00** |

**Total Hours and Fees**              **23.20**    **$16,335.00**

## EXPENSES

| Date | Description | Amount |
|---|---|---|
| 05/04/2026 | Postage | $0.78 |
| **Total Expenses** | | **$0.78** |

## Timekeeper Summary

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Brenda Horn-Edwards | Paralegal | 0.60 | $340.00 | $204.00 |
| Brian Cawley | Associate | 12.90 | $550.00 | $7,095.00 |
| Jesse Bair | Partner | 7.60 | $900.00 | $6,840.00 |
| Karen Dempski | Paralegal | 0.20 | $340.00 | $68.00 |
| Timothy Burns | Partner | 1.90 | $1,120.00 | $2,128.00 |

**Total Due This Invoice:**    **$16,335.78**

Timothy W. Burns (admitted *pro hac vice*)
WI Bar 1068086
Jesse J. Bair (admitted *pro hac vice*)
WI Bar 1083779
BURNS BAIR LLP
10 East Doty Street, Suite 600
Madison, WI 53703
Telephone: (608) 286-2302
Email: tburns@burnsbair.com
        jbair@burnsbair.com

*Special Insurance Counsel to The Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP<br>OF SAN FRANCISCO,<br><br>      Debtor and Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

I, Brenda Horn-Edwards, declare that I am employed in the County of Dane, State of Wisconsin. I am over the age of 18 and not a party to the within action. My business address is 10 E. Doty Street, Suite 600, Madison, Wisconsin 53703.

On June 30, 2026, I served a true and correct copy of the **Monthly Professional Fee Statement for Burns Bair LLP for May 2026** in the manner stated below:

| | |
|---|---|
| ☑ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On June 30, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the participants on the attached Electronic Mail Notice List will receive NEF transmission at the email address stated. |
| ☑ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in Dane County, Wisconsin, in the ordinary course of business.<br><br>The Honorable Dennis Montali<br>United States Bankruptcy Court<br>Northern District of California<br>450 Golden Gate Avenue, 16th Floor<br>San Francisco, CA 94102 |

☑ (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached Service List at the email address stated.

I declare, under penalty of perjury, that the foregoing is true and correct. Executed on June 30, 2026, at Madison, Wisconsin.

*/s/ Brenda Horn-Edwards*
Brenda Horn-Edwards

# ELECTRONIC MAIL NOTICE LIST

- Matthew John Antonelli
  mantonelli@ruggerilaw.com

- Darren Azman
  dazman@mwe.com

- Jesse Bair
  jbair@burnsbair.com

- Charles A Beckham, Jr.
  charles.beckham@haynesboone.com

- Hagop T. Bedoyan
  hagop.bedoyan@mccormickbarstow.com

- David P. Bender, Jr.
  david.bender@haynesboone.com

- Jason Blumberg
  jason.blumberg@usdoj.gov

- Gillian Nicole Brown
  gbrown@pszjlaw.com

- John Bucheit
  jbucheit@phrd.com

- Timothy W. Burns
  tburns@burnsbair.com

- George Calhoun
  george@ifrahlaw.com

- Peter C. Califano
  pcalifano@nvlawllp.com

- Brian P. Cawley
  bcawley@burnsbair.com

- Robert M Charles, Jr.
  rcharles@lewisroca.com

- Jason Chorley
  jason.chorley@clydeco.us

- Kevin W. Coleman
  kcoleman@nutihart.com

- Amanda L. Cottrell
  acottrell@sheppardmullin.com

- Jennifer Witherell Crastz
  jcrastz@hemar-rousso.com

- Blaise S Curet
  bcuret@spcclaw.com

- Melissa M DAlelio
  mdalelio@robinskaplan.com

- Jared A. Day
  jared.a.day@usdoj.gov

- Michele Nicole Detherage
  mdetherage@robinskaplan.com

- Allan B Diamond
  adiamond@diamondmccarthy.com

- Daniel Lloyd Egan
  degan@wilkefleury.com

- Stephen John Estey
  steve@estey-bomberger.com

- Timothy W. Evanston
  tevanston@skarzynski.com

- Trevor Ross Fehr
  trevor.fehr@usdoj.gov

- Michael Finnegan
  mike@andersonadvocates.com

- Robert David Gallo
  dgallo@phrd.com

- Joseph Charles George
  jgeorgejr@psyclaw.com

- Debra I. Grassgreen
  dgrassgreen@pszjlaw.com

- Gail S. Greenwood
  ggreenwood@pszjlaw.com

- John Grossbart
  john.grossbart@dentons.com

- Joshua K Haevernick
  joshua.haevernick@dentons.com

- Robert G. Harris
  rob@bindermalter.com

- Christopher Hart
  chart@nutihart.com

- Deanna K. Hazelton
  deanna.k.hazelton@usdoj.gov

- Benjamin Frederick Heidlage
  bheidlage@hsgllp.com

- Jordan Anthony Hess
  jhess@plevinturner.com

- Todd C. Jacobs
  tjacobs@phrd.com

- Daniel James
  daniel.james@clydeco.us

- Christopher D. Johnson
  chris.johnson@diamondmccarthy.com

- Jeff D. Kahane
  jkahane@skarzynski.com

- Blair Kaminsky
  bkaminsky@hsgllp.com

- Taylore Karpa Schollard
  tkarpa@robinskaplan.com

- Ori Katz
  okatz@sheppardmullin.com

- Jeannie Kim
  jekim@sheppardmullin.com

- David S. Kupetz
  David.Kupetz@lockelord.com

- Mikayla Kutsuris
  mkutsuris@ffwplaw.com

- Jennifer R Liakos
  jenn@jennliakoslaw.com

- Neil Lieberman
  nlieberman@hsgllp.com

- Christina Marie Lincoln
  clincoln@robinskaplan.com

- Lisa Arlyn Linsky
  llinsky@mwe.com

- Sin-Ting Mary Liu
  mliu@awkolaw.com

- John William Lucas
  jlucas@pszjlaw.com

- Alan H. Martin
  AMartin@sheppardmullin.com

- Patrick Maxcy
  patrick.maxcy@dentons.com

- Patrick Emerson McCormick
  patrick.e.mccormick@wbd-us.com

- Brittany Mitchell Michael
  bmichael@pszjlaw.com

- M. Keith Moskowitz
  keith.moskowitz@dentons.com

- Mia Nieto
  mia.nieto@haynesboone.com

- Michael Norton
  michael.norton@clydeco.us

- Gregory C Nuti
  gnuti@nutihart.com

- Office of the U.S. Trustee / SF
  USTPRegion17.SF.ECF@usdoj.gov

- Maricar Pascual
  mailbox@psyclaw.com

- Paul J. Pascuzzi
  ppascuzzi@ffwplaw.com

- Valerie Bantner Peo
  vbantnerpeo@buchalter.com

- Robert J. Pfister
  rpfister@pslawllp.com

- Mark D. Plevin
  mplevin@crowell.com

- Gregory S. Powell
  greg.powell@usdoj.gov

- Douglas B. Provencher
  dbp@provlaw.com

- Nathan W. Reinhardt
  nreinhardt@skarzynski.com

- Jason E. Rios
  jrios@ffwplaw.com

- Kathleen Mary Derrig Rios
  kderrig@lewisroca.com

- Matthew Roberts
  mroberts@phrd.com

- Annette Rolain
  arolain@ruggerilaw.com

- Julie H. Rome-Banks
  julie@bindermalter.com

- Cheryl C. Rouse
  rblaw@ix.netcom.com

- Samantha Ruben
  samantha.ruben@dentons.com

- Jeffrey Schulman
  jeffrey.schulman@blankrome.com

- Karen Sebaski
  ksebaski@hsgllp.com

- Phillip John Shine
  phillip.shine@usdoj.gov

- James I. Stang
  jstang@pszjlaw.com

- Jennifer Stein
  jennifer@andersonadvocates.com

- Ashley Storey
  astorey@skarzynski.com

- Devin Miles Storey
  dms@zalkin.com

- Jason D. Strabo
  jstrabo@mwe.com

- Justin Strother
  justin.strother@diamondmccarthy.com

- Catalina Sugayan
  catalina.sugayan@clydeco.us

- Edward J. Tredinnick
  etredinnick@foxrothschild.com

- Miranda Turner
  mturner@plevinturner.com

- Joshua D Weinberg
  jweinberg@ruggerilaw.com

- Matthew Michael Weiss
  mweiss@phrd.com

- Steven John Williamson
  swilliamson@wilkefleury.com

- Harris Winsberg
  hwinsberg@phrd.com

- Martha Wyrick
  martha.wyrick@haynesboone.com

- Yongli Yang
  yongli.yang@clydeco.us

5

**Roman Catholic Archbishop of San Francisco**
**Limited Service List**

| Description | Name | Address | Fax | Email |
|---|---|---|---|---|
| *NOA - Request for Notice | A.S. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| Debtor's Counsel, Registered ECF User | Amanda L. Cottrell | | | acottrell@sheppardmullin.com<br>JHerschap@sheppardmullin.com |
| Registered ECF User for Certain Underwriters at Lloyd's, London and Certain London Market Companies | Ashley Storey | | | astorey@skarzynski.com |
| *NOA Counsel for Junipero Serra High School/Counsel for Marin Catholic High School/Counsel for Riordan High School/Counsel for Salesian Society, Registered ECF User | Binder & Malter, LLP | Attn: Robert G Harris<br>2775 Park Ave<br>Santa Clara, CA 95050 | | rob@bindermalter.com<br>melissa@bindermalter.com |
| *NOA - Attorneys for Berkeley Research Group, LLC | Buchalter, A Professional Corporation | Valerie Bantner Peo, Esq<br>425 Market Street, Suite 2900<br>San Francisco, CA 94105-3493 | 415-227-0900 | vbantnerpeo@buchalter.com |
| *NOA - Counsel for Special Insurance Counsel to the Official Committee of Unsecured Creditors; Registered ECF User | Burns Bair LLP | Attn: Jesse Bair/Timothy Burns<br>Attn: Brian P Cawley<br>10 E Doty St, Ste 600<br>Madison, WI 53703 | | jbair@burnsbair.com<br>aturgeon@burnsbair.com<br>kdempski@burnsbair.com<br>tburns@burnsbair.com<br>bcawley@burnsbair.com |
| *NOA - Request for Notice | C.B. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| Corresponding State Agencies | California Department of Tax And Fee Admin | P.O. Box 942879<br>Sacramento, CA 94279 | | |
| The Office of the California Attorney General | California Office of the Attorney General | 1300 I St, Ste 1142<br>Sacramento, CA 95814 | | |
| Registered ECF User on behalf of Creditor Victoria Castro | Cheryl C. Rouse | Attn: Annette Rolain | | rblaw@ix.netcom.com |
| Registered ECF User on behalf of Interested Party Catholic Charities CYO of the Archdiocese of San Francisco | Christopher Hart | | | chart@nutihart.com |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Clyde & Co US LLP | Attn: Alexander Potente<br>Attn: Jason J Chorley<br>150 California St, 15th Fl<br>San Francisco, CA 94111 | 415-365-9801 | alex.potente@clydeco.us<br>jason.chorley@clydeco.us |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies, Registered ECF User | Clyde & Co US LLP | Attn: Catalina J Sugayan<br>30 S Wacker Dr, Ste 2600<br>Chicago, IL 60606 | 312-635-6917 | Catalina.Sugayan@clydeco.us |
| Registered ECF User on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies | Clyde & Co US LLP | Attn: Nancy Lima<br>Attn: Yongli Yang<br>Attn: Jason J Chorley<br>Attn: Daniel James<br>Attn: Michael Norton | | Nancy.Lima@clydeco.us<br>yongli.yang@clydeco.us<br>jason.chorley@clydeco.us<br>Robert.willis@clydeco.us<br>daniel.james@clydeco.us<br>michael.norton@clydeco.us |
| Corresponding State Agencies | Colorado Department of Revenue | 1881 Pierce St<br>Lakewood, CO 80214 | | |
| *NOA - Attorneys for Companhia De Seguros Fidelidade SA (fka Fidelidade Insurance Company of Lisbon) | Cozen O'Connor | Attn: Mary P. McCurdy<br>388 Market St, Ste 1000<br>San Francisco, CA 94111 | | MMcCurdy@cozen.com |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation | Craig & Winkelman LLP | Attn: Robin D Craig<br>2001 Addison St, Ste 300<br>Berkeley, CA 94704 | | rcraig@craig-winkelman.com |
| *NOA - Request for Notice | D.R. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| Registered ECF User on behalf of Holy Cross Catholic Cemeteries | Daniel Lloyd Egan | | | degan@wilkefleury.com |
| Registered ECF User on behalf of Interested Party Daughters of Charity Foundation | David S. Kupetz | | | david.kupetz@troutman.com |
| Registered ECF User on behalf of St. Paul Fire and Marine Insurance Co. | Dentons US LLP | Attn: Joshua Haevernick<br>1999 Harrison St, Ste 1300<br>Oakland, CA 94612 | 415-882-0300 | joshua.haevernick@dentons.com |

**Roman Catholic Archbishop of San Francisco**
**Limited Service List**

| Description | Name | Address | Fax | Email |
|---|---|---|---|---|
| Registered ECF User on behalf of Appalachian Insurance Company | Dentons US LLP | Attn: Patrick C Maxcy<br>Attn: John Grossbart<br>233 S Wacker Dr, Ste 5900<br>Chicago, IL 60606 | 312-876-7934 | patrick.maxcy@dentons.com<br>john.grossbart@dentons.com |
| Registered ECF User | Dentons US LLP | | | docket.general.lit.chi@dentons.com;<br>patrick.maxcy@dentons.com |
| Registered ECF User | Dentons US LLP | M. Keith Moskowitz | | keith.moskowitz@dentons.com |
| *NOA - Counsel for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company | Dentons US LLP | Attn: Andrew D Telles Wyatt<br>4675 MacArthur Ct, Ste 1250<br>Newport Beach, CA 92660 | | andrew.wyatt@dentons.com |
| *NOA - Counsel to St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company f/k/a Aetna Casualty & Surety Company | Dentons US LLP | Attn: Natalie M Limber<br>601 S Figueroa St, Ste 2500<br>Los Angeles, CA 90017 | 213-623-9924 | natalie.limber@dentons.com |
| Registered ECF User | Devin Miles Storey | | | dms@zalkin.com |
| *NOA - Counsel for The Archdiocese of San Francisco Capital Assets Support Corporation, Registered ECF User | Diamond McCarthy LLP | Attn: Allan Diamond<br>Attn: Christopher Johnson<br>909 Fannin, Ste 3700<br>Houston, TX 77010 | 713-333-5199 | chris.johnson@diamondmccarthy.com<br>adiamond@diamondmccarthy.com |
| *NOA - Counsel for The Archdiocese of San Francisco Capital Assets Support Corporation | Diamond McCarthy LLP | Attn: Damion D D Robinson<br>355 S Grand Ave, Ste 2450<br>Los Angeles, CA 90071 | | damion.robinson@diamondmccarthy.com |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies | Duane Morris LLP | Attn: Russell W Roten<br>865 S Figueroa St, Ste 3100<br>Los Angeles, CA 90017-5450 | 213-689-7401 | RWRoten@duanemorris.com |
| Registered ECF User | Edward J. Tredinnick | | | etredinnick@foxrothschild.com |
| *NOA - Other Professional, Registered ECF User | Embolden Law PC | Attn: Douglas B Provencher<br>823 Sonoma Ave<br>Santa Rosa, CA 95404-4714 | 707-284-2387 | dbp@provlaw.com |
| Corresponding State Agencies | Employment Development Department | P.O. Box 989061<br>West Sacramento, CA 95798 | | |
| *NOA - Counsel for Abuse Claimant | Estey & Bomberger, LLP | Attn: Stephen Estey<br>2869 India St<br>San Diego, CA 92103 | 619-295-0172 | steve@estey-bomberger.com |
| Debtors' Counsel | Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | Attn: Paul Pascuzzi<br>Attn: Thomas Phinney<br>Attn: Jason Rios<br>Attn: Mikayla E Kutsuris<br>500 Capitol Mall, Ste 2250<br>Sacramento, CA 95814 | | ppascuzzi@ffwplaw.com<br>tphinney@ffwplaw.com<br>jrios@ffwplaw.com<br>mkutsuris@ffwplaw.com<br>docket@ffwplaw.com |
| Debtors' Counsel, Registed ECF User | Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | Attn: Paul Pascuzzi<br>Attn: Jason Rios | | ppascuzzi@ffwplaw.com<br>jrios@ffwplaw.com<br>docket@ffwplaw.com |
| *NOA - Request for Notice | Fiore Achermann | Attn: Sophia Achermann<br>605 Market St, Ste 1103<br>San Francisco, CA 94105 | 415-550-0605 | sophia@theFAfirm.com |
| Corresponding State Agencies | Florida Department of Revenue | 5050 W Tennessee St<br>Tallahassee, FL 32399 | | |
| Fee Examiner | Frejka PLLC | Attn: Elise S. Frejka | | Efrejka@frejka.com |
| *NOA - Request for Notice | GDR Group, Inc | Attn: Robert R Redwitz<br>3 Park Plz, Ste 1700<br>Irvine, CA 92614 | | randy@gdrgroup.com |
| Corresponding State Agencies | Georgia Department of Revenue Processing Center | P.O. Box 740397<br>Atlanta, GA 30374 | | |
| Registered ECF User on behalf of Debtors Counsel | Golden Goodrich LLP | Attn: Jeannie Kim | | jkim@go2.law |
| Registered ECF User on behalf of Interested Party Catholic Charities CYO of the Archdiocese of San Francisco | Gregory C Nuti | | | gnuti@nutihart.com |
| *NOA - Request for Notice | H.F. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| *NOA - St. Dominic's Priory of San Francisco; Registered ECF User | Haynes and Boone, LLP | Attn: David P Bender Jr.<br>1 Post St, Ste 2800<br>San Francisco, CA 94101 | 415-293-8901 | david.bender@haynesboone.com |
| *NOA - St. Dominic's Priory of San Francisco; | Haynes and Boone, LLP | Attn: Charles A Beckham, Jr/Martha B Wyrick<br>1221 McKinney St, Ste 4000<br>Houston, TX 77010 | 713-236-5638 | charles.beckham@haynesboone.com<br>martha.wyrick@haynesboone.com |
| *NOA - Counsel for St. Ignatius Church; Registered ECF User | Haynes and Boone, LLP | Attn: David P Bender/Mia Nieto<br>1 Post St, Ste 2800<br>San Francisco, CA 94104 | | david.bender@haynesboone.com<br>mia.nieto@haynesboone.com |
| *NOA - Counsel for St. Ignatius Church; Registered ECF User | Haynes and Boone, LLP | Attn: Charles A Beckham, Jr/Martha Burroughes Wyrick<br>1221 McKinney St, Ste 4000<br>Houston, TX 77010 | | charles.beckham@haynesboone.com<br>martha.wyrick@haynesboone.com |

**Roman Catholic Archbishop of San Francisco**
**Limited Service List**

| Description | Name | Address | Fax | Email |
|---|---|---|---|---|
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company, Registered ECF User | Ifrah PLLC | Attn: George Calhoun<br>1717 Pennsylvania Ave, NW, Ste 650<br>Washington DC 20006 | | george@ifrahlaw.com |
| Internal Revenue Service | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | |
| *NOA - Request for Notice | J.B. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| *NOA - Request for Notice | J.D. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| *NOA - Counsel for Certain Personal Injury Creditors; Registered ECF User | Jeff Anderson & Associates, PA | Attn: Michael G Finnegan/Jennifer E Stein<br>Attn: Parker P Estenson<br>12011 San Vicente Blvd, Ste 700<br>Los Angeles, CA 90049 | | mike@andersonadvocates.com<br>jennifer@andersonadvocates.com<br>parker.estenson@andersonadvocates.com |
| Registered ECF User on behalf of Interested Party LL John Doe JU | Jennifer R Liakos | | | jenn@jennliakoslaw.com |
| Registered ECF User on behalf of Creditor City National Bank | Jennifer Witherell Crastz | | | jcrastz@hemar-rousso.com |
| *NOA - Counsel for Certain Personal Injury Creditors; Registered ECF User | Joseph George, Jr Law Corporation | Attn: Joseph C George, Jr/Maricar A Pascual<br>601 University Ave, Ste 270<br>Sacramento, CA 95825 | | jgeorgejr@psyclaw.com<br>maricar@psyclaw.com<br>mailbox@psyclaw.com |
| Registered ECF User on behalf of Archbishop Riordan High School | Julie H. Rome-Banks | | | julie@bindermalter.com |
| Registered ECF User on behalf of The Archdiocese of San Francisco Capital Asset Support Corporation | Justin Strother | | | justin.strother@diamondmccarthy.com |
| Registered ECF User on behalf of Interested Party Parishes of the Roman Catholic Archdiocese of SanFrancisco | Kathleen Mary Derrig Rios | | | kderrig@lewisroca.com |
| Registered ECF Party on behalf of Parishes of the Roman Catholic Archdiocese of San Francisco | Kathleen Mary Derrig Rios | | | Katie.Rios@wbd-us.com |
| *NOA - Claims Representative for the County of Kern | Kern County Treasurer and Tax Collector Office | Attn: Bankruptcy Division<br>P.O. Box 579<br>Bakersfield, CA 93302-0579 | | bankruptcy@kerncounty.com |
| Registered ECF User on behalf of Interested Party Catholic Charities CYO of the Archdiocese of San Francisco | Kevin W Coleman | | | kcoleman@nutihart.com<br>nwhite@nutihart.com |
| *NOA - Counsel for Parishes of the Roman Catholic Archdiocese of San Francisco, and The Archdiocese of San Francisco Parish and School Juridic Persons Real Property Support Corporation, Registered ECF User | Lewis Roca Rothgerber Christie LLP | One S Church Ave, Ste 2000<br>Tucson, AZ 85701-1666 | 520-622-3088 | RCharles@lewisroca.com |
| *NOA - Counsel for Daughters of Charity Foundation; Registered ECF User | Locke Lord LLP | Attn: David S Kupetz<br>300 S Grand Ave, Ste 2600<br>Los Angeles, CA 90071 | | david.kupetz@lockelord.com<br>Mylene.Ruiz@lockelord.com |
| Registered ECF User on behalf of Creditor Daniel Eichhorn | Mary Alexander | | | malexander@maryalexanderlaw.com |
| *NOA - Counsel for The Roman Catholic Bishop of Fresno, Registered ECF User | McCormick, Barstow, Sheppard, Wayte & Carruth LLP | Attn: Hagop T Bedoyan<br>7647 N Fresno St<br>Fresno, CA 93720 | | hagop.bedoyan@mccormickbarstow.com<br>ecf@kleinlaw.com |
| *NOA - Counsel to Sacred Heart Cathedral Preparatory (SHCP) | McDermott Will & Emery LLP | Attn: Carole Wurzelbacher<br>444 West Lake St, Ste 4000<br>Chicago, IL 60606 | 312-984-7700 | cwurzelbacher@mwe.com |
| *NOA - Counsel to Sacred Heart Cathedral Preparatory (SHCP) | McDermott Will & Emery LLP | Attn: Darren Azman<br>Attn: Lisa A. Linsky<br>Attn: Natalie Rowles<br>Attn: Cris W. Ray<br>One Vanderbilt Ave<br>New York, NY 10017-3852 | 212-547-5444 | dazman@mwe.com<br>llinsky@mwe.com<br>nrowles@mwe.com<br>cray@mwe.com |
| *NOA - Counsel to Sacred Heart Cathedral Preparatory (SHCP); Registered ECF User | McDermott Will & Emery LLP | Attn: Jason D. Strabo<br>2049 Century Park E, Ste 3200<br>Los Angeles, CA 90067-3206 | 310-277-4730 | jstrabo@mwe.com |
| Registered ECF Party on behalf of Interested Party Sacred Heart Cathedral Preparatory | McDermott Will & Emery LLP | Darren Azman | | dazman@mwe.com;<br>mco@mwe.com<br>dnorthrop@mwe.com |
| Registered ECF User | Michele Nicole Detherage | | | mdetherage@robinskaplan.com |

THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, (Case No. 23-30564)

**Roman Catholic Archbishop of San Francisco**
**Limited Service List**

| Description | Name | Address | Fax | Email |
|---|---|---|---|---|
| Corresponding State Agencies | New Mexico Taxation and Revenue Department | P.O. Box 25127<br>Santa Fe, NM 87504 | | |
| *NOA - Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company | Nicolaides Fink Thorpe Michaelides Sullivan LLP | Attn: Matthew C Lovell<br>101 Montgomery St, Ste 2300<br>San Francisco, CA 94104 | | mlovell@nicolaidesllp.com |
| *NOA - Counsel for The Roman Catholic Seminary of San Francisco aka St. Patrick's Seminary & University | Niesar & Vestal LLP | Attn: Peter C Califano<br>90 New Montgomery St 9th Fl<br>San Francisco, CA 94105 | | pcalifano@nvlawllp.com |
| *NOA - Counsel for Tracy Hope Davis, the United States Trustee for Region 17; registered ECF User | Office of the United States Trustee | Attn: Gregory S Powell<br>2500 Tulare St, Ste 1401<br>Fresno, CA 93721 | | Greg.Powell@usdoj.gov<br>USTPRegion17.SF.ECF@usdoj.gov |
| U.S. Trustee, Registed ECF User | Office of the United States Trustee | Attn: Phillip J. Shine<br>450 Golden Gate Ave, Rm 05-0153<br>San Francisco, CA 94102 | | phillip.shine@usdoj.gov |
| U.S. Trustee, Registered ECF User | Office of the United States Trustee | Attn: Jason Blumberg<br>Attn: Trevor R Fehr<br>Attn: Jared A. Day<br>501 I Street, Ste 7-500<br>Sacramento, CA 95814 | | jason.blumberg@usdoj.gov<br>Trevor.Fehr@usdoj.gov<br>jared.a.day@usdoj.gov<br>USTP.Region17@usdoj.gov |
| U.S. Trustee, Registered ECF User | Office of the United States Trustee | Attn: Deanna K. Hazelton<br>2500 Tulare St, Ste 1401<br>Fresno, CA 93721 | | deanna.k.hazelton@usdoj.gov |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors, Registered ECF User | Pachulski Stang Ziehl & Jones LLP | Attn: Brittany M Michael<br>780 3rd Ave, 34th Fl<br>New York, NY 10017-2024 | 212-561-7777 | bmichael@pszjlaw.com |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors, Registered ECF User | Pachulski Stang Ziehl & Jones LLP | Attn: James I Stang<br>10100 Santa Monica Blvd, 13th Fl.<br>Los Angeles, CA 90067 | | jstang@pszjlaw.com |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors, Registered ECF User | Pachulski Stang Ziehl & Jones LLP | Attn: Debra I Grassgreen<br>Attn: John W Lucas<br>1 Sansome St, 34th Fl, Ste 3430<br>San Francisco, CA 94104-4436 | | dgrassgreen@pszjlaw.com<br>jlucas@pszjlaw.com |
| Registered ECF User on behalf of Creditor Committee The Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Debra I. Grassgreen<br>Gillian Nicole Brown | | dgrassgreen@pszjlaw.com<br>hphan@pszjlaw.com<br>ocarpio@pszjlaw.com<br>gbrown@pszjlaw.com<br>ggreenwood@pszjlaw.com<br>rrosales@pszjlaw.com |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation, Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company, Registered ECF User | Parker, Hudson, Rainer & Dobbs LLP | Attn: Todd C Jacobs<br>Attn: John E Bucheit<br>2 N Riverside Plz, Ste 1850<br>Chicago, IL 60606 | 404-522-8409 | tjacobs@phrd.com<br>jbucheit@phrd.com |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation, Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company,Counsel for Appalachian Insurance Company, Registered ECF User | Parker, Hudson, Rainer & Dobbs LLP | Attn: Harris B Winsberg<br>Attn: Matthew M Weiss<br>Attn: R David Gallo<br>303 Peachtree St NE, Ste 3600<br>Atlanta, Georgia 30308 | 404-522-8409 | hwinsberg@phrd.com<br>mweiss@phrd.com<br>dgallo@phrd.com |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation, Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company, Counsel for Appalachian Insurance Company Registered ECF User | Parker, Hudson, Rainer & Dobbs LLP | Attn: Matthew G Roberts<br>303 Peachtree St NE, Ste 3600<br>Atlanta, Georgia 30308 | 404-522-8409 | mroberts@phrd.com |
| *NOA - Counsel for Century Indemnity Company, Continental Casualty Company, Registered ECF User | Plevin & Turner LLP | Attn: Mark D. Plevin<br>580 California St, 12th Fl<br>San Francisco, CA 94104 | 415-986-2827 | mplevin@plevinturner.com<br>mark-plevin-crowell-moring-8073@ecf.pacerpro.com |
| *NOA - Counsel for Century Indemnity Company, Registered ECF User | Plevin & Turner LLP | Attn: Miranda H Turner/Jordan A Hess<br>1701 Pennsylvania Ave, NW, Ste 200<br>Washington, D.C. 20004 | | mturner@plevinturner.com<br>jhess@plevinturner.com |
| *NOA - Request for Notice | R.C. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| *NOA - Request for Notice | R.F. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |

**Roman Catholic Archbishop of San Francisco**
**Limited Service List**

| Description | Name | Address | Fax | Email |
|---|---|---|---|---|
| *NOA - Request for Notice | R.F. Jr. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| *NOA - Request for Notice | R.M. | Attn: Jeannette A. Vaccaro, Esq.<br>315 St., 10th Fl<br>San Francisco, CA 94104 | 415-366-3237 | jv@jvlaw.com |
| Registered ECF User on behalf of Creditor Shajana Steele | Robert J. Pfister | | | rpfister@pslawllp.com |
| Registered ECF User on behalf of Interested Party Parishes of the Roman Catholic Archdiocese of San Francisco | Robert M Charles, Jr | | | Robert.Charles@wbd-us.com |
| *NOA - Counsel for Appalachian Insurance Company | Robins Kaplan LLP | Attn: Christina M. Lincoln<br>2121 Ave of the Stars, Ste 2800<br>Los Angeles, CA 90067 | 310-229-5800 | clincoln@robinskaplan.com<br>LCastiglioni@robinskaplan.com |
| *NOA - Counsel for Appalachian Insurance Company | Robins Kaplan LLP | Attn: Melissa M D'Alelio<br>Attn: Taylore E Karpa Schollard<br>800 Boylston St, Ste 2500<br>Boston, MA 02199 | 617-267-8288 | mdalelio@robinskaplan.com<br>tkarpa@robinskaplan.com |
| *NOA - Counsel for Interested Party First State Insurance Company, Registered ECF User | Ruggeri Parks Weinberg LLP | Attn: Annette P Rolain<br>Attn: Joshua Weinberg<br>1875 K St NW, Ste 600<br>Washington, DC 20006-1251 | | Arolain@ruggerilaw.com<br>jweinberg@ruggerilaw.com<br>bkfilings@ruggerilaw.com |
| *NOA - Counsel for First State Insurance Company & New England Reinsurance Corporation | Ruggeri Parks Weinberg LLP | Attn: Matthew J Antonelli<br>201 Spear St, Ste 1100<br>San Francisco, CA 94105 | | mantonelli@ruggerilaw.com |
| Registered ECF User on behalf of Interested Party St. Paul Fire and Marine Insurance Co. | Samantha Ruben | | | samantha.ruben@dentons.com |
| Corresponding State Agencies | San Francisco County Clerk | 1 Dr Carlton B Goollett Pl<br>City Hall, Room 168<br>San Francisco, CA 94102 | | |
| Corresponding State Agencies | San Francisco Tax Collector | c/o Secured Property Tax<br>P.O. Box 7426<br>San Francisco, CA 94120 | | |
| Corresponding State Agencies | San Mateo County Tax Collector | 555 County Center, 1st Floor<br>Redwood City, CA 94063 | | |
| Debtor's Counsel, Registered ECF User | Sheppard, Mullin, Richter & Hampton LLP | Attn: Ori Katz<br>Attn: Alan H Martin<br>4 Embarcadero Ctr, 17th Fl<br>San Francisco, CA 94111-4109 | | amartin@sheppardmullin.com<br>katz@sheppardmullin.com |
| Debtor's Counsel, Registered ECF User | Sheppard, Mullin, Richter & Hampton LLP | Attn: Jeannie Kim<br>Attn: Ori Katz | | jekim@sheppardmullin.com<br>dgatmen@sheppardmullin.com<br>okatz@sheppardmullin.com<br>LSegura@sheppardmullin.com<br>lwidawskyleibovici@sheppardmullin.com |
| Registered ECF User on behalf of Interested Party Century Indemnity Company | Simpson Thacher & Bartlett LLP | David Elbaum<br>Pierce MacConaghy | | david.elbaum@stblaw.com<br>janie.franklin@stblaw.com<br>pierce.macconaghy@stblaw.com |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation, Registered ECF User | Sinnott, Puebla, Campagne & Curet, APLC | Attn: Blaise S Curet<br>2000 Powell St, Ste 830<br>Emeryville, CA 94608 | 415-352-6224 | bcuret@spcclaw.com |
| Registered ECF User on behalf of Interested Party PLC Survivor Claimants | Sin-Ting Mary Liu | | | mlui@awkolaw.com |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies | Skarzynski Marick & Black LLP | Attn: Jeff D Kahane/Timothy W Evanston<br>Attn: Nathan Reinhardt/Russell W Roten<br>333 S Grand Ave, Ste 3550<br>Los Angeles, CA 90070 | | jkahane@skarzynski.com<br>tevanston@skarzynski.com<br>nreinhardt@skarzynski.com<br>rroten@skarzynski.com |
| Corresponding State Agencies | State of California Franchise Tax Board | P.O. Box 942867<br>Sacramento, CA 94267 | | |
| Registered ECF User on behalf of Defendant Holy Cross Catholic Cemeteries | Steven John Williamson | | | swilliamson@wilkefleury.com |
| Debtor | The Roman Catholic Archbishop of San Francisco | One Peter Yorke Way<br>San Francisco, CA 94109 | | |
| Corresponding State Agencies | Virginia Department of Taxation | P.O. Box 1115<br>Richmond, VA 23218 | | |
| Corresponding State Agencies | Virginia Employment Commission | P.O. Box 26441<br>Richmond, VA 23261 | | |
| *NOA - Counsel for Parishes of the Roman Catholic Archdiocese of San Francisco | Womble Bond Dickinson (US) LLP | Attn: Robert M. Charles, Jr<br>1 S Church Ave, Ste 2000<br>Tucson, AZ 85701-1666 | | Robert.Charles@wbd-us.com |
| *NOA - Counsel for Parishes of the Roman Catholic Archdiocese of San Francisco | Womble Bond Dickinson (US) LLP | Attn: Katie Rios<br>201 E Washington St, Ste 1200<br>Phoenix, AZ 85004 | | Katie.Rios@wbd-us.com |

**Roman Catholic Archbishop of San Francisco**
**Limited Service List**

| Description | Name | Address | Fax | Email |
|---|---|---|---|---|
| *NOA - Counsel for Parishes of the Roman Catholic Archdiocese of San Francisco and Real Property Support Corporation; Registered ECF User | Womble Bond Dickinson (US) LLP | Attn: Patrick Emerson McCormick<br>1 S Church Ave, Ste 2000<br>Tucson, AZ 85701 | | Patrick.E.McCormick@wbd-us.com |