PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD WILLOUGHBY
   PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA  95814
Telephone:     (916) 329-7400
Facsimile:     (916) 329-7435
Email:         ppascuzzi@ffwplaw.com
               jrios@ffwplaw.com
               tphinney@ffwplaw.com

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:     (415) 434-9100
Facsimile:     (415) 434-3947
Email:         okatz@sheppard.com
               amartin@sheppard.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 23-30564 |
| The Roman Catholic Archbishop of San Francisco, | Chapter 11 |
| | **NOTICE OF HEARING ON THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO'S MOTION TO APPROVE FORM OF BALLOT AND RELATED PROCEDURES** |
| Debtor and Debtor in Possession. | Judge:     Hon. Dennis Montali<br>Date:      July 30, 2026<br>Time:      1:30 p.m.<br>Place:     Zoom.Gov |

Case: 23-30564    Doc# 1781    Filed: 07/02/26    Entered: 07/02/26 11:58:49    Page 1 of

**TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE, CREDITORS, AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that on July 2, 2026, The Roman Catholic Archbishop of San Francisco, the debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtor") filed a *Motion to Approve Form of Ballot and Related Procedures* (the "Motion")[1] and that a hearing to consider the Motion (the "Hearing") will be conducted via videoconference and has been scheduled for **July 30, 2026, at 1:30 p.m.** before the Honorable Dennis Montali, of the United States Bankruptcy Court for the Northern District of California, San Francisco Division (the "Court").

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be conducted only via Zoom. The Court's website offers information explaining how to arrange an appearance at a video hearing. If you have questions about how to participate in a video hearing, you may contact the Court by calling 888-821-7606 or by using the Live Chat feature on the Court's website.

**PLEASE TAKE FURTHER NOTICE** that the Motion is supported by the *Declaration of Ori Katz in Support of The Roman Catholic Archbishop of San Francisco's Motion to Approve Form of Ballot and Related Procedures* (the "Declaration"), the pleadings and papers on file in this case, and such other evidence, both oral and documentary, as may be presented to the Court at or before the time of the hearing on the Motion.

By the Motion, the Debtor seeks entry of an order: (a) approving the form of ballot attached as **Exhibit A** to the Motion, that contemplates an "opt-out" voting procedure; (b) approving the Proposed Procedure to evidence the deemed consent of Abuse Claimants to the releases of Participating Parties; and (c) granting such other and further relief as the Court deems just and proper under the circumstances. The Motion is being made in the context of an agreement with the Official Committee of Unsecured Creditors (the "Committee") on the terms of a global settlement (the "Settlement") that will be funded in part by substantial contributions from the

---

[1] Capitalized terms not otherwise defined in this notice shall have the same meanings ascribed to them in the Motion.

Participating Parties who require releases in exchange for their contributions. The Proposed Procedure is essential to the Settlement's success and, if approved, will be incorporated into the Debtor and Committee's Joint Plan of reorganization.

**NOTICE IS FURTHER GIVEN** that this notice does not contain all the particulars of the Motion or supporting documents, nor does it summarize all of the evidence submitted in support. For further specifics concerning the Motion and the relief requested, you are encouraged to review the Motion and the supporting evidence, including the supporting Declaration, copies of which may be obtained from the website to be maintained by the Debtor's Claims and Noticing Agent, Omni Agent Solutions, Inc., at https://omniagentsolutions.com/RCASF, free of charge. You may also access these documents from the Court's Pacer system (requires a subscription). The web page address for the United States Bankruptcy Court for the Northern District of California is http://www.canb.uscourts.gov.

**NOTICE IS FURTHER GIVEN** that any opposition or response to the Motion must be in writing, filed with the Court, and served on the counsel for the Debtor at the above-referenced addresses so as to be received by **July 16, 2026**. Any opposition or response must be filed and served on the Limited Service List as provided in the *Final Order Approving Motion to (1) Establish Notice Procedures, (2) File Confidential Information Under Seal, and (3) Temporarily Suspend Deadline for Filing Proofs of Claim* at ECF No. 227. The updated Limited Service List may be obtained from the Omni website listed above. Failure to file timely opposition and appear at the hearing may constitute a waiver of your objections. Your rights may be affected.

///

///

///

Case: 23-30564    Doc# 1781    Filed: 07/02/26    Entered: 07/02/26 11:58:49    Page 3 of
4

SMRH:4902-6317-7658.3

NOTICE OF HEARING ON DEBTOR'S MOTION TO APPROVE FORM OF BALLOT

You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

Dated: July 2, 2026

FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP

By     _/s/ Paul J. Pascuzzi_
PAUL J. PASCUZZI
JASON E. RIOS
THOMAS R. PHINNEY

Attorneys for The Roman Catholic Archbishop of San Francisco

Dated: July 2, 2026

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     _/s/ Ori Katz_
ORI KATZ

Attorneys for The Roman Catholic Archbishop of San Francisco

Case: 23-30564   Doc# 1781   Filed: 07/02/26   Entered: 07/02/26 11:58:49   Page 4 of 4

SMRH:4902-6317-7658.3

NOTICE OF HEARING ON DEBTOR'S MOTION TO APPROVE FORM OF BALLOT