ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppard.com
amartin@sheppard.com

Attorneys for The Roman Catholic Archbishop of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

In re

THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,

Debtor and
Debtor in Possession.

Case No. 23-30564

Chapter 11

**MONTHLY PROFESSIONAL FEE STATEMENT FOR SHEPPARD, MULLIN, RICHTER & HAMPTON LLP - JULY 2026**

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Sheppard, Mullin, Richter & Hampton LLP, (hereinafter "Sheppard Mullin"), attorneys for debtor and debtor in possession The Roman Catholic Archbishop of San Francisco (the "Debtor"), hereby files its *Monthly Professional Fee Statement for July 2026*. Under the *Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis* entered by the Court on October 16, 2023 [ECF No. 212], the total legal fees earned and expenses incurred by Sheppard Mullin on account of the Debtor for July 2026 are as follows:

| Period | Fees | Expenses (Disbursements) | Total |
|---|---|---|---|
| July 1 – July 31, 2026 | $131,793.50 | $278.30 | $132,071.80 |
| Net Total Allowed Payments this Statement Period: (80% of Fees and 100% of Costs) | $105,434.80 | $278.30 | $105,713.10 |

The itemized billing statement for the fees and costs billed for July 2026 is attached hereto as **Exhibit 1**. The Net Total Allowed Payments detailed above shall be paid from funds held by the Debtor's estate unless an objection is filed with the Clerk of the Court and served upon Sheppard Mullin within 14 days from the date of service of this Statement.

Dated: August 18, 2026

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By *‌/s/ Ori Katz*

ORI KATZ
ALAN H. MARTIN
Attorneys for The Roman Catholic
Archbishop of San Francisco


Case: 23-30564 Doc# 1888 Filed: 08/18/26 Entered: 08/18/26 10:29:59 Page 2 of 25

**Exhibit 1**

July 2026 Invoice

Sheppard

Sheppard, Mullin, Richter & Hampton LLP
350 S. Grand Avenue, 40th Floor
Los Angeles, CA 90071-3460
213-620-1780 main
213-620-1398 main fax

Fr. Patrick Summerhays
Vicar General and Moderator of the Curia
The Roman Catholic Archbishop of San Francisco
One Peter Yorke Way
San Francisco, CA 94109

SMRH Tax ID 95-1463164
August 13, 2026
Invoice 380137515

| | |
|---|---|
| Our Matter No. | 90YY-375176<br>The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives |
| Billing Atty: | Ori Katz |

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH JULY 31, 2026

| | | |
|---|---|---|
| Current Fees | $ 131,793.50 | |
| Current Disbursements | $ 278.30 | |
| Total Current Activity | | $ 132,071.80 |
| Total Due for This Invoice | | $ 132,071.80 |

Our website and email addresses have transitioned to **sheppard.com**. Please update your records to reflect this but all messages sent to our current email addresses will continue to reach us without interruption. Please add @sheppard.com to your Safe Sender list to prevent messages from being filtered as spam.

**DUE IMMEDIATELY UPON RECEIPT**
**PLEASE INCLUDE REMITTANCE INSTRUCTIONS WITH PAYMENT**
**Inquiries: armbx@sheppard.com or contact 213-455-7771**

**Electronic Payments**

Account Name: Sheppard, Mullin, Richter & Hampton LLP
Beneficiary Bank:
Wells Fargo Bank, NA
420 Montgomery St
San Francisco, CA 94104-1298
Account No.: 496-8375493
ACH ABA No.: 121000248
Wire ABA No.: 121000248
Swift Identifier: WFBIUS6S

**Payment by Check**

Sheppard, Mullin, Richter & Hampton LLP
PO Box 840728
Los Angeles, CA 90084-0728

**Overnight Mail Delivery**

Sheppard, Mullin, Richter & Hampton LLP
Wells Fargo Bank Lockbox Services
Lockbox 840728
3440 Flair Drive
El Monte, CA 91731-2823

Sheppard

Sheppard, Mullin, Richter & Hampton LLP
350 S. Grand Avenue, 40th Floor
Los Angeles, CA 90071-3460
213-620-1780 main
213-620-1398 main fax



## SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Ori Katz | 57.20 | $ 1,540.00 | $ 88,088.00 |
| Amanda L. Cottrell | .80 | $ 1,196.00 | $ 956.80 |
| Robert K. Sahyan | 4.00 | $ 1,216.00 | $ 4,864.00 |
| Kirk Rider | 48.00 | $ 612.00 | $ 29,376.00 |
| Susan Haines | 6.70 | $ 1,036.00 | $ 6,941.20 |
| Maya Saidi Litvak | 1.60 | $ 475.00 | $ 760.00 |
| Rheonna Reese | 1.70 | $ 475.00 | $ 807.50 |

Case: 23-30564 Doc# 1888 Filed: 08/18/26 Entered: 08/18/26 10:29:59 Page 5 of 25

FOR PROFESSIONAL SERVICES THROUGH 07/31/26

**FEE DETAIL**

**Administration**

07/02/26 Prepare agenda for meeting with debtor and co-professionals (.3).

Ori Katz .30 hrs.

07/03/26 Participate in weekly call with debtor and co-professionals (.6).

Ori Katz .60 hrs.

07/07/26 Coordinate with co-professionals re communication plan related to greater Catholic family (1.2).

Ori Katz 1.20 hrs.

07/07/26 Review docket in Oakland Diocese chapter 11 and obtain update on case status (1.6).

Ori Katz 1.60 hrs.

07/08/26 Participate in status call with Mr. Pascuzzi (.3).

Ori Katz .30 hrs.

07/09/26 Participate in call with Mr. Schulman re his call with members of greater Catholic family (.5).

Ori Katz .50 hrs.

07/09/26 Participate in weekly standing call with debtor and co-professionals (1.2).

Ori Katz 1.20 hrs.

07/17/26 Call with insurance co-counsel to discuss greater Catholic family comments (.4).

Ori Katz .40 hrs.

07/17/26 Evaluation of Catholic family comments re plan structure (1.2).

Ori Katz 1.20 hrs.

**FEE DETAIL**

07/22/26 Prepare materials to be shared with members of greater Catholic family (.4).

Ori Katz .40 hrs.

07/22/26 Review of US Trustee opposition to opt-out motion (1.3).

Ori Katz 1.30 hrs.

07/24/26 Participate in weekly call with debtor and co-counsel re case status (.8).

Ori Katz .80 hrs.

07/24/26 Outline of arguments re opt-out based on review of recent non-9th Circuit authorities (1.3).

Ori Katz 1.30 hrs.

07/29/26 Work on outline for argument at hearing on opt-out motion (2.6).

Ori Katz 2.60 hrs.

07/30/26 Continue preparing for argument re opt-out motion and opposition filed by UST (1.3).

Ori Katz 1.30 hrs.

*Timekeeper Summary of: Administration*

| *Timekeeper* | *Hours* | *Average Rate/Hr* | *Dollars* |
|---|---|---|---|
| *Ori Katz* | *15.00* | *$ 1,540.00* | *$ 23,100.00* |
| *Totals* | *15.00* | *$ 1,540.00* | *$ 23,100.00* |

**Asset Analysis & Recovery**

07/22/26 Review Trustee objection to opt-out motion.

Kirk Rider 1.10 hrs.

07/24/26 Continue to review and analyze Trustee Objection to Opt-Out Motion.

Kirk Rider .30 hrs.

07/31/26 Attend weekly call with debtor and co-professionals.

Kirk Rider 1.10 hrs.

*Timekeeper Summary of: Asset Analysis & Recovery*

| *Timekeeper* | *Hours* | *Average Rate/Hr* | *Dollars* |
|---|---|---|---|
| *Kirk Rider* | *2.50* | *$ 612.00* | *$ 1,530.00* |
| *Totals* | *2.50* | *$ 612.00* | *$ 1,530.00* |

**Asset Disposition**

07/13/26 Call with counsel for co-defendants re settlement next steps (.3).

Ori Katz .30 hrs.

07/13/26 Prepare for meeting with to discuss plan structure (1.9).

Ori Katz 1.90 hrs.

07/14/26 Call with Mr. Pascuzzi re settlement and plan matters (.3).

Ori Katz .30 hrs.

07/14/26 Call with counsel for Cemeteries re settlement (.5).

Ori Katz .50 hrs.

07/16/26 Call with counsel for a parish to discuss settlement (.4).

Ori Katz .40 hrs.

07/17/26 Participate in call with debtor and co-professionals re case status and settlement (.8).

Ori Katz .80 hrs.

07/21/26 Meeting with counsel for certain parishes to discuss settlement (1.2).

Ori Katz 1.20 hrs.

07/23/26 Further review and analysis of Trustee objection to Opt-Out motion.

Kirk Rider .70 hrs.

07/23/26 Prepare response to certain parishes re their questions regarding settlement (.8).

Ori Katz .80 hrs.

07/28/26 Follow up with counsel for certain parishes re chapter 11 plan matters (1.0).

Ori Katz 1.00 hrs.

07/30/26 Prepare for further discussions with counsel for certain parishes re settlement agreement and chapter 11 plan process (1.7).

Ori Katz 1.70 hrs.

*Timekeeper Summary of: Asset Disposition*

| *Timekeeper* | *Hours* | *Average Rate/Hr* | *Dollars* |
|---|---|---|---|
| *Ori Katz* | *8.90* | *$ 1,540.00* | *$ 13,706.00* |
| *Kirk Rider* | *0.70* | *$ 612.00* | *$ 428.40* |
| *Totals* | *9.60* | *$ 1,472.33* | *$ 14,134.40* |

**Meetings of and Communications with Creditors**

07/03/26 Review of committee joinder re ballot (.4).

Ori Katz .40 hrs.

07/07/26 Participate in weekly call with committee counsel (.7).

Ori Katz .70 hrs.

07/14/26 Participate in weekly call with committee counsel re settlement (.4).

Ori Katz .40 hrs.

07/17/26 Continued review of committee plan comments (1.4).

Ori Katz 1.40 hrs.

07/21/26 Participate in call with committee counsel (.3).

Ori Katz .30 hrs.

07/22/26 Continued plan analysis based on committee comments (2.7).

Ori Katz 2.70 hrs.

07/27/26 Participate in call with counsel for co-defendants in committee adversary proceeding (.5).

Ori Katz .50 hrs.

*Timekeeper Summary of: Meetings of and Communications with Creditors*

| *Timekeeper* | *Hours* | *Average Rate/Hr* | *Dollars* |
|---|---|---|---|
| *Ori Katz* | *6.40* | *$ 1,540.00* | *$ 9,856.00* |
| *Totals* | *6.40* | *$ 1,540.00* | *$ 9,856.00* |

**Other Contested Matters (excluding assumption/rejection motions)**

07/08/26 Work on notice of errata re opt-out motion (.4).

Ori Katz .40 hrs.

*Timekeeper Summary of: Other Contested Matters (excluding assumption/rejection motions)*

| *Timekeeper* | *Hours* | *Average Rate/Hr* | *Dollars* |
|---|---|---|---|
| *Ori Katz* | *0.40* | *$ 1,540.00* | *$ 616.00* |
| *Totals* | *0.40* | *$ 1,540.00* | *$ 616.00* |

**Financing/Cash Collections**

07/14/26 Prepared for and attended conference call with counsel for the Charities (0.7); reviewed final term sheet (0.5); prepared form of deed of trust (1).

Robert K. Sahyan 2.20 hrs.

07/15/26 Prepared form of Loan Agreement, Promissory Note, and Hazardous Materials Indemnity Agreement.

Robert K. Sahyan 1.80 hrs.

*Timekeeper Summary of: Financing/Cash Collections*

| *Timekeeper* | *Hours* | *Average Rate/Hr* | *Dollars* |
|---|---|---|---|
| *Robert K. Sahyan* | *4.00* | *$ 1,216.00* | *$ 4,864.00* |
| *Totals* | *4.00* | *$ 1,216.00* | *$ 4,864.00* |

**Claims and Plan**

07/01/26 Continue drafting disclosure statement.

Susan Haines 1.20 hrs.

07/06/26 Evaluation of greater Catholic family comments in connection with chapter 11 plan (1.3).

| | | |
|---|---|---|
| | Ori Katz | 1.30 hrs. |
| 07/06/26 | Identify next steps and timing of events with respect to settlement in principle. | |
| | Susan Haines | .40 hrs. |
| 07/07/26 | Continue drafting disclosure statement. | |
| | Susan Haines | .50 hrs. |
| 07/08/26 | Further review of draft of chapter 11 plan (1.6). | |
| | Ori Katz | 1.60 hrs. |
| 07/09/26 | Further review of chapter 11 plan provisions dealing with treatment of non-debtor related entities (1.1). | |
| | Ori Katz | 1.10 hrs. |
| 07/16/26 | Review of committee revisions to proposed chapter 11 plan (1.7). | |
| | Ori Katz | 1.70 hrs. |
| 07/20/26 | Prepare notes regarding status of post-settlement workstreams. | |
| | Susan Haines | .20 hrs. |
| 07/24/26 | Review of transcripts from Oakland Diocese plan trial (1.0). | |
| | Ori Katz | 1.00 hrs. |
| 07/27/26 | Work on inserts to disclosure statement in support of chapter 11 plan (2.6). | |
| | Ori Katz | 2.60 hrs. |
| 07/27/26 | Response to inquiries from counsel for certain parishes re chapter 11 plan terms (1.1). | |
| | Ori Katz | 1.10 hrs. |
| 07/27/26 | Evaluate and summarize privileged issues relating to settlement funding. | |
| | Susan Haines | .40 hrs. |
| 07/27/26 | Continue drafting disclosure statement. | |

Susan Haines .60 hrs.

*Timekeeper Summary of: Claims and Plan*

| *Timekeeper* | *Hours* | *Average Rate/Hr* | *Dollars* |
|---|---|---|---|
| *Ori Katz* | *10.40* | *$ 1,540.00* | *$ 16,016.00* |
| *Susan Haines* | *3.30* | *$ 1,036.00* | *$ 3,418.80* |
| *Totals* | *13.70* | *$ 1,418.60* | *$ 19,434.80* |

**Plan and Disclosure Statement (including Business Plan)**

07/23/26 Conduct page-turn review of chapter 11 plan with Mr. Pascuzzi (2.0).

Ori Katz 2.00 hrs.

07/31/26 Prepare inserts for disclosure statement (2.0).

Ori Katz 2.00 hrs.

*Timekeeper Summary of: Plan and Disclosure Statement (including Business Plan)*

| *Timekeeper* | *Hours* | *Average Rate/Hr* | *Dollars* |
|---|---|---|---|
| *Ori Katz* | *4.00* | *$ 1,540.00* | *$ 6,160.00* |
| *Totals* | *4.00* | *$ 1,540.00* | *$ 6,160.00* |

**Case Assessment, Development and Administration**

07/01/26 Review and incorporate revisions to Opt-Out Motion.

Kirk Rider 2.00 hrs.

| | | |
|---|---|---|
| 07/01/26 | Further review and analysis of case law re opt-in and opt-out mechanisms to effectuate third party releases. | |
| | Kirk Rider | 1.00 hrs. |
| 07/01/26 | Draft Supporting document to Opt-Out Motion. | |
| | Kirk Rider | 1.20 hrs. |
| 07/01/26 | Draft notice of hearing re Opt-Out Motion. | |
| | Kirk Rider | .80 hrs. |
| 07/01/26 | Coordinate with claims agent re filing Opt-Out Motion. | |
| | Kirk Rider | .30 hrs. |
| 07/01/26 | Draft and further revise Opt-Out Motion. | |
| | Kirk Rider | 4.80 hrs. |
| 07/01/26 | Revisions to proposed form of ballot attached to the opt-out motion (.3). | |
| | Ori Katz | .30 hrs. |
| 07/01/26 | Review and revise further draft of opt-out motion (1.6). | |
| | Ori Katz | 1.60 hrs. |
| 07/02/26 | Conducted final review of case authorities cited in Opt-Out Motion. | |
| | Maya Saidi Litvak | 1.60 hrs. |
| 07/02/26 | Further drafting and revising of Opt-Out Motion (3.7). | |
| | Kirk Rider | 3.70 hrs. |
| 07/02/26 | Finalize Opt-Out Motion with and accompanying filings (.7). | |
| | Kirk Rider | .70 hrs. |
| 07/02/26 | Continue finalizing Opt-Out Motion and accompanying filings (.7). | |
| | Kirk Rider | .70 hrs. |

| | | |
|---|---|---|
| 07/02/26 | Coordinate with claims agent re service of Opt-Out Motion (1.0). | |
| | Kirk Rider | 1.00 hrs. |
| 07/02/26 | Conducted final review of authorities cited in Opt-Out Motion. | |
| | Rheonna Reese | 1.70 hrs. |
| 07/02/26 | Finalize the opt-out motion and related papers (2.0). | |
| | Ori Katz | 2.00 hrs. |
| 07/03/26 | Review Committee Joinder (.3). | |
| | Kirk Rider | .30 hrs. |
| 07/03/26 | Call with O. Katz in preparation for call with client (.2). | |
| | Kirk Rider | .20 hrs. |
| 07/03/26 | Participate in weekly call with client (.7). | |
| | Kirk Rider | .70 hrs. |
| 07/05/26 | Revise voting procedures exhibit. | |
| | Kirk Rider | .20 hrs. |
| 07/06/26 | Call with O. Katz and P. Pascuzzi re case strategy and workstreams. | |
| | Kirk Rider | .80 hrs. |
| 07/06/26 | Provide comments on Unknown Claims Representative engagement letter. | |
| | Kirk Rider | .80 hrs. |
| 07/06/26 | Call with Mr. Pascuzzi to discuss workflow for the upcoming week (.8). | |
| | Ori Katz | .80 hrs. |
| 07/06/26 | Participate in call with counsel for co-defendants in "enterprise" complaint action (.5). | |
| | Ori Katz | .50 hrs. |

| | | |
|---|---|---|
| 07/06/26 | Call with mediators to discuss area of concern re mediation confidentiality (.1). | |
| | Ori Katz | .10 hrs. |
| 07/06/26 | Review and comment on draft status report (.3). | |
| | Ori Katz | .30 hrs. |
| 07/08/26 | Email to defense group re status update (.3). | |
| | Ori Katz | .30 hrs. |
| 07/08/26 | Review and revise stipulation re “enterprise” complaint (.5). | |
| | Ori Katz | .50 hrs. |
| 07/09/26 | Weekly call with client re case strategy. | |
| | Kirk Rider | .50 hrs. |
| 07/10/26 | Follow up with Committee re revisions to filings. | |
| | Kirk Rider | .10 hrs. |
| 07/10/26 | Evaluation of potential for alternative plan structures based on mediation discussions (2.0). | |
| | Ori Katz | 2.00 hrs. |
| 07/13/26 | Call with counsel for defendants in the “enterprise” complaint. | |
| | Kirk Rider | .40 hrs. |
| 07/14/26 | Review unknown claims representative motions in other diocesan bankruptcy cases. | |
| | Kirk Rider | .40 hrs. |
| 07/15/26 | Preparation for meeting with counsel for certain parishes (1.3). | |
| | Ori Katz | 1.30 hrs. |
| 07/15/26 | Finalize stipulation to further extend certain deadlines in adversary proceeding with committee (.2). | |

| | | |
|---|---|---|
| | Ori Katz | .20 hrs. |
| 07/17/26 | Attend weekly call with client (.8). | |
| | Kirk Rider | .80 hrs. |
| 07/17/26 | Call with O. Katz, P. Pascuzzi, and J. Schulman. | |
| | Kirk Rider | .50 hrs. |
| 07/20/26 | Weekly call with co-professionals. | |
| | Kirk Rider | .20 hrs. |
| 07/20/26 | Call with co-counsel to discuss upcoming meeting with counsel for certain parishes (.5). | |
| | Ori Katz | .50 hrs. |
| 07/21/26 | Continue working on unknown claims representative motion. | |
| | Kirk Rider | .70 hrs. |
| 07/21/26 | Gather information requested by certain parishes in connection with mediation (1.7). | |
| | Ori Katz | 1.70 hrs. |
| 07/21/26 | Work with litigation counsel to resolve issues pertaining to main case and adversary proceedings. | |
| | Susan Haines | 1.10 hrs. |
| 07/22/26 | Outline options regarding third party professional's services. | |
| | Susan Haines | .30 hrs. |
| 07/22/26 | Continue to work with litigation counsel to resolve issues pertaining to main case and adversary proceedings. | |
| | Susan Haines | .80 hrs. |
| 07/24/26 | Call with client and co-professionals re case strategy. | |
| | Kirk Rider | .90 hrs. |

07/27/26 Weekly call with co-professionals.

Kirk Rider .70 hrs.

07/27/26 Review SPE structure and endowment issues.

Amanda L. Cottrell .50 hrs.

07/31/26 Finalize unknown claims representative motion.

Kirk Rider .80 hrs.

*Timekeeper Summary of: Case Assessment, Development and Administration*

| *Timekeeper* | *Hours* | *Average Rate/Hr* | *Dollars* |
|---|---|---|---|
| *Ori Katz* | *12.10* | *$ 1,540.00* | *$ 18,634.00* |
| *Amanda L. Cottrell* | *0.50* | *$ 1,196.00* | *$ 598.00* |
| *Kirk Rider* | *25.20* | *$ 612.00* | *$ 15,422.40* |
| *Susan Haines* | *2.20* | *$ 1,036.00* | *$ 2,279.20* |
| *Maya Saidi Litvak* | *1.60* | *$ 475.00* | *$ 760.00* |
| *Rheonna Reese* | *1.70* | *$ 475.00* | *$ 807.50* |
| *Totals* | *43.30* | *$ 889.17* | *$ 38,501.10* |

**Analysis/Strategy**

07/09/26 Review and analyze US Trustee filings in Catholic diocesan bankruptcies.

Kirk Rider .30 hrs.

07/13/26 Review and analyze Committee comments to draft of chapter 11 plan.

Kirk Rider .50 hrs.

07/14/26 Review and analyze Committee comments to Chapter 11 plan draft.

Kirk Rider .70 hrs.

07/14/26 Call with D. Egan and S. Williamson re finance items.

Kirk Rider .40 hrs.

07/20/26 Call with co-professionals re case strategy.

Kirk Rider .50 hrs.

07/23/26 Review and analyze chapter 11 plan provisions.

Kirk Rider 2.40 hrs.

07/30/26 Review Trustee objection to Opt-out motion (.7).

Kirk Rider .70 hrs.

07/30/26 Begin analyzing and outlining response to Trustee objection (1.3).

Kirk Rider 1.30 hrs.

*Timekeeper Summary of: Analysis/Strategy*

| *Timekeeper* | *Hours* | *Average Rate/Hr* | *Dollars* |
|---|---|---|---|
| *Kirk Rider* | *6.80* | *$ 612.00* | *$ 4,161.60* |
| *Totals* | *6.80* | *$ 612.00* | *$ 4,161.60* |

**Settlement/Non-Binding ADR**

07/06/26 Weekly call with co-professionals.

Kirk Rider .40 hrs.

07/13/26 Finalize Amended Notice of Hearing and Notice of Errata.

Kirk Rider .70 hrs.

07/15/26 Revise Ninth Stipulation implementing extended litigation pause (.2).

Kirk Rider .20 hrs.

*Timekeeper Summary of: Settlement/Non-Binding ADR*

| *Timekeeper* | *Hours* | *Average Rate/Hr* | *Dollars* |
|---|---|---|---|
| *Kirk Rider* | *1.30* | *$ 612.00* | *$ 795.60* |
| *Totals* | *1.30* | *$ 612.00* | *$ 795.60* |

**Other Case Assessment**

07/15/26 Assess correspondence from third party professional regarding services provided.

Susan Haines .30 hrs.

*Timekeeper Summary of: Other Case Assessment*

| *Timekeeper* | *Hours* | *Average Rate/Hr* | *Dollars* |
|---|---|---|---|
| *Susan Haines* | *0.30* | *$ 1,036.00* | *$ 310.80* |
| *Totals* | *0.30* | *$ 1,036.00* | *$ 310.80* |

**Pre-Trial Pleadings and Motions**

07/07/26 Prepare stipulation pausing litigation deadlines tied to effective date of reorganization plan.

Susan Haines .90 hrs.

Case: 23-30564 Doc# 1888 Filed: 08/18/26 Entered: 08/18/26 10:29:59 Page 20 of 25

*Timekeeper Summary of: Pre-Trial Pleadings and Motions*

| *Timekeeper* | *Hours* | *Average Rate/Hr* | *Dollars* |
|---|---|---|---|
| *Susan Haines* | *0.90* | *$ 1,036.00* | *$ 932.40* |
| *Totals* | *0.90* | *$ 1,036.00* | *$ 932.40* |

**Court Mandated Conferences**

07/06/26 Review and revise Debtor Status Report.

Kirk Rider .80 hrs.

*Timekeeper Summary of: Court Mandated Conferences*

| *Timekeeper* | *Hours* | *Average Rate/Hr* | *Dollars* |
|---|---|---|---|
| *Kirk Rider* | *0.80* | *$ 612.00* | *$ 489.60* |
| *Totals* | *0.80* | *$ 612.00* | *$ 489.60* |

**Written Motions/Submissions**

07/07/26 Review Committee comments to Opt-Out Motion exhibit.

Kirk Rider .10 hrs.

07/08/26 Draft amended notice of hearing and errata.

Kirk Rider 1.90 hrs.

07/09/26 Further revisions to amended notice of hearing and notice of errata.

Kirk Rider 1.00 hrs.

07/13/26 Review and incorporate revisions to Ninth Stipulation extending litigation deadlines in "enterprise" complaint.

| | | |
|---|---|---|
| | Kirk Rider | .50 hrs. |
| 07/15/26 | Draft order approving Ninth Stipulation (.7). | |
| | Kirk Rider | .70 hrs. |
| 07/15/26 | Finalize Ninth Stipulation for filing (.3). | |
| | Kirk Rider | .30 hrs. |
| 07/16/26 | Incorporate final revisions of Ninth Stipulation (.2); file Ninth Stipulation (.2). | |
| | Kirk Rider | .40 hrs. |
| 07/16/26 | Begin drafting unknown claims representative motion. | |
| | Kirk Rider | .90 hrs. |
| 07/17/26 | Continue drafting unknown claims representative motion. | |
| | Kirk Rider | 1.60 hrs. |
| 07/19/26 | Revise unknown claims representative application (.5). | |
| | Kirk Rider | .50 hrs. |
| 07/19/26 | Draft documents in support of unknown claims representative motion (.5). | |
| | Kirk Rider | .50 hrs. |
| 07/19/26 | Draft additional documents in support of unknown claims representative motion (.5). | |
| | Kirk Rider | .50 hrs. |
| 07/20/26 | Continue review and revision of motion to appoint unknown claims representative. | |
| | Kirk Rider | 1.30 hrs. |
| 07/28/26 | Review unknown claims representative motion comments and incorporate into motion. | |
| | Kirk Rider | .50 hrs. |

*Timekeeper Summary of: Written Motions/Submissions*

| *Timekeeper* | *Hours* | *Average Rate/Hr* | *Dollars* |
|---|---|---|---|
| *Kirk Rider* | *10.70* | *$ 612.00* | *$ 6,548.40* |
| *Totals* | *10.70* | *$ 612.00* | *$ 6,548.40* |

**Discovery**

07/13/26 Call from Rob Harris.

Amanda L. Cottrell .30 hrs.

*Timekeeper Summary of: Discovery*

| *Timekeeper* | *Hours* | *Average Rate/Hr* | *Dollars* |
|---|---|---|---|
| *Amanda L. Cottrell* | *0.30* | *$ 1,196.00* | *$ 358.80* |
| *Totals* | *0.30* | *$ 1,196.00* | *$ 358.80* |

**SUMMARY OF TIMEKEEPER FEES**

| **Timekeeper** | **Hours** | **Average Rate/Hr** | **Dollars** |
|---|---|---|---|
| Amanda L. Cottrell | .80 | $ 1,196.00 | $ 956.80 |
| Ori Katz | 57.20 | $ 1,540.00 | $ 88,088.00 |
| Robert K. Sahyan | 4.00 | $ 1,216.00 | $ 4,864.00 |
| Susan Haines | 6.70 | $ 1,036.00 | $ 6,941.20 |
| Kirk Rider | 48.00 | $ 612.00 | $ 29,376.00 |
| Rheonna Reese | 1.70 | $ 475.00 | $ 807.50 |
| Maya Saidi Litvak | 1.60 | $ 475.00 | $ 760.00 |

**Total Fees for Professional Services** **$ 131,793.50**

## SUMMARY OF DISBURSEMENTS

| | | |
|---|---|---|
| 07/02/26 | Federal Express on 07/02/26 | 23.45 |
| 06/22/26 | PACER (Public Access to Court Electronic Records). Customer Number: SMRHFirmUser2.<br>Statement Date: 6/30/26 | 8.90 |
| 07/22/26 | Z.Vecino-Client meeting lunch | 245.95 |
| | **Total Disbursements** | **$ 278.30** |

Sheppard
Sheppard, Mullin, Richter & Hampton LLP
350 S. Grand Avenue, 40th Floor
Los Angeles, CA 90071-3460
213-620-1780 main
213-620-1398 main fax



## ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Tax | Retainer / On-Account | Payments & Credits | Total |
|---|---|---|---|---|---|---|---|---|
| 11/20/25 | 380129316 | 153,570.45 | 151,779.40 | 1,791.05 | 0.00 | 0.00 | -149,729.02 | $ 3,841.43 |
| 02/19/26 | 380129114 | 152,087.70 | 147,899.80 | 4,187.90 | 0.00 | 0.00 | -149,852.60 | 2,235.10 |
| 03/17/26 | 380130527 | 237,184.39 | 227,837.00 | 9,347.39 | 0.00 | 0.00 | -189,116.99 | 48,067.40 |
| 04/20/26 | 380132095 | 143,590.00 | 141,414.00 | 2,176.00 | 0.00 | 0.00 | -115,307.20 | 28,282.80 |
| 05/18/26 | 380133180 | 146,864.60 | 131,746.00 | 15,118.60 | 0.00 | 0.00 | -120,515.40 | 26,349.20 |
| 06/15/26 | 380134413 | 174,670.60 | 173,066.80 | 1,603.80 | 0.00 | 0.00 | -140,057.24 | 34,613.36 |
| 07/17/26 | 380136243 | 198,072.70 | 197,963.20 | 109.50 | 0.00 | 0.00 | 0.00 | 198,072.70 |
| | | | | | | | Total Outstanding Fees, Disbursements, Taxes and Other | $ 341,461.99 |
| | | | | | | | Interest on Outstanding A/R | 0.00 |
| | | | | | | | Fees and Disbursements Due for this Invoice | 132,071.80 |
| | | | | | | | **Total Due For This Matter** | **$ 473,533.79** |

Case: 23-30564 Doc# 1888 Filed: 08/18/26 Entered: 08/18/26 10:29:59 Page 25 of 25