PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD WILLOUGHBY
PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com
jrios@ffwplaw.com
tphinney@ffwplaw.com

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
ORI KATZ, State Bar No. 209561
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppard.com
amartin@sheppard.com

Attorneys for The Roman Catholic Archbishop of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>The Roman Catholic Archbishop of San Francisco,<br><br>Debtor and<br>Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**NOTICE OF AMENDED FORM OF BALLOT**<br><br>Judge: Hon. Dennis Montali |

**TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE, CREDITORS, AND OTHER PARTIES IN INTEREST:**

On August 17, 2026, the United States Bankruptcy Court for the Northern District of California, San Francisco Division (the "Court") issued a *Tentative Ruling on Motion to Approve Form of Ballot and Related Matters* [ECF No. 1886] (the "Tentative Ruling"). The Tentative Ruling provided comments to the proposed form of ballot (the "Original Ballot") that was attached as Exhibit A to the above-captioned Debtor's *Motion to Approve Form of Ballot and Related Procedures* [ECF No. 1780] (the "Motion").

On August 19, 2026, the United States Trustee (the "UST") filed a statement with respect to the Tentative Ruling [ECF No. 1899], stating that although he does not withdraw his objection, the UST has nothing additional to add to the arguments set forth in his objection to the Motion [ECF No. 1838], submits on the pleadings, and does not request oral argument on the Motion.

**PLEASE TAKE NOTICE** that the Debtor and the Official Committee of Unsecured Creditors (the "Committee") are prepared to submit on the pleadings and accepts the Court's Tentative Ruling.

**PLEASE TAKE FURTHER NOTICE** that the Debtor and the Committee are prepared to answer any questions of the Court and would like to proceed with the August 20, 2026 hearing to (i) discuss the form of ballot and the Court's comments, and (ii) inform the Court that the Debtor and the Committee have targeted a September 3, 2026 filing date for their joint chapter 11 plan and disclosure statement, and intend to ask the Court to provide a tentative hearing date for approval of the disclosure statement in the first half of October, 2026.

**FURTHER** the Debtor and the Committee have together revised the ballot based on the Court's comments, as reflected in an amended ballot (the "Amended Ballot") attached hereto. A redlined copy of the Amended Ballot showing the revisions is attached to this notice as **Exhibit 1**. A clean copy of the Amended Ballot is attached to this notice as **Exhibit 2**.

The Debtor also filed a *Notice of Errata Re Form of Ballot* on July 13, 2026 at ECF 1813, with a revised ballot attached (the "Notice of Errata"). The Court's comments in the Tentative


Case: 23-30564 Doc# 1900 Filed: 08/19/26 Entered: 08/19/26 15:52:37 Page 2 of 21

Ruling were not made with respect to the ballot attached to the Notice of Errata, but instead were made with respect to the Original Ballot. **Exhibit 1** attached hereto shows the Debtor's revisions against the Original Ballot for the convenience of all parties.

Dated: August 19, 2026

FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP

By *\/s/ Paul J. Pascuzzi*

PAUL J. PASCUZZI
JASON E. RIOS
THOMAS R. PHINNEY

Attorneys for The Roman Catholic Archbishop of San Francisco

Dated: August 19, 2026

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By */s/ Ori Katz*

ORI KATZ

Attorneys for The Roman Catholic Archbishop of San Francisco

# EXHIBIT 1

EXHIBIT 1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**CONFIDENTIAL**

In re:

The Roman Catholic Archbishop of San Francisco,

Debtor.

Case No. 23-30564

Chapter 11

**BALLOT FOR ACCEPTING OR REJECTING THE JOINT CHAPTER 11 PLAN OF REORGANIZATION FOR THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO DATED [__], 2026**

**ATTENTION TO: [NAME OF CLAIMANT]**

**YOUR UNIQUE E-BALLOT ID #: ______________**

**BALLOT FOR: *CLASS ~~4~~3 – Abuse Claims***

| |
|---|
| **VOTING DEADLINE: 5:00 P.M., PACIFIC STANDARD TIME, ON [___], 2026**[1] |

**What is this Ballot?**

This is your official voting form (the "Ballot") for the Joint Plan[2] proposed by the Roman Catholic Archbishop of San Francisco (the "Archdiocese" or "RCASF") and the Official Committee of Unsecured Creditors (the "Committee"),[3] a fiduciary representative for unsecured creditors, including you. You hold a Class ~~4~~3 Abuse Claim, and this ~~ballot~~Ballot lets you vote to Accept or Reject the Joint Plan. It also ~~lets~~allows you to decide whether ~~you~~ to "opt-out ~~of releases of~~" from releasing your ~~claims~~Abuse Claims against certain third parties~~, which~~ who are making contributions to the Joint Plan and who are listed on the exhibit attached to the Ballot (the "Protected Parties").

**Your rights against the Archdiocese and ~~those certain third parties~~the Protected Parties will be affected by the Joint Plan. PLEASE READ CAREFULLY.**

[1] Such deadline may be extended by the Archdiocese or by Court order.

[2] *Joint Chapter 11 Plan of Reorganization for The Roman Catholic Archbishop of San Francisco* dated [___], 2026 in the above-captioned Chapter 11 Case (the "Joint Plan").

[3] The ~~Official~~ Committee ~~of Unsecured Creditors,~~is a group of nine Abuse Claimants appointed to serve as a fiduciary on behalf of all unsecured creditors.

**IMPORTANT NOTICE REGARDING RELEASES:** ~~the~~The Joint Plan contains releases of parties other than the Archdiocese.[4] ~~If~~Sufficiently funding the Joint Plan ~~**becomes effective**~~ hinges upon the significant financial contributions of the Protected Parties, (listed on the attached exhibit), whose financial contributions are expressly conditioned on them obtaining releases from the Class 3 Abuse Claimants.

~~**and**~~**Your vote on the Joint Plan is separate from your opt-out election:** Your decision to vote to approve or reject the Joint Plan is separate and independent from your election whether to opt-out of the releases of the Protected Parties**.** If you do not opt out of the releases, you will automatically be deemed to have consented to those releases and to the Channeling Injunction,[5] even if you vote to reject the Joint Plan or do not vote at all. To opt-out, see Item 3 below**.**

**Regardless of whether you vote to accept, reject, or decline to vote on the Joint Plan, if ~~the Joint Plan becomes effective and~~ you do not either (1) make the ~~opt out~~opt-out election on this ~~ballot or you object~~Ballot or (2) separately file an objection to the Joint Plan and expressly ~~stating~~ state that you do not consent to the releases of the Protected Parties and Channeling Injunction provided in the Joint Plan, you will be (~~1~~i) deemed to provide the releases contained in Section [ ] of the Joint Plan and (~~2~~ii) subject to the Channeling Injunction contained in Section [ ] of the Joint Plan.**

**BACKGROUND**

The Archdiocese and the Committee sent you this ~~ballot~~Ballot to solicit your vote to accept or reject the Joint Plan. If a sufficient number and amount of the holders of Abuse Claims in Class 3 who submit a Ballot vote to accept the Joint Plan, the Bankruptcy Court will consider whether to confirm the Joint Plan. If the Joint Plan is confirmed by a final order it will bind all of the Abuse Claimants in Class 3. The Committee and the Archdiocese recommend that you vote to accept the Joint Plan. The Committee and the Archdiocese also recommend that you do not opt-out of the releases, ~~i.e. the Committee and the Archdiocese recommend that you~~thus permitting the release of your ~~claims~~Abuse Claims against the ~~third parties~~Protected Parties. *A Disclosure Statement (a detailed explanation of the Joint Plan) has been court-approved and provided to you along with this Ballot. ~~Both documents~~The Disclosure Statement and the Joint Plan are provided to you with this Ballot. ~~Read both~~You should read all three of these documents before voting. You may want to consult your own attorney regarding the Joint Plan, the Disclosure Statement, and this Ballot.*[6]

[4] A complete list of the released third parties is attached as an exhibit to this Ballot.

[5] The Channeling Injunction is in Section [ ] of the Joint Plan (pages [ ] – []).

[6] The Disclosure Statement and the Joint Plan will also be on file with the Office of the Clerk of the Court for review during normal business hours (a fee may be charged) and are also available free of charge on the website maintained by the RCASF's claims agent at https://cases.omniagentsolutions.com/?clientId=3671. All capitalized terms used but not defined in this ~~ballot~~Ballot have the meanings given to such terms in the Joint Plan.

HOW THE JOINT PLAN GETS CONFIRMED

Your vote is important to the Court's approval of the Joint Plan, If more than half of the voting Class 4 Abuse Claims vote to "accept" the Joint Plan, the Court will give that "acceptance" consideration in the decision to approve or deny the Joint Plan. If the Joint Plan is not accepted by more than half of the voting lass 4 Abuse Claims, the Court can still confirm the Joint Plan if it finds the Joint Plan is fair and meets certain legal requirements. If confirmed, the Joint Plan is binding on everyone, even those who voted no or didn't vote.

**WHO SHOULD USE THIS BALLOT**

**This Ballot is to be used for voting by holders of Class 43 Abuse Claims whose claim arose before August 21, 2023. In order for your vote to be counted, this Ballot must be properly completed, signed, and returned to Omni Agent Solutions, Inc. (the "Voting Agent") so that it is actually received no later than 5:00 p.m. (Pacific Standard Time) on [___], 2026 (the "Voting Deadline"), unless such time is extended by the RCASF or by Court order.**

**This Ballot is solely for purposes of voting to accept or reject the Joint Plan and to state whether you opt-out of the releases. It is not for the purpose of allowance or disallowance of your Class 43 Abuse Claim, and it is not for the purpose of objection to confirmation of the Joint Plan. Any objection to the Joint Plan must be separately filed with the Court.**

**SUBMISSION OF THIS BALLOT WILL BE KEPT CONFIDENTIAL CONSISTENT WITH THE CONFIDENTIALITY PROTOCOL SET FORTH IN THE *ORDER ESTABLISHING A DEADLINE FOR FILING PROOFS OF CLAIM AND APPROVING THE FORM AND MANNER OF NOTICE THEREOF* [Docket No. ___].**

**QUESTIONS? CONTACT THE VOTING AGENT**

**U.S. & Canada (Toll-Free):** (888) 480-6507

**International:** (747) 293-0084

**Email:** RCASFinquiries@omniagent.com

*Hours: 9:00 AM – 5:00 PM Prevailing Pacific Time*

**THE VOTING AGENT IS NOT AUTHORIZED TO, AND WILL NOT, PROVIDE LEGAL ADVICE.**

**INSTRUCTIONS FOR COMPLETING THE BALLOT**

*Follow the steps below carefully. You can return this Ballot by mail, courier, hand delivery, or online. Do not submit both an online ballotBallot and a paper ballotBallot, only choose one method. Ballots submitted by fax or email will NOT be counted.*

**STEP-BY-STEP CHECKLIST**

- Confirm the information in **Item 1** is correct.
- In **Item 2**, check *one* box: **Accept** or **Reject** the Joint Plan.
- In **Item 3**, decide whether to opt out of the releases (see below for explanation).
- If you hold more than one Class ~~4~~3 Abuse Claim, you must vote all your Claims the *same way* (all Accept or all Reject).
- If more than one timely, properly completed Ballot is received, only the **last one received** will be counted.
- Fill in your name and mailing address (your information will be kept confidential)
- **Sign and date** your ~~ballot~~Ballot.
- Return it to the Voting Agent before the deadline.

**HOW TO SUBMIT YOUR BALLOT**

**YOUR UNIQUE E-BALLOT ID #: ______________**

**Please choose only one method of submitting your Ballot.**

**By Mail, Overnight Courier, or Hand Delivery:**
The Roman Catholic Archbishop of San Francisco Claims Processing
c/o Omni Agent Solutions
5955 De Soto Ave., Suite 100, Woodland Hills, CA 91367

**Online (Preferred):**
Visit https://cases.omniagentsolutions.com/?clientId=3671
Click ~~"~~“Balloting~~"~~” and follow the instructions.
You will need your **Unique E-Ballot ID#**.

✕ **Ballots submitted by fax or email will NOT be counted.**

**Ballots That Will NOT Be Counted:**

- Received after the Voting Deadline (unless an extension is granted in writing)
- Illegible or missing information needed to identify the voter
- Cast by someone who does not hold a Class ~~4~~3 Claim
- Unsigned (note: E-Ballot submission counts as a signature)
- Submitted by fax, email, or any method other than the E-Ballot portal or mail/courier/hand delivery
- Does not indicate either Accept or Reject, or checks both boxes

This Ballot is submitted to you to solicit your vote to accept or reject the Joint Plan and to state

whether you are opting-out of the third-party releases. The terms of the Joint Plan are described in the Disclosure Statement, including all exhibits thereto. **PLEASE READ THE JOINT PLAN AND THE DISCLOSURE STATEMENT CAREFULLY BEFORE COMPLETING THIS BALLOT.**

## BALLOT – CLASS ~~4~~3

**Item 1. Certification of Claim.** *By signing this ~~ballot~~Ballot, you confirm you hold a Class ~~4~~3 Abuse Claim. For voting purposes only, your claim is assigned a value of $1.00 — this does not affect how much money you will actually receive from the Trust.*

**Item 2. Vote on the Joint Plan.**

The undersigned holder of a Class ~~4~~3 - Abuse Claim against the RCASF votes to:

**Check one box only:**

| | |
|---|---|
| ❑ **ACCEPT** the Joint Plan. | ❑ **REJECT** the Joint Plan. |

**Item 3.1. Election to Opt-Out .**

*The Joint Plan asks ~~certain parties (~~the ~~"~~Protected Parties~~," list on the attached exhibit)~~ to contribute money and insurance rights to the settlement trust in exchange for being released from liability. The Protected Parties will contribute the money and insurance rights ONLY if ~~enough~~ Class ~~4~~3 Abuse Claimants consent to the release of claims against them. If ~~too many~~ Class ~~4~~3 Abuse Claimants ~~opt-out~~opt out of granting ~~them~~the releases, a key condition of the Joint Plan ~~may~~will fail, which could jeopardize ~~everyone's~~everyone's recovery.*

***The Committee recommends that all Abuse Claimants elect to be treated as Consenting Abuse Claimants.***

**Item 3.2. What Happens Based on What You Elect**

- **If you check the "Opt-Out" box**: you are not consenting to the releases of Protected Parties and Channeling Injunction and will not receive a distribution of the significant monetary contributions from the Protected Parties.
- **If you leave the "Opt-Out" box blank**: you will be consenting to the releases of Protected Parties and Channeling Injunction.
- **If you do not return your ~~ballot~~Ballot**: you will be consenting to the releases of Protected Parties and Channeling Injunction.

**I "opt-out" of the releases and Channeling Injunction:**

"Opt-out"

❑ I understand that by selecting this option, I will not be eligible to receive any portion of the $___ million the Protected Parties are contributing to the Abuse Claims Settlement Fund, and my distributions under the Joint Plan will be less (possibly significantly less) than what I would otherwise receive.

~~Check one box only:~~

**BALLOT – CLASS ~~4~~3 (Continued)**

**Item 4 Acknowledgments and Certification.**

By signing this Ballot, the holder of the Class ~~4~~3 Abuse Claim set forth above certifies as follows:

i. I am the holder of a Class ~~4~~3 Abuse Claim as of the Voting Record Date;

ii. I have received copies of the Disclosure Statement and the Joint Plan, including the Allocation Protocol and other exhibits thereto;

iii. I have reviewed and considered the treatment my Class ~~4~~3 Abuse Claim will receive under the Joint Plan, as well as the release, injunction and exculpation provisions set forth in the Joint Plan;

iv. I acknowledge that a vote to accept the Joint Plan constitutes an acceptance of the treatment provided to Class ~~4~~3 Claims pursuant to the terms of the Joint Plan; and

v. I have the power and authority to cast this ~~ballot~~Ballot as the holder of a Class ~~4~~3 Abuse Claim.

***Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the information supplied in this ~~ballot~~Ballot is true and correct, that I am personally casting this ~~ballot~~Ballot on my own behalf, and that I have authority under applicable law to cast this ~~ballot~~Ballot.***

________________________________
Name of Abuse Claimant

________________________________
Signature

________________________________

Street Address

City, State, Zip Code

Telephone Number

Date Completed

[PROTECTED PARTY LIST TO BE INSERTED]

# EXHIBIT 2

EXHIBIT 2

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**CONFIDENTIAL**

In re:

The Roman Catholic Archbishop of San Francisco,

Debtor.

Case No. 23-30564

Chapter 11

**BALLOT FOR ACCEPTING OR REJECTING THE JOINT CHAPTER 11 PLAN OF REORGANIZATION FOR THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO DATED [ ], 2026**

**ATTENTION TO: [NAME OF CLAIMANT]**

**YOUR UNIQUE E-BALLOT ID #: ______________**

**BALLOT FOR: *CLASS 3 – Abuse Claims***

**VOTING DEADLINE: 5:00 P.M., PACIFIC STANDARD TIME, ON [ ], 2026**[1]

**What is this Ballot?**

This is your official voting form (the "Ballot") for the Joint Plan[2] proposed by the Roman Catholic Archbishop of San Francisco (the "Archdiocese" or "RCASF") and the Official Committee of Unsecured Creditors (the "Committee"),[3] a fiduciary representative for unsecured creditors, including you. You hold a Class 3 Abuse Claim, and this Ballot lets you vote to Accept or Reject the Joint Plan. It also allows you to decide whether to "opt-out" from releasing your Abuse Claims against certain third parties who are making contributions to the Joint Plan and who are listed on the exhibit attached to the Ballot (the "Protected Parties").

**Your rights against the Archdiocese and the Protected Parties will be affected by the Joint Plan. PLEASE READ CAREFULLY.**

[1] Such deadline may be extended by the Archdiocese or by Court order.

[2] *Joint Chapter 11 Plan of Reorganization for The Roman Catholic Archbishop of San Francisco* dated [___], 2026 in the above-captioned Chapter 11 Case (the "Joint Plan").

[3] The Committee is a group of nine Abuse Claimants appointed to serve as a fiduciary on behalf of all unsecured creditors.

**IMPORTANT NOTICE REGARDING RELEASES:** The Joint Plan contains releases of parties other than the Archdiocese.[4] Sufficiently funding the Joint Plan hinges upon the significant financial contributions of the Protected Parties, (listed on the attached exhibit), whose financial contributions are expressly conditioned on them obtaining releases from the Class 3 Abuse Claimants.

**Your vote on the Joint Plan is separate from your opt-out election:** Your decision to vote to approve or reject the Joint Plan is separate and independent from your election whether to opt-out of the releases of the Protected Parties**.** If you do not opt out of the releases, you will automatically be deemed to have consented to those releases and to the Channeling Injunction,[5] even if you vote to reject the Joint Plan or do not vote at all. To opt-out, see Item 3 below**.**

**Regardless of whether you vote to accept, reject, or decline to vote on the Joint Plan, if you do not either (1) make the opt-out election on this Ballot or (2) separately file an objection to the Joint Plan and expressly state that you do not consent to the releases of the Protected Parties and Channeling Injunction provided in the Joint Plan, you will be (i) deemed to provide the releases contained in Section [ ] of the Joint Plan and (ii) subject to the Channeling Injunction contained in Section [ ] of the Joint Plan.**

**BACKGROUND**

The Archdiocese and the Committee sent you this Ballot to solicit your vote to accept or reject the Joint Plan. If a sufficient number and amount of the holders of Abuse Claims in Class 3 who submit a Ballot vote to accept the Joint Plan, the Bankruptcy Court will consider whether to confirm the Joint Plan. If the Joint Plan is confirmed by a final order it will bind all of the Abuse Claimants in Class 3. The Committee and the Archdiocese recommend that you vote to accept the Joint Plan. The Committee and the Archdiocese also recommend that you do not opt-out of the releases, thus permitting the release of your Abuse Claims against the Protected Parties. *A Disclosure Statement (a detailed explanation of the Joint Plan) has been court-approved and provided to you along with this Ballot. The Disclosure Statement and the Joint Plan are provided to you with this Ballot. You should read all three of these documents before voting. You may want to consult your own attorney regarding the Joint Plan, the Disclosure Statement, and this Ballot*.[6]

---

[4] A complete list of the released third parties is attached as an exhibit to this Ballot.

[5] The Channeling Injunction is in Section [ ] of the Joint Plan (pages [ ] – []).

[6] The Disclosure Statement and the Joint Plan will also be on file with the Office of the Clerk of the Court for review during normal business hours (a fee may be charged) and are also available free of charge on the website maintained by the RCASF's claims agent at https://cases.omniagentsolutions.com/?clientId=3671. All capitalized terms used but not defined in this Ballot have the meanings given to such terms in the Joint Plan.

**WHO SHOULD USE THIS BALLOT**

**This Ballot is to be used for voting by holders of Class 3 Abuse Claims whose claim arose before August 21, 2023. In order for your vote to be counted, this Ballot must be properly completed, signed, and returned to Omni Agent Solutions, Inc. (the "Voting Agent") so that it is actually received no later than 5:00 p.m. (Pacific Standard Time) on [___], 2026 (the "Voting Deadline"), unless such time is extended by the RCASF or by Court order.**

**This Ballot is solely for purposes of voting to accept or reject the Joint Plan and to state whether you opt-out of the releases. It is not for the purpose of allowance or disallowance of your Class 3 Abuse Claim, and it is not for the purpose of objection to confirmation of the Joint Plan. Any objection to the Joint Plan must be separately filed with the Court.**

**SUBMISSION OF THIS BALLOT WILL BE KEPT CONFIDENTIAL CONSISTENT WITH THE CONFIDENTIALITY PROTOCOL SET FORTH IN THE *ORDER ESTABLISHING A DEADLINE FOR FILING PROOFS OF CLAIM AND APPROVING THE FORM AND MANNER OF NOTICE THEREOF* [Docket No. ___].**

| QUESTIONS? CONTACT THE VOTING AGENT |
| --- |
| **U.S. & Canada (Toll-Free):** (888) 480-6507 |
| **International:** (747) 293-0084 |
| **Email:** RCASFinquiries@omniagent.com |
| *Hours: 9:00 AM – 5:00 PM Prevailing Pacific Time* |
| **THE VOTING AGENT IS NOT AUTHORIZED TO, AND WILL NOT, PROVIDE LEGAL ADVICE.** |

**INSTRUCTIONS FOR COMPLETING THE BALLOT**

*Follow the steps below carefully. You can return this Ballot by mail, courier, hand delivery, or online. Do not submit both an online Ballot and a paper Ballot, only choose one method. Ballots submitted by fax or email will NOT be counted.*

**STEP-BY-STEP CHECKLIST**

- Confirm the information in **Item 1** is correct.
- In **Item 2**, check *one* box: **Accept** or **Reject** the Joint Plan.
- In **Item 3**, decide whether to opt out of the releases (see below for explanation).
- If you hold more than one Class 3 Abuse Claim, you must vote all your Claims the *same way* (all Accept or all Reject).
- If more than one timely, properly completed Ballot is received, only the **last one received** will be counted.
- Fill in your name and mailing address (your information will be kept confidential)

- **Sign and date** your Ballot.
- Return it to the Voting Agent before the deadline.

**HOW TO SUBMIT YOUR BALLOT**

**YOUR UNIQUE E-BALLOT ID #: ______________**

| |
|---|
| **Please choose only one method of submitting your Ballot.** |
| **By Mail, Overnight Courier, or Hand Delivery:**<br>The Roman Catholic Archbishop of San Francisco Claims Processing<br>c/o Omni Agent Solutions<br>5955 De Soto Ave., Suite 100, Woodland Hills, CA 91367 |
| **Online (Preferred):**<br>Visit https://cases.omniagentsolutions.com/?clientId=3671<br>Click "Balloting" and follow the instructions.<br>You will need your **Unique E-Ballot ID#**. |
| ✖ **Ballots submitted by fax or email will NOT be counted.** |

**Ballots That Will NOT Be Counted:**

- Received after the Voting Deadline (unless an extension is granted in writing)
- Illegible or missing information needed to identify the voter
- Cast by someone who does not hold a Class 3 Claim
- Unsigned (note: E-Ballot submission counts as a signature)
- Submitted by fax, email, or any method other than the E-Ballot portal or mail/courier/hand delivery
- Does not indicate either Accept or Reject, or checks both boxes

This Ballot is submitted to you to solicit your vote to accept or reject the Joint Plan and to state whether you are opting-out of the third-party releases. The terms of the Joint Plan are described in the Disclosure Statement, including all exhibits thereto. **PLEASE READ THE JOINT PLAN AND THE DISCLOSURE STATEMENT CAREFULLY BEFORE COMPLETING THIS BALLOT.**

## BALLOT – CLASS 3

**Item 1. Certification of Claim.** *By signing this Ballot, you confirm you hold a Class 3 Abuse Claim. For voting purposes only, your claim is assigned a value of $1.00 — this does not affect how much money you will actually receive from the Trust.*

**Item 2. Vote on the Joint Plan.**

The undersigned holder of a Class 3 - Abuse Claim against the RCASF votes to:

**Check one box only:**

| | |
|---|---|
| ❑ **ACCEPT** the Joint Plan. | ❑ **REJECT** the Joint Plan. |

**Item 3.1. Election to Opt-Out .**

*The Joint Plan asks the Protected Parties to contribute money and insurance rights to the settlement trust in exchange for being released from liability. The Protected Parties will contribute the money and insurance rights ONLY if Class 3 Abuse Claimants consent to the release of claims against them. If Class 3 Abuse Claimants opt out of granting the releases, a key condition of the Joint Plan will fail, which could jeopardize everyone's recovery.*

***The Committee recommends that all Abuse Claimants elect to be treated as Consenting Abuse Claimants.***

**Item 3.2. What Happens Based on What You Elect**

- **If you check the "Opt-Out" box**: you are not consenting to the releases of Protected Parties and Channeling Injunction and will not receive a distribution of the significant monetary contributions from the Protected Parties.
- **If you leave the "Opt-Out" box blank**: you will be consenting to the releases of Protected Parties and Channeling Injunction.
- **If you do not return your Ballot:** you will be consenting to the releases of Protected Parties and Channeling Injunction.

**I "opt-out" of the releases and Channeling Injunction:**

"Opt-out"

❑ I understand that by selecting this option, I will not be eligible to receive any portion of the $___ million the Protected Parties are contributing to the Abuse Claims Settlement Fund, and my distributions under the Joint Plan will be less (possibly significantly less) than what I would otherwise receive.

BALLOT – CLASS 3 (Continued)

**Item 4 Acknowledgments and Certification.**

By signing this Ballot, the holder of the Class 3 Abuse Claim set forth above certifies as follows:

i. I am the holder of a Class 3 Abuse Claim as of the Voting Record Date;

ii. I have received copies of the Disclosure Statement and the Joint Plan, including the Allocation Protocol and other exhibits thereto;

iii. I have reviewed and considered the treatment my Class 3 Abuse Claim will receive under the Joint Plan, as well as the release, injunction and exculpation provisions set forth in the Joint Plan;

iv. I acknowledge that a vote to accept the Joint Plan constitutes an acceptance of the treatment provided to Class 3 Claims pursuant to the terms of the Joint Plan; and

v. I have the power and authority to cast this Ballot as the holder of a Class 3 Abuse Claim.

***Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the information supplied in this Ballot is true and correct, that I am personally casting this Ballot on my own behalf, and that I have authority under applicable law to cast this Ballot.***

______________________________
Name of Abuse Claimant

______________________________
Signature

______________________________
Street Address

______________________________
City, State, Zip Code

______________________________
Telephone Number

______________________________
Date Completed



Case: 23-30564 Doc# 1900 Filed: 08/19/26 Entered: 08/19/26 15:52:37 Page 20 of 21

[PROTECTED PARTY LIST TO BE INSERTED]



Case: 23-30564 Doc# 1900 Filed: 08/19/26 Entered: 08/19/26 15:52:37 Page 21 of 21