Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com
jrios@ffwplaw.com
mkutsuris@ffwplaw.com

Ori Katz, State Bar No. 209561
Alan H. Martin, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppardmullin.com
amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>[*No Hearing Required*] |

**MONTHLY PROFESSIONAL FEE STATEMENT FOR TRANSPERFECT SOLUTIONS [JULY 2026]**

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that TransPerfect Document Management, Inc. and Chancery Staffing Solutions, LLC (d/b/a TransPerfect Staffing Solutions), together known as TransPerfect Solutions (hereinafter "TransPerfect"), litigation support consultant and e-discovery


Case: 23-30564 Doc# 1915 Filed: 08/20/26 Entered: 08/20/26 14:31:41 Page 1 of 5

vendor for the attorneys for The Roman Catholic Archbishop of San Francisco, debtor and debtor in possession ("Debtor"), hereby files its Monthly Professional Fee Statement for July 2026. Pursuant to the Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis [ECF No. 212], entered by the Court on October 16, 2023, the total fees and costs expended by TransPerfect on account of the Debtor for the month of July 2026 are as follows:

| **Period** | **Fees** | **Expenses** | **Total** |
|---|---|---|---|
| July 1, 2026, through July 31, 2026 | $1,661.62 | $0.00 | $1,661.62 |
| Net Total Allowed Payments this Statement Period: (80% of Fees and 100% of Costs) | $1,329.30 | $0.00 | $1,329.30 |

The itemized billing statement for the fees and costs billed is attached hereto as ***Exhibit A***. The Net Total Allowed Payments detailed above shall be paid from funds held by the Debtor's estate unless an objection is filed with the Clerk of the Court and served upon TransPerfect within 14 days from the date of service of this Statement.

Dated: August 20, 2026

FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP

By: */s/ Paul J. Pascuzzi*
Paul J. Pascuzzi
Attorneys for The Roman Catholic Archbishop of San Francisco

Dated: August 20, 2026

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: */s/ Ori Katz*
Ori Katz
Attorneys for The Roman Catholic Archbishop of San Francisco



Case: 23-30564 Doc# 1915 Filed: 08/20/26 Entered: 08/20/26 14:31:41 Page 2 of 5

# Exhibit A

July 2026 Invoice

TRANSPERFECT LEGAL

**Bill To:**
Sheppard Mullin Richter & Hampton LLP
Attn: Amanda Cottrell
2200 Ross Avenue
Floor 20
Dallas, TX 75201
USA

**Requested By:**
Sheppard Mullin Richter & Hampton LLP
Attn: Amanda Cottrell
2200 Ross Avenue
Floor 20
Dallas, TX 75201
USA

| | | | |
|---|---|---|---|
| **Invoice #:** | 312352 | **Sales Contact:** | Zoe Saumell (zoe.saumell@transperfect.com) |
| **Invoice Date:** | 07/31/2026 | **Payment Terms:** | Net 30 |
| **Invoice Due:** | 08/30/2026 | | |
| **Contract #:** | **DM0357148** | **Purchase Order #:** | RCASF Hosting July 2026 |
| **Case Name:** | Roman Catholic Archbishop of San Francisco (RCASF) | **Matter #:** | RCASF Bankruptcy |
| **Requested Date:** | 06/28/2026 | | |

**Project Notes:**

Roman Catholic Archbishop of San Francisco (RCASF) | 2026 July Hosting Services

| Description | Quantity | Unit | Unit Cost (USD) | Extended Cost(USD) |
|---|---|---|---|---|
| **Hosting** | | | | |
| Monthly Storage Fees | 173.23 | GB | 6.000 | 1,039.38 |
| Digital Reef Hosting - Adv ECA | 311.12 | GB | 2.000 | 622.24 |

| | |
|---|---|
| **Total to Bill This Contract:** | US$1,661.62 |
| **Tax Amount:** | US$0.00 |
| **Total Amount Due:** | **US$1,661.62** |

**PAYMENT INSTRUCTIONS**

Please note, TransPerfect always prefers to receive payments electronically whenever possible.

**Please remit payment to:**
TransPerfect Document Management, Inc.
Attn.: Accounts Receivable
1250 Broadway, 32nd Floor
New York, NY 10001
212.689.5555
ar@transperfect.com

**Wire Transfer Details:**
**Flagstar Bank, N.A.**
**A/C #:** [redacted]**6914**
**ABA Routing #:** [redacted]
**SWIFT CODE:** [redacted]

**Please reference the Contract # DM0357148 and Invoice # 312352 with your remittance.**
Invoices paid by credit card are subject to a 3% processing fee.
Interest will be charged at the rate of 1.50% per month (or the maximum allowed by law) for accounts more than a month past due.