BINDER MALTER HARRIS & ROME-BANKS LLP
Robert G. Harris, Esq. #124678
Nathan Quach, Esq. #366817
1625 The Alameda, Suite 101
San Jose, CA 95126
Tel: (408) 295-1700
Fax: (408) 295-1531
Email: rob@bindermalter.com
Email: nathan@bindermalter.com

Attorneys for Creditor Salesian Society

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor. | Case No. 23-30564 DM<br><br>Chapter 11<br><br>RFS No. RGH-12<br><br>Date: November 5, 2026<br>Time: 1:30 p.m.<br>Location: in/via Tele/Videoconference<br><br>Judge: Honorable Dennis Montali |

**NOTICE OF HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY**

TO THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, THE OFFICE OF THE UNITED STATES TRUSTEE, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, ALL PARTIES REQUESTING SPECIAL NOTICE, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that a hearing (the "Hearing") on the *Motion for Relief from Automatic Stay* (the "Motion"), filed by creditor Salesian Society on October 15, 2026, shall be held on November 5, 2026, at 1:30 p.m. before the Honorable Dennis Montali.

PLEASE TAKE FURTHER NOTICE that pursuant to Bankruptcy Local Rule 4001-1, the Hearing shall be treated as a preliminary hearing at which no oral testimony will be received by the Court. Pursuant to Rule 4001-1(f) of the Local Rules, respondents to the Motion may, but

are not required to, file responsive pleadings, points and authorities, and declarations prior to the Hearing.

PLEASE TAKE FURTHER NOTICE that the Hearing will be conducted only via Zoom or teleconference. The Court's website offers information explaining how to arrange an appearance at a video hearing. If you have questions about how to participate in a video hearing, you may contact the Court by calling 888-821-7606 or by using the Live Chat feature on the Court's website.

Date: October 15, 2026

BINDER MALTER HARRIS & ROME-BANKS LLP

By: __*/s/ Robert G. Harris*__
Robert G. Harris

Attorneys for Creditor,
Salesian Society