Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com
jrios@ffwplaw.com
mkutsuris@ffwplaw.com

Ori Katz, State Bar No. 209561
Alan H. Martin, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppardmullin.com
amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>[*No Hearing Required*] |

**MONTHLY PROFESSIONAL FEE STATEMENT FOR BLANK ROME LLP [SEPTEMBER 2026]**

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Blank Rome LLP, (hereinafter "BR"), insurance counsel for The Roman Catholic Archbishop of San Francisco, debtor and debtor in possession, hereby files its Monthly Professional Fee Statement for the month of September 2026 ("Fee Period"). Pursuant to the Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis [ECF No. 212], entered by the Court on October 16, 2023, the total legal fees and costs expended by BR on account of the Debtor for the month of September 2026 are as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| September 1, 2026, through September 30, 2026 | $128,036.80 | $5.85 | $128,042.65 |
| Net Total Allowed Payments this Statement Period: (80% of Fees and 100% of Costs) | $102,429.44 | $5.85 | $102,435.29 |

Attached hereto as ***Exhibit A*** is a summary of BR's professionals by individual, setting forth the (a) name and title of each individual who provided services during the Fee Period; (b) aggregate hours spent by each individual; (c) hourly billing rate for each such individual; and (d) amount of fees earned by each BR professional during the Fee Period.

Attached hereto as ***Exhibit B*** is a summary of the services rendered and compensation sought by project categories during the Fee Period.

Attached hereto as ***Exhibit C*** is a summary of expenses incurred and reimbursement sought, by expense category, during the Fee Period.

Finally, attached hereto as ***Exhibit D***, are records of BR's fees incurred during the period of September 2026, consisting of contemporaneously maintained time entries for each professional in increments of tenth (1/10) of an hour.

///

///



Case: 23-30564 Doc# 2005 Filed: 10/20/26 Entered: 10/20/26 12:53:34 Page 2 of 20

The Net Total Allowed Payments detailed above shall be paid from funds held by the Debtor's estate unless an objection is filed with the Clerk of the Court and served upon BR within 14 days from the date of service of this Statement.

Dated: October 20, 2026

FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP

By: */s/ Paul J. Pascuzzi*
Paul J. Pascuzzi
Attorneys for Debtor and Debtor in Possession
The Roman Catholic Archbishop of San Francisco

Dated: October 20, 2026

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: */s/ Ori Katz*
Ori Katz
Alan H. Martin
Attorneys for Debtor and Debtor in Possession
The Roman Catholic Archbishop of San Francisco



Case: 23-30564 Doc# 2005 Filed: 10/20/26 Entered: 10/20/26 12:53:34 Page 3 of 20

**Exhibit A**

**Compensation by Professional Person for Hourly Services for the Fee Period of September 2026**

| Name | Position | Rate | Hours | Amount |
|---|---|---|---|---|
| Jeffrey L. Schulman | Partner | $836 | 43.30 | $36,198.80 |
| Barron L. Weinstein | Of Counsel | $820 | 36.00 | $29,520.00 |
| Kelly L. Henry | Associate | $775 | 39.90 | $30,922.50 |
| Jacinda D. Rivas | Associate | $740 | 2.20 | $1,628.00 |
| Kevin Cifarelli | Associate | $525 | 56.70 | $29,767.50 |
| **TOTAL** | | | **178.10** | **$128,036.80** |

**Exhibit B**

**Summary of Compensation by Project Category Compensation by Project Category for Hourly Services for the Fee Period of September 2026**

**Bankruptcy Categories**

| Description | Hours | Amount |
|---|---|---|
| Asset Analysis and Recovery (Insurance Proceeds) | 54.60 | $28,715.00 |
| Bankruptcy Procedure | 21.50 | $17,974.00 |
| Fee Application | 0.40 | $334.40 |
| Mediation | 52.40 | $43,199.90 |
| Motion Practice | 45.70 | $35,602.80 |
| Recovery of Defense Costs from Carriers | 3.50 | $2,210.70 |
| **TOTAL** | **178.10** | **$128,036.80** |


Case: 23-30564 Doc# 2005 Filed: 10/20/26 Entered: 10/20/26 12:53:34 Page 4 of 20

**Exhibit C**

**Summary of Expenses**

| Expense Category | Amounts |
| --- | --- |
| Reproduction of Documents | $5.85 |
| **TOTAL** | **$5.85** |



Case: 23-30564 Doc# 2005 Filed: 10/20/26 Entered: 10/20/26 12:53:34 Page 5 of 20

# Exhibit D

## Blank Rome September Invoice



Case: 23-30564 Doc# 2005 Filed: 10/20/26 Entered: 10/20/26 12:53:34 Page 6 of 20

BLANKROME

2029 CENTURY PARK EAST 6TH FLOOR
LOS ANGELES, CA 90067-2901
(424) 239-3400
FEDERAL TAX I.D. NO. [redacted]

ARCHDIOCESE OF SAN FRANCISCO
PAULA CARNEY
PAUL J. PASCUZZI AND BRENDA JENNINGS
[redacted]
PPASCUZZI@FFWPLAW.COM, BJENNINGS@FFWPLAW.COM

| | |
|---|---|
| INVOICE DATE: | OCTOBER 08, 2026 |
| CLIENT ID: | 163301 |
| MATTER NUMBER: | 163301-00001 05690 |
| INVOICE NUMBER: | 2405747 |

**REGARDING: ARCHDIOCESE OF SAN FRANCISCO**
**AB 218 CLAIMS**

| DATE | INVOICE | AMOUNT | CREDITS | BALANCE |
|---|---|---|---|---|
| 07/13/2026 | 2383099 | $59,873.21 | ($47,950.27) | $11,922.94 |
| 08/06/2026 | 2389385 | $159,434.35 | ($127,644.71) | $31,789.64 |
| 09/11/2026 | 2398296 | $115,014.83 | $0.00 | $115,014.83 |

| | | |
|---|---|---|
| **BALANCE FORWARD** | | **$158,727.41** |
| FOR LEGAL SERVICES RENDERED THROUGH 9/30/26 | $128,036.80 | |
| FOR DISBURSEMENTS ADVANCED THROUGH 9/30/26 | $5.85 | |
| **CURRENT INVOICE TOTAL** | | **$128,042.65** |
| **TOTAL AMOUNT DUE, INCLUDING BALANCE FORWARD** | | **$286,770.06** |

REMITTANCE

| | ACH/WIRE | Mail |
|---|---|---|
| Bank Name | Citizens Bank | Blank Rome LLP |
| Address: | Philadelphia, PA | Attn: Finance Department |
| Account Title: | Blank Rome LLP | One Logan Square |
| Account Number: | [redacted]9326 | 130 North 18th St |
| ABA Number: | [redacted] (Domestic) | Philadelphia, PA 19103-6998 |
| Swift Code | [redacted] (International) | |

To pay by Electronic Funds Transfer, visit **www.BlankRome.com/Payments**

# BLANKROME

2029 CENTURY PARK EAST 6TH FLOOR
LOS ANGELES, CA 90067-2901
(424) 239-3400
FEDERAL TAX I.D. NO. [redacted]

ARCHDIOCESE OF SAN FRANCISCO
PAULA CARNEY
PAUL J. PASCUZZI AND BRENDA JENNINGS
[redacted]
PPASCUZZI@FFWPLAW.COM, BJENNINGS@FFWPLAW.COM

INVOICE DATE: OCTOBER 08, 2026
CLIENT ID: 163301
MATTER NUMBER: 163301-00001
INVOICE NUMBER: 2405747


**REGARDING: ARCHDIOCESE OF SAN FRANCISCO**
**AB 218 CLAIMS**

**FOR LEGAL SERVICES RENDERED THROUGH SEPTEMBER 30, 2026**

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 09/01/26 | REVIEW OF ORDER GRANTING MOTION TO FILE LATE CLAIM (.1) PREPARE CORRESPONDENCE TO CARRIERS REGARDING ORDER (.1) REVIEW OF CORRESPONDENCE REGARDING INVOICES FOR MEDIATION (.2) REVIEW OF EMAIL FROM COUNSEL FOR CARRIER WITH REQUEST FOR INFORMATION (.1) PREPARE RESPONSE TO REQUEST FOR INFORMATION (.1) REVIEW OF CORRESPONDENCE FROM COUNSEL FOR CARRIER IN RESPONSE TO SETTLEMENT DEMAND (.2) REVIEW OF CORRESPONDENCE FROM BANKRUPTCY COUNSEL RE INVOICES (.1) EMAIL TO COUNSEL FOR CARRIER RE PAYMENT OF FEES (.1) REVIEW OF CARRIER REQUEST FOR INFORMATION AND PREPARE RESPONSE (.2) | K. CIFARELLI | 01 | 1.20 | 630.00 |
| 09/01/26 | ANALYZE CORRESPONDENCE REGARDING APPEALS STATUS AND DEADLINES (.3); ANALYZE DRAFT PLEADING REGARDING SETTLEMENT ISSUES (.3); | B. WEINSTEIN | 07 | 0.60 | 492.00 |
| 09/01/26 | REVIEW DRAFT DISCLOSURE STATEMENT. | J. SCHULMAN | 02 | 1.80 | 1,504.80 |
| 09/01/26 | REVIEW AND RESPOND TO EMAIL FROM CHUBB COUNSEL J. CHORLEY RE SETTLEMENT DEMAND. | K. CIFARELLI | 01 | 0.20 | 105.00 |
| 09/02/26 | REVIEW AND RESPOND TO EMAIL FROM APPALACHIAN COUNSEL T. KARPA RE INSURANCE ISSUES (.1) REVIEW OF PRIOR SETTLEMENT AGREEMENT AND COMPARE TO PROOF OF CLAIM (.3) DRAFT EMAIL TO DEFENSE COUNSEL RE PRIOR | K. CIFARELLI | 01 | 2.00 | 1,050.00 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| | SETTLEMENT AGREEMENT AND REVIEW RESPONSE (.1) ANALYZE DEFENDING CARRIERS FOR [redacted] RELEASED CLAIMS AND REVIEW OF INVOICES FOR REIMBURSEMENT FROM CARRIERS (.8) CONFERENCE WITH DEFENSE COUNSEL RE FEES AND COSTS (.2) DRAFT EMAILS TO DEFENDING CARRIERS RE REIMBURSEMENTS (.3) REVIEW OF EMAIL FROM CARRIER REGARDING NOTICE OF NEW CLAIM (.1) REVIEW AND RESPOND TO EMAIL FROM COUNSEL FOR CARRIER RE SETTLEMENT DEMAND (.1) | | | | |
| 09/02/26 | CONFER WITH INSURER COUNSEL REGARDING DOCUMENTS (.2); ANALYZE DRAFT PLEADINGS REGARDING MEDIATION ISSUES AND SETTLEMENT NEGOTIATIONS (1.6); CORRESPONDENCE WITH LEGAL TEAM REGARDING SAME (.4). | B. WEINSTEIN | 07 | 2.20 | 1,804.00 |
| 09/03/26 | REVIEW PLAN AND DISCLOSURE STATEMENT. | J. SCHULMAN | 02 | 1.60 | 1,337.60 |
| 09/03/26 | REVIEW OF STATUS OF PAYMENTS FROM CARRIERS FOR MEDIATION AND UPDATE SPREADSHEET (.3) DRAFT EMAIL TO A. ROLAIN RE PAYMENT OF MEDIATOR INVOICES (.1) | K. CIFARELLI | 10 | 0.40 | 210.00 |
| 09/04/26 | ATTEND DEBTOR MEETING (.7) AND PREPARE FOR SAME (.5). | J. SCHULMAN | 07 | 1.20 | 1,003.20 |
| 09/07/26 | ANALYZE CORRESPONDENCE REGARDING MEDIATION ISSUES (.3); CONFER WITH LEGAL TEAM REGARDING SAME (.2). | B. WEINSTEIN | 07 | 0.50 | 410.00 |
| 09/08/26 | REVIEW OF DISCOVERY AND PLEADINGS SERVED IN JCCP 5108 MATTERS (.2) CONDUCT FILE REVIEW OF OUTSTANDING ISSUES AND TASKS TO PREPARE AGENDA/TASK LIST FOR TEAM MEETING (.2). | K. CIFARELLI | 01 | 0.40 | 210.00 |
| 09/08/26 | TEAM MEETING TO DISCUSS INSURANCE ISSUES. | K. CIFARELLI | 01 | 0.20 | 105.00 |
| 09/08/26 | CONFER WITH INSURANCE TEAM REGARDING MEDIATION. | J. SCHULMAN | 07 | 0.20 | 167.20 |
| 09/08/26 | PRIVILEGE REVIEW OF INVOICE. | J. SCHULMAN | 05 | 0.40 | 334.40 |
| 09/08/26 | STRATEGIZE REGARDING MEDIATION ISSUES (.2) | K. HENRY | 01 | 0.20 | 155.00 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 09/09/26 | PREPARE RESPONSE TO REQUEST FOR INFORMATION FROM BANKRUPTCY COUNSEL (.8) REVIEW OF CORRESPONDENCE FROM CARRIER WITH COVERAGE POSITIONS (.3) REVIEW OF PLEADINGS IN JCCP 5108 ACTION (.2) | K. CIFARELLI | 01 | 1.30 | 682.50 |
| 09/09/26 | REVIEW OF EMAILS FROM CHUBB WITH ACKNOWLEDGMENT OF CLAIMS. | K. CIFARELLI | 01 | 0.20 | 105.00 |
| 09/10/26 | REVIEW OF EMAILS WITH MEDIATOR INVOICES AND REVISE MATRIX REGARDING NEW INVOICE. | K. CIFARELLI | 10 | 0.20 | 105.00 |
| 09/10/26 | PHONE CALL AND EMAILS WITH HARTFORD COUNSEL A. ROLAIN RE MEDIATION FEES (.2) REVISE MATRIX REGARDING LEGAL EXPENSES AND PAYMENTS (.2). | K. CIFARELLI | 10 | 0.40 | 210.00 |
| 09/11/26 | ATTEND DEBTOR MEETING (.7) AND PREPARE FOR SAME (.3). | J. SCHULMAN | 07 | 1.00 | 836.00 |
| 09/11/26 | REVIEW BRIEFS IN OPPOSITION TO STAY MOTIONS. | J. SCHULMAN | 10 | 1.20 | 1,003.20 |
| 09/13/26 | REVIEW PRELIMINARY OBJECTIONS TO THE DISCLOSURE STATEMENT. | J. SCHULMAN | 02 | 1.70 | 1,421.20 |
| 09/13/26 | ATTEND CONFERENCE WITH CLIENT AND LEGAL TEAM REGARDING MEDIATION ISSUES (2.2); ANALYZE FILE NOTES AND CORRESPONDENCE TO PREPARE FOR SAME (.5). | B. WEINSTEIN | 07 | 2.70 | 2,214.00 |
| 09/14/26 | ATTEND MEDIATION MEETING WITH INSURER AND INSURANCE PROFESSIONALS (1.7) AND PREPARE FOR SAME (.4); REVIEW CLAIMS AND COVERAGE ANALYSIS FOLLOWING SAME (1.3). | J. SCHULMAN | 07 | 3.40 | 2,842.40 |
| 09/14/26 | REVIEW OF REQUEST FOR INFORMATION FROM CARRIER (.2) ANALYZE DOCUMENT PRODUCTION TO PREPARE RESPONSE TO CARRIER REQUEST FOR INFORMATION (.3) PREPARE SHAREFILE OF DOCUMENT PRODUCTION IN RESPONSE TO CARRIER REQUEST FOR INFORMATION (.4) EMAILS TO AND FROM DEFENSE COUNSEL RE CARRIER REQUEST FOR INFORMATION (.2) | K. CIFARELLI | 01 | 1.10 | 577.50 |
| 09/14/26 | REVIEW OF PLEADINGS AND DISCOVERY IN CONNECTION WITH RELEASED JCCP 5108 CLAIMS. | K. CIFARELLI | 01 | 0.30 | 157.50 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 09/14/26 | ANALYZE CORRESPONDENCE AND PLEADINGS REGARDING MEDIATION ISSUES AND STATUS OF COVERAGE DISPUTES (1.5); CORRESPONDENCE WITH LEGAL TEAM REGARDING SAME (.8). | B. WEINSTEIN | 07 | 2.30 | 1,886.00 |
| 09/14/26 | REVISIONS TO MATRIX RE FEES AND COSTS. | K. CIFARELLI | 10 | 0.60 | 315.00 |
| 09/15/26 | TEAM MEETING TO DISCUSS STATUS OF BANKRUPTCY AND INSURANCE ISSUES. | K. CIFARELLI | 01 | 0.30 | 157.50 |
| 09/15/26 | REVISIONS TO DOCUMENT PRODUCTION TO ADDRESS COMPLIANCE WITH CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER. | K. CIFARELLI | 01 | 0.50 | 262.50 |
| 09/15/26 | ANALYZE DRAFT PLEADINGS REGARDING PROPOSED PLAN TO PREPARE FOR CONFERENCE WITH INSURERS AND COMMITTEE (.7); ATTEND CONFERENCE WITH INSURERS AND COMMITTEE REGARDING SAME (1.4); ANALYZE CORRESPONDENCE WITH CO-DEFENDANT REGARDING MEDIATION ISSUES (.6); PREPARE CORRESPONDENCE TO CO-DEFENDANT AND LEGAL TEAM REGARDING SAME (.5); CONFERENCE WITH LEGAL TEAM REGARDING SAME (.4) | B. WEINSTEIN | 07 | 3.60 | 2,952.00 |
| 09/15/26 | REVIEW OF CARRIER REQUEST FOR INFORMATION (.2) PREPARE DOCUMENT PRODUCTION IN RESPONSE TO CARRIER REQUEST FOR INFORMATION (.4) PREPARE DOCUMENT PRODUCTION TO PARISH (.3) REVIEW OF CORRESPONDENCE TO COUNSEL FOR PARISH RE INSURANCE ISSUE (.2) REVIEW OF EMAIL FROM ALLIANZ RE MEDIATION FEES AND PREPARE RESPONSE (.3) REVIEW OF DISCOVERY AND PLEADINGS SERVED IN JCCP 5108 RELEASED CLAIMS (.4) REVIEW OF CORRESPONDENCE FROM CARRIER RE SETTLEMENT DEMANDS (.2) | K. CIFARELLI | 01 | 2.00 | 1,050.00 |
| 09/15/26 | REVIEW AND ANALYZE OPPOSITIONS TO MOTIONS TO STAY (.4); STRATEGIZE REGARDING MEDIATION ISSUES (.3) | K. HENRY | 08 | 0.70 | 542.50 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 09/15/26 | CONFER WITH INSURANCE TEAM REGARDING MEDIATION. | J. SCHULMAN | 07 | 0.30 | 250.80 |
| 09/15/26 | MEET AND CONFER REGARDING DISCLOSURE STATEMENT (1.3) AND PREPARE FOR SAME (2.2). | J. SCHULMAN | 02 | 3.50 | 2,926.00 |
| 09/16/26 | PREPARE SUPPLEMENTAL DOCUMENT PRODUCTION (.4) REVIEW OF EMAIL FROM COUNSEL FOR [redacted] AND MATRIX (.2) ANALYZE MATRIX OF REQUESTED INSURANCE INFORMATION AND CROSS-REFERENCE DOCUMENT PRODUCTION AND FILES (2.8) PREPARE NEW MATRIX CONCERNING PRODUCTION OF INSURANCE INFORMATION (1.2) PREPARE SUPPLEMENTAL DOCUMENT PRODUCTION (.5) REVIEW OF BATES-STAMPED DOCUMENTS FOR PRODUCTION (.3) REVIEW OF CORRESPONDENCE RE DISCLOSURE STATEMENT AND INSURANCE ISSUES (.1) REVIEW OF LETTER RE [redacted] MOTION TO LIFT STAY (.1) | K. CIFARELLI | 01 | 5.60 | 2,940.00 |
| 09/16/26 | REVIEW AND ANALYZE OPPOSITIONS TO MOTIONS TO STAY CONTINUED (1.9); DRAFT ANALYSIS REGARDING SAME (1.1); ATTEND CALL WITH BANKRUPTCY COUNSEL REGARDING DRAFTING OF REPLY TO OPPOSITIONS TO MOTIONS TO STAY (.5); CONDUCT RESEARCH REGARDING REPLY TO OPPOSITIONS TO MOTIONS TO STAY (3.6) | K. HENRY | 08 | 7.10 | 5,502.50 |
| 09/16/26 | ANALYZE FILE NOTES AND CORRESPONDENCE, AND AND REVISE CORRESPONDENCE REGARDING INSURANCE COVERAGE ISSUES AND REQUEST FOR INSURANCE DOCUMENTS (2.7); ATTEND CONFERENCE WITH COUNSEL REGARDING SAME (.8); CONFER WITH LEGAL TEAM REGARDING SAME (.3). PREPARE CORRESPONDENCE TO COUNSEL REGARDING SAME (7) | B. WEINSTEIN | 07 | 4.50 | 3,690.00 |
| 09/16/26 | CONFER WITH DEBTOR TEAM REGARDING PRELIMINARY OBJECTIONS (.7); MEET AND CONFER REGARDING PRELIMINARY PLAN OBJECTIONS (.6) AND PREPARE FOR SAME (.8). | J. SCHULMAN | 02 | 2.10 | 1,755.60 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 09/16/26 | DRAFT REPLY IN FURTHER SUPPORT OF STAY MOTIONS (1.1) AND CONFER WITH INSURANCE PROFESSIONALS REGARDING SAME (.4). | J. SCHULMAN | 08 | 1.50 | 1,254.00 |
| 09/17/26 | REVIEW AND ANALYZE OPPOSITIONS TO MOTIONS TO STAY CONTINUED (1.2); CONDUCT RESEARCH REGARDING REPLY TO OPPOSITIONS TO MOTIONS TO STAY CONTINUED (.9) | K. HENRY | 08 | 2.10 | 1,627.50 |
| 09/17/26 | REVIEW INSURER CORRESPONDENCE AND FILINGS REGARDING PLAN(.6); ATTEND STATUS HEARING (.4) AND PREPARE FOR SAME (.8); REVIEW OAKLAND CLOSING ARGUMENTS AND DEMONSTRATIVES REGARDING PLAN (1.2). | J. SCHULMAN | 02 | 3.00 | 2,508.00 |
| 09/17/26 | ANALYZE NEW PROOF OF CLAIMS FORMS TO EVALUATE POTENTIAL INSURANCE AND PREPARE CORRESPONDENCE TO CARRIERS WITH NOTICE OF CLAIM (1.7) ANALYZE [redacted] NEW SUPPLEMENTAL PROOF OF CLAIM FORMS TO EVALUATE POTENTIAL ADDITIONAL COVERAGE (.9) PREPARE CORRESPONDENCE TO CARRIERS REGARDING SUPPLEMENTAL PROOF OF CLAIMS (.6) PHONE CALL WITH CHUBB ATTORNEY J. CHORLEY RE REQUEST FOR INFORMATION CONCERNING UNKNOWN CLAIMANTS (.1) ANALYZE FILE AND SHAREVAULT REGARDING UNKNOWN CLAIMANTS IDENTIFIED BY J. CHORLEY (.6) PREPARE EMAIL TO J. CHORLEY RE REQUEST FOR INFORMATION (.1) | K. CIFARELLI | 01 | 4.00 | 2,100.00 |
| 09/17/26 | CONFER WITH INSURER REGARDING MEDIATION (.4) AND PREPARE FOR SAME (.3). | J. SCHULMAN | 07 | 0.70 | 585.20 |
| 09/17/26 | CONDUCT RESEARCH FOR REPLY BRIEF ON MOTION TO STAY | J. RIVAS | 08 | 2.20 | 1,628.00 |
| 09/18/26 | ATTEND DEBTOR TEAM MEETING (PARTIAL) (1.4); REVIEW INSURER CORRESPONDENCE (.4). | J. SCHULMAN | 07 | 1.80 | 1,504.80 |
| 09/18/26 | ATTEND CONFERENCE WITH CLIENT AND LEGAL TEAM REGARDING MEDIATION ISSUES (1.7); ANALYZE FILE NOTES AND | B. WEINSTEIN | 07 | 1.10 | 902.00 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| | CORRESPONDENCE TO PREPARE FOR SAME (.4). | | | | |
| 09/18/26 | PREPARE SUPPLEMENTAL DOCUMENT PRODUCTION (.8) REVIEW OF CORRESPONDENCE FROM PRIMARY CARRIER RE [redacted] SETTLEMENT DEMANDS WITH REQUEST FOR INFORMATION (.4) REVIEW OF LETTER FRO [redacted] RE INSURANCE ISSUES (.2) | K. CIFARELLI | 01 | 1.40 | 735.00 |
| 09/18/26 | REVIEW AND RESPOND TO CORRESPONDENCE FROM EXCESS CARRIER COUNSEL WITH REQUEST FOR CLAIM INFORMATION AND DRAFT RESPONSE (.3); PREPARE EMAIL TO [redacted] RE SURVIVOR PROOF OF CLAIM FORMS (.1) CONFERENCE WITH B. WEINSTEIN RE DOCUMENT PRODUCTION AND INSURANCE ISSUES (.2) REVIEW OF PLEADINGS AND DISCOVERY SERVED IN JCCP 5108 CASE (.2) | K. CIFARELLI | 01 | 0.80 | 420.00 |
| 09/18/26 | CONFERENCE WITH B. WEINSTEIN RE INSURANCE ISSUES AND DOCUMENT PRODUCTION. | K. CIFARELLI | 01 | 0.20 | 105.00 |
| 09/18/26 | REVIEW OF CORRESPONDENCE AND DEFENSE COUNSEL INVOICES TO PREPARE DEFENSE FEES AND COSTS FOR SUBMISSION TO DEFENDING CARRIERS. | K. CIFARELLI | 10 | 0.70 | 367.50 |
| 09/19/26 | ATTEND CONFERENCE WITH CLIENT AND LEGAL TEAM REGARDING MEDIATION ISSUES (1.7); ANALYZE FILE NOTES AND CORRESPONDENCE TO PREPARE FOR SAME (.4). | B. WEINSTEIN | 07 | 2.10 | 1,722.00 |
| 09/22/26 | REVIEW AND ANALYZE DOCUMENTS SUBMITTED IN BANKRUPTCY CASE REGARDING REPLY TO OPPOSITIONS TO MOTIONS TO STAY CONTINUED (2.4); DRAFT AND REVISE OMNIBUS REPLY REGARDING SAME (1.5); REVIEW AND ANALYZE INSURERS' CITED CASES REGARDING SAME (1.8) | K. HENRY | 08 | 5.70 | 4,417.50 |
| 09/22/26 | REVISE DRAFT PLEADING REGARDING MOTION FOR RELIEF FROM STAY (.2); CONFER WITH LEGAL TEAM REGARDING SAME (.2); ANALYZE CORRESPONDENCE | B. WEINSTEIN | 07 | 1.60 | 1,312.00 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| | AND INSURANCE DOCUMENTS REGARDING REQUEST FOR DOCUMENTS (.3); PREPARE CORRESPONDENCE TO COUNSEL REGARDING SAME (.2); ANALYZE DRAFT PLAN DOCUMENTS AND CONFER WITH LEGAL TEAM REGARDING SAME (.7). | | | | |
| 09/22/26 | REVIEW OF CORRESPONDENCE FROM CARRIER REGARDING LEGAL EXPENSES (.1) DRAFT EMAIL TO CLIENT RE PAYMENT AND REVISE MATRIX REGARDING OUTSTANDING FEES (.3) REVIEW OF EMAIL FROM BANKRUPTCY COUNSEL PASSCUZZI WITH INVOICE OF MEDIATOR (.1) REVISE MATRIX RE [redacted] INVOICE (.2) REVIEW OF CORRESPONDENCE RE MOTION FOR RELIEF FROM AUTOMATIC STAY (.1) REVIEW OF PLEADINGS FILED IN UNDERLYING JCCP 5108 MATTER (.2) REVISIONS TO LETTERS TO CARRIERS REGARDING SETTLEMENT DEMANDS (.3) REVIEW OF EMAILS RE INSURANCE ISSUES (.2) REVIEW OF EMAIL FROM WESTPORT COUNSEL B. CURET WITH REQUEST FOR INFORMATION (.1) REVIEW OF SHAREVAULT AND DRAFT RESPONSE TO B. CURET (.1) | K. CIFARELLI | 01 | 1.70 | 892.50 |
| 09/22/26 | PREPARE SUPPLEMENTAL DOCUMENT PRODUCTION (.2) REVIEW OF [redacted] SETTLEMENT DEMAND LETTERS FROM PLAINTIFFS (.6) REVIEW AND RESPOND TO EMAIL FROM PLAINTIFFS' COUNSEL RE SETTLEMENT DEMANDS (.1) PREPARE CORRESPONDENCE TO CARRIERS REGARDING [redacted] SETTLEMENT DEMANDS (1.5) | K. CIFARELLI | 01 | 2.40 | 1,260.00 |
| 09/22/26 | REVIEW DRAFT PLAN IN PREPARATION FOR DEBTOR MEETING. | J. SCHULMAN | 07 | 1.40 | 1,170.40 |
| 09/23/26 | STRATEGIZE REGARDING MEDIATION ISSUES (.6); REVIEW AND ANALYZE DOCUMENTS SUBMITTED IN BANKRUPTCY CASE REGARDING REPLY TO OPPOSITIONS TO MOTIONS TO STAY CONTINUED (4.7); REVIEW AND ANALYZE PROPOSED PLAN | K. HENRY | 08 | 11.90 | 9,222.50 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| | REGARDING SAME (1.1); DRAFT OMNIBUS REPLY REGARDING SAME (2.6); INVESTIGATE LAW REGARDING SAME (2.9) | | | | |
| 09/23/26 | ATTEND CONFERENCES WITH LEGAL TEAM REGARDING MEDIATION ISSUES (1.2); ANALYZE DRAFT PLEADINGS AND CORRESPONDENCE TO PREPARE FOR SAME (.3); CONFERENCE WITH LEGAL TEAM REGARDING CARRIERS' REQUESTS FOR INFORMATION AND COVERAGE ISSUES (.6); ANALYZE CORRESPONDENCE AND PLEADINGS TO PREPARE FOR HEARING ON MOTION FOR RELIEF FROM STAY (.7). | B. WEINSTEIN | 07 | 2.80 | 2,296.00 |
| 09/23/26 | REVIEW OF [redacted] LETTERS FROM EXCESS CARRIER IN RESPONSE TO SETTLEMENT DEMANDS WITH REQUEST FOR INFORMATION. | K. CIFARELLI | 01 | 0.40 | 210.00 |
| 09/23/26 | REVIEW OF [redacted] SETTLEMENT DEMANDS FROM PLAINTIFFS (.6) ANALYZE COVERAGE FOR CLAIMANTS AND DRAFT [redacted] LETTERS TO CARRIERS RE SETTLEMENT DEMANDS (1.2) REVIEW OF LETTER FROM CARRIER WITH REQUEST FOR INFORMATION AND BEGIN DRAFT OF RESPONSE (.3) | K. CIFARELLI | 01 | 2.10 | 1,102.50 |
| 09/23/26 | TEAM MEETING TO DISCUSS OUTSTANDING INSURANCE ISSUES (.6) ANALYZE INSURANCE DEMANDS AND PREPARE CORRESPONDENCE TO CARRIERS (5.5) REVIEW OF CORRESPONDENCE FROM COUNSEL REGARDING BANKRUTCY ISSUES (.1) | K. CIFARELLI | 01 | 6.20 | 3,255.00 |
| 09/23/26 | REVIEW DEMAND LETTERS (1.3); CONFER WITH INSURANCE TEA M REGARDING MEDIATION (.6). | J. SCHULMAN | 07 | 1.90 | 1,588.40 |
| 09/23/26 | CONFER WITH DEBTOR PROFESSIONALS REGARDING PLAN (.8) AND PREPARE FOR SAME (1). | J. SCHULMAN | 02 | 1.80 | 1,504.80 |
| 09/24/26 | DRAFT AND REVISE OMNIBUS REPLY REGARDING REPLY TO OPPOSITIONS TO MOTIONS TO STAY (6.9); INVESTIGATE LAW REGARDING SAME (1.5) | K. HENRY | 08 | 8.40 | 6,510.00 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 09/24/26 | ATTEND CONFERENCE WITH CLIENT AND LEGAL TEAM REGARDING MEDIATION ISSUES (1.0); ANALYZE FILE NOTES, CORRESPONDENCE AND COVERAGE ISSUES TO PREPARE FOR SAME (1.1); ATTEND HEARING ON MOTION FOR RELIEF FROM STAY (.5); REVIEW PLEADINGS AND CORRESPONDENCE REGARDING REVISIONS TO DRAFT DOCUMENTS (.5); EDIT DRAFT PLEADING REGARDING MOTION TO STAY (.4);ANALYZE AND REVISE DRAFT PLAN DOCUMENT (.7). | B. WEINSTEIN | 07 | 4.20 | 3,444.00 |
| 09/24/26 | REVIEW INSURANCE POLICY DATA REGARDING PLAN FILING. | J. SCHULMAN | 02 | 1.50 | 1,254.00 |
| 09/24/26 | REVIEW [redacted] SETTLEMENT DEMAND LETTERS FROM PLAINTIFFS, CROSS-REFERENCE ALLEGATIONS AGAINST COMPLAINTS, SURVIVOR PROOF OF CLAIMS AND FACT SHEETS (4.4); ANALYZE POTENTIAL INSURANCE COVERAGE FOR [redacted] SETTLEMENT DEMANDS AND PREPARE [redacted] LETTERS TO CARRIERS RE PLAINTIFFS' DEMANDS (4.4) REVIEW OF EMAIL FROM APPALACHIAN COUNSEL C. SCOTT WITH REQUEST FOR INFORMATION AND PREPARE RESPONSE (.1) REVIEW OF PLEADINGS FILED IN JCCP 5108 CASES (.2) | K. CIFARELLI | 01 | 9.10 | 4,777.50 |
| 09/24/26 | CONFER WITH INSURANCE PROFESSIONALS REGARDING STRATEGY. | J. SCHULMAN | 07 | 0.30 | 250.80 |
| 09/24/26 | REVIEW BRIEFING REGARDING [redacted] MOTION FOR RELIEF FROM STAY IN PREPARATION FOR ARGUMENT (.8); ATTEND ARGUMENT (.5); REVIEW/REVISE DRAFT REPLY IN FURTHER SUPPORT OF STAY MOTIONS (1.5). | J. SCHULMAN | 08 | 2.80 | 2,340.80 |
| 09/25/26 | INCORPORATE COMMENTS AND FINALIZE OMNIBUS BRIEF REGARDING REPLY TO OPPOSITIONS TO MOTIONS TO STAY FOR FILING (3.3) | K. HENRY | 08 | 3.30 | 2,557.50 |
| 09/25/26 | ATTEND CONFERENCE WITH CLIENT AND LEGAL TEAM REGARDING MEDIATION AND LITIGATION ISSUES (.8); ANALYZE AND RESPOND TO | B. WEINSTEIN | 07 | 1.80 | 1,476.00 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| | CORRESPONDENCE FROM INSURER REGARDING REQUEST FOR INFORMATION PREVIOUSLY PROVIDED (.7); ANALYZE FILE NOTES AND CORRESPONDENCE REGARDING SAME (.3). | | | | |
| 09/25/26 | REVIEW/REVISE DRAFT LITIGATION PROTOCOLS. | J. SCHULMAN | 02 | 1.70 | 1,421.20 |
| 09/25/26 | ANALYZE SETTLEMENT DEMANDS BY CLAIMANTS TO DETERMINE POTENTIAL INSURANCE COVERAGE (.5) DRAFT LETTER TO CARRIERS RE DEMAND LETTER (.4) REVIEW OF SUPPLEMENTAL EXHIBIT WITH EXHIBIT POLICIES AND EVALUATE SCOPE (.6) PREPARE CORRESPONDENCE TO CARRIER WITH RESPONSE TO REQUEST FOR INFORMATION (1.8) PHONE CALL WITH P. PASCUZZI RE INSURANCE ISSUES (.1) REVIEW OF BANKRUPTCY SCHEDULE OF POLICIES AND SUPPLEMENTAL SCHEDULE FOR FILING (.3) | K. CIFARELLI | 01 | 3.70 | 1,942.50 |
| 09/28/26 | PREPARE CORRESPONDENCE TO CARRIER REGARDING REQUEST FOR INFORMATION (2.8) REVIEW OF SCHEDULE OF POLICIES AND FILE TO VERIFY COVERAGE FOR SUBMISSION TO BANKRUPTCY PROCEEDING (1.7) REVIEW OF PLEADINGS AND DISCOVERY SERVED IN JCCP 5108 PROCEEDING (.2) REVIEW OF EMAIL FROM COUNSEL FOR CARRIERS REGARDING SETTLEMENT DEMANDS (.2) | K. CIFARELLI | 01 | 4.90 | 2,572.50 |
| 09/28/26 | ANALYZE CORRESPONDENCE AND DRAFT PLEADINGS REGARDING MEDIATION ISSUES (.2); CONFER WITH LEGAL TEAM REGARDING SAME (.5); ANALYZE AND REVISE DRAFT PLAN DOCUMENTS (2.4); CORRESPONDENCE WITH LEGAL TEAM REGARDING SAME (.7). | B. WEINSTEIN | 07 | 3.80 | 3,116.00 |
| 09/28/26 | REVIEW AND DRAFT RESPONSES TO DISCLOSURE STATEMENT OBJECTIONS AND REVIEW DISCLOSURE STATEMENT AND PLAN REGARDING SAME (1.7); CONFER WITH B. WEINSTEIN REGARDING SAME (.3). | J. SCHULMAN | 02 | 2.00 | 1,672.00 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 09/28/26 | REVIEW AND DRAFT RESPONSES TO INSURER CORRESPONDENCE (1.3) AND CONFER WITH B. WEINSTEIN AND K. CIFARELLI REGARDING SAME (.4). | J. SCHULMAN | 07 | 1.70 | 1,421.20 |
| 09/29/26 | STRATEGIZE REGARDING MEDIATION ISSUES (.5) | K. HENRY | 07 | 0.50 | 387.50 |
| 09/29/26 | CONFER WITH LEGAL TEAM REGARDING MEDIATION ISSUES (.5); ATTEND CONFERENCE WITH LEGAL TEAM AND CLIENT REGARDING MEDIATION ISSUES (.8); ANALYZE CORRESPONDENCE REGARDING REQUEST FOR INSURANCE INFORMATION (.2) AND RESPOND TO SAME (.3); | B. WEINSTEIN | 07 | 1.80 | 1,476.00 |
| 09/29/26 | CONFER WITH INSURANCE TEAM REGARDING MEDIATION (.5); REVISE RESPONSES TO INSURER CORRESPONDENCE (.6); CONFER WITH DEBTOR TEAM REGARDING PLAN ISSUES (.5) AND PREPARE FOR SAME (.4) | J. SCHULMAN | 07 | 2.00 | 1,672.00 |
| 09/29/26 | PREPARE AGENDA FOR TEAM MEETING (.3) REVISE LETTER TO CARRIER IN RESPONSE TO REQUEST FOR INFORMATION (.8) REVIEW OF EMAILS FROM COUNSEL REGARDING REQUEST FOR INSURANCE INFORMATION (.1) REVIEW OF JCCP 5108 PLEADINGS AND FILINGS (.2) REVIEW OF MULTIPLE EMAILS FROM EXCESS CARRIER IN RESPONSE TO TENDERS AND SETTLEMENT DEMANDS (.3) | K. CIFARELLI | 01 | 1.70 | 892.50 |
| 09/29/26 | TEAM MEETING TO DISCUSS INSURANCE ISSUES. | K. CIFARELLI | 01 | 0.50 | 262.50 |
| 09/30/26 | ANALYZE NEWLY-FILED PLEADINGS REGARDING INSURANCE-RELATED ISSUES (.2); ANALYZE DRAFT CORRESPONDENCE TO INSURER REGARDING COVERAGE DISPUTES (.2). | B. WEINSTEIN | 07 | 0.40 | 328.00 |
| 09/30/26 | CONFER WITH DEBTOR TEAM REGARDING PLAN AND DISCLOSURE STATEMENT ISSUES. | J. SCHULMAN | 02 | 0.80 | 668.80 |
| | **TOTAL SERVICES** | | | | **$128,036.80** |

**FOR DISBURSEMENTS ADVANCED THROUGH SEPTEMBER 30, 2026**

| DESCRIPTION | AMOUNT |
|---|---|
| REPRODUCTION OF DOCUMENTS | 5.85 |
| **TOTAL DISBURSEMENTS** | **$5.85** |

| | |
|---|---|
| **CURRENT INVOICE TOTAL** | **$128,042.65** |

**TASK SUMMARY**

| CODE | TASK | HOURS | AMOUNT |
|---|---|---|---|
| 01 | ASSET ANALYSIS AND RECOVERY (INSURANCE PROCEEDS); | 54.60 | 28,715.00 |
| 02 | BANKRUPTCY PROCEDURE | 21.50 | 17,974.00 |
| 05 | FEE APPLICATION | 0.40 | 334.40 |
| 07 | MEDIATION | 52.40 | 43,199.90 |
| 08 | MOTION PRACTICE | 45.70 | 35,602.80 |
| 10 | RECOVERY OF DEFENSE COSTS FROM CARRIERS | 3.50 | 2,210.70 |
| | **TOTAL** | **178.10** | **$128,036.80** |

**TIME AND FEE SUMMARY**

| TIMEKEEPER | RATE | HOURS | FEES |
|---|---|---|---|
| JEFFREY L. SCHULMAN | 836.00 | 43.30 | 36,198.80 |
| JACINDA D. RIVAS | 740.00 | 2.20 | 1,628.00 |
| KELLY L. HENRY | 775.00 | 39.90 | 30,922.50 |
| KEVIN L. CIFARELLI | 525.00 | 56.70 | 29,767.50 |
| BARRON L. WEINSTEIN | 820.00 | 36.00 | 29,520.00 |
| **TOTALS** | | **178.10** | **$128,036.80** |