ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppard.com
amartin@sheppard.com

Attorneys for The Roman Catholic Archbishop of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

In re

THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,

Debtor and
Debtor in Possession.

Case No. 23-30564

Chapter 11

**MONTHLY PROFESSIONAL FEE STATEMENT FOR SHEPPARD, MULLIN, RICHTER & HAMPTON LLP - SEPTEMBER 2026**

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Sheppard, Mullin, Richter & Hampton LLP, (hereinafter "Sheppard Mullin"), attorneys for debtor and debtor in possession The Roman Catholic Archbishop of San Francisco (the "Debtor"), hereby files its *Monthly Professional Fee Statement for September 2026*. Under the *Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis* entered by the Court on October 16, 2023 [ECF No. 212], the total legal fees earned and expenses incurred by Sheppard Mullin on account of the Debtor for September 2026 are as follows:

| **Period** | **Fees** | **Expenses (Disbursements)** | **Total** |
|---|---|---|---|
| September 1 – September 30, 2026 | $189,789.20 | $633.26 | $190,422.46 |
| Net Total Allowed Payments this Statement Period: (80% of Fees and 100% of Costs) | $151,831.36 | $633.26 | $152,464.62 |

The itemized billing statement for the fees and costs billed for September 2026 is attached hereto as **Exhibit 1**. The Net Total Allowed Payments detailed above shall be paid from funds held by the Debtor's estate unless an objection is filed with the Clerk of the Court and served upon Sheppard Mullin within 14 days from the date of service of this Statement.

Dated: October 20, 2026

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By *[/s/ Ori Katz]*

ORI KATZ
ALAN H. MARTIN
Attorneys for The Roman Catholic
Archbishop of San Francisco


Case: 23-30564 Doc# 2011 Filed: 10/20/26 Entered: 10/20/26 22:42:44 Page 2 of 26

**Exhibit 1**

September 2026 Invoice

Case: 23-30564 Doc# 2011 Filed: 10/20/26 Entered: 10/20/26 22:42:44 Page 3 of 26

Sheppard, Mullin, Richter & Hampton LLP
350 S. Grand Avenue, 40th Floor
Los Angeles, CA 90071-3460
213-620-1780 main
213-620-1398 main fax

Fr. Patrick Summerhays
Vicar General and Moderator of the Curia
The Roman Catholic Archbishop of San Francisco
One Peter Yorke Way
San Francisco, CA 94109

SMRH Tax ID 95-1463164
October 19, 2026
Invoice 380140843

Our Matter No. 90YY-375176
The Roman Catholic Archbishop of San Francisco - Evaluation of Strategic Alternatives
Billing Atty: Ori Katz

**INVOICE SUMMARY**

FOR PROFESSIONAL SERVICES THROUGH SEPTEMBER 30, 2026

| | | |
|---|---|---|
| Current Fees | $ 189,789.20 | |
| Current Disbursements | $ 633.26 | |
| Total Current Activity | | $ 190,422.46 |
| Total Due for This Invoice | | $ 190,422.46 |

Our website and email addresses have transitioned to **sheppard.com**. Please update your records to reflect this but all messages sent to our current email addresses will continue to reach us without interruption. Please add @sheppard.com to your Safe Sender list to prevent messages from being filtered as spam.

**DUE IMMEDIATELY UPON RECEIPT**
**PLEASE INCLUDE REMITTANCE INSTRUCTIONS WITH PAYMENT**
**Inquiries: armbx@sheppard.com or contact 213-455-7771**

**Electronic Payments**

Account Name: Sheppard, Mullin, Richter & Hampton LLP
Beneficiary Bank: Account No.: 496-8375493
Wells Fargo Bank, NA ACH ABA No.: 121000248
420 Montgomery St Wire ABA No.: 121000248
San Francisco, CA 94104-1298 Swift Identifier: WFBIUS6S

**Payment by Check**

Sheppard, Mullin, Richter & Hampton LLP
PO Box 840728
Los Angeles, CA 90084-0728

**Overnight Mail Delivery**

Sheppard, Mullin, Richter & Hampton LLP
Wells Fargo Bank Lockbox Services
Lockbox 840728
3440 Flair Drive
El Monte, CA 91731-2823

Sheppard

Sheppard, Mullin, Richter & Hampton LLP
350 S. Grand Avenue, 40th Floor
Los Angeles, CA 90071-3460
213-620-1780 main
213-620-1398 main fax



## SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Brian Sieben | 6.30 | $ 1,500.00 | $ 9,450.00 |
| Tamar Rosenberg | 6.20 | $ 1,508.00 | $ 9,349.60 |
| Ori Katz | 62.30 | $ 1,540.00 | $ 95,942.00 |
| Robert K. Sahyan | 13.90 | $ 1,216.00 | $ 16,902.40 |
| Corey F. Steady | 2.90 | $ 1,196.00 | $ 3,468.40 |
| Eric Wahoff | 9.00 | $ 688.00 | $ 6,192.00 |
| Kirk Rider | 77.70 | $ 612.00 | $ 47,552.40 |
| Susan Haines | .90 | $ 1,036.00 | $ 932.40 |

FOR PROFESSIONAL SERVICES THROUGH 09/30/26

**FEE DETAIL**

**Administration**

| | | | |
|---|---|---|---|
| 09/03/26 | Correspond with claims agent re service of Plan, Disclosure Statement, Motion, and Notice of Hearing (.3). | | |
| | | Kirk Rider | .30 hrs. |
| 09/04/26 | Attention to manner of notice of Plan and Disclosure Statement. | | |
| | | Kirk Rider | .50 hrs. |
| 09/22/26 | Review and revise text of publication notice (.8). | | |
| | | Ori Katz | .80 hrs. |
| 09/23/26 | Call with Mr. Beckham re Chapter 11 Plan (.2). | | |
| | | Ori Katz | .20 hrs. |
| 09/24/26 | Call with debtor to discuss participating party comments (.5). | | |
| | | Ori Katz | .50 hrs. |
| 09/25/26 | Weekly call with debtor and co-professionals (.7). | | |
| | | Kirk Rider | .70 hrs. |
| 09/25/26 | Call with debtor and co-counsel as part of weekly status call (.9). | | |
| | | Ori Katz | .90 hrs. |
| 09/28/26 | Call with B. Weinstein re insurance-specific Disclosure Statement revisions. | | |
| | | Kirk Rider | .20 hrs. |
| 09/28/26 | Weekly call with common interest group. | | |
| | | Kirk Rider | .20 hrs. |

*Timekeeper Summary of: Administration*

| *Timekeeper* | *Hours* | *Average Rate/Hr* | *Dollars* |
|---|---|---|---|
| *Ori Katz* | *2.40* | *$ 1,540.00* | *$ 3,696.00* |
| *Kirk Rider* | *1.90* | *$ 612.00* | *$ 1,162.80* |
| *Totals* | *4.30* | *$ 1,129.95* | *$ 4,858.80* |

**Asset Analysis & Recovery**

09/11/26 Correspondence with P. Pascuzzi and analyzed next steps for UPMIFA analysis.

Tamar Rosenberg .20 hrs.

09/13/26 Call with client and co-professionals re preliminary objections to Disclosure Statement.

Kirk Rider 2.20 hrs.

09/15/26 Meet and confer with counsel for insurers re preliminary objections.

Kirk Rider 1.40 hrs.

09/17/26 Call with Glass Ratner re Liquidation Analysis.

Kirk Rider .50 hrs.

09/18/26 Call with Glass Ratner re Plan feasibility.

Kirk Rider .90 hrs.

09/23/26 Revisions to cash forecast (.6).

Ori Katz .60 hrs.

09/23/26 -Finalize liquidation analysis (.8).

Ori Katz .80 hrs.

*Timekeeper Summary of: Asset Analysis & Recovery*

| *Timekeeper* | *Hours* | *Average Rate/Hr* | *Dollars* |
|---|---|---|---|
| *Ori Katz* | *1.40* | *$ 1,540.00* | *$ 2,156.00* |
| *Tamar Rosenberg* | *0.20* | *$ 1,508.00* | *$ 301.60* |
| *Kirk Rider* | *5.00* | *$ 612.00* | *$ 3,060.00* |
| *Totals* | *6.60* | *$ 836.00* | *$ 5,517.60* |

**Asset Disposition**

09/22/26 Review and analyze Draft Trust Agreement.

Brian Sieben 3.10 hrs.

09/23/26 Continue review of Draft Trust Agreement.

Brian Sieben 3.20 hrs.

*Timekeeper Summary of: Asset Disposition*

| *Timekeeper* | *Hours* | *Average Rate/Hr* | *Dollars* |
|---|---|---|---|
| *Brian Sieben* | *6.30* | *$ 1,500.00* | *$ 9,450.00* |
| *Totals* | *6.30* | *$ 1,500.00* | *$ 9,450.00* |

**Meetings of and Communications with Creditors**

09/08/26 Participate in status meeting with committee counsel (.5).

Ori Katz .50 hrs.

09/15/26 Participate in call with committee counsel (.3).

Ori Katz .30 hrs.

09/16/26 Review and analysis of committee comments to liquidation analysis (1.3).

Ori Katz 1.30 hrs.

09/22/26 Participate in weekly call with committee counsel (.4).

Ori Katz .40 hrs.

09/28/26 Correspond with Committee re Disclosure Statement revisions (.4).

Kirk Rider .40 hrs.

09/30/26 Confer with committee re scope of certain plan provisions (.4).

Ori Katz .40 hrs.

*Timekeeper Summary of: Meetings of and Communications with Creditors*

| *Timekeeper* | *Hours* | *Average Rate/Hr* | *Dollars* |
|---|---|---|---|
| *Ori Katz* | *2.90* | *$ 1,540.00* | *$ 4,466.00* |
| *Kirk Rider* | *0.40* | *$ 612.00* | *$ 244.80* |
| *Totals* | *3.30* | *$ 1,427.52* | *$ 4,710.80* |

**Financing/Cash Collections**

09/01/26 Prepared for and attended conference call with the lender team (0.8); conferred with Mr. Katz (0.2); post-call discussion with the client team (0.5); reviewed emails (0.4); attention to appropriate revisions to the terms (1).

Robert K. Sahyan 2.90 hrs.

09/02/26 Prepared for and attended conference call with the lender's counsel (0.7); conferred with Mr. Katz (0.2); post-call discussion with the client team (0.5); continued review of loan documents for loan (1.7).

Robert K. Sahyan 3.10 hrs.

09/03/26 Emails re the proposed financing and related revisions.

Robert K. Sahyan .80 hrs.

09/04/26 Drafted collateral terms for consideration by the Lender (1); emails with Bank's counsel (0.2); reviewed and analyzed revised term sheet (1.2); prepared summary of revisions and input regarding same (1.4); emails with the client team (0.5).

Robert K. Sahyan 4.10 hrs.

09/08/26 Conferred with Mr. Katz re loan documents (0.1); prepared email summarizing comments (1).

Robert K. Sahyan 1.10 hrs.

09/15/26 Emails regarding loan.

Robert K. Sahyan .40 hrs.

09/16/26 Reviewed revisions to loan agreement (1.2); emails regarding same (0.3).

Robert K. Sahyan 1.50 hrs.

*Timekeeper Summary of: Financing/Cash Collections*

| *Timekeeper* | *Hours* | *Average Rate/Hr* | *Dollars* |
|---|---|---|---|
| *Robert K. Sahyan* | *13.90* | *$ 1,216.00* | *$ 16,902.40* |
| *Totals* | *13.90* | *$ 1,216.00* | *$ 16,902.40* |

**Tax Issues**

09/15/26 Analysis of California nonprofit regulations.

Eric Wahoff 4.70 hrs.

09/16/26 Continue analysis of California nonprofit regulations.

Eric Wahoff .90 hrs.

09/17/26 Finalize analysis of California nonprofit regulations.

Eric Wahoff 3.40 hrs.

*Timekeeper Summary of: Tax Issues*

| *Timekeeper* | *Hours* | *Average Rate/Hr* | *Dollars* |
|---|---|---|---|
| *Eric Wahoff* | *9.00* | *$ 688.00* | *$ 6,192.00* |
| *Totals* | *9.00* | *$ 688.00* | *$ 6,192.00* |

**Claims and Plan**

09/08/26 Review and assess potential issues and objections with respect to plan and disclosure statement.

Susan Haines .30 hrs.

09/14/26 Prepare outline of pending issues relating to settlement.

Susan Haines .30 hrs.

09/21/26 Review Chapter 11 Plan revisions.

Kirk Rider .90 hrs.

09/21/26 Review exhibits in support of Plan and Disclosure Statement.

Kirk Rider 1.40 hrs.

09/22/26 Review Notice of Filing Plan Supplement.

Kirk Rider .20 hrs.

09/24/26 Continue preparation of Plan Supplement exhibits.

Kirk Rider .70 hrs.

*Timekeeper Summary of: Claims and Plan*

| *Timekeeper* | *Hours* | *Average Rate/Hr* | *Dollars* |
|---|---|---|---|
| *Kirk Rider* | *3.20* | *$ 612.00* | *$ 1,958.40* |
| *Susan Haines* | *0.60* | *$ 1,036.00* | *$ 621.60* |
| *Totals* | *3.80* | *$ 678.95* | *$ 2,580.00* |

**Plan and Disclosure Statement (including Business Plan)**

09/01/26 Review draft of Disclosure Statement.

Kirk Rider .20 hrs.

09/01/26 Continue revisions to Disclosure Statement.

Kirk Rider .40 hrs.

09/01/26 Continiue revisions to Chapter 11 Plan.

Kirk Rider .70 hrs.

09/01/26 Revisions to plan package in order to have plan and disclosure statement file-ready (3.2).

Ori Katz 3.20 hrs.

09/02/26 Continue revising Chapter 11 Plan.

Kirk Rider .50 hrs.

09/02/26 Revise motion to approve disclosure statement and related relief (1.2).

Kirk Rider 1.20 hrs.

09/02/26 Draft Disclosure Statement motion exhibit A form of Ballot.

Kirk Rider 1.60 hrs.

09/02/26 Continue drafting Disclosure Statement Order (exhibit D to Motion to approve Disclosure Statement (5.9).

| | | |
|---|---|---|
| | Kirk Rider | 5.90 hrs. |
| 09/02/26 | Draft Disclosure Statement motion exhibit B Notice of Non-Voting Status (2.1). | |
| | Kirk Rider | 2.10 hrs. |
| 09/02/26 | Revisions to motion re solicitations procedure and disclosure statement (2.8). | |
| | Ori Katz | 2.80 hrs. |
| 09/02/26 | Revisions to disclosure statement in preparation for filing of same (2.0). | |
| | Ori Katz | 2.00 hrs. |
| 09/03/26 | Continue revising Motion to approve Disclosure Statement and related relief (0.8). | |
| | Kirk Rider | .80 hrs. |
| 09/03/26 | Draft and revise Notice of Confirmation Hearing (Exhibit C to motion to approve disclosure statement) (1.6). | |
| | Kirk Rider | 1.60 hrs. |
| 09/03/26 | Revise Exhibit A form of ballot (.3). | |
| | Kirk Rider | .30 hrs. |
| 09/03/26 | Revise exhibit B notice of non-voting status (.3). | |
| | Kirk Rider | .30 hrs. |
| 09/03/26 | Revise Exhibit D Disclosure Statement order (.7). | |
| | Kirk Rider | .70 hrs. |
| 09/03/26 | Draft Notice of Hearing re Motion to approve Disclosure Statement and related relief (2.0). | |
| | Kirk Rider | 2.00 hrs. |
| 09/03/26 | Revise and finalize Chapter 11 Plan (2.1). | |
| | Kirk Rider | 2.10 hrs. |

09/03/26 Revise and finalize Disclosure Statement (2.2).

Kirk Rider 2.20 hrs.

09/03/26 Finalize plan package for filing (1.8).

Ori Katz 1.80 hrs.

09/03/26 Finalize disclosure statement motion for filing (1.9).

Ori Katz 1.90 hrs.

09/03/26 Review and comment on notice accompanying filing of disclosure statement motion (2.0).

Ori Katz 2.00 hrs.

09/08/26 Revisions to financial exhibits to disclosures statement (1.7).

Ori Katz 1.70 hrs.

09/10/26 Revise and harmonize Plan and Disclosure Statement provisions.

Kirk Rider .80 hrs.

09/10/26 Continue working on remaining exhibits to the disclosure statement and plan that have yet to be filed, including liquidation analysis notes and forecast (2.0).

Ori Katz 2.00 hrs.

09/14/26 Further revisions to forecast in support of chapter 11 plan (.8).

Ori Katz .80 hrs.

09/14/26 Participate in call with counsel for participating parties to discuss chapter 11 plan process and status (.4).

Ori Katz .40 hrs.

09/15/26 Analysis of potential revisions to disclosure statement based on preliminary objections raised (1.9).

Ori Katz 1.90 hrs.

| | | |
|---|---|---|
| 09/16/26 | Prepare for discussions with parish re chapter 11 plan (.8). | |
| | Ori Katz | .80 hrs. |
| 09/17/26 | Attend status hearing re disclosure statement (.3). | |
| | Ori Katz | .30 hrs. |
| 09/17/26 | Prepare for status conference on disclosure statement and related motion, including based on review of court's tentative ruling (2.7). | |
| | Ori Katz | 2.70 hrs. |
| 09/17/26 | Call with Mr. Pascuzzi re disclosure statement (.2). | |
| | Ori Katz | .20 hrs. |
| 09/18/26 | Follow up with counsel for parish re chapter 11 plan (.4). | |
| | Ori Katz | .40 hrs. |
| 09/22/26 | Review and revise cash forecast exhibit to chapter 11 plan (.4). | |
| | Ori Katz | .40 hrs. |
| 09/22/26 | Revisions to disclosure statement based on preliminary objections (2.0). | |
| | Ori Katz | 2.00 hrs. |
| 09/22/26 | Review of proposed form of trust agreement to be attached to plan package (.7). | |
| | Ori Katz | .70 hrs. |
| 09/22/26 | Review of draft exhibits to plan package (1.3). | |
| | Ori Katz | 1.30 hrs. |
| 09/23/26 | Revise Disclosure Statement. | |
| | Kirk Rider | 2.50 hrs. |
| 09/23/26 | Call with co-counsel to discuss plan and DS exhibits (.4). | |

Sheppard, Mullin, Richter & Hampton LLP
350 S. Grand Avenue, 40th Floor
Los Angeles, CA 90071-3460
213-620-1780 main
213-620-1398 main fax



| | | |
|---|---|---|
| | Ori Katz | .40 hrs. |
| 09/23/26 | Review and comment on draft trust agreement to be attached to plan package (.9). | |
| | Ori Katz | .90 hrs. |
| 09/24/26 | Final review of notice of exhibits to plan package (2.6). | |
| | Ori Katz | 2.60 hrs. |
| 09/25/26 | Final review of exhibits to plan and DS for filing with court (2.7). | |
| | Ori Katz | 2.70 hrs. |
| 09/27/26 | Continue revisions to Disclosure Statement. | |
| | Kirk Rider | 1.50 hrs. |
| 09/28/26 | Call with attorneys for Participating Parties to discuss plan matters (.2). | |
| | Ori Katz | .20 hrs. |
| 09/28/26 | Preparation for hearing on disclosure statement and solicitation procedures motion (1.6). | |
| | Ori Katz | 1.60 hrs. |
| 09/29/26 | Follow up with counsel to a parish re questions related to disclosure statement and plan (.9). | |
| | Ori Katz | .90 hrs. |
| 09/30/26 | Discussions with counsel for parish re chapter 11 plan (.3). | |
| | Ori Katz | .30 hrs. |
| 09/30/26 | Revisions to plan package based on input from UST and insurers (1.6). | |
| | Ori Katz | 1.60 hrs. |

*Timekeeper Summary of: Plan and Disclosure Statement (including Business Plan)*

| *Timekeeper* | *Hours* | *Average Rate/Hr* | *Dollars* |
|---|---|---|---|
| *Ori Katz* | *40.50* | *$ 1,540.00* | *$ 62,370.00* |
| *Kirk Rider* | *27.40* | *$ 612.00* | *$ 16,768.80* |
| *Totals* | *67.90* | *$ 1,165.52* | *$ 79,138.80* |

**Case Assessment, Development and Administration**

09/01/26 Review Unknown Claims Representative Order.

Kirk Rider .30 hrs.

09/01/26 Prepare for meeting re potential exit financing (1.0).

Ori Katz 1.00 hrs.

09/01/26 Attend meeting with debtor to discuss potential exit financing (.4).

Ori Katz .40 hrs.

09/01/26 Evaluation of revisions to financing term sheet in the event financing is necessary (.7).

Ori Katz .70 hrs.

09/02/26 Participate in call with counsel for potential exit financing source (.6).

Ori Katz .60 hrs.

09/04/26 Weekly call with client and co-professionals.

Kirk Rider .80 hrs.

09/08/26 Weekly call with common interest group.

Kirk Rider .20 hrs.

09/08/26 Reviewed documentation from CASC and analyzed endowment fund considerations for settlement.

| | | |
|---|---|---|
| | Tamar Rosenberg | 1.10 hrs. |
| 09/08/26 | Analysis with Ms. Rosenberg of UPMIFA matters and the intersection of same with chapter 11 plan (.5). | |
| | Ori Katz | .50 hrs. |
| 09/09/26 | Continue working on cash forecast for feasibility purposes (1.2). | |
| | Ori Katz | 1.20 hrs. |
| 09/10/26 | Call with claims agent re notice to creditors. | |
| | Kirk Rider | .70 hrs. |
| 09/10/26 | Update Class 3 Ballot re claims agent notice information. | |
| | Kirk Rider | .50 hrs. |
| 09/13/26 | Reviewed correspondence from M. Flanagan and strategized re: UPMIFA analysis. | |
| | Tamar Rosenberg | .20 hrs. |
| 09/14/26 | Weekly call with common interest group. | |
| | Kirk Rider | .40 hrs. |
| 09/14/26 | Prepared for and participated in call with M. Flanagan and P. Pascuzzi re: CASC and UPMIFA analysis; coordinated follow up research. | |
| | Tamar Rosenberg | 2.20 hrs. |
| 09/14/26 | Evaluation of UPMIFA as it relates to participating parties (1.0). | |
| | Ori Katz | 1.00 hrs. |
| 09/15/26 | Continue review and updates to status report re preliminary objections to disclosure statement. | |
| | Kirk Rider | .80 hrs. |
| 09/15/26 | Researched and strategized re: UPMIFA application. | |

| | | |
|---|---|---|
| | Tamar Rosenberg | 2.30 hrs. |
| 09/16/26 | Call with United States Trustee re preliminary objections to Disclosure Statement. | |
| | Kirk Rider | .60 hrs. |
| 09/18/26 | Weekly call with Debtor re case strategy and administration. | |
| | Kirk Rider | .50 hrs. |
| 09/18/26 | Participate in weekly status call with debtor and co-professionals (1.7). | |
| | Ori Katz | 1.70 hrs. |
| 09/21/26 | Weekly call with common interest group. | |
| | Kirk Rider | .30 hrs. |
| 09/22/26 | Coordinated review of trust document. | |
| | Tamar Rosenberg | .20 hrs. |
| 09/22/26 | Reviewed trust agreement pursuant to chapter 11 plan for reorganization. | |
| | Corey F. Steady | 1.60 hrs. |
| 09/23/26 | Reviewed, conferred re and prepared comments regarding trust agreement pursuant to chapter 11 plan for reorganization. | |
| | Corey F. Steady | 1.30 hrs. |
| 09/29/26 | Call with Debtor and co-professionals re Litigation Protocol. | |
| | Kirk Rider | .70 hrs. |
| 09/29/26 | Analysis of litigation protocol in connection with plan confirmation (1.0). | |
| | Ori Katz | 1.00 hrs. |
| 09/30/26 | Evaluate and resolve issue relating to payment of adminstrative fees for third party professionals. | |
| | Susan Haines | .30 hrs. |

*Timekeeper Summary of: Case Assessment, Development and Administration*

| *Timekeeper* | *Hours* | *Average Rate/Hr* | *Dollars* |
|---|---|---|---|
| *Ori Katz* | *8.10* | *$ 1,540.00* | *$ 12,474.00* |
| *Tamar Rosenberg* | *6.00* | *$ 1,508.00* | *$ 9,048.00* |
| *Corey F. Steady* | *2.90* | *$ 1,196.00* | *$ 3,468.40* |
| *Kirk Rider* | *5.80* | *$ 612.00* | *$ 3,549.60* |
| *Susan Haines* | *0.30* | *$ 1,036.00* | *$ 310.80* |
| *Totals* | *23.10* | *$ 1,248.95* | *$ 28,850.80* |

**Analysis/Strategy**

09/04/26 Review and analyze manner of notice of Plan and Disclosure Statement.

Kirk Rider .50 hrs.

09/08/26 Review exhibits to Plan and Disclosure Statement.

Kirk Rider .60 hrs.

09/09/26 Review Plan and Disclosure Statement Exhibits.

Kirk Rider .50 hrs.

09/09/26 Call with P. Pascuzzi and P. Marlow re notice strategy.

Kirk Rider .60 hrs.

09/09/26 Review and analyze liquidation analysis.

Kirk Rider .90 hrs.

09/09/26 Continue working on development of liquidation analysis (1.0).

Ori Katz 1.00 hrs.

09/11/26 Weekly call with client and co-professionals re case strategy.

Kirk Rider .70 hrs.

09/15/26 Review and analyze insurer comments to Disclosure Statement.

Kirk Rider .90 hrs.

09/16/26 Review and finalize status conference statement re preliminary objections to Disclosure Statement.

Kirk Rider 1.00 hrs.

09/17/26 Call with Glass Ratner to discuss revisions to draft liquidation analysis (.5).

Ori Katz .50 hrs.

09/18/26 Call with debtor and Glass Ratner re cash forecast (.5).

Ori Katz .50 hrs.

*Timekeeper Summary of: Analysis/Strategy*

| *Timekeeper* | *Hours* | *Average Rate/Hr* | *Dollars* |
|---|---|---|---|
| *Ori Katz* | *2.00* | *$ 1,540.00* | *$ 3,080.00* |
| *Kirk Rider* | *5.70* | *$ 612.00* | *$ 3,488.40* |
| *Totals* | *7.70* | *$ 853.04* | *$ 6,568.40* |

**Settlement/Non-Binding ADR**

09/14/26 Meet and confer with party in interest to discuss potential preliminary objection to disclosure statement (.5).

Ori Katz .50 hrs.

09/15/26 Meet and confer with objecting parties re preliminary objections to disclosure statement (1.1).

Ori Katz 1.10 hrs.

09/17/26 Review and tentative order re preliminary objections.

Kirk Rider .40 hrs.

09/17/26 Meet and confer with objecting parties in advance of status conference (.8).

Ori Katz .80 hrs.

*Timekeeper Summary of: Settlement/Non-Binding ADR*

| *Timekeeper* | *Hours* | *Average Rate/Hr* | *Dollars* |
|---|---|---|---|
| *Ori Katz* | *2.40* | *$ 1,540.00* | *$ 3,696.00* |
| *Kirk Rider* | *0.40* | *$ 612.00* | *$ 244.80* |
| *Totals* | *2.80* | *$ 1,407.43* | *$ 3,940.80* |

**Written Motions/Submissions**

09/01/26 Continue draft motion to approve disclosure statement and related relief.

Kirk Rider 3.30 hrs.

09/03/26 Finalize all Disclosure Statement and Plan filings (.5).

Kirk Rider .50 hrs.

09/12/26 Draft Status Conference Report regarding preliminary objections to disclosure statement.

Kirk Rider 3.80 hrs.

09/14/26 Review and incorporate comments to status report re preliminary objections to Disclosure Statement.

Kirk Rider .70 hrs.

09/16/26 Draft status report to the court in connection with preliminary hearing on disclosure statement (2.4).

Ori Katz 2.40 hrs.

| | | |
|---|---|---|
| 09/17/26 | Begin drafting order re continuing Disclosure Statement hearing. | |
| | Kirk Rider | .60 hrs. |
| 09/18/26 | Continue drafting order re continuing Disclosure Statement hearing (1.0). | |
| | Kirk Rider | 1.30 hrs. |
| 09/21/26 | Revise Order continuing Hearing re approval of Disclosure Statement. | |
| | Kirk Rider | .30 hrs. |
| 09/21/26 | Draft Notice of Filing of Plan Supplement. | |
| | Kirk Rider | 1.60 hrs. |
| 09/22/26 | Attention to order continuing Disclosure Statement hearing. | |
| | Kirk Rider | .20 hrs. |
| 09/22/26 | Finalize form of order approving disclosure statement (.2). | |
| | Ori Katz | .20 hrs. |
| 09/23/26 | Review and revise order continuing Disclosure Statement hearing. | |
| | Kirk Rider | .50 hrs. |
| 09/23/26 | Call with P. Pascuzzi and O. Katz re finalizing Plan Supplement. | |
| | Kirk Rider | .60 hrs. |
| 09/23/26 | Continue revisions to Plan and Disclosure Statement exhibits. | |
| | Kirk Rider | 2.70 hrs. |
| 09/24/26 | Continue revisions to Disclosure Statement. | |
| | Kirk Rider | 3.30 hrs. |
| 09/24/26 | Finalize Order continuing Disclosure Statement Hearing. | |
| | Kirk Rider | .30 hrs. |

09/25/26 Continue review of and revisions to Plan Supplement Exhibits (2.4).

Kirk Rider 2.40 hrs.

09/25/26 Continue review of and revisions to Plan and Disclosure Statement exhibits (2.1).

Kirk Rider 2.10 hrs.

09/25/26 Finalize filing of Plan Supplement, Plan, and Disclosure Statement exhibits (1.0).

Kirk Rider 1.00 hrs.

09/28/26 Continue revisions of Disclosure Statement based on preliminary objections by United State Trustee and Insurers (2.7).

Kirk Rider 2.70 hrs.

*Timekeeper Summary of: Written Motions/Submissions*

| *Timekeeper* | *Hours* | *Average Rate/Hr* | *Dollars* |
|---|---|---|---|
| *Ori Katz* | *2.60* | *$ 1,540.00* | *$ 4,004.00* |
| *Kirk Rider* | *27.90* | *$ 612.00* | *$ 17,074.80* |
| *Totals* | *30.50* | *$ 691.11* | *$ 21,078.80* |

**SUMMARY OF TIMEKEEPER FEES**

| **Timekeeper** | **Hours** | **Average Rate/Hr** | **Dollars** |
|---|---|---|---|
| Ori Katz | 62.30 | $ 1,540.00 | $ 95,942.00 |
| Tamar Rosenberg | 6.20 | $ 1,508.00 | $ 9,349.60 |
| Robert K. Sahyan | 13.90 | $ 1,216.00 | $ 16,902.40 |
| Brian Sieben | 6.30 | $ 1,500.00 | $ 9,450.00 |
| Corey F. Steady | 2.90 | $ 1,196.00 | $ 3,468.40 |
| Susan Haines | .90 | $ 1,036.00 | $ 932.40 |
| Kirk Rider | 77.70 | $ 612.00 | $ 47,552.40 |
| Eric Wahoff | 9.00 | $ 688.00 | $ 6,192.00 |

**Total Fees for Professional Services** **$ 189,789.20**

**SUMMARY OF DISBURSEMENTS**

| | | |
|---|---|---|
| 09/04/26 | Federal Express on 09/04/26 | 71.36 |
| 08/30/26 | PACER (Public Access to Court Electronic Records). Customer Number: SMRHFirmUser2.<br>Statement Date: 8/31/26 | 26.40 |
| 09/15/26 | Lexis research by Wahoff, Eric on 9/15/2026. | 535.50 |

**Total Disbursements** **$ 633.26**

## ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Tax | Retainer / On-Account | Payments & Credits | Total |
|---|---|---|---|---|---|---|---|---|
| 08/13/26 | 380137515 | 132,071.80 | 131,793.50 | 278.30 | 0.00 | 0.00 | -59,488.73 | $ 72,583.07 |
| 09/10/26 | 380138912 | 181,923.20 | 181,368.00 | 555.20 | 0.00 | 0.00 | -555.20 | 181,368.00 |
| | | | | | | | Total Outstanding Fees, Disbursements, Taxes and Other | $ 253,951.07 |
| | | | | | | | Interest on Outstanding A/R | 0.00 |
| | | | | | | | Fees and Disbursements Due for this Invoice | 190,422.46 |
| | | | | | | | **Total Due For This Matter** | **$ 444,373.53** |