James I. Stang (CA Bar No. 94435)
Brittany M. Michael (admitted pro hac vice)
Gail S. Greenwood (CA Bar No. 169939) )
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, Suite 3430
San Francisco, California 94104
Tel: 415.263.7000; Fax: 415.263.7010
Email: jstang@pszjlaw.com
bmichael@pszjlaw.com
ggreenwood@pszjlaw.com

*Attorneys for the Official Committee of Unsecured Creditors*



**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and Debtor in Possession. | Case No.: 23-30564<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER (I) APPROVING ESTABLISHMENT OF A TRUST PURSUANT TO THE PLAN AND TRUST AGREEMENT, (II) APPROVING APPOINTMENT OF ALAN HALPERIN AS TRUSTEE OF THE TRUST, (III) AUTHORIZING THE TRUST TO OBTAIN A TAX IDENTIFICATION NUMBER AND OPEN BANK ACCOUNTS, AND (IV) GRANTING RELATED RELIEF**<br><br>[Relates to Docket No. 2012]<br><br>Date: November 19, 2026<br>Time: 1:30 p.m. PT<br>Place: Via ZoomGov<br>Judge: Hon. Dennis Montali |

**PLEASE TAKE NOTICE THAT** a hearing will be held on November 19, 2026, at 1:30 p.m. (the "Hearing") via ZoomGov before the Honorable Dennis Montali, United States Bankruptcy Judge, to consider the Application of the Official Committee of Unsecured Creditors for Order (I)

Approving Establishment of a Trust Pursuant to the Plan and Trust Agreement, (II) Approving Appointment of Alan Halperin as Trustee of the Trust, (III) Authorizing the Trust to Obtain a Tax Identification Number and Open Bank Accounts, and (IV) Granting Related Relief ("Application") filed in the above-captioned bankruptcy case (the "Case") of The Roman Catholic Archbishop of San Francisco, the above-captioned debtor and debtor in possession (the "Archdiocese"). In-person appearances in the courtroom for the Hearing will not be permitted.

**PLEASE TAKE FURTHER NOTICE THAT** the link for the Hearing will be reflected on the Zoom Webinar Information notice, which will be attached as the last page to Judge Montali's electronic calendar at https://www.canb.uscourts.gov/judge/montali/calendar. The calendar will be posted approximately one week in advance of the Hearing.

Dated: October 21, 2026

PACHULSKI STANG ZIEHL & JONES LLP

By: /s/ *Brittany M. Michael*

James I. Stang
Brittany M. Michael
Gail S. Greenwoodn
One Sansome Street, Suite 3430
San Francisco, California 94104
Tel: 415.263.7000; Fax: 415.263.7010
Email: jstang@pszjlaw.com
bmichael@pszjlaw.com
gbrown@pszjlaw.com

*Attorneys for the Official Committee of Unsecured Creditors*