Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com
jrios@ffwplaw.com
mkutsuris@ffwplaw.com

Ori Katz, State Bar No. 209561
Alan H. Martin, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppardmullin.com
amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and<br>Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON DEBTOR'S SEVENTH MOTION FOR EXTENSION OF DEADLINE FOR REMOVAL OF CIVIL ACTIONS [28 U.S.C. § 1452 AND BANKRUPTCY RULE 9027]**<br><br>Date: November 19, 2026<br>Time: 1:30 p.m.<br>Location: Via ZoomGov<br>Judge: Hon. Dennis Montali |


Case: 23-30564 Doc# 2021 Filed: 10/22/26 Entered: 10/22/26 15:31:15 Page 1 of 4

**NOTICE IS HEREBY GIVEN** that The Roman Catholic Archbishop of San Francisco, debtor and debtor-in-possession herein ("Debtor"), has filed a *Seventh Motion for Extension of Deadline for Removal of Civil Actions* [28 U.S.C. § 1452 and Bankruptcy Rule 9027] (the "Motion") and that a hearing on the Motion is scheduled on November 19, 2026 at 1:30 p.m., at the United States Bankruptcy Court, Northern District of California, San Francisco Division, before the Honorable Dennis Montali (the "Hearing"). The Hearing will not be conducted in the presiding judge's courtroom but instead will be conducted by videoconference via ZoomGov. The Bankruptcy Court's website provides information regarding how to arrange an appearance at a video or telephonic hearing. If you have questions about how to participate in a video or telephonic hearing, you may contact the court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website. The link to the judge's electronic calendar is: https://www.canb.uscourts.gov/judge/montali/calendar.

**NOTICE IS FURTHER GIVEN** that the Motion is supported by the *Declaration of Joseph J. Passarello in Support of Chapter 11 Petition and Debtor's Emergency Motions* [ECF No. 14], the *Declaration of Paul E. Gaspari in Support of Chapter 11 Petition and Debtor's Emergency Motions* [ECF No. 15], the pleadings and papers on file in this case, and such other evidence and argument as may be submitted before or during the hearing on the Motion.

As noted in the Gaspari Decl. and Passarello Background Decl., the Debtor is informed and believes that approximately 537 complaints have been filed in the Joint Coordinated Proceeding No. 5108 pending in Alameda Superior Court, although the RCASF may not have been served with all of them yet. The Debtor has filed its Schedules and Statement of Financial Affairs identifying each of the actions of which the Debtor was aware as of the initial schedules filing date of September 21, 2023. *See* ECF Nos. 152 and 153. The Debtor may become aware of other complaints hereafter (such actions, together with any other civil action to which the Debtor is, or may become, a party, are collectively, the "Civil Actions"). By the Motion, the Debtor is requesting the Court to enter an order pursuant to 28 U.S.C. § 1452 of title 11 of the United States Code and Bankruptcy Rules 9027 and 9006 extending the deadline by which the Debtor may file notices of removal under Bankruptcy

///



Case: 23-30564 Doc# 2021 Filed: 10/22/26 Entered: 10/22/26 15:31:15 Page 2 of 4

Rule 9027(a) for the Civil Actions by 186 days from November 30, 2026, through and including June 4, 2027, without prejudice to further extensions.

**NOTICE IS FURTHER GIVEN** that this notice does not contain all the particulars of the Motion or supporting documents, nor does it summarize all of the evidence submitted in support. For further specifics concerning the Motion and the relief requested, you are encouraged to review the Motion and the supporting evidence, including the supporting Declarations, copies of which may be obtained from the website to be maintained by the Debtor's Claims Agent Omni Agent Solutions, Inc., at https://www.omniagentsolutions.com/RCASF. You may also access these documents from the Court's Pacer system (requires a subscription). The web page address for the United States Bankruptcy Court for the Northern District of California is http://www.canb.uscourts.gov.

The Bankruptcy Court's website provides information regarding how to arrange an appearance at a video hearing. Counsel, parties and other interested parties may attend the hearing via video. Additional information is available on Judge Montali's Procedures page on the court's website. If you have questions about how to participate in a video hearing, you may contact the court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website. The link to the judge's electronic calendar is: https://www.canb.uscourts.gov/judge/montali/calendar.

**NOTICE IS FURTHER GIVEN** that any opposition or response to the Motion must be in writing and filed with the Bankruptcy Court on or before **November 5, 2026**. Any opposition or response must also be served on the counsel for the Debtor at the above-referenced addresses and the Limited Service List as provided in the Final Order Approving Motion to Establish Notice Procedures and to File Confidential Information Under Seal at ECF No. 227. The updated Limited Service List may be obtained from the Omni Agent Solutions, Inc., website listed above. Failure to file timely opposition and appear at the Hearing may constitute a waiver of your objections. Your rights may be affected. You should read these papers carefully and discuss them with your attorney,

///

///

///



Case: 23-30564 Doc# 2021 Filed: 10/22/26 Entered: 10/22/26 15:31:15 Page 3 of 4

if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

Dated: October 22, 2026

FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP

By: */s/ Paul J. Pascuzzi*
Paul J. Pascuzzi
Jason E. Rios
Mikayla E. Kutsuris
Attorneys for The Roman Catholic Archbishop of San Francisco

Dated: October 22, 2026

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: */s/ Ori Katz*
Ori Katz
Alan H. Martin
Attorneys for The Roman Catholic Archbishop of San Francisco