Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com
jrios@ffwplaw.com
mkutsuris@ffwplaw.com

Ori Katz, State Bar No. 209561
Alan H. Martin, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppardmullin.com
amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and<br>Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON DEBTOR'S MOTION TO APPROVE STIPULATIONS WITH THE ROMAN CATHOLIC BISHOP OF SAN JOSE AND THE ROMAN CATHOLIC BISHOP OF MONTEREY, CALIFORNIA MODIFYING THE AUTOMATIC STAY**<br><br>Date: November 19, 2026<br>Time: 1:30 p.m.<br>Location: via Zoom<br>Judge: Hon. Dennis Montali |

**NOTICE IS HEREBY GIVEN** that the Roman Catholic Archbishop of San Francisco, the debtor and debtor in possession ("Debtor" or "RCASF"), in the above-captioned chapter 11 case (the "Bankruptcy Case") has filed a *Motion to Approve Stipulations with the Roman Catholic Bishop of San Jose and The Roman Catholic Bishop of Monterey, California Modifying the Automatic Stay* (the "Motion").[1]

**NOTICE IS FURTHER GIVEN** that a hearing on the Motion is scheduled for **November 19, 2026, at 1:30 p.m.** (the "Hearing"), before the Honorable Dennis Montali at the United States Bankruptcy Court, Northern District of California, San Francisco Division (the "Hearing"). The Hearing will not be conducted in the presiding judge's courtroom but instead will be conducted by videoconference via ZoomGov. The Bankruptcy Court's website provides information regarding how to arrange an appearance at a video or telephonic hearing. If you have questions about how to participate in a video or telephonic hearing, you may contact the court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website. The link to the judge's electronic calendar is: https://www.canb.uscourts.gov/judge/montali/calendar.

Opposition and comments, if any shall be made on or before November 5, 2026.

**NOTICE IS FURTHER GIVEN** that the Motion is supported by the *Declaration of Joseph J. Passarello in Support of Chapter 11 Petition and Debtor's Emergency Motions* [ECF No. 14] ("Passarello Background Decl."), the *Declaration of Paul E. Gaspari in Support of Chapter 11 Petition and Debtor's Emergency Motions* [ECF No. 15] ("Gaspari Decl."), the additional *Declaration of Fr. Patrick Summerhays in Support of this Motion* ("Summerhays Decl."), the exhibits filed in support of the Motion, the pleadings and papers on file in this Bankruptcy Case, and such other evidence and argument, both oral and documentary, as may be presented to the Court at or before the time of the Hearing on the Motion.

By the Motion, the RCASF, asks the Court for entry of an order, substantially in the form attached to the Motion as ***Exhibit A*** (the "Proposed Order"): (a) approving the stipulations attached to the Proposed Order as ***Exhibit 1*** and ***Exhibit 2*** (the "Stipulations") modifying the automatic stay

[1] All terms not otherwise defined herein have the same meaning as set forth in the Motion.



Case: 23-30564 Doc# 2024 Filed: 10/22/26 Entered: 10/22/26 16:54:55 Page 2 of 4

for the limited purposes described in the Motion and in the Stipulations; (b) approving the Motion and authorizing the Debtor to take all actions necessary to effectuate the Stipulations; (c) waiving the fourteen (14) day stay period imposed on the order; and (d) granting such other and further relief as the Court deems just and proper under the circumstances. This Court has recently granted relief similar to the relief that is requested in this Motion. *See, e.g*. ECF No. 1942 (Motion for Relief from Stay filed by Salesian Society); ECF No. 1964 (Corrected Supplemental Declaration of Robert G. Harris In Support of Motion for Relief from Automatic Stay); and ECF No. 1988 (Order Granting Motion for Relief from Automatic Stay).

**NOTICE IS FURTHER GIVEN** that this notice does not contain all the particulars of the Motion or supporting documents, nor does it summarize all of the evidence submitted in support. For further specifics concerning the Motion and the relief requested, you are encouraged to review the Motion and the supporting evidence, including the supporting Declarations, copies of which may be obtained from the website to be maintained by the Debtor's Claims and Noticing Agent, Omni Agent Solutions, Inc., at https://omniagentsolutions.com/RCASF, free of charge. You may also access these documents from the Court's Pacer system (requires a subscription). The web page address for the United States Bankruptcy Court for the Northern District of California is http://www.canb.uscourts.gov.

**NOTICE IS FURTHER GIVEN** that this Hearing will be conducted only via Zoom. The court's website offers information explaining how to arrange an appearance at a video hearing. If you have questions about how to participate in a video hearing, you may contact the court by calling 888-821-7606 or by using the Live Chat feature on the court's website.

**NOTICE IS FURTHER GIVEN** that that any opposition or response to the Motion must be in writing, filed with the Bankruptcy Court, and served on the counsel for the Debtor at the above-referenced addresses so as to be received by November 5, 2026. Any opposition or response must be filed and served on the Limited Service List as provided in the Final Order Approving Motion to (1) Establish Notice Procedures, (2) File Confidential Information Under Seal, and (3) Temporarily Suspend Deadline for Filing Proofs of Claim at ECF 227. The updated Limited Service List may be obtained from the Omni website listed above. Failure to file timely opposition



Case: 23-30564 Doc# 2024 Filed: 10/22/26 Entered: 10/22/26 16:54:55 Page 3 of 4

and appear at the hearing may constitute a waiver of your objections, as this will not be a preliminary hearing contrary to Local Bankruptcy Rule 4001-1. This is a motion to approve a stipulation modifying the automatic stay. It is the Debtor's position that Local Bankruptcy Rule 4001-1 does not apply. Accordingly, the Hearing on this Motion will not be a preliminary hearing, unless otherwise ordered by the Court. Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

Dated: October 22, 2026

FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP

By: */s/ Paul J. Pascuzzi*
Paul J. Pascuzzi
Jason E. Rios
Mikayla E. Kutsuris
Attorneys for The Roman Catholic Archbishop of San Francisco

Dated: October 22, 2026

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: */s/ Ori Katz*
Ori Katz
Alan H. Martin
Attorneys for The Roman Catholic Archbishop of San Francisco



Case: 23-30564 Doc# 2024 Filed: 10/22/26 Entered: 10/22/26 16:54:55 Page 4 of 4