Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, California 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com
jrios@ffwplaw.com
mkutsuris@ffwplaw.com

Ori Katz, State Bar No. 209561
Alan H. Martin, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francsico, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppardmullin.com
amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and<br>Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>*[No Hearing Required]* |

**MONTHLY PROFESSIONAL FEE STATEMENT FOR SECTION 327 FEES OF OMNI AGENT SOLUTIONS, INC. [SEPTEMBER 2026]**

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Omni Agent Solutions, Inc. (hereinafter "Omni"), administrative agent for The Roman Catholic Archbishop of San Francisco, debtor and debtor in possession, hereby files its Monthly Professional Fee Statement for September 2026 for Section 327 fees. Pursuant to the Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis [ECF No. 212], entered by the Court on October 16, 2023, the total fees and costs expended by Omni on account of the Debtor for the month of September 2026 are as follows:

| **Period** | **Fees** | **Expenses** | **Total** |
|---|---|---|---|
| September 1, 2026, through September 30, 2026 | $4,018.82 | $0.00 | $4,018.82 |
| Net Total Allowed Payments this Statement Period: (80% of Fees and 100% of Costs) | $3,215.06 | $0.00 | $3,215.06 |

The itemized billing statement for the fees and costs billed is attached hereto as ***Exhibit A***. The Net Total Allowed Payments detailed above shall be paid from funds held by the Debtor's estate unless an objection is filed with the Clerk of the Court and served upon Omni, the Debtor, and Debtor's counsel within 14 days from the date of service of this Statement.

Dated: October 29, 2026

FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS

By: */s/ Paul. J. Pascuzzi*
Paul J. Pascuzzi
Attorneys for The Roman Catholic Archbishop of San Francisco

Dated: October 29, 2026

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: */s/ Ori Katz*
Ori Katz
Attorneys for The Roman Catholic Archbishop of San Francisco

## Exhibit A

Omni's September Invoice



Case: 23-30564 Doc# 2031 Filed: 10/29/26 Entered: 10/29/26 11:18:22 Page 3 of 10

**Omni Agent Solutions, Inc.**
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367

October 17, 2026

327 -The Roman Catholic Archbishop of San Francisco

**Invoice Number: 16205**
Invoice Period: 09-01-2026 - 09-30-2026

Please reference your Invoice Number on your Remittance

Payment by Wire
Account #: [redacted]8002
Account Name: Omni Agent Solutions, Inc.
ABA/Routing # Wire or ACH: [redacted]
Bank: [redacted]

Payment by Check
Omni Agent Solutions, Inc.
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367

| | |
|---|---|
| **Fees** | 5,358.42 |
| **Discount** | (1,339.60) |
| **Total for this Invoice** | 4,018.82 |
| **Previous Balance** | 360.00 |
| **Total Amount to Pay** | 4,378.82 |

**Omni Agent Solutions, Inc.**
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367
818-906-8300

October 17, 2026

327 -The Roman Catholic Archbishop of San Francisco

**Invoice Number: 16205**
Invoice Period: 09-01-2026 - 09-30-2026

Payment Terms: Upon Receipt

**RE: Balloting**

## Balloting

### Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09-02-2026 | Nathan Panameno | Email with B. Whitaker @ Omni re DS Hearing document review | 0.20 | 241.40 | 48.28 |
| 09-02-2026 | Nathan Panameno | Email with B. Whitaker @ Omni re E-Ballot quote | 0.20 | 241.40 | 48.28 |
| 09-02-2026 | Nathan Panameno | Prepare Solicitation folder structure and set up | 0.30 | 241.40 | 72.42 |
| 09-02-2026 | Nathan Panameno | Review and prepare comments to Disclosure Statement Motion and Exhibits | 1.80 | 241.40 | 434.52 |
| 09-02-2026 | Nathan Panameno | Update case solicitation tracker | 0.20 | 241.40 | 48.28 |
| 09-02-2026 | Nathan Panameno | Emails (3) with P. Pascuzzi @ FFWPL re comments to Disclosure Statement Motion and Exhibits | 0.60 | 241.40 | 144.84 |
| 09-02-2026 | Brittney Whitaker | Review email received and respond to P. Pascuzzi @ FFWP re solicitation motion | 0.20 | 304.92 | 60.98 |
| 09-02-2026 | Brittney Whitaker | Email with Solicitation re call to discuss disclosure | 0.10 | 304.92 | 30.49 |



Case: 23-30564 Doc# 2031 Filed: 10/29/26 Entered: 10/29/26 11:18:22 Page 5 of 10

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | statement and solicitation motion | | | |
| 09-02-2026 | Brittney Whitaker | Email with Solicitation re quote for portal/eballoting option | 0.10 | 304.92 | 30.49 |
| 09-03-2026 | Brittney Whitaker | Email with Solicitation re E-balloting portal | 0.10 | 304.92 | 30.49 |
| 09-03-2026 | Brittney Whitaker | Review and comment on draft solicitation procedures | 0.90 | 304.92 | 274.43 |
| 09-03-2026 | Nathan Panameno | Emails (2) with P. Pascuzzi @ FFWPL re comments to Exhibits | 0.40 | 241.40 | 96.56 |
| 09-03-2026 | Nathan Panameno | Review and prepare comments to Exhibits | 1.40 | 241.40 | 337.96 |
| 09-03-2026 | Madelene Bermudez | Verify comments for counsel re Class 2 Ballot | 0.50 | 254.10 | 127.05 |
| 09-03-2026 | Nathan Panameno | Emails (2) with M. Bermudez @ Omni re Class 2 Ballot review | 0.20 | 241.40 | 48.28 |
| 09-03-2026 | Nathan Panameno | Review and prepare comments to Class 2 Ballot | 1.40 | 241.40 | 337.96 |
| 09-04-2026 | Nathan Panameno | Update solicitation database and solicitation memo | 0.60 | 241.40 | 144.84 |
| 09-08-2026 | Nathan Panameno | Update plan class report | 0.70 | 241.40 | 168.98 |
| 09-08-2026 | Nathan Panameno | Email with M. Bishay @ Omni re DS Motion and Draft Ballots | 0.10 | 241.40 | 24.14 |
| 09-08-2026 | Nathan Panameno | Meet with J. Paul @ Omni re Master Ballot Exhibit Comments | 0.50 | 241.40 | 120.70 |
| 09-08-2026 | Jeriad Paul | Meet with N. Panameno @ Omni re Master Ballot Exhibit Comments | 0.50 | 304.92 | 152.46 |
| 09-08-2026 | Nathan Panameno | Meet with J. Paul, D. Green, A. Nownes, M. Bishay, D. Neece @ Omni re Solicitation requirements | 0.20 | 241.40 | 48.28 |
| 09-08-2026 | Jeriad Paul | Meet with D. Green, A. Nownes, M. Bishay, D. Neece, N. Panameno @ Omni re Solicitation requirements | 0.20 | 304.92 | 60.98 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09-08-2026 | David Green | Meet with J. Paul, A. Nownes, M. Bishay, D. Neece, N. Panameno @ Omni re Solicitation requirements | 0.20 | 196.93 | 39.39 |
| 09-08-2026 | Angela Nownes | Meet with J. Paul, D. Green, M. Bishay, D. Neece, N. Panameno @ Omni re Solicitation requirements | 0.20 | 177.87 | 35.57 |
| 09-08-2026 | Mark Bishay | Meet with J. Paul, D. Green, A. Nownes, D. Neece, N. Panameno @ Omni re Solicitation requirements | 0.20 | 196.96 | 39.39 |
| 09-08-2026 | David Neece | Meet with J. Paul, D. Green, A. Nownes, M. Bishay, N. Panameno @ Omni re Solicitation requirements | 0.20 | 196.93 | 39.39 |
| 09-08-2026 | Nathan Panameno | Coordinate and Prepare the Disclosure Statement Motion and Exhibits to Facilitate Solicitation Setup | 0.40 | 241.40 | 96.56 |
| 09-08-2026 | Nathan Panameno | Create plan class report | 0.50 | 241.40 | 120.70 |
| 09-08-2026 | Jeriad Paul | Perform quality assurance on plan class report | 0.30 | 304.92 | 91.48 |
| 09-08-2026 | Jeriad Paul | Review Disclosure Statement Motion in preparation for Solicitation | 1.30 | 304.92 | 396.40 |
| 09-09-2026 | Nathan Panameno | Review and update Solicitation Workflow re Solicitation timeline | 0.20 | 241.40 | 48.28 |
| 09-10-2026 | Madelene Bermudez | Review email/files received from K. Rider @ Sheppard re ballot comments | 0.40 | 254.10 | 101.64 |
| 09-10-2026 | Madelene Bermudez | Email to K. Rider @ Sheppard re revised ballot comments | 0.10 | 254.10 | 25.41 |
| 09-14-2026 | Tara Saldajeno | Prepare and setup solicitation online balloting portal | 1.00 | 203.28 | 203.28 |
| 09-16-2026 | David Green | Meet with A. Nownes, M. Bishay, D. Neece @ Omni re Solicitation requirements | 0.30 | 196.93 | 59.08 |
| 09-16-2026 | David Neece | Meet with A. Nownes, M. Bishay, D. Green @ Omni re Solicitation requirements | 0.30 | 196.93 | 59.08 |
| 09-16-2026 | Angela Nownes | Meet with D. Neece, M. Bishay, D. Green @ Omni re Solicitation requirements | 0.30 | 177.87 | 53.36 |
| 09-16-2026 | Mark Bishay | Meet with D. Neece, A. Nownes, D. Green @ Omni re Solicitation requirements | 0.30 | 196.96 | 59.09 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09-16-2026 | Nathan Panameno | Email with K. Nownes @ Omni re solicitation inquiry | 0.10 | 241.40 | 24.14 |
| 09-16-2026 | Nathan Panameno | Call with T. Donaldson @ WSL re Solicitation Timeline | 0.20 | 241.40 | 48.28 |
| 09-17-2026 | Jeriad Paul | Review email received and respond to K. Nownes @ Omni re representing firm solicitation inquiry | 0.20 | 304.92 | 60.98 |
| 09-21-2026 | Jeriad Paul | Review DS Motion in preparation for solicitation | 0.40 | 304.92 | 121.97 |
| 09-21-2026 | Madelene Bermudez | Review DS Motion in preparation for solicitation | 0.70 | 254.10 | 177.87 |
| 09-22-2026 | Nathan Panameno | Call with T. Donaldson @ WL re confirming mailing address for Solicitation | 0.20 | 241.40 | 48.28 |
| 09-25-2026 | David Green | Meet with A. Nownes, M. Bishay, D. Neece, P. Story @ Omni re Status and next steps for Solicitation | 0.40 | 196.93 | 78.77 |
| 09-25-2026 | Angela Nownes | Meet with D. Green, M. Bishay, D. Neece, P. Story @ Omni re Status and next steps for Solicitation | 0.40 | 177.87 | 71.15 |
| 09-25-2026 | Mark Bishay | Meet with D. Green, A. Nownes, D. Neece, P. Story @ Omni re Status and next steps for Solicitation | 0.40 | 196.96 | 78.78 |
| 09-25-2026 | David Neece | Meet with D. Green, A. Nownes, M. Bishay, P. Story @ Omni re Status and next steps for Solicitation | 0.40 | 196.93 | 78.77 |
| 09-25-2026 | Paul Story | Meet with D. Green, A. Nownes, M. Bishay, D. Neece @ Omni re Status and next steps for Solicitation | 0.40 | 196.93 | 78.77 |
| 09-25-2026 | Jeriad Paul | Review Order to continue Disclosure Statement Hearing | 0.30 | 304.92 | 91.48 |
| 09-30-2026 | David Green | Setup regular calls with A. Nownes, T. Forrest, D. Neece, M. Bishay @ Omni re Solicitation readiness and next steps | 0.20 | 196.93 | 39.39 |
| | | | **Total** | | 5,358.42 |

## Time Summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Angela Nownes | 0.90 | 177.87 | 160.08 |

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Brittney Whitaker | 1.40 | 304.91 | 426.88 |
| David Green | 1.10 | 196.94 | 216.63 |
| David Neece | 0.90 | 196.93 | 177.24 |
| Jeriad Paul | 3.20 | 304.92 | 975.75 |
| Madelene Bermudez | 1.70 | 254.10 | 431.97 |
| Mark Bishay | 0.90 | 196.96 | 177.26 |
| Nathan Panameno | 10.40 | 241.40 | 2,510.56 |
| Paul Story | 0.40 | 196.92 | 78.77 |
| Tara Saldajeno | 1.00 | 203.28 | 203.28 |
| **Total** | | | 5,358.42 |

| | |
|---|---|
| **Subtotal for this Invoice** | 5,358.42 |
| **Discount** | (1,339.60) |
| **Total for this Invoice** | 4,018.82 |
| **Previous Balance** | 360.00 |
| **Total Amount to Pay** | 4,378.82 |

327 -The Roman Catholic Archbishop of San Francisco

October 17, 2026

**Omni Agent Solutions, Inc.**
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367

**Invoice Number: 16205**
Invoice Period: 09-01-2026 - 09-30-2026

## REMITTANCE COPY

**RE: Balloting**

Balloting

| | |
|---|---|
| **Fees** | 5,358.42 |
| **Discount** | (1,339.60) |
| **Total for this Invoice** | 4,018.82 |
| **Previous Balance** | 360.00 |
| **Total Amount to Pay** | 4,378.82 |

### Open Invoices and Credits

| Date | Transaction | Matter | Amount | Applied | Balance |
|---|---|---|---|---|---|
| 10-18-2023 | Invoice 12161 | Schedules & SOFAs | 17,402.85 | (13,922.28) | 3,480.57 |
| 01-17-2024 | Invoice 12407 | Schedules & SOFAs | 5,920.65 | (4,736.52) | 1,184.13 |
| 05-10-2024 | Payment | Balloting | (4,304.70) | | (4,304.70) |
| 10-17-2026 | Invoice 16205 | Balloting | 4,018.82 | | 4,018.82 |
| | | | | **Balance** | **4,378.82** |



Case: 23-30564 Doc# 2031 Filed: 10/29/26 Entered: 10/29/26 11:18:22 Page 10 of 10