Timothy W. Burns (admitted *pro hac vice*)
WI Bar 1068086
Jesse J. Bair (admitted *pro hac vice*)
WI Bar 1083779
BURNS BAIR LLP
10 East Doty Street, Suite 600
Madison, WI 53703
Telephone: (608) 286-2302
Email: tburns@burnsbair.com
jbair@burnsbair.com

*Special Insurance Counsel to The Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**MONTHLY PROFESSIONAL FEE STATEMENT FOR BURNS BAIR LLP FOR SEPTEMBER 2026** |

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Burns Bair LLP, special insurance counsel to the Official Committee of Unsecured Creditors (the "Committee"), hereby files its monthly professional fee statement for the period September 1, 2026 through September 30, 2026 (the "Fee Period"), pursuant to the *Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis* (the "Compensation Order"), entered on October 16, 2023 [ECF No. 212]. The total fees and expenses incurred by Burns Bair LLP on behalf of the Committee for the Fee Period are as follows:

| **Period** | **Fees** | **Expenses** | **Total** |
|---|---|---|---|
| September 1, 2026 through September 30, 2026 | $84,408.00 | $4,663.47 | $89,071.47 |
| Net Total Allowed Payments this Statement Period (80% of fees and 100% of expenses) | $67,526.40 | $4,663.47 | $72,189.87 |

Attached hereto at **Exhibit 1** is Burns Bair's itemized billing statement for its fees and expenses billed during the Fee Period. Pursuant to the Compensation Order, the Net Total Allowed

Payments detailed in the chart above shall be paid from funds held by the estate of the Debtor, The Roman Catholic Archbishop of San Francisco, unless an objection is filed with the Clerk of the Court and served upon Burns Bair LLP within *14 days after the date of service* of this monthly professional fee statement.

Dated: November 2, 2026

**BURNS BAIR LLP**

By: /s/ *Jesse J. Bair*
Jesse J. Bair

*Special Insurance Counsel to the Official Committee of Unsecured Creditors*



Case: 23-30564 Doc# 2037 Filed: 11/02/26 Entered: 11/02/26 12:22:03 Page 2 of 23

# EXHIBIT 1

Burns | Bair

10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
608-286-2302
www.BurnsBair.com

**Official Committee of Unsecured Creditors of Archbishop of San Francisco**

**Issue Date :** 10/20/2026
**Bill # :** 02380

**Matter:** Insurance

## PROFESSIONAL SERVICES RENDERED

### Committee Meetings

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 9/3/2026 | Timothy Burns | Participate in Committee meeting for insurance purposes re Plan and post-Plan strategy issues (1.1); | 1.10 | $1,232.00 |
| 9/10/2026 | Jesse Bair | Participate in Committee meeting for insurance purposes re various case developments, Trust issues, and insurance matters (1.2); | 1.20 | $1,080.00 |
| 9/10/2026 | Timothy Burns | Participate in Committee meeting for insurance purposes re case insurance matters, Trust issues, and next-steps (1.2); | 1.20 | $1,344.00 |
| 9/15/2026 | Jesse Bair | Participate in state court counsel meeting re litigation claim protocols and case insurance issues (.9); | 0.90 | $810.00 |
| 9/17/2026 | Timothy Burns | Participate in Committee meeting for insurance purposes re various Plan and insurance issues, including Blue Ridge claims (1.1); | 1.10 | $1,232.00 |
| 9/17/2026 | Jesse Bair | Participate in Committee meeting for insurance purposes re various Plan, litigation, and insurance issues, including Blue Ridge claims (1.1); | 1.10 | $990.00 |
| 9/22/2026 | Timothy Burns | Participate in state court counsel meeting for insurance purposes re case developments, Plan, and Trust issues (.6); | 0.60 | $672.00 |
| 9/23/2026 | Jesse Bair | Participate in state court counsel meeting re Litigation Protocols (.2); | 0.20 | $180.00 |
| 9/23/2026 | Timothy Burns | Participate in state court counsel meeting re Litigation Protocols (.2); | 0.20 | $224.00 |

| | | | | |
|---|---|---|---|---|
| 9/24/2026 | Timothy Burns | Participate in full-day in-person Committee meeting for insurance purposes re various Plan, Trust, and strategy issues (6.5); | 6.50 | $7,280.00 |
| 9/24/2026 | Jesse Bair | Participate in full-day in-person Committee meeting for insurance purposes re various Plan and Trust issues and related case strategy and next-steps (6.5); | 6.50 | $5,850.00 |
| | | **Totals for Committee Meetings** | **20.60** | **$20,894.00** |

**Fee Applications**

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 9/20/2026 | Jesse Bair | Correspond with B. Horn-Edwards re monthly fee statement (.1); | 0.10 | $90.00 |
| 9/30/2026 | Brenda Horn-Edwards | File and serve Burns Bair monthly professional fee statement (.2); | 0.20 | $68.00 |
| 9/30/2026 | Jesse Bair | Review and edit monthly fee statement and correspond with B. Horn-Edwards and G. Brown re same (.2); | 0.20 | $180.00 |
| 9/30/2026 | Brenda Horn-Edwards | Draft monthly professional fee statement, certificate of service, and correspond with J. Bair (.3); | 0.30 | $102.00 |
| | | **Totals for Fee Applications** | **0.80** | **$440.00** |

**Hearings**

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 9/17/2026 | Jesse Bair | Participate in hearing for insurance purposes re the insurers' preliminary disclosure statement objections (.4); | 0.40 | $360.00 |
| | | **Totals for Hearings** | **0.40** | **$360.00** |

**Insurance Recovery Activities**

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 9/1/2026 | Jesse Bair | Review correspondence with the insurers and debtor re briefing schedule re the insurers' 9th Circuit lift stay appeal (.1); | 0.10 | $90.00 |
| 9/2/2026 | Jesse Bair | Review additional proposed Plan and Disclosure Statement revisions proposed by the Debtor (.2); | 0.20 | $180.00 |
| 9/2/2026 | Jesse Bair | Review and edit Disclosure Statement for insurance purposes (1.1); | 1.10 | $990.00 |
| 9/2/2026 | Jesse Bair | Participate in conference with PSZJ and the Trustee for insurance purposes re various case developments, next-steps, and Plan issues (1.1); | 1.10 | $990.00 |

| | | | | |
|---|---|---|---|---|
| 9/2/2026 | Brian Cawley | Continue reconciling claim data and drafting revised claim and coverage matrix for use with ongoing insurer negotiations (2.6); | 2.60 | $1,430.00 |
| 9/3/2026 | Timothy Burns | Review correspondence with Committee professionals, state court counsel, and the Committee re future claims representative issues (.3); review PSZJ presentation re future claims representative issues (.2); review correspondence from Appalachian Insurance Company's counsel to 9th Circuit re briefing schedule (.2); review unknow claims representative order (.1); | 0.80 | $896.00 |
| 9/5/2026 | Brian Cawley | Continue supplemental claims and coverage analysis and continue drafting revised claim and coverage matrix (1.9); | 1.90 | $1,045.00 |
| 9/5/2026 | Jesse Bair | Correspond with B. Cawley re supplemental claims analysis (.1); | 0.10 | $90.00 |
| 9/6/2026 | Jesse Bair | Correspond with Committee professionals and Trustee re Trust call re next steps (.1); | 0.10 | $90.00 |
| 9/7/2026 | Brian Cawley | Analyze debtor's coverage program and assess available coverage in connection with insurance demand letters (1.2); | 1.20 | $660.00 |
| 9/8/2026 | Karen Dempski | Docket/calendar update appeal deadlines (.1); | 0.10 | $34.00 |
| 9/8/2026 | Jesse Bair | Correspond with Committee professionals re meet and confer with the insurers re disclosure statement issues (.1); | 0.10 | $90.00 |
| 9/9/2026 | Jesse Bair | Analyze insurance coverage for schools and parishes and respond to correspondence with state court counsel re same (.3); | 0.30 | $270.00 |
| 9/9/2026 | Jesse Bair | Correspond with PSZJ re agenda for upcoming Committee meeting (.1); | 0.10 | $90.00 |
| 9/11/2026 | Timothy Burns | Review materials re insurance strategy in preparation for upcoming in-person Committee strategy meeting (1.6); | 1.60 | $1,792.00 |
| 9/11/2026 | Jesse Bair | Participate in conference with PSZJ and the Trustee for insurance purposes re various case issues, next-steps, and related strategy (1.0); follow-up correspondence with PSZJ and the Trustee re same (.2); | 1.20 | $1,080.00 |
| 9/13/2026 | Jesse Bair | Correspond with the mediators and LMI re upcoming Zoom session (.1); | 0.10 | $90.00 |
| 9/14/2026 | Jesse Bair | Review the insurers' preliminary disclosure statement objections (.5); | 0.50 | $450.00 |
| 9/14/2026 | Timothy Burns | Participate in conference with Committee professionals re the insurers' initial disclosure statement objections and strategy re responding to same (1.5); | 1.50 | $1,680.00 |

| | | | | |
|---|---|---|---|---|
| 9/14/2026 | Timothy Burns | Prepare for mediation session with LMI (.4); participate in mediation session with LMI (1.7); review and respond to correspondence with Committee professionals and the Committee re case developments and upcoming in-person Committee meeting (.2); review the insurers' preliminary disclosure statement objections (.8); | 3.10 | $3,472.00 |
| 9/14/2026 | Jesse Bair | Participate in Zoom mediation session with LMI (1.7); | 1.70 | $1,530.00 |
| 9/14/2026 | Jesse Bair | Analyze outstanding insurance materials needed for production by the debtor and correspond with the debtor re same (.3); | 0.30 | $270.00 |
| 9/14/2026 | Jesse Bair | Participate in conference with Committee professionals re the insurers' preliminary disclosure statement objections and potential responses to same (1.5); | 1.50 | $1,350.00 |
| 9/15/2026 | Brian Cawley | Begin drafting presentation re Blue Ridge claim issues, including associated legal research in connection with same (2.7); | 2.70 | $1,485.00 |
| 9/15/2026 | Jesse Bair | Analyze Appalachian's opposition to the debtor's motion to stay insurance action (.3); analyze Travelers' opposition to same (.2); | 0.50 | $450.00 |
| 9/15/2026 | Jesse Bair | Draft status update to state court counsel re insurance coverage action and review related correspondence with state court counsel re same (.4); | 0.40 | $360.00 |
| 9/15/2026 | Jesse Bair | Analyze and revise draft criteria for litigation claims protocol (.2); | 0.20 | $180.00 |
| 9/15/2026 | Jesse Bair | Participate in conference with T. Burns re various case developments and strategy re next-steps (.3); | 0.30 | $270.00 |
| 9/15/2026 | Timothy Burns | Review correspondence with the Plan Proponents re objections to Disclosure Statement (.2); review St. Paul and Traveler's Opposition to RCASF's Motion to Stay and materials cited in Opposition (1.2); conference with J. Bair re strategic issues re same (.3); | 1.70 | $1,904.00 |
| 9/15/2026 | Jesse Bair | Prepare outline re Blue Ridge presentation to the Committee (.3); | 0.30 | $270.00 |
| 9/15/2026 | Jesse Bair | Participate in meet and confer with the insurers and Plan Proponents re the insurers' preliminary disclosure statement objections (1.4); | 1.40 | $1,260.00 |
| 9/15/2026 | T. J. Clark | Detailed research re scope of permissible discovery allowed on expected or intended defense after settlement of underlying claim (4.4); draft email memo summarizing research results (.9); | 5.30 | $2,491.00 |

| | | | | |
|---|---|---|---|---|
| 9/16/2026 | Jesse Bair | Review and edit presentation to the Committee re Blue Ridge issues (.7); | 0.70 | $630.00 |
| 9/16/2026 | Brian Cawley | Respond to T. Burns request regarding expected/intended issue (.2); | 0.20 | $110.00 |
| 9/16/2026 | Jesse Bair | Review and edit Allocation Protocol for insurance purposes (.7); | 0.70 | $630.00 |
| 9/16/2026 | Brian Cawley | Finish drafting presentation re Blue Ridge claim issues and related research in connection with same (3.4); | 3.40 | $1,870.00 |
| 9/16/2026 | Timothy Burns | Review T. Clark's research related to Travelers' brief of motion to stay and expected or intended discovery issues (.8); review correspondence with state court counsel and Committee professionals re expected/intended and Blue Ridge issues (.2); brief review of draft Trust Allocation Protocol (.3); review additional California decisions re expected/intended issues (.2); | 1.50 | $1,680.00 |
| 9/16/2026 | Jesse Bair | Revise litigation protocol criteria and correspond with B. Michael re same (.2); | 0.20 | $180.00 |
| 9/16/2026 | T. J. Clark | Continue detailed research re California law on expected or intended issues in the context of sexual abuse cases to inform insurance litigation strategy (4.9); | 4.90 | $2,303.00 |
| 9/17/2026 | Jesse Bair | Participate in conference with PSZJ and the Trustee for insurance purposes re Plan Supplements and various Trust issues (1.2); | 1.20 | $1,080.00 |
| 9/17/2026 | Brian Cawley | Implement partner edits into Blue Ridge presentation (1.5); | 1.50 | $825.00 |
| 9/17/2026 | Jesse Bair | Review and edit revised Blue Ridge presentation (.3); | 0.30 | $270.00 |
| 9/17/2026 | Timothy Burns | Review revised version of Blue Ridge presentation (.2); review correspondence with Committee professionals re Plan related documents (.2); | 0.40 | $448.00 |
| 9/17/2026 | Jesse Bair | Begin reviewing and editing Litigation Protocol for insurance purposes (.3); | 0.30 | $270.00 |
| 9/17/2026 | Jesse Bair | Review the Plan Proponents' and insurers' status conference statements (.2); | 0.20 | $180.00 |
| 9/17/2026 | T. J. Clark | Continue detailed research re California law on expected or intended issues in the context of sexual abuse cases to inform insurance litigation strategy (4.6); | 4.60 | $2,162.00 |
| 9/18/2026 | Timothy Burns | Review and revise Litigation Protocol draft (.9); correspondence with professionals re same (.2); | 1.10 | $1,232.00 |
| 9/18/2026 | Jesse Bair | Review and edit revised version of the Litigation Protocol for insurance purposes (1.3); | 1.30 | $1,170.00 |

| | | | | |
|---|---|---|---|---|
| 9/18/2026 | T. J. Clark | Finish detailed research re California law on expected or intended issues in the context of sexual abuse cases to inform insurance litigation strategy and draft research chart summarizing same (6.1); | 6.10 | $2,867.00 |
| 9/19/2026 | Jesse Bair | Review and edit Trust Agreement for insurance purposes (1.3); | 1.30 | $1,170.00 |
| 9/19/2026 | Timothy Burns | Review revised version of litigation protocol (.2); | 0.20 | $224.00 |
| 9/19/2026 | Jesse Bair | Review correspondence with Committee professionals and state court counsel re Plan Supplements (.1); | 0.10 | $90.00 |
| 9/19/2026 | Jesse Bair | Review and edit Consenting Abuse Claim Release Agreement for insurance purposes (.3); | 0.30 | $270.00 |
| 9/21/2026 | Brian Cawley | Continue supplemental claims and coverage analysis, including formulating revised carrier claim counts and exposure assessments, and continue drafting revised claim and coverage matrix for use with ongoing mediation negotiations (2.8); | 2.80 | $1,540.00 |
| 9/21/2026 | Timothy Burns | Review correspondence with Committee professionals re Blue Ridge issues (.2); | 0.20 | $224.00 |
| 9/21/2026 | Jesse Bair | Brief review re revised version of Trust Agreement (.1); correspond with B. Michael re Blue Ridge issues (.1); | 0.20 | $180.00 |
| 9/22/2026 | Jesse Bair | Review summary re outcome of state court counsel meeting (.1); review correspondence with state court counsel and Committee professionals re suggested revisions to Litigation Protocol (.1); | 0.20 | $180.00 |
| 9/22/2026 | Timothy Burns | Prepare for upcoming state court counsel meeting, including review of draft litigation protocols in connection with same (.9); review correspondence with Committee professionals and state court counsel re same (.2); | 1.10 | $1,232.00 |
| 9/22/2026 | Brian Cawley | Review LMI policy analysis and draft responses to J. Bair questions in connection with same (1.8); | 1.80 | $990.00 |
| 9/22/2026 | Jesse Bair | Correspond with the debtor re missing insurance materials (.1); | 0.10 | $90.00 |
| 9/22/2026 | Jesse Bair | Brief review re claims analysis received from LMI and correspond with B. Cawley re assessment needed of same (.2); | 0.20 | $180.00 |
| 9/22/2026 | Timothy Burns | Draft summary re outcome and next-steps from state court counsel meeting (.2); review correspondence with the Debtor and Committee professionals re missing insurance materials (.1); | 0.30 | $336.00 |

| | | | | |
|---|---|---|---|---|
| 9/23/2026 | Jesse Bair | Review B. Cawley assessment of LMI's claim analysis and correspond with B. Cawley re additional analysis needed in connection with carrier claim counts (.2); | 0.20 | $180.00 |
| 9/23/2026 | Timothy Burns | Prepare for in-person Committee meeting, including detailed review of Plan, Plan Supplements, and Disclosure Statement in connection with same (2.4); | 2.40 | $2,688.00 |
| 9/23/2026 | Jesse Bair | Review case law re claim v. set-off issues in connection with insurers' Blue Ridge arguments (.3); | 0.30 | $270.00 |
| 9/23/2026 | Brian Cawley | Analyze LMI claims summary, resolve discrepancies with the Committee's claims list, and respond to J. Bair questions re same (2.1); | 2.10 | $1,155.00 |
| 9/23/2026 | Jesse Bair | Review and respond to correspondence with mediator re ongoing insurance negotiations (.2); | 0.20 | $180.00 |
| 9/23/2026 | Jesse Bair | Review the Salesian's supplemental declaration in support of lift stay motion, the insurers' objections to same, and related correspondence (.3); | 0.30 | $270.00 |
| 9/23/2026 | Jesse Bair | Participate in call with Trustee re various Plan-related insurance issues and related strategy (.6); draft summary for Trustee re Trust insurance issues (.6); | 1.20 | $1,080.00 |
| 9/24/2026 | Brian Cawley | Finish review of revised claim data, updated policy information, and draft revised carrier claim counts for use with ongoing insurer negotiations (2.0); | 2.00 | $1,100.00 |
| 9/24/2026 | Jesse Bair | Participate in call with the debtor re case insurance issues and production of missing insurance materials (.1); | 0.10 | $90.00 |
| 9/24/2026 | Brian Cawley | Respond to J. Bair requests regarding LMI coverage and related insolvencies (.3); | 0.30 | $165.00 |
| 9/25/2026 | Timothy Burns | Conference with J. Stang re Litigation Claimant Agreement (.2); review and edit same (.7); additional conference with J. Stang re same (.1); | 1.00 | $1,120.00 |
| 9/25/2026 | Jesse Bair | Review and edit Litigation Claimant Agreement for insurance purposes (1.0); review and respond to correspondence with debtor and Committee professionals re same (.1); | 1.10 | $990.00 |
| 9/26/2026 | Jesse Bair | Review notice of filing of Plan exhibits and brief review of final exhibits (.1); | 0.10 | $90.00 |
| 9/26/2026 | Jesse Bair | Review the debtor's reply in support of motion to stay coverage action (.2); | 0.20 | $180.00 |
| 9/28/2026 | Jesse Bair | Correspond with the debtor re the insurers' disclosure statement objections (.1); | 0.10 | $90.00 |

| | | | | |
|---|---|---|---|---|
| 9/29/2026 | Jesse Bair | Prepare for and participate in call with Appalachian re insurance settlement negotiations (.2); | 0.20 | $180.00 |
| 9/29/2026 | Jesse Bair | Correspond with the Debtor re disclosure statement insurance issues (.1); | 0.10 | $90.00 |
| 9/30/2026 | Jesse Bair | Participate in conference with the Trustee and PSZJ re case developments and various Plan and Trust issues (.5); | 0.50 | $450.00 |
| 9/30/2026 | Timothy Burns | Review Archdiocese Reply in Support of Stay in insurance adversary proceeding (.2); | 0.20 | $224.00 |
| 9/30/2026 | Jesse Bair | Participate in call with J. Stang re insurance-related disclosure statement revisions (.2); | 0.20 | $180.00 |
| | | **Totals for Insurance Recovery Activities** | **84.30** | **$62,714.00** |

| | | | |
|---|---|---|---|
| **Total Hours and Fees** | | **106.10** | **$84,408.00** |

## EXPENSES

| Date | Description | Amount |
|---|---|---|
| 09/23/2026 | Delta Airlines, T. Burns (MSN-SFO, Sept. 23-25) | $1,042.40 |
| 09/23/2026 | Delta Airlines, J. Bair (MSN-SFO, Sept. 23-25) | $822.40 |
| 09/23/2026 | Travel meal, J. Bair and T. Burns | $60.97 |
| 09/23/2026 | Uber, T. Burns (airport to hotel) | $117.48 |
| 09/23/2026 | Hotel, J. Bair (2 nights) | $1,148.31 |
| 09/23/2026 | Hotel, T. Burns (2 nights) | $1,148.31 |
| 09/24/2026 | Travel meal, T. Burns | $47.96 |
| 09/24/2026 | Travel meal, T. Burns | $8.00 |
| 09/24/2026 | Travel meal, T. Burns | $10.86 |
| 09/25/2026 | Airport parking, T. Burns | $38.00 |
| 09/25/2026 | Uber, J. Bair (hotel to airport) | $70.98 |
| 09/25/2026 | Airport parking, J. Bair | $38.00 |
| 09/25/2026 | Uber, T. Burns (hotel to airport) | $108.73 |
| 09/30/2026 | Postage | $1.07 |
| **Total Expenses** | | **$4,663.47** |

### Timekeeper Summary

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Brenda Horn-Edwards | Paralegal | 0.50 | $340.00 | $170.00 |
| Brian Cawley | Associate | 22.50 | $550.00 | $12,375.00 |
| Jesse Bair | Partner | 34.30 | $900.00 | $30,870.00 |
| Karen Dempski | Paralegal | 0.10 | $340.00 | $34.00 |
| T. J. Clark | Associate | 20.90 | $470.00 | $9,823.00 |

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Timothy Burns | Partner | 27.80 | $1,120.00 | $31,136.00 |

**Total Due This Invoice: $89,071.47**

Timothy W. Burns (admitted *pro hac vice*)
WI Bar 1068086
Jesse J. Bair (admitted *pro hac vice*)
WI Bar 1083779
BURNS BAIR LLP
10 East Doty Street, Suite 600
Madison, WI 53703
Telephone: (608) 286-2302
Email: tburns@burnsbair.com
jbair@burnsbair.com

*Special Insurance Counsel to The Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

I, Brenda Horn-Edwards, declare that I am employed in the County of Dane, State of Wisconsin. I am over the age of 18 and not a party to the within action. My business address is 10 E. Doty Street, Suite 600, Madison, Wisconsin 53703.

On November 2, 2026, I served a true and correct copy of the **Monthly Professional Fee Statement for Burns Bair LLP for September 2026** in the manner stated below:

| | |
|---|---|
| ☑ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On November 2, 2026**,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the participants on the attached Electronic Mail Notice List will receive NEF transmission at the email address stated. |
| ☑ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in Dane County, Wisconsin, in the ordinary course of business.<br><br>The Honorable Dennis Montali<br>United States Bankruptcy Court<br>Northern District of California<br>450 Golden Gate Avenue, 16th Floor<br>San Francisco, CA 94102 |

| | |
|---|---|
| ☑ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached Service List at the email address stated. |

I declare, under penalty of perjury, that the foregoing is true and correct. Executed on November 2, 2026, at Madison, Wisconsin.

*/s/ Brenda Horn-Edwards*
Brenda Horn-Edwards

## ELECTRONIC MAIL NOTICE LIST

- Matthew John Antonelli
  mantonelli@ruggerilaw.com
- Darren Azman
  dazman@mwe.com
- Jesse Bair
  jbair@burnsbair.com
- Charles A Beckham, Jr.
  charles.beckham@haynesboone.com
- Hagop T. Bedoyan
  hagop.bedoyan@mccormickbarstow.com
- David P. Bender, Jr.
  david.bender@haynesboone.com
- Jason Blumberg
  jason.blumberg@usdoj.gov
- Gillian Nicole Brown
  gbrown@pszjlaw.com
- John Bucheit
  jbucheit@phrd.com
- Timothy W. Burns
  tburns@burnsbair.com
- George Calhoun
  george@ifrahlaw.com
- Peter C. Califano
  pcalifano@nvlawllp.com
- Brian P. Cawley
  bcawley@burnsbair.com
- Robert M Charles, Jr.
  Robert.Charles@wbd-us.com
- Jason Chorley
  jason.chorley@clydeco.us
- Kevin W. Coleman
  kcoleman@nutihart.com
- Amanda L. Cottrell
  acottrell@sheppardmullin.com
- Jennifer Witherell Crastz
  jcrastz@hemar-rousso.com
- Blaise S Curet
  bcuret@spcclaw.com
- Melissa M DAlelio
  mdalelio@robinskaplan.com
- Jared A. Day
  jared.a.day@usdoj.gov
- Michele Nicole Detherage
  mdetherage@robinskaplan.com
- Allan B Diamond
  adiamond@diamondmccarthy.com
- Karen B. Dine
  kdine@pszjlaw.com
- Daniel Lloyd Egan
  degan@wilkefleury.com
- Stephen John Estey
  steve@estey-bomberger.com
- Timothy W. Evanston
  tevanston@skarzynski.com
- Trevor Ross Fehr
  trevor.fehr@usdoj.gov
- Michael Finnegan
  mike@andersonadvocates.com
- Robert David Gallo
  dgallo@khlawfirm.com
- Joseph Charles George
  jgeorgejr@psyclaw.com
- Debra I. Grassgreen
  dgrassgreen@pszjlaw.com
- Gail S. Greenwood
  ggreenwood@pszjlaw.com
- John Grossbart
  john.grossbart@dentons.com
- Joshua K Haevernick
  joshua.haevernick@dentons.com
- Robert G. Harris
  rob@bindermalter.com
- Christopher Hart
  chart@nutihart.com
- Deanna K. Hazelton
  deanna.k.hazelton@usdoj.gov
- Benjamin Frederick Heidlage
  bheidlage@hsgllp.com
- Jordan Anthony Hess
  jhess@plevinturner.com

- Todd C. Jacobs
  tjacobs@phrd.com
- Daniel James
  daniel.james@clydeco.us
- Christopher D. Johnson
  chris.johnson@diamondmccarthy.com
- Jeff D. Kahane
  jkahane@skarzynski.com
- Blair Kaminsky
  bkaminsky@hsgllp.com
- Timothy Quaid Karcher
  tkarcher@bakermckenzie.com
- Taylore Karpa Schollard
  tkarpa@robinskaplan.com
- Ori Katz
  okatz@sheppard.com
- Jeannie Kim
  jkim@go2.law
- David S. Kupetz
  David.Kupetz@troutman.com
- Mikayla Kutsuris
  mkutsuris@ffwplaw.com
- Jennifer R Liakos
  jenn@jennliakoslaw.com
- Neil Lieberman
  nlieberman@hsgllp.com
- Christina Marie Lincoln
  clincoln@robinskaplan.com
- Lisa Arlyn Linsky
  llinsky@mwe.com
- Sin-Ting Mary Liu
  mliu@awkolaw.com
- Neda Lotfi
  nlotfi@pcvalaw.com
- John William Lucas
  jlucas@pszjlaw.com
- Alan H. Martin
  AMartin@sheppardmullin.com
- Patrick Maxcy
  patrick.maxcy@dentons.com
- Patrick Emerson McCormick
  patrick.e.mccormick@wbd-us.com
- Timothy McMahon
  tmcmahon@skarzynski.com
- Brittany Mitchell Michael
  bmichael@pszjlaw.com
- M. Keith Moskowitz
  keith.moskowitz@dentons.com
- Mia Nieto
  mia.nieto@haynesboone.com
- Michael Norton
  michael.norton@clydeco.us
- Gregory C Nuti
  gnuti@nutihart.com
- Office of the U.S. Trustee / SF
  USTPRegion17.SF.ECF@usdoj.gov
- Maricar Pascual
  mailbox@psyclaw.com
- Paul J. Pascuzzi
  ppascuzzi@ffwplaw.com
- Simon Patmore-Zarcone
  spatmore@ruggerilaw.com
- Valerie Bantner Peo
  vbantnerpeo@buchalter.com
- Robert J. Pfister
  rpfister@pslawllp.com
- Mark D. Plevin
  mplevin@plevinturner.com
- Gregory S. Powell
  greg.powell@usdoj.gov
- Douglas B. Provencher
  dbp@provlaw.com
- Hamid R. Rafatjoo
  hrafatjoo@raineslaw.com
- Anna Belle Reilly
  areilly@ruggerilaw.com
- Nathan W. Reinhardt
  nreinhardt@skarzynski.com
- Jason E. Rios
  jrios@ffwplaw.com
- Kathleen Mary Derrig Rios
  Katie.Rios@wbd-us.com
- Matthew Roberts
  mroberts@phrd.com

- Annette Rolain
  arolain@ruggerilaw.com
- Julie H. Rome-Banks
  julie@bindermalter.com
- Russell Webb Roten
  rroten@skarzynski.com
- Cheryl C. Rouse
  rblaw@ix.netcom.com
- Jeffrey Schulman
  jeffrey.schulman@blankrome.com
- Karen Sebaski
  ksebaski@hsgllp.com
- Phillip John Shine
  phillip.shine@usdoj.gov
- Samantha Siegien
  samantha.siegien@dentons.com
- James I. Stang
  jstang@pszjlaw.com
- Jennifer Stein
  jennifer@andersonadvocates.com
- Ashley Storey
  astorey@skarzynski.com
- Devin Miles Storey
  dms@zalkin.com
- Jason D. Strabo
  jstrabo@mwe.com
- Justin Strother
  justin.strother@diamondmccarthy.com
- Catalina Sugayan
  catalina.sugayan@clydeco.us
- Edward J. Tredinnick
  etredinnick@foxrothschild.com
- Miranda Turner
  mturner@plevinturner.com
- Joshua D Weinberg
  jweinberg@ruggerilaw.com
- Matthew Michael Weiss
  mweiss@phrd.com
- Steven John Williamson
  swilliamson@wilkefleury.com
- Harris Winsberg
  hwinsberg@phrd.com
- Martha Wyrick
  martha.wyrick@haynesboone.com
- Yongli Yang
  yongli.yang@clydeco.us

**Roman Catholic Archbishop of San Francisco**
**Limited Service List**

| Description | Name | Address | Fax | Email |
|---|---|---|---|---|
| *NOA - Request for Notice | A.S. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| Debtor's Counsel, Registered ECF User | Amanda L. Cottrell | | | acottrell@sheppardmullin.com<br>JHerschap@sheppardmullin.com |
| Registered ECF User for Certain Underwriters at Lloyd's, London and Certain London Market Companies | Ashley Storey | | | astorey@skarzynski.com |
| *NOA Counsel for Junipero Serra High School/Counsel for Marin Catholic High School/Counsel for Riordan High School/Counsel for Salesian Society, Registered ECF User | Binder & Malter, LLP | Attn: Robert G Harris<br>2775 Park Ave<br>Santa Clara, CA 95050 | | rob@bindermalter.com<br>melissa@bindermalter.com |
| *NOA - Attorneys for Berkeley Research Group, LLC | Buchalter, A Professional Corporation | Valerie Bantner Peo, Esq<br>425 Market Street, Suite 2900<br>San Francisco, CA 94105-3493 | 415-227-0900 | vbantnerpeo@buchalter.com |
| *NOA - Counsel for Special Insurance Counsel to the Official Committee of Unsecured Creditors; Registered ECF User | Burns Bair LLP | Attn: Jesse Bair/Timothy Burns<br>Attn: Brian P Cawley<br>10 E Doty St, Ste 600<br>Madison, WI 53703 | | jbair@burnsbair.com<br>aturgeon@burnsbair.com<br>kdempski@burnsbair.com<br>tburns@burnsbair.com<br>bcawley@burnsbair.com |
| *NOA - Request for Notice | C.B. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| Corresponding State Agencies | California Department of Tax And Fee Admin | P.O. Box 942879<br>Sacramento, CA 94279 | | |
| The Office of the California Attorney General | California Office of the Attorney General | 1300 I St, Ste 1142<br>Sacramento, CA 95814 | | |
| Registered ECF User on behalf of Creditor Victoria Castro | Cheryl C. Rouse | Attn: Annette Rolain | | rblaw@ix.netcom.com |
| Registered ECF User on behalf of Interested Party Catholic Charities CYO of the Archdiocese of San Francisco | Christopher Hart | | | chart@nutihart.com |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Clyde & Co US LLP | Attn: Alexander Potente<br>Attn: Jason J Chorley<br>150 California St, 15th Fl<br>San Francisco, CA 94111 | 415-365-9801 | alex.potente@clydeco.us<br>jason.chorley@clydeco.us |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies, Registered ECF User | Clyde & Co US LLP | Attn: Catalina J Sugayan<br>30 S Wacker Dr, Ste 2600<br>Chicago, IL 60606 | 312-635-6917 | Catalina.Sugayan@clydeco.us |
| Registered ECF User on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies | Clyde & Co US LLP | Attn: Nancy Lima<br>Attn: Yongli Yang<br>Attn: Jason J Chorley<br>Attn: Daniel James<br>Attn: Michael Norton | | Nancy.Lima@clydeco.us<br>yongli.yang@clydeco.us<br>jason.chorley@clydeco.us<br>Robert.willis@clydeco.us<br>daniel.james@clydeco.us<br>michael.norton@clydeco.us |
| Corresponding State Agencies | Colorado Department of Revenue | 1881 Pierce St<br>Lakewood, CO 80214 | | |
| *NOA - Attorneys for Companhia De Seguros Fidelidade SA (fka Fidelidade Insurance Company of Lisbon) | Cozen O'Connor | Attn: Mary P. McCurdy<br>388 Market St, Ste 1000<br>San Francisco, CA 94111 | | MMcCurdy@cozen.com |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation | Craig & Winkelman LLP | Attn: Robin D Craig<br>2001 Addison St, Ste 300<br>Berkeley, CA 94704 | | rcraig@craig-winkelman.com |
| *NOA - Request for Notice | D.R. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| Registered ECF User on behalf of Holy Cross Catholic Cemeteries | Daniel Lloyd Egan | | | degan@wilkefleury.com |
| Registered ECF User on behalf of Interested Party Daughters of Charity Foundation | David S. Kupetz | | | david.kupetz@troutman.com |

**Roman Catholic Archbishop of San Francisco**
**Limited Service List**

| Description | Name | Address | Fax | Email |
|---|---|---|---|---|
| Registered ECF User on behalf of St. Paul Fire and Marine Insurance Co. | Dentons US LLP | Attn: Joshua Haevernick<br>1999 Harrison St, Ste 1300<br>Oakland, CA 94612 | 415-882-0300 | joshua.haevernick@dentons.com |
| Registered ECF User on behalf of Appalachian Insurance Company | Dentons US LLP | Attn: Patrick C Maxcy<br>Attn: John Grossbart<br>233 S Wacker Dr, Ste 5900<br>Chicago, IL 60606 | 312-876-7934 | patrick.maxcy@dentons.com<br>john.grossbart@dentons.com |
| Registered ECF User | Dentons US LLP | | | docket.general.lit.chi@dentons.com;<br>patrick.maxcy@dentons.com |
| Registered ECF User | Dentons US LLP | M. Keith Moskowitz | | keith.moskowitz@dentons.com |
| Registered ECF User | Devin Miles Storey | | | dms@zalkin.com |
| *NOA - Counsel for The Archdiocese of San Francisco Capital Assets Support Corporation, Registered ECF User | Diamond McCarthy LLP | Attn: Allan Diamond<br>Attn: Christopher Johnson<br>909 Fannin, Ste 3700<br>Houston, TX 77010 | 713-333-5199 | chris.johnson@diamondmccarthy.com<br>adiamond@diamondmccarthy.com |
| *NOA - Counsel for The Archdiocese of San Francisco Capital Assets Support Corporation | Diamond McCarthy LLP | Attn: Damion D D Robinson<br>355 S Grand Ave, Ste 2450<br>Los Angeles, CA 90071 | | damion.robinson@diamondmccarthy.com |
| *NOA - Counsel for Certain Underwriters at Lloyd’s, London and Certain London Market Companies | Duane Morris LLP | Attn: Russell W Roten<br>865 S Figueroa St, Ste 3100<br>Los Angeles, CA 90017-5450 | 213-689-7401 | RWRoten@duanemorris.com<br>TWEvanston@duanemorris.com |
| Registered ECF User | Edward J. Tredinnick | | | etredinnick@foxrothschild.com |
| *NOA - Other Professional, Registered ECF User | Embolden Law PC | Attn: Douglas B Provencher<br>823 Sonoma Ave<br>Santa Rosa, CA 95404-4714 | 707-284-2387 | dbp@provlaw.com |
| Corresponding State Agencies | Employment Development Department | P.O. Box 989061<br>West Sacramento, CA 95798 | | |
| *NOA - Counsel for Abuse Claimant | Estey & Bomberger, LLP | Attn: Stephen Estey<br>2869 India St<br>San Diego, CA 92103 | 619-295-0172 | steve@estey-bomberger.com |
| Debtors' Counsel | Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | Attn: Paul Pascuzzi<br>Attn: Thomas Phinney<br>Attn: Jason Rios<br>Attn: Mikayla E Kutsuris<br>500 Capitol Mall, Ste 2250<br>Sacramento, CA 95814 | | ppascuzzi@ffwplaw.com<br>tphinney@ffwplaw.com<br>jrios@ffwplaw.com<br>mkutsuris@ffwplaw.com<br>docket@ffwplaw.com |
| Debtors' Counsel, Registed ECF User | Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | Attn: Paul Pascuzzi<br>Attn: Jason Rios | | ppascuzzi@ffwplaw.com<br>jrios@ffwplaw.com<br>docket@ffwplaw.com |
| *NOA - Request for Notice | Fiore Achermann | Attn: Sophia Achermann<br>605 Market St, Ste 1103<br>San Francisco, CA 94105 | 415-550-0605 | sophia@theFAfirm.com |
| Corresponding State Agencies | Florida Department of Revenue | 5050 W Tennessee St<br>Tallahassee, FL 32399 | | |
| Fee Examiner | Frejka PLLC | Attn: Elise S. Frejka | | Efrejka@frejka.com |
| *NOA - Request for Notice | GDR Group, Inc | Attn: Robert R Redwitz<br>3 Park Plz, Ste 1700<br>Irvine, CA 92614 | | randy@gdrgroup.com |
| Corresponding State Agencies | Georgia Department of Revenue Processing Center | P.O. Box 740397<br>Atlanta, GA 30374 | | |
| Registered ECF User on behalf of Interested Party Catholic Charities CYO of the Archdiocese of San Francisco | Gregory C Nuti | | | gnuti@nutihart.com |
| *NOA - Request for Notice | H.F. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| *NOA - Counsel for St. Dominic’s Priory of San Francisco | Haynes and Boone, LLP | Attn: Michael J Stoner<br>1 Post St, Ste 2800<br>San Francisco, CA 94104 | 415-293-8901 | michael.stoner@haynesboone.com |
| *NOA - St. Dominic's Priory of San Francisco; Registered ECF User | Haynes and Boone, LLP | Attn: David P Bender Jr.<br>1 Post St, Ste 2800<br>San Francisco, CA 94101 | 415-293-8901 | david.bender@haynesboone.com |
| *NOA - St. Dominic's Priory of San Francisco; | Haynes and Boone, LLP | Attn: Charles A Beckham, Jr/Martha B Wyrick<br>1221 McKinney St, Ste 4000<br>Houston, TX 77010 | 713-236-5638 | charles.beckham@haynesboone.com<br>martha.wyrick@haynesboone.com |
| *NOA - Counsel for St. Ignatius Church | Haynes and Boone, LLP | Attn: David P Bender/Mia Nieto<br>1 Post St, Ste 2800<br>San Francisco, CA 94104 | | david.bender@haynesboone.com<br>mia.nieto@haynesboone.com |
| *NOA - Counsel for St. Ignatius Church | Haynes and Boone, LLP | Attn: Charles A Beckham, Jr/Martha Burroughes Wyrick<br>1221 McKinney St, Ste 4000<br>Houston, TX 77010 | | charles.beckham@haynesboone.com<br>martha.wyrick@haynesboone.com |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company, Registered ECF User | Ifrah PLLC | Attn: George Calhoun<br>1717 Pennsylvania Ave, NW, Ste 650<br>Washington DC 20006 | | george@ifrahlaw.com |

**Roman Catholic Archbishop of San Francisco**
**Limited Service List**

| Description | Name | Address | Fax | Email |
|---|---|---|---|---|
| Internal Revenue Service | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | |
| *NOA - Request for Notice | J.B. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| *NOA - Request for Notice | J.D. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| *NOA - Counsel for Certain Personal Injury Creditors | Jeff Anderson & Associates, PA | Attn: Michael G Finnegan/Jennifer E Stein<br>Attn: Parker P Estenson<br>12011 San Vicente Blvd, Ste 700<br>Los Angeles, CA 90049 | | mike@andersonadvocates.com<br>jennifer@andersonadvocates.com<br>parker.estenson@andersonadvocates.com |
| Registered ECF User on behalf of Interested Party LL John Doe JU | Jennifer R Liakos | | | jenn@jennliakoslaw.com |
| Registered ECF User on behalf of Creditor City National Bank | Jennifer Witherell Crastz | | | jcrastz@hemar-rousso.com |
| *NOA - Counsel for Certain Personal Injury Creditors | Joseph George, Jr Law Corporation | Attn: Joseph C George, Jr/Maricar A Pascual<br>601 University Ave, Ste 270<br>Sacramento, CA 95825 | | jgeorgejr@psyclaw.com<br>maricar@psyclaw.com<br>mailbox@psyclaw.com |
| Registered ECF User on behalf of Archbishop Riordan High School | Julie H. Rome-Banks | | | julie@bindermalter.com |
| Registered ECF User on behalf of The Archdiocese of San Francisco Capital Asset Support Corporation | Justin Strother | | | justin.strother@diamondmccarthy.com |
| Registered ECF User on behalf of Counsel for the Official Committee of the Unsecured Creditors | Karen B. Dine | | | kdine@pszjlaw.com |
| Registered ECF User on behalf of Interested Party Parishes of the Roman Catholic Archdiocese of SanFrancisco | Kathleen Mary Derrig Rios | | | kderrig@lewisroca.com |
| Registered ECF Party on behalf of Parishes of the Roman Catholic Archdiocese of San Francisco | Kathleen Mary Derrig Rios | | | Katie.Rios@wbd-us.com |
| *NOA - Claims Representative for the County of Kern | Kern County Treasurer and Tax Collector Office | Attn: Bankruptcy Division<br>P.O. Box 579<br>Bakersfield, CA 93302-0579 | | bankruptcy@kerncounty.com |
| Registered ECF User on behalf of Interested Party Catholic Charities CYO of the Archdiocese of San Francisco | Kevin W Coleman | | | kcoleman@nutihart.com<br>nwhite@nutihart.com |
| *NOA - Counsel for Parishes of the Roman Catholic Archdiocese of San Francisco, and The Archdiocese of San Francisco Parish and School Juridic Persons Real Property Support Corporation, Registered ECF User | Lewis Roca Rothgerber Christie LLP | One S Church Ave, Ste 2000<br>Tucson, AZ 85701-1666 | 520-622-3088 | RCharles@lewisroca.com |
| *NOA - Counsel for Daughters of Charity Foundation; Registered ECF User | Locke Lord LLP | Attn: David S Kupetz<br>300 S Grand Ave, Ste 2600<br>Los Angeles, CA 90071 | | david.kupetz@lockelord.com<br>Mylene.Ruiz@lockelord.com |
| Registered ECF User on behalf of Creditor Daniel Eichhorn | Mary Alexander | | | malexander@maryalexanderlaw.com |
| *NOA - Counsel for The Roman Catholic Bishop of Fresno, Registered ECF User | McCormick, Barstow, Sheppard, Wayte & Carruth LLP | Attn: Hagop T Bedoyan<br>7647 N Fresno St<br>Fresno, CA 93720 | | hagop.bedoyan@mccormickbarstow.com<br>ecf@kleinlaw.com |
| *NOA - Counsel to Sacred Heart Cathedral Preparatory (SHCP) | McDermott Will & Emery LLP | Attn: Carole Wurzelbacher<br>444 West Lake St, Ste 4000<br>Chicago, IL 60606 | 312-984-7700 | cwurzelbacher@mwe.com |
| *NOA - Counsel to Sacred Heart Cathedral Preparatory (SHCP) | McDermott Will & Emery LLP | Attn: Darren Azman<br>Attn: Lisa A. Linsky<br>Attn: Natalie Rowles<br>Attn: Cris W. Ray<br>One Vanderbilt Ave<br>New York, NY 10017-3852 | 212-547-5444 | dazman@mwe.com<br>llinsky@mwe.com<br>nrowles@mwe.com<br>cray@mwe.com |
| *NOA - Counsel to Sacred Heart Cathedral Preparatory (SHCP); Registered ECF User | McDermott Will & Emery LLP | Attn: Jason D. Strabo<br>2049 Century Park E, Ste 3200<br>Los Angeles, CA 90067-3206 | 310-277-4730 | jstrabo@mwe.com |
| Registered ECF Party on behalf of Interested Party Sacred Heart Cathedral Preparatory | McDermott Will & Emery LLP | Darren Azman | | dazman@mwe.com;<br>mco@mwe.com<br>dnorthrop@mwe.com |
| Registered ECF User | Michele Nicole Detherage | | | mdetherage@robinskaplan.com |
| Corresponding State Agencies | New Mexico Taxation and Revenue Department | P.O. Box 25127<br>Santa Fe, NM 87504 | | |

**Roman Catholic Archbishop of San Francisco**
**Limited Service List**

| Description | Name | Address | Fax | Email |
|---|---|---|---|---|
| *NOA - Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company | Nicolaides Fink Thorpe Michaelides Sullivan LLP | Attn: Matthew C Lovell<br>101 Montgomery St, Ste 2300<br>San Francisco, CA 94104 | | mlovell@nicolaidesllp.com |
| *NOA - Counsel for The Roman Catholic Seminary of San Francisco aka St. Patrick's Seminary & University; Vallombrosa Retreat Center | Niesar & Vestal LLP | Attn: Peter C Califano<br>90 New Montgomery St 9th Fl<br>San Francisco, CA 94105 | | pcalifano@nvlawllp.com |
| *NOA - Counsel for Tracy Hope Davis, the United States Trustee for Region 17; registered ECF User | Office of the United States Trustee | Attn: Gregory S Powell<br>2500 Tulare St, Ste 1401<br>Fresno, CA 93721 | | Greg.Powell@usdoj.gov<br>USTPRegion17.SF.ECF@usdoj.gov |
| U.S. Trustee, Registed ECF User | Office of the United States Trustee | Attn: Phillip J. Shine<br>450 Golden Gate Ave, Rm 05-0153<br>San Francisco, CA 94102 | | phillip.shine@usdoj.gov |
| U.S. Trustee, Registered ECF User | Office of the United States Trustee | Attn: Jason Blumberg<br>Attn: Trevor R Fehr<br>Attn: Jared A. Day<br>501 I Street, Ste 7-500<br>Sacramento, CA 95814 | | jason.blumberg@usdoj.gov<br>Trevor.Fehr@usdoj.gov<br>jared.a.day@usdoj.gov<br>USTP.Region17@usdoj.gov |
| U.S. Trustee, Registered ECF User | Office of the United States Trustee | Attn: Deanna K. Hazelton<br>2500 Tulare St, Ste 1401<br>Fresno, CA 93721 | | deanna.k.hazelton@usdoj.gov |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors, Registered ECF User | Pachulski Stang Ziehl & Jones LLP | Attn: Brittany M Michael<br>780 3rd Ave, 34th Fl<br>New York, NY 10017-2024 | 212-561-7777 | bmichael@pszjlaw.com |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors, Registered ECF User | Pachulski Stang Ziehl & Jones LLP | Attn: James I Stang<br>10100 Santa Monica Blvd, 13th Fl.<br>Los Angeles, CA 90067 | | jstang@pszjlaw.com |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors, Registered ECF User | Pachulski Stang Ziehl & Jones LLP | Attn: Debra I Grassgreen<br>Attn: John W Lucas<br>1 Sansome St, 34th Fl, Ste 3430<br>San Francisco, CA 94104-4436 | | dgrassgreen@pszjlaw.com<br>jlucas@pszjlaw.com |
| Registered ECF User on behalf of Creditor Committee The Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Debra I. Grassgreen<br>Gillian Nicole Brown | | dgrassgreen@pszjlaw.com<br>hphan@pszjlaw.com<br>ocarpio@pszjlaw.com<br>gbrown@pszjlaw.com<br>ggreenwood@pszjlaw.com<br>rrosales@pszjlaw.com |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation, Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company, Registered ECF User | Parker, Hudson, Rainer & Dobbs LLP | Attn: Todd C Jacobs<br>Attn: John E Bucheit<br>2 N Riverside Plz, Ste 1850<br>Chicago, IL 60606 | 404-522-8409 | tjacobs@phrd.com<br>jbucheit@phrd.com |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation, Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company,Counsel for Appalachian Insurance Company, Registered ECF User | Parker, Hudson, Rainer & Dobbs LLP | Attn: Harris B Winsberg<br>Attn: Matthew M Weiss<br>Attn: R David Gallo<br>303 Peachtree St NE, Ste 3600<br>Atlanta, Georgia 30308 | 404-522-8409 | hwinsberg@phrd.com<br>mweiss@phrd.com<br>dgallo@phrd.com |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation, Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company, Counsel for Appalachian Insurance Company Registered ECF User | Parker, Hudson, Rainer & Dobbs LLP | Attn: Matthew G Roberts<br>303 Peachtree St NE, Ste 3600<br>Atlanta, Georgia 30308 | 404-522-8409 | mroberts@phrd.com |
| *NOA - Counsel for Century Indemnity Company, Continental Casualty Company, Registered ECF User | Plevin & Turner LLP | Attn: Mark D. Plevin<br>580 California St, 12th Fl<br>San Francisco, CA 94104 | 415-986-2827 | mplevin@plevinturner.com<br>mark-plevin-crowell-moring-8073@ecf.pacerpro.com |
| *NOA - Counsel for Century Indemnity Company, Registered ECF User | Plevin & Turner LLP | Attn: Miranda H Turner/Jordan A Hess<br>1701 Pennsylvania Ave, NW, Ste 200<br>Washington, D.C. 20004 | | mturner@plevinturner.com<br>jhess@plevinturner.com |
| *NOA - Request for Notice | R.C. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| *NOA - Request for Notice | R.F. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |

**Roman Catholic Archbishop of San Francisco**
**Limited Service List**

| Description | Name | Address | Fax | Email |
|---|---|---|---|---|
| *NOA - Request for Notice | R.F. Jr. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | 385-278-0287 | kim@justcelc.com |
| *NOA - Request for Notice | R.M. | Attn: Jeannette A. Vaccaro, Esq.<br>315 St., 10th Fl<br>San Francisco, CA 94104 | 415-366-3237 | jv@jvlaw.com |
| Registered ECF User on behalf of Creditor Shajana Steele | Robert J. Pfister | | | rpfister@pslawllp.com |
| Registered ECF User on behalf of Interested Party Parishes of the Roman Catholic Archdiocese of San Francisco | Robert M Charles, Jr | | | Robert.Charles@wbd-us.com |
| *NOA - Counsel for Appalachian Insurance Company | Robins Kaplan LLP | Attn: Christina M. Lincoln<br>2121 Ave of the Stars, Ste 2800<br>Los Angeles, CA 90067 | 310-229-5800 | clincoln@robinskaplan.com<br>LCastiglioni@robinskaplan.com |
| *NOA - Counsel for Appalachian Insurance Company | Robins Kaplan LLP | Attn: Melissa M D'Alelio<br>Attn: Taylore E Karpa Schollard<br>800 Boylston St, Ste 2500<br>Boston, MA 02199 | 617-267-8288 | mdalelio@robinskaplan.com<br>tkarpa@robinskaplan.com |
| *NOA - Counsel for Interested Party Westport Insurance Corporation f/k/a Employers Reinsurance Corporation; Registered ECF User | Ruggeri Parks Weinberg LLP | Attn: Anna Belle Reilly<br>1875 K St NW, Ste 800<br>Washington, DC 20006-1251 | 202-984-1401 | areilly@ruggerilaw.com |
| *NOA - Counsel for Interested Party First State Insurance Company, Registered ECF User | Ruggeri Parks Weinberg LLP | Attn: Annette P Rolain<br>Attn: Joshua Weinberg<br>1875 K St NW, Ste 600<br>Washington, DC 20006-1251 | | Arolain@ruggerilaw.com<br>jweinberg@ruggerilaw.com<br>bkfilings@ruggerilaw.com |
| *NOA - Counsel for First State Insurance Company & New England Reinsurance Corporation, Registered ECF User | Ruggeri Parks Weinberg LLP | Attn: Matthew J Antonelli<br>315 Montgomer St, Ste 900<br>San Francisco, CA 94104 | | mantonelli@ruggerilaw.com |
| *NOA - Counsel for Interested Party First State Insurance Company, Registered ECF User | Ruggeri Parks Weinberg LLP | Attn: Simon Patmore-Zarcone<br>1875 K St NW, Ste 800<br>Washington, DC 20006 | 202-984-1401 | spatmore@ruggerilaw.com |
| Registered ECF User on behalf of Interested Party St. Paul Fire and Marine Insurance Co. | Samantha Ruben | | | samantha.ruben@dentons.com |
| Corresponding State Agencies | San Francisco County Clerk | 1 Dr Carlton B Goollett Pl<br>City Hall, Room 168<br>San Francisco, CA 94102 | | |
| Corresponding State Agencies | San Francisco Tax Collector | c/o Secured Property Tax<br>P.O. Box 7426<br>San Francisco, CA 94120 | | |
| Corresponding State Agencies | San Mateo County Tax Collector | 555 County Center, 1st Floor<br>Redwood City, CA 94063 | | |
| Debtor's Counsel, Registered ECF User | Sheppard, Mullin, Richter & Hampton LLP | Attn: Ori Katz<br>Attn: Alan H Martin<br>4 Embarcadero Ctr, 17th Fl<br>San Francisco, CA 94111-4109 | | amartin@sheppardmullin.com<br>katz@sheppardmullin.com |
| Debtor's Counsel, Registered ECF User | Sheppard, Mullin, Richter & Hampton LLP | Attn: Ori Katz | | dgatmen@sheppardmullin.com<br>okatz@sheppardmullin.com<br>LSegura@sheppardmullin.com<br>lwidawskyleibovici@sheppardmullin.com |
| Registered ECF User on behalf of Interested Party Century Indemnity Company | Simpson Thacher & Bartlett LLP | David Elbaum<br>Pierce MacConaghy | | david.elbaum@stblaw.com<br>janie.franklin@stblaw.com<br>pierce.macconaghy@stblaw.com |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation, Registered ECF User | Sinnott, Puebla, Campagne & Curet, APLC | Attn: Blaise S Curet<br>2000 Powell St, Ste 830<br>Emeryville, CA 94608 | 415-352-6224 | bcuret@spcclaw.com |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies | Skarzynski Marick & Black LLP | Attn: Jeff D Kahane/Timothy W Evanston<br>Attn: Nathan Reinhardt/Russell W Roten<br>333 S Grand Ave, Ste 3550<br>Los Angeles, CA 90070 | | jkahane@skarzynski.com<br>tevanston@skarzynski.com<br>nreinhardt@skarzynski.com<br>rroten@skarzynski.com |
| Corresponding State Agencies | State of California Franchise Tax Board | P.O. Box 942867<br>Sacramento, CA 94267 | | |
| Registered ECF User on behalf of Defendant Holy Cross Catholic Cemeteries | Steven John Williamson | | | swilliamson@wilkefleury.com |
| Debtor | The Roman Catholic Archbishop of San Francisco | One Peter Yorke Way<br>San Francisco, CA 94109 | | |
| Registered ECF User on behalf of Berkeley Research Group | Timothy Quaid Karcher | | | tkarcher@bakermcenzie.com |
| Corresponding State Agencies | Virginia Department of Taxation | P.O. Box 1115<br>Richmond, VA 23218 | | |
| Corresponding State Agencies | Virginia Employment Commission | P.O. Box 26441<br>Richmond, VA 23261 | | |
| *NOA - Counsel for Parishes of the Roman Catholic Archdiocese of San Francisco | Womble Bond Dickinson (US) LLP | Attn: Robert M. Charles, Jr<br>1 S Church Ave, Ste 2000<br>Tucson, AZ 85701-1666 | | Robert.Charles@wbd-us.com |

**Roman Catholic Archbishop of San Francisco**
**Limited Service List**

| Description | Name | Address | Fax | Email |
|---|---|---|---|---|
| *NOA - Counsel for Parishes of the Roman Catholic Archdiocese of San Francisco | Womble Bond Dickinson (US) LLP | Attn: Katie Rios<br>201 E Washington St, Ste 1200<br>Phoenix, AZ 85004 | | Katie.Rios@wbd-us.com |
| *NOA - Counsel for Parishes of the Roman Catholic Archdiocese of San Francisco and Real Property Support Corporation; Registered ECF User | Womble Bond Dickinson (US) LLP | Attn: Patrick Emerson McCormick<br>1 S Church Ave, Ste 2000<br>Tucson, AZ 85701 | | Patrick.E.McCormick@wbd-us.com |


Case: 23-30564 Doc# 2037 Filed: 11/02/26 Entered: 11/02/26 12:22:03 Page 23
of 23