**Entered on Docket**
**November 9, 2026**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**Signed and Filed: November 9, 2026**

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

BINDER MALTER HARRIS & ROME-BANKS LLP
Robert G. Harris, Esq. #124678
Nathan Quach, Esq. #366817
1625 The Alameda, Suite 101
San Jose, CA 95126
Tel: (408) 295-1700
Fax: (408) 295-1531
Email: rob@bindermalter.com
Email: nathan@bindermalter.com

Attorneys for Creditor Salesian Society

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor. | Case No. 23-30564 DM<br><br>Chapter 11<br><br>RFS No. RGH-12<br><br>Date: November 5, 2026<br>Time: 1:30PM<br>Location: in/via Tele/Videoconference<br><br>Judge: Honorable Dennis Montali |

**ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY**

On November 5, 2026, *Motion for Relief from Automatic Stay* [Dkt. # 2000] (the "Motion") brought by creditor Salesian Society (the "Movant")[1] came on for hearing. Reno Fernandez, Esq. of Binder Malter Harris & Rome-Banks LLP appeared for the Movant. Paul J. Pascuzzi, Esq. of Felderstein Fitzgerald Willoughby Pascuzzi & Rios, LLP appeared for debtor and debtor in possession the Roman Catholic Archbishop of San Francisco (the "Debtor"). Neil

[1] The Movant includes Salesian Society on behalf of itself and its provincials, officers, agents, shareholders, directors, current and/or former employees, volunteers, representatives, attorneys, affiliates, predecessors, successors, assigns, administrators, insurers (including, but not limited to, all primary insurers, excess insurers, and re-insurers), and all other persons, firms, corporations, associations, entities, or partnerships.

R. Lieberman, Esq. of Howell Shuster & Goldberg LLP appeared for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company. Other appearances were noted on the record.

The Court, having considered the Motion, all supporting pleadings and the arguments of counsel in favor or and in opposition to the Motion, hereby OVERRULES all objections. Good cause appearing therefor, the Motion be and hereby is GRANTED.

IT IS THEREFORE ORDERED THAT:

1. Relief from the automatic stay is granted for cause pursuant to 11 U.S.C. § 362(d)(1) to permit the Movant to file and prosecute the *Application in Support of Defendant the Salesian Society's Good Faith Settlement Pursuant to C.C.P. § 877.6* (the "Application") in *In re Northern California Clergy Cases*, Case No. JCCP 5108 (Alameda Super. Ct. 2020) ("JCCP 5108") and to obtain approval of the settlement (the "Settlement") between the Movant and John Doe 558 (the "Plaintiff") as defined in the Motion.

2. The Movant is further authorized to seek approval of the Settlement as a good faith settlement pursuant to California Code of Civil Procedure § 877.6 and submit an order thereon should the Application be granted. The Movant shall notify undersigned counsel in writing within twenty-four (24) hours of the earlier of service or filing of the Application.

3. Effective upon entry of a final order in the Alameda County Superior Court granting the Application, the Movant shall be deemed to have waived and released any and all claims arising out of or related to the Civil Case[2] against the Debtor, its bankruptcy estate, Corpus Christi Church, Saints Peter and Paul Church, and against any other person or entity affiliated with or related to the Debtor, including but not limited to for indemnification, contribution, and reimbursement arising out of relating to the Civil Case, or the claims asserted or that could be asserted therein.

4. The Movant shall cooperate fully, reasonably, and in good faith, and shall execute

---

[2] *John Doe 558 v. The Roman Catholic Archdiocese of San Francisco (sued as "Doe Archdiocese"), Saint Peter and Paul Church, San Francisco (sued as "Doe Parish") and The Salesian Society (sued as "Doe Religious Order")*, Case. No. 22CV021738 (Cal. Super. Ct. Alameda Cnty. 2022).



Case: 23-30564 Doc# 2049 Filed: 11/09/26 Entered: 11/09/26 17:08:53 Page 2 of 4

and deliver any and all additional papers, documents, forms, releases, or instruments, and shall take all such further actions as may be reasonably necessary, appropriate, or convenient to give full force and effect to the terms, intents, and purposes of this Order, including in connection with any chapter 11 plan, withdrawal or amendment of any claim or consent to releases or treatment in a chapter 11 plan in the Bankruptcy Case.

5. Upon entry of a final order in the Alameda County Superior Court granting the Application, the Movant shall file an amended claim in this Bankruptcy Case that reflects the Movant's waiver and release described above.

6. This Order shall be effective immediately upon entry on the Court's docket, and any stay is waived.

APPROVED AS TO FORM:

FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP

By: ___*/s/ Paul J. Pascuzzi*____________
Paul J. Pascuzzi
Attorneys for Debtor and Debtor in Possession
The Roman Catholic Archbishop of San Francisco

HOWELL SHUSTER & GOLDBERG LLP

By: ___*/s/ Neil R. Lieberman*____________
Neil R. Lieberman
Attorneys for Insurers
Century Indemnity Company,
Pacific Indemnity Company,
and Westchester Fire Insurance Company

***END OF ORDER***


Case: 23-30564 Doc# 2049 Filed: 11/09/26 Entered: 11/09/26 17:08:53 Page 3 of 4

## COURT SERVICE LIST

None.