James I. Stang (CA Bar No. 94435)
Brittany M. Michael (admitted pro hac vice)
Gillian N. Brown (CA Bar No. 205132)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, Suite 3430
San Francisco, California 94104
Tel: 415.263.7000; Fax: 415.263.7010
Email: jstang@pszjlaw.com
bmichael@pszjlaw.com
gbrown@pszjlaw.com

Counsel to the Official Committee of Unsecured Creditors



**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and Debtor in Possession. | Case No.: 23-30564<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON INTERIM APPLICATIONS OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' PROFESSIONALS FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD ENDING SEPTEMBER 30, 2026**<br><br>[Relates to Docket Nos. 2051, 2052, and 2054]<br><br>Date: December 17, 2026<br>Time: 1:30 p.m.<br>Place: Via ZoomGov<br>Judge: Hon. Dennis Montali |

**PLEASE TAKE NOTICE THAT** a hearing will be held on December 17, 2026, at 1:30 p.m. (the "Hearing") via ZoomGov before the Honorable Dennis Montali, United States Bankruptcy Judge, to consider the ninth interim applications (the "Applications") for compensation and reimbursement of expenses of the Official Committee of Unsecured Creditors' professionals (the

"Committee Professionals")[1] employed in the above-captioned bankruptcy case (the "Case") of The Roman Catholic Archbishop of San Francisco, the above-captioned debtor and debtor in possession (the "Archdiocese"). In-person appearances in the courtroom for the Hearing will not be permitted.

**PLEASE TAKE FURTHER NOTICE THAT** the link for the Hearing will be reflected on the Zoom Webinar Information notice, which will be attached as the last page to Judge Montali's electronic calendar at https://www.canb.uscourts.gov/judge/montali/calendar. The calendar will be posted approximately one week in advance of the Hearing.

**PLEASE TAKE FURTHER NOTICE THAT** the Committee Professionals have filed the Applications requesting allowance of compensation and reimbursement of expenses as set forth below:

| | |
|---|---|
| **PACHULSKI STANG ZIEHL & JONES LLP**<br>(Counsel to the Official Committee of Unsecured Creditors) | One Sansome Street, Suite 3430<br>San Francisco, CA 94104<br>Attention: Gillian N. Brown, Esq.<br>Email: gbrown@pszjlaw.com |

*Ninth Interim Application of Pachulski Stang Ziehl & Jones LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period June 1, 2026 through September 30, 2026* [Docket No. 2054]

| | |
|---|---|
| Fees | $1,139,825.00 |
| Expenses | $30,494.52 |
| Total | $1,170,319.52 |
| Application Period | June 1, 2026 to September 30, 2026 |

***

[1] Counsel to the Official Committee of Unsecured Creditors (the "Committee") files this Notice at the request of the Archdiocese's counsel. Counsel to the Committee understands that the Archdiocese's counsel will file a notice of the same hearing date and time but providing information only as to the Archdiocese's professionals.

**BURNS BAIR LLP**
(Special Insurance Counsel to the Official Committee of Unsecured Creditors)

10 East Doty Street, Suite 600
Madison, WI 53703
Attention: Jesse J. Bair, Esq.
Email: jbair@burnsbair.com

*Ninth Interim Application of Burns Bair LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of June 1, 2026 through September 30,, 2026* [Docket No. 2052]

| | |
|---|---|
| Fees | $226,693.00 |
| Expenses | $4,668.04 |
| Total | $231,361.04 |
| Application Period | June 1, 2026 to September 30, 2026 |

**BERKELEY RESEARCH GROUP, LLC**
(Financial Advisor to the Official Committee of Unsecured Creditors)

201 S. Main Street, Suite 450
Salt Lake City, UT 84111
Attention: Mr. D. Ray Strong
Email: rstrong@thinkbrg.com

*Ninth Interim Application of Berkeley Research Group, LLC for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Period June 1, 2026 through September 30, 2026* [Docket No. 2051]

| | |
|---|---|
| Fees | $2,852.55 |
| Expenses | $0.00 |
| Total | $2,852.55 |
| Application Period | June 1, 2026 to September 30, 2026 |

***

The Applications are based upon this Notice; the Applications themselves along with their exhibits; the declarations filed in support of the Applications; any and all supplemental papers that may be filed in support of the Applications; the papers on file in this Case; and on such arguments or evidence as may be presented at the Hearing. Copies of the Applications and associated papers

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

may be obtained from the website maintained by the Archdiocese's claims and noticing agent, Omni Agent Solutions, at https://cases.omniagentsolutions.com/?clientId=3671.

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to the *Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis* [Docket No. 212], **any opposition to the relief requested in the Applications must be filed and served no later than 4:00 p.m. (Pacific Time) on December 1, 2026**. Any opposition must be (a) filed in writing with the Clerk of the Bankruptcy Court located at 450 Golden Gate Avenue, San Francisco, CA 94102 (or at the following mailing address: 450 Golden Gate Avenue, Mail Box 36099, San Francisco, CA 94102), and (b) must be served on the applicable Committee Professional(s) at the U.S. Mail or email address(es) listed above. **Failure to file and serve a timely objection may result in a waiver of such objection.**

Dated: November 10, 2026

PACHULSKI STANG ZIEHL & JONES LLP

By: /s/ *Gillian N. Brown*

James I. Stang
Brittany M. Michael
Gillian N. Brown
One Sansome Street, Suite 3430
San Francisco, California 94104
Tel: 415.263.7000; Fax: 415.263.7010
Email: jstang@pszjlaw.com
bmichael@pszjlaw.com
gbrown@pszjlaw.com

Counsel to the Official Committee of Unsecured Creditors