Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com
jrios@ffwplaw.com
mkutsuris@ffwplaw.com

Ori Katz, State Bar No. 209561
Alan H. Martin, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppardmullin.com
amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re

THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,

Debtor and
Debtor in Possession.

Case No. 23-30564

Chapter 11

**NOTICE OF HEARING ON DEBTOR'S MOTION TO APPROVE STIPULATION TO ALLOW DISMISSAL OF POST-PETITION SLIP AND FALL STATE COURT LAWSUIT WITHOUT PREJUDICE FOR POSSIBLE FUTURE REFILING**

Date: December 17, 2026
Time: 1:30 p.m.
Location: Via ZoomGov
Judge: Hon. Dennis Montali

**NOTICE IS HEREBY GIVEN** that the Roman Catholic Archbishop of San Francisco, the debtor and debtor in possession ("Debtor" or "RCASF"), in the above-captioned chapter 11 case (the "Bankruptcy Case") has filed a *Motion to Approve Stipulation to Allow Dismissal of Post-Petition Slip and Fall State Court Lawsuit Without Prejudice For Possible Future Refiling* (the "Motion") and that a hearing on the Motion is scheduled before the Honorable Dennis Montali on December 17, 2026, at 1:30 p.m. at the United States Bankruptcy Court, Northern District of California, San Francisco Division (the "Hearing").

**NOTICE IS FURTHER GIVEN** that this Hearing will be conducted only via Zoom. The court's website offers information explaining how to arrange an appearance at a video hearing. If you have questions about how to participate in a video hearing, you may contact the court by calling 888-821-7606 or by using the Live Chat feature on the court's website.

**NOTICE IS FURTHER GIVEN** that the Motion is supported by the *Declaration of Joseph J. Passarello in Support of Chapter 11 Petition and Debtor's Emergency Motions* [ECF No. 14] ("Passarello Background Decl."), the *Declaration of Paul E. Gaspari in Support of Chapter 11 Petition and Debtor's Emergency Motions* [ECF No. 15] ("Gaspari Decl."), the additional *Declaration of Fr. Patrick Summerhays in support of this Motion* ("Summerhays Decl."), the exhibit filed in support of the Motion, the pleadings and papers on file in this case, and such other evidence, both oral and documentary, as may be presented to the Court at or before the time of the hearing on the Motion.

By the Motion, the RCASF, seeks entry of an order, substantially in the form attached to the Motion as ***Exhibit 1*** (the "Proposed Order"), pursuant to Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"): (a) approving the stipulation attached as ***Exhibit A*** to the Proposed Order (the "Stipulation"), by and between the RCASF and a minor post-petition slip and fall claimant, by and through the minor's guardian ad litem (collectively, the "Family")[1]; (b) authorizing the RCASF to take any and all actions necessary to effectuate the Stipulation; and

[1] Minor Claimant is a minor. Accordingly, the name of Minor Claimant has not been included in the Motion or supporting pleadings. Minor Claimant's name has also been redacted for confidentiality purposes in the Stipulation.



Case: 23-30564 Doc# 2112 Filed: 11/19/26 Entered: 11/19/26 16:40:56 Page 2 of 5

(c) granting such other and further relief as the Court deems just and proper under the circumstances. The Debtor informed the Official Committee of Unsecured Creditors (the "Committee") through counsel that this Motion would be filed, and the RCASF is informed and believes that the Committee is unlikely to oppose the Motion.

As set forth in the Motion, the Family intends to dismiss the post-petition alleged slip and fall State Court Action (defined in the Motion) without prejudice, and contends that it is necessary to preserve the Family's claims, rights, and remedies arising from the claims asserted therein, including the right to pursue such claims in any subsequent or refiled action based on the same claims or underlying facts, notwithstanding the pendency of this Bankruptcy Case or any plan proposed or confirmed therein (the "Plan"). The RCASF and the Family (collectively, the "Parties") entered into the Stipulation to resolve the Family's contentions. The Stipulation is beneficial to the estate because the Family is allowed to dismiss the State Court Action, relieving the estate of the burden and expense of continuing to defend the State Court Action. Although the Family may refile the State Court Action, the Bankruptcy Case will not affect the Family's ability to do so, and any refiled action will remain subject to all rights, defenses, claims, privileges, causes of action, and remedies available to the RCASF.

Subject to Bankruptcy Court approval, the Parties have entered into the Stipulation.[2] The essential terms of the Stipulation include the following: (1) effective upon entry of an order dismissing the State Court Action without prejudice, the claims asserted by the Family in the State Court Action, and any such claims asserted in a subsequent or refiled action based on the same claims or underlying facts, shall not be released, waived, reduced, impaired, or otherwise affected solely by reason of the commencement, pendency, confirmation, effectiveness, consummation, or implementation of this Bankruptcy Case or the Plan; and (2) except as expressly provided in paragraph 1 above, nothing in the Stipulation or in any order approving the terms of the Stipulation

---

[2] The Stipulation is attached to the Proposed Order as ***Exhibit A***. The terms of the Stipulation are summarized herein for the convenience of the Court and parties in interest. To the extent that there are any discrepancies, the terms of the Stipulation shall govern. Capitalized terms used in this summary that are not defined herein shall have the meanings ascribed to them in the Stipulation.



Case: 23-30564 Doc# 2112 Filed: 11/19/26 Entered: 11/19/26 16:40:56 Page 3 of 5

shall constitute a waiver, release, limitation, or relinquishment by the Debtor of any claims, defenses, rights, privileges, remedies, or causes of action, whether known or unknown, asserted or unasserted, relating to the State Court Action, any subsequent or refiled action, or otherwise. Subject to paragraph 1 above, the Debtor expressly reserves all such claims, defenses, rights, privileges, remedies, and causes of action.

**NOTICE IS FURTHER GIVEN** that this notice does not contain all the particulars of the Motion or supporting documents, nor does it summarize all of the evidence submitted in support. For further specifics concerning the Motion and the relief requested, you are encouraged to review the Motion and the supporting evidence, including the supporting Declarations, copies of which may be obtained from the website to be maintained by the Debtor's Claims and Noticing Agent, Omni Agent Solutions, Inc., at https://omniagentsolutions.com/RCASF, free of charge. You may also access these documents from the Court's Pacer system (requires a subscription). The web page address for the United States Bankruptcy Court for the Northern District of California is http://www.canb.uscourts.gov.

The Bankruptcy Court's website provides information regarding how to arrange an appearance at a video hearing. Counsel, parties and other interested parties may attend the hearing via video. Additional information is available on Judge Montali's Procedures page on the court's website. If you have questions about how to participate in a video hearing, you may contact the court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website. The link to the judge's electronic calendar is https://www.canb.uscourts.gov/judge/montali/calendar.

**NOTICE IS FURTHER GIVEN** that that any opposition or response to the Motion must be in writing, filed with the Bankruptcy Court, and served on the counsel for the Debtor at the above-referenced addresses so as to be received by **December 3, 2026**. Any opposition or response must be filed and served on the Limited Service List as provided in the Final Order Approving Motion to (1) Establish Notice Procedures, (2) File Confidential Information Under Seal, and (3) Temporarily Suspend Deadline for Filing Proofs of Claim at ECF No. 227. The updated Limited Service List may be obtained from the Omni website listed above. Failure to file

///



Case: 23-30564 Doc# 2112 Filed: 11/19/26 Entered: 11/19/26 16:40:56 Page 4 of 5

timely opposition and appear at the Hearing may constitute a waiver of your objections. Your rights may be affected.

You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

Dated: November 19, 2026

FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP

By: */s/ Paul J. Pascuzzi*

Paul J. Pascuzzi
Jason E. Rios
Mikayla E. Kutsuris
Attorneys for The Roman Catholic Archbishop of San Francisco

Dated: November 19, 2026

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: */s/ Ori Katz*

Ori Katz
Alan H. Martin
Attorneys for The Roman Catholic Archbishop of San Francisco