Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com
jrios@ffwplaw.com
mkutsuris@ffwplaw.com

Ori Katz, State Bar No. 209561
Alan H. Martin, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppardmullin.com
amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>[*No Hearing Required*] |

**MONTHLY PROFESSIONAL FEE STATEMENT FOR BLANK ROME LLP [OCTOBER 2026]**

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Blank Rome LLP, (hereinafter "BR"), insurance counsel for The Roman Catholic Archbishop of San Francisco, debtor and debtor in possession, hereby files its Monthly Professional Fee Statement for the month of October 2026 ("Fee Period"). Pursuant to the Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis [ECF No. 212], entered by the Court on October 16, 2023, the total legal fees and costs expended by BR on account of the Debtor for the month of October 2026 are as follows:

| **Period** | **Fees** | **Expenses** | **Total** |
|---|---|---|---|
| October 1, 2026, through October 31, 2026 | $72,088.90 | $3,183.41 | $75,272.31 |
| Net Total Allowed Payments this Statement Period: (80% of Fees and 100% of Costs) | $57,671.12 | $3,183.41 | $60,854.53 |

Attached hereto as ***Exhibit A*** is a summary of BR's professionals by individual, setting forth the (a) name and title of each individual who provided services during the Fee Period; (b) aggregate hours spent by each individual; (c) hourly billing rate for each such individual; and (d) amount of fees earned by each BR professional during the Fee Period.

Attached hereto as ***Exhibit B*** is a summary of the services rendered and compensation sought by project categories during the Fee Period.

Attached hereto as ***Exhibit C*** is a summary of expenses incurred and reimbursement sought, by expense category, during the Fee Period.

Finally, attached hereto as ***Exhibit D***, are records of BR's fees incurred during the period of October 2026, consisting of contemporaneously maintained time entries for each professional in increments of tenth (1/10) of an hour.

///

///



Case: 23-30564 Doc# 2113 Filed: 11/20/26 Entered: 11/20/26 09:18:38 Page 2 of 16

The Net Total Allowed Payments detailed above shall be paid from funds held by the Debtor's estate unless an objection is filed with the Clerk of the Court and served upon BR within 14 days from the date of service of this Statement.

Dated: November 20, 2026

FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP

By: */s/ Paul J. Pascuzzi*
Paul J. Pascuzzi
Attorneys for Debtor and Debtor in Possession
The Roman Catholic Archbishop of San Francisco

Dated: November 20, 2026

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: */s/ Ori Katz*
Ori Katz
Alan H. Martin
Attorneys for Debtor and Debtor in Possession
The Roman Catholic Archbishop of San Francisco



Case: 23-30564 Doc# 2113 Filed: 11/20/26 Entered: 11/20/26 09:18:38 Page 3 of 16

## Exhibit A

**Compensation by Professional Person for Hourly Services for the Fee Period of <u>October 2026</u>**

| Name | Position | Rate | Hours | Amount |
|---|---|---|---|---|
| Jeffrey L. Schulman | Partner | $836 | 51.90 | $43,388.40 |
| Barron L. Weinstein | Of Counsel | $820 | 18.90 | $15,498.00 |
| Kelly L. Henry | Associate | $775 | 4.30 | $3,332.50 |
| Kevin Cifarelli | Associate | $525 | 18.80 | $9,870.00 |
| **TOTAL** | | | **93.90** | **$72,088.90** |

## Exhibit B

**Summary of Compensation by Project Category**
**Compensation by Project Category for Hourly Services**
**<u>for the Fee Period of October 2026</u>**

**Bankruptcy Categories**

| Description | Hours | Amount |
|---|---|---|
| Asset Analysis and Recovery (Insurance Proceeds) | 21.50 | $12,127.20 |
| Bankruptcy Procedure | 23.80 | $19,896.80 |
| Fee Application | 0.50 | $418.00 |
| Mediation | 21.40 | $17,623.10 |
| Motion Practice | 25.60 | $21,104.20 |
| Recovery of Defense Costs from Carriers | 1.10 | $919.60 |
| **TOTAL** | **93.90** | **$72,088.90** |


Case: 23-30564 Doc# 2113 Filed: 11/20/26 Entered: 11/20/26 09:18:38 Page 4 of 16

**Exhibit C**

**Summary of Expenses**

| Expense Category | Amounts |
|---|---|
| Airfare (Oral Arguments) | $1,531.79 |
| Car Service/Taxi (Oral Arguments) | $540.03 |
| Lodging (Oral Arguments) | $384.58 |
| Lodging Tax (Oral Arguments) | $68.05 |
| Meals (Oral Arguments) | $61.77 |
| On-Line Research | $596.19 |
| Docket Searches | $1.00 |
| **TOTAL** | **$3,183.41** |

**Exhibit D**

**Blank Rome October Invoice**


Case: 23-30564 Doc# 2113 Filed: 11/20/26 Entered: 11/20/26 09:18:38 Page 6 of 16

# BLANKROME

2029 CENTURY PARK EAST 6TH FLOOR
LOS ANGELES, CA 90067-2901
(424) 239-3400
FEDERAL TAX I.D. NO. [redacted]

ARCHDIOCESE OF SAN FRANCISCO
PAULA CARNEY
PAUL J. PASCUZZI AND BRENDA JENNINGS
[redacted]
PPASCUZZI@FFWPLAW.COM, BJENNINGS@FFWPLAW.COM

| | |
|---|---|
| INVOICE DATE: | NOVEMBER 11, 2026 |
| CLIENT ID: | 163301 |
| MATTER NUMBER: | 163301-00001 05690 |
| INVOICE NUMBER: | 2414985 |

**REGARDING: ARCHDIOCESE OF SAN FRANCISCO**
**AB 218 CLAIMS**

| DATE | INVOICE | AMOUNT | CREDITS | BALANCE |
|---|---|---|---|---|
| 09/11/2026 | 2398296 | $115,014.83 | ($48,398.95) | $66,615.88 |
| 10/08/2026 | 2405747 | $128,042.65 | $0.00 | $128,042.65 |

| | | |
|---|---|---|
| **BALANCE FORWARD** | | **$194,658.53** |
| FOR LEGAL SERVICES RENDERED THROUGH 10/31/26 | $72,088.90 | |
| FOR DISBURSEMENTS ADVANCED THROUGH 10/31/26 | $3,183.41 | |
| **CURRENT INVOICE TOTAL** | | **$75,272.31** |
| **TOTAL AMOUNT DUE, INCLUDING BALANCE FORWARD** | | **$269,930.84** |

REMITTANCE

| | **ACH/WIRE** | **Mail** |
|---|---|---|
| Bank Name | Citizens Bank | Blank Rome LLP |
| Address: | Philadelphia, PA | Attn: Finance Department |
| Account Title: | Blank Rome LLP | One Logan Square |
| Account Number: | [redacted]9326 | 130 North 18th St |
| ABA Number: | [redacted] (Domestic) | Philadelphia, PA 19103-6998 |
| Swift Code | [redacted] (International) | |

To pay by Electronic Funds Transfer, visit **www.BlankRome.com/Payments**

BLANKROME
2029 CENTURY PARK EAST 6TH FLOOR
LOS ANGELES, CA 90067-2901
(424) 239-3400
FEDERAL TAX I.D. NO. [redacted]

ARCHDIOCESE OF SAN FRANCISCO
PAULA CARNEY
PAUL J. PASCUZZI AND BRENDA JENNINGS
[redacted]
PPASCUZZI@FFWPLAW.COM, BJENNINGS@FFWPLAW.COM

| | |
|---|---|
| INVOICE DATE: | NOVEMBER 11, 2026 |
| CLIENT ID: | 163301 |
| MATTER NUMBER: | 163301-00001 |
| INVOICE NUMBER: | 2414985 |
| | PAGE 1 |

**REGARDING: ARCHDIOCESE OF SAN FRANCISCO**
**AB 218 CLAIMS**

**FOR LEGAL SERVICES RENDERED THROUGH OCTOBER 31, 2026**

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 10/01/26 | REVIEW CURRENT DRAFT OF AND EDITS TO DISCLOSURE STATEMENT. | J. SCHULMAN | 02 | 1.40 | 1,170.40 |
| 10/01/26 | ANALYZE DRAFT PLEADINGS REGARDING REVISIONS REGARDING INSURANCE (.7); ANALYZE CORRESPONDENCE AND FILE NOTES TO PREPARE FOR CONFERENCE WITH CLIENT AND LEGAL TEAM (.3). | B. WEINSTEIN | 07 | 1.00 | 820.00 |
| 10/01/26 | REVIEW OF PLEADINGS FILED AND SERVED IN JCCP 5108 CASES (.2) REVIEW OF LETTER FROM EXCESS CARRIER IN RESPONSE TO SETTLEMENT DEMAND (.1) | K. CIFARELLI | 01 | 0.30 | 157.50 |
| 10/01/26 | PREPARE LETTER IN RESPONSE TO CARRIERS' REQUEST FOR INFORMATION. | K. CIFARELLI | 01 | 0.30 | 157.50 |
| 10/01/26 | REVISE LETTER TO CARRIER IN RESPONSE TO REQUEST FOR INFORMATION (.3) DRAFT EMAIL TO DEFENSE TEAM REGARDING CORRESPONDENCE FROM PRIMARY CARRIER AND RESPONSE TO REQUEST FOR INFORMATION (.1) REVIEW OF RESPONSE FROM COUNSEL RE DRAFT LETTER AND MAKE REVISIONS (.3) DRAFT EMAIL TO DEFENSE COUNSEL RE SEPARATE CARRIER REQUEST FOR INFORMATION (.1) | K. CIFARELLI | 01 | 0.80 | 420.00 |
| 10/02/26 | ATTEND CONFERENCE WITH CLIENT AND LEGAL TEAM REGARDING MEDIATION ISSUES (.8); ANALYZE TODAY'S RULING REJECTING OAKLAND DIOCESE'S PLAN REGARDING RELATED | B. WEINSTEIN | 07 | 1.40 | 1,148.00 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| | INSURANCE ISSUES (SHARED WITH OTHER CLIENTS) (.6). | | | | |
| 10/02/26 | ATTEND DEBTOR TEAM MEETING REGARDING MEDIATION (.7) AND PREPARE FOR SAME (.3). | J. SCHULMAN | 07 | 1.00 | 836.00 |
| 10/02/26 | REVIEW PROPOSED EDITS TO DISCLOSURE STATEMENT AND CONFER WITH DEBTOR PROFESSIONALS REGARDING SAME. | J. SCHULMAN | 02 | 1.80 | 1,504.80 |
| 10/02/26 | STRATEGIZE REGARDING NOTICE OF QUESTIONS FOR MOTIONS TO STAY HEARING (.2) | K. HENRY | 08 | 0.20 | 155.00 |
| 10/02/26 | REVIEW OF INFORMATION FROM DEFENSE COUNSEL TO RESPOND TO CARRIER REQUEST FOR INFORMATION (.4) PREPARE RESPONSE TO CARRIER'S REQUEST FOR INFORMATION (.2) REVIEW OF TWO EMAILS FROM [redacted] REGARDING REVISED PROOF OF CLAIMS (.1) REVIEW OF EMAIL AND LETTER FROM [redacted] WITH REQUEST FOR INFORMATION (.2) | K. CIFARELLI | 01 | 0.90 | 472.50 |
| 10/04/26 | DRAFT ANALYSIS REGARDING NOTICE OF QUESTIONS FOR MOTIONS TO STAY HEARING (2.8); REVIEW AND ANALYZE DOCUMENTS REGARDING SAME (.8) | K. HENRY | 08 | 3.60 | 2,790.00 |
| 10/04/26 | PREPARE FOR ARGUMENT OF 3 STAY MOTIONS. | J. SCHULMAN | 08 | 1.70 | 1,421.20 |
| 10/05/26 | PREPARE FOR ORAL ARGUMENT (2.5) AND TRAVEL TO SAN FRANCISCO FOR SAME (3); REVIEW PROP 51 DECISION (.3) (SPLIT). | J. SCHULMAN | 08 | 5.80 | 4,848.80 |
| 10/05/26 | FINALIZE LETTER TO CARRIER REGARDING COVERAGE ISSUES AND DOCUMENT PRODUCTION (.3) PREPARE RESPONSE TO REQUEST FOR INFORMATION FROM CARRIER (.7) REVIEW OF LETTER FROM EXCESS CARRIER IN RESPONSE TO SETTLEMENT DEMAND (.2) REVIEW OF ADDITIONAL LETTER FROM CARRIER IN RESPONSE TO SETTLEMENT DEMAND (.2) | K. CIFARELLI | 01 | 1.40 | 735.00 |
| 10/05/26 | ANALYZE COURT OF APPEAL DECISION ON PROP 51 REGARDING POTENTIAL EXPOSURE OF INSURERS (SHARED WITH OTHER CLIENT) (.4). | B. WEINSTEIN | 07 | 0.40 | 328.00 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 10/06/26 | REVIEW OF CORRESPONDENCE FROM COUNSEL FOR EXCESS CARRIER IN RESPONSE TO SETTLEMENT DEMANDS (.2) REVIEW OF CORRESPONDENCE FROM PRIMARY CARRIERS IN RESPONSE TO [redacted] SETTLEMENT DEMANDS (.4) REVIEW OF EMAIL AND [redacted] LETTERS FROM FROM PRIMARY CARRIER IN RESPONSE TO SETTLEMENT DEMANDS (.3) REVIEW OF PLEADINGS FILED IN ADVERSARY PROCEEDING (.2) | K. CIFARELLI | 01 | 1.10 | 577.50 |
| 10/06/26 | REVIEW INSURER RESPONSES TO DEMAND LETTERS. | J. SCHULMAN | 10 | 1.10 | 919.60 |
| 10/06/26 | ATTEND ORAL ARGUMENT OF MOTIONS TO STAY INSURANCE ACTIONS AND COMPLETE PREPARATIONS FOR SAME (3.8); RETURN TRAVEL TO NEW YORK (3). | J. SCHULMAN | 08 | 6.80 | 5,684.80 |
| 10/06/26 | ANALYZE AND COMMENT ON REVISIONS TO DRAFT PLAN DOCUMENTS REGARDING INSURANCE ISSUES (.5) AND CORRESPONDENCE WITH LEGAL TEAM REGARDING SAME (.3). | B. WEINSTEIN | 07 | 0.80 | 656.00 |
| 10/06/26 | REVIEW OF CORRESPONDENCE FROM COUNSEL FOR EXCESS CARRIER RE SETTLEMENT DEMANDS. | K. CIFARELLI | 01 | 0.20 | 105.00 |
| 10/07/26 | ANALYZE FURTHER REVISIONS TO DRAFT PLAN DOCUMENT PROVISIONS REGARDING IMPACT ON INSURANCE ISSUES IN LIGHT OF APPLICABLE CASE LAW. | B. WEINSTEIN | 07 | 1.30 | 1,066.00 |
| 10/07/26 | PRIVILEGE REVIEW OF INVOICE. | J. SCHULMAN | 05 | 0.50 | 418.00 |
| 10/07/26 | REVIEW PROPOSED REVISIONS TO DISCLOSURE STATEMENT. | J. SCHULMAN | 02 | 1.60 | 1,337.60 |
| 10/07/26 | REVIEW OF REQUEST FOR INFORMATION FROM CARRIERS AND REVIEW OF DOCUMENTS TO PREPARE RESPONSE. | K. CIFARELLI | 01 | 0.50 | 262.50 |
| 10/08/26 | ATTEND DEBTOR MEETING REGARDING MEDIATION. | J. SCHULMAN | 07 | 0.90 | 752.40 |
| 10/08/26 | ANALYZE CORRESPONDENCE AND FILE NOTES TO PREPARE FOR CONFERENCE WITH CLIENT AND LEGAL TEAM (.5); ATTEND CONFERENCE WITH CLIENT AND LEGAL TEAM REGARDING | B. WEINSTEIN | 07 | 1.50 | 1,230.00 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| | MEDIATION ISSUES (.8); PREPARE CORRESPONDENCE TO COUNSEL REGARDING COVERAGE (.2). | | | | |
| 10/08/26 | PREPARE RESPONSE TO CARRIER REQUEST FOR INFORMATION (.8) PREPARE EMAIL TO COUNSEL FOR CARRIER WITH RESPONSE TO CARRIER REQUEST (.2) | K. CIFARELLI | 01 | 1.00 | 525.00 |
| 10/09/26 | ANALYZE CORRESPONDENCE WITH LEGAL TEAM REGARDING MEDIATION ISSUES (.2); | B. WEINSTEIN | 07 | 0.20 | 164.00 |
| 10/12/26 | REVIEW OF CORRESPONDENCE FROM PRIMARY CARRIER REGARDING SETTLEMENT DEMANDS WITH REQUEST FOR INFORMATION (.2) REVIEW OF LETTER FROM CARRIER WITH REQUEST FOR INFORMATION (.2) REVIEW OF FILE REGARDING INFORMATION REQUEST AND DRAFT RESPONSE (.2) REVIEW OF LETTER FROM PRIMARY CARRIER WITH REQUEST FOR INFORMATION (.2) REVIEW OF FILE AND PREVIOUSLY PRODUCED DOCUMENTS TO DRAFT RESPONSE TO REQUEST FOR INFORMATION (.3) REVIEW OF PLEADINGS AND DISCOVERY SERVED IN JCCP 5108 (.2) REVIEW OF EMAIL FROM EXCESS CARRIER REGARDING SETTLEMENT DEMAND (.1) | K. CIFARELLI | 01 | 1.40 | 735.00 |
| 10/12/26 | CONFER WITH PROFESSIONALS REGARDING PREPARATION FOR DISCLOSURE STATEMENT HEARING (.9); REVIEW OBJECTIONS AND PROPOSED RESPONSES (1.3). | J. SCHULMAN | 02 | 2.20 | 1,839.20 |
| 10/12/26 | REVIEW INSURER OBJECTIONS TO DISCLOSURE STATEMENT. | J. SCHULMAN | 02 | 1.60 | 1,337.60 |
| 10/12/26 | ANALYZE REVISIONS TO DRAFT PLEADING (.3) AND CONFER WITH LEGAL TEAM REGARDING SAME (.2). | B. WEINSTEIN | 07 | 0.50 | 410.00 |
| 10/13/26 | REVIEW CURRENT ISSUES AND RESPONSES TO DISCLOSURE STATEMENT IN PREPARATION FOR HEARING. | J. SCHULMAN | 02 | 1.40 | 1,170.40 |
| 10/13/26 | REVIEW OF INVOICE FROM MEDIATOR FOR SUBMISSION TO CARRIERS. | K. CIFARELLI | 01 | 0.20 | 105.00 |
| 10/14/26 | REVIEW DISCLOSURE STATEMENT OBJECTIONS AND RESPONSES. | J. SCHULMAN | 02 | 1.00 | 836.00 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 10/15/26 | ZOOM MEETING WITH CLIENT AND LEGAL TEAM REGARDING MEDIATION ISSUES (0.9); ANALYZE CORRESPONDENCE, DOCUMENTS AND FILE NOTES TO PREPARE FOR SAME (.7); FOLLOW UP CONFERENCE WITH LEGAL TEAM REGARDING SAME (.1). | B. WEINSTEIN | 07 | 1.70 | 1,394.00 |
| 10/15/26 | ATTEND DEBTOR MEETING (.9) AND PREPARE FOR SAME (.4). | J. SCHULMAN | 07 | 1.30 | 1,086.80 |
| 10/16/26 | ATTEND ZOOM WITH LEGAL TEAM REGARDING MEDIATION ISSUES (.5); ANALYZE FILE NOTES AND CORRESPONDENCE TO PREPARE FOR SAME (.2); ATTEND CONFERENCE WITH DEBTOR AND COMMITTEE REGARDING MEDIATION ISSUES (.4); ATTEND STATUS CONFERENCE BEFORE JUDGE MONTALI VIA ZOOM (1.2). | B. WEINSTEIN | 07 | 2.30 | 1,886.00 |
| 10/16/26 | ATTEND STATUS CONFERENCE (1.2); CONFER WITH DEBTOR PROFESSIONALS IN PREPARATION FOR SAME (.5) (.4) (.3); REVIEW DISCLOSURE STATEMENT OBJECTIONS IN PREPARATION FOR SAME (1.3). | J. SCHULMAN | 02 | 3.70 | 3,093.20 |
| 10/19/26 | REVIEW MOTION FOR RELIEF FROM STAY. | J. SCHULMAN | 02 | 0.60 | 501.60 |
| 10/20/26 | TEAM MEETING TO DISCUSS INSURANCE ISSUES. | K. CIFARELLI | 01 | 0.30 | 157.50 |
| 10/20/26 | CONFER WITH INSURANCE TEAM REGARDING MEDIATION. | J. SCHULMAN | 07 | 0.30 | 250.80 |
| 10/20/26 | CONFER WITH COUNSEL REGARDING PLAN AND DISCLOSURE STATEMENT. | J. SCHULMAN | 02 | 0.50 | 418.00 |
| 10/20/26 | STRATEGIZE REGARDING MEDIATION ISSUES (.3) | K. HENRY | 07 | 0.30 | 232.50 |
| 10/20/26 | CONFER WITH LEGAL TEAM REGARDING MEDIATION ISSUES (.3); | B. WEINSTEIN | 07 | 0.30 | 246.00 |
| 10/20/26 | REVIEW OF EMAIL FROM [redacted] WITH REQUEST FOR INFORMATION (.1) CONFERENCE WITH DEFENSE TEAM RE INSURANCE ISSUES AND RESPONSE TO REQUEST FOR INFORMATION (.2) | K. CIFARELLI | 01 | 0.30 | 157.50 |
| 10/21/26 | REVIEW OF EMAIL FROM EXCESS CARRIER RE INSURANCE ISSUES. | K. CIFARELLI | 01 | 0.10 | 52.50 |
| 10/21/26 | REVIEW OF PLEADINGS AND DISCOVERY IN JCCP 5108 ACTION. | K. CIFARELLI | 01 | 0.30 | 157.50 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 10/23/26 | CALL WITH DEBTOR TEAM REGARDING MEDIATION. | J. SCHULMAN | 07 | 1.20 | 1,003.20 |
| 10/23/26 | ATTEND CONFERENCE WITH LEGAL TEAM AND CLIENT REGARDING MEDIATION ISSUES (.7); REVIEW FILE NOTES AND CORRESPONDENCE TO PREPARE FOR SAME (.2). | B. WEINSTEIN | 07 | 0.90 | 738.00 |
| 10/23/26 | REVIEW OF PLEADINGS AND DISCOVERY SERVED IN JCCP 5108 CASES AND BANKRUPTCY PROCEEDING. | K. CIFARELLI | 01 | 0.20 | 105.00 |
| 10/26/26 | CONFER WITH COUNSEL AND PROFESSIONALS REGARDING PLAN DISCOVERY AND SCHEDULE (.8); REVIEW MOTION FOR RELIEF FROM STAY (.4). | J. SCHULMAN | 02 | 1.20 | 1,003.20 |
| 10/26/26 | PREPARE DOCUMENT PRODUCTION TO COMMITTEE. | K. CIFARELLI | 01 | 0.80 | 420.00 |
| 10/26/26 | REVIEW OF BRIEFS AND SUPPORTING DOCUMENTS FILED IN BANKRUPTCY PROCEEDING (.2) REVIEW OF INVOICES FROM MEDIATORS AND CHART CARRIER RESPONSIBILITIES (.2) | K. CIFARELLI | 01 | 0.40 | 210.00 |
| 10/26/26 | ANALYZE MOTION TO FILE LATE CLAIM CONCERNING POTENTIAL INSURANCE COVERAGE AND COURT ORDER (.4) PREPARE CORRESPONDENCE TO CARRIER REGARDING ORDER ON MOTION TO FILE LATE CLAIM (.3) | K. CIFARELLI | 01 | 0.70 | 367.50 |
| 10/27/26 | REVIEW INSURER APPELLATE BRIEFS. | J. SCHULMAN | 08 | 3.40 | 2,842.40 |
| 10/27/26 | PLAN/PREPARE FOR DISCLOSURE STATEMENT HEARING. | J. SCHULMAN | 02 | 1.30 | 1,086.80 |
| 10/27/26 | REVIEW INSURER RESPONSES TO DEMANDS. | J. SCHULMAN | 01 | 0.80 | 668.80 |
| 10/27/26 | TEAM MEETING TO DISCUSS INSURANCE ISSUES. | K. CIFARELLI | 01 | 0.40 | 210.00 |
| 10/27/26 | REVIEW OF [redacted] LETTERS FROM EXCESS CARRIER REGARDING INSURANCE ISSUES AND REQUESTS FOR INFORMATION. | K. CIFARELLI | 01 | 1.30 | 682.50 |
| 10/27/26 | STRATEGIZE REGARDING MEDIATION ISSUES (.4) | K. HENRY | 07 | 0.20 | 155.00 |
| 10/27/26 | CONFER WITH LEGAL TEAM REGARDING MEDIATION ISSUES (.4); ANALYZE CORRESPONDENCE REGARDING SAME (.2). | B. WEINSTEIN | 07 | 0.60 | 492.00 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 10/27/26 | REVIEW OF PLEADINGS FILED IN JCCP 5108 CASES. | K. CIFARELLI | 01 | 0.20 | 105.00 |
| 10/27/26 | REVISE CORRESPONDENCE IN RESPONSE TO CARRIER REQUEST FOR INFORMATION. | K. CIFARELLI | 01 | 0.30 | 157.50 |
| 10/28/26 | ATTEND DISCLOSURE STATEMENT HEARING (3) AND COMPLETE PREPARATION FOR SAME (.8). | J. SCHULMAN | 02 | 3.80 | 3,176.80 |
| 10/28/26 | ATTEND HEARING VIA ZOOM REGARDING PROPOSED DISCLOSURE STATEMENT AND INSURERS' OBJECTIONS (2.7); ANALYZE PLEADINGS AND FILE NOTES TO PREPARE FOR SAME (.6); ANALYZE CORRESPONDENCE AND FILE NOTES REGARDING NEGOTIATIONS WITH CO-DEFENDANT (.8). | B. WEINSTEIN | 08 | 4.10 | 3,362.00 |
| 10/28/26 | REVIEW OF PLEADINGS IN NORTHERN CALIFORNIA CLERGY CASES (.2) REVIEW OF ADDITIONAL PLEADINGS BY CLAIMANT AND EVALUATE POTENTIAL COVERAGE (.4) | K. CIFARELLI | 01 | 0.60 | 315.00 |
| 10/28/26 | CONFER WITH INSURER REGARDING MEDIATION (.2) AND PREPARE FOR SAME (.4). | J. SCHULMAN | 07 | 0.60 | 501.60 |
| 10/29/26 | ATTEND CONFERENCE WITH CLIENT AND LEGAL TEAM REGARDING MEDIATION ISSUES (1.2); ANALYZE CORRESPONDENCE AND FILE NOTES TO PREPARE FOR SAME (.3); REVISE DRAFT CORRESPONDENCE TO INSURERS (.2); REVISE DRAFT PLEADING FOR FILING (.2). | B. WEINSTEIN | 07 | 1.90 | 1,558.00 |
| 10/29/26 | PREPARE DOCUMENTS FOR PRODUCTION TO COMMITTEE (.3) REVIEW OF CORRESPONDENCE FROM CARRIER RE SETTLEMENT DEMANDS (.2) REVIEW OF COMPLAINT AND CORRESPONDING POLICY TO ASSESS POTENTIAL AVAILABLE COVERAGE (.3) | K. CIFARELLI | 01 | 0.80 | 420.00 |
| 10/29/26 | REVIEW RESPONSES TO DEMAND LETTERS (1.3); DRAFT/REVISE RESPONSE TO INSURER RESPONSES TO DEMAND LETTERS (.6). | J. SCHULMAN | 01 | 1.90 | 1,588.40 |
| 10/29/26 | REVIEW ADDITIONAL PROPOSED PLAN DOCUMENTS (1.3); REVIEW CONDITIONAL NON-OPPOSITION TO MOTION FOR STAY RELIEF (.4). | J. SCHULMAN | 02 | 1.70 | 1,421.20 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 10/29/26 | ATTEND DEBTOR TEAM MEETING. | J. SCHULMAN | 07 | 0.80 | 668.80 |
| 10/30/26 | PREPARE PRODUCTION OF DOCUMENTS FOR COMMITTEE IN RESPONSE TO REQUEST FOR INFORMATION (.7) REVIEW OF SETTLEMENT DEMAND AND PREPARE CORRESPONDENCE TO CARRIERS (.6) REVIEW OF [redacted] LETTERS FROM CARRIERS IN RESPONSE TO SETTLEMENT DEMANDS (.6) REVIEW OF PLEADINGS IN JCCP 5108 (.3) REVIEW OF EMAIL AND CORRESPONDENCE FROM CARRIER IN RESPONSE TO SETTLEMENT DEMAND (.2) REVISE RESPONSE TO REQUEST FOR INFORMATION FROM CARRIERS (.4) REVISIONS TO SHAREFILE PRODUCTION TO COMMITTEE (.3) DRAFT EMAIL TO DEFENSE TEAM RE INSURANCE ISSUES (.1) | K. CIFARELLI | 01 | 3.20 | 1,680.00 |
| 10/30/26 | REVIEW OF EMAIL AND CORRESPONDENCE FROM CARRIER RE SETTLEMENT DEMAND. | K. CIFARELLI | 01 | 0.20 | 105.00 |
| 10/30/26 | REVIEW OF PLEADINGS IN SETTLEMENT DEMAND AND COMPARE TO PRIOR DOCUMENTS TO EVALUATE POTENTIAL ADDITIONAL COVERAGE. | K. CIFARELLI | 01 | 0.30 | 157.50 |
| 10/31/26 | REVIEW OF ORDER GRANTING MOTION TO FILE LATE CLAIM (.2) PREPARE EMAIL TO CARRIER RE ORDER (.1) | K. CIFARELLI | 01 | 0.30 | 157.50 |
| | **TOTAL SERVICES** | | | | **$72,088.90** |

**FOR DISBURSEMENTS ADVANCED THROUGH OCTOBER 31, 2026**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/05/26 | AIRFARE: JEFFREY SCHULMAN ATTEND ORAL ARGUMENT (SAN FRANCISCO) ON 09/23/26 | 1,531.79 |
| 10/05/26 | CAR SERVICE/TAXI: JEFFREY SCHULMAN ATTEND ORAL ARGUMENT (SAN FRANCISCO) ON 10/05/26 | 220.00 |
| 10/05/26 | OUT OF TOWN LODGING: JEFFREY SCHULMAN ATTEND ORAL ARGUMENT (SAN FRANCISCO) ON 10/05/26 | 384.58 |
| 10/05/26 | HOTEL MISCELLANEOUS: JEFFREY SCHULMAN ATTEND ORAL ARGUMENT (SAN FRANCISCO) -- TAXES ON 10/05/26 | 68.05 |
| 10/06/26 | WESTLAW WESTLAW WEINSTEIN,BARRON L | 596.19 |
| 10/06/26 | MEALS - BREAKFAST: JEFFREY SCHULMAN ATTEND ORAL ARGUMENT (SAN FRANCISCO) - WITH JEFFREY SCHULMAN ON 10/06/26 | 61.77 |

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/06/26 | CAR SERVICE/TAXI: JEFFREY SCHULMAN ATTEND ORAL ARGUMENT (SAN FRANCISCO) ON 10/06/26 | 61.98 |
| 10/06/26 | CAR SERVICE/TAXI: JEFFREY SCHULMAN ATTEND ORAL ARGUMENT (SAN FRANCISCO) ON 10/06/26 | 34.20 |
| 10/07/26 | CAR SERVICE/TAXI: JEFFREY SCHULMAN ATTEND ORAL ARGUMENT (SAN FRANCISCO) ON 10/07/26 | 174.87 |
| 10/07/26 | CAR SERVICE/TAXI: JEFFREY SCHULMAN ATTEND ORAL ARGUMENT (SAN FRANCISCO) ON 10/07/26 | 48.98 |
| | DOCKET SEARCHES | 1.00 |
| | **TOTAL DISBURSEMENTS** | **$3,183.41** |

**CURRENT INVOICE TOTAL** **$75,272.31**

**TASK SUMMARY**

| CODE | TASK | HOURS | AMOUNT |
|---|---|---|---|
| 01 | ASSET ANALYSIS AND RECOVERY (INSURANCE PROCEEDS); | 21.50 | 12,127.20 |
| 02 | BANKRUPTCY PROCEDURE | 23.80 | 19,896.80 |
| 05 | FEE APPLICATION | 0.50 | 418.00 |
| 07 | MEDIATION | 21.40 | 17,623.10 |
| 08 | MOTION PRACTICE | 25.60 | 21,104.20 |
| 10 | RECOVERY OF DEFENSE COSTS FROM CARRIERS | 1.10 | 919.60 |
| | **TOTAL** | **93.90** | **$72,088.90** |

**TIME AND FEE SUMMARY**

| TIMEKEEPER | RATE | HOURS | FEES |
|---|---|---|---|
| JEFFREY L. SCHULMAN | 836.00 | 51.90 | 43,388.40 |
| KELLY L. HENRY | 775.00 | 4.30 | 3,332.50 |
| KEVIN L. CIFARELLI | 525.00 | 18.80 | 9,870.00 |
| BARRON L. WEINSTEIN | 820.00 | 18.90 | 15,498.00 |
| **TOTALS** | | **93.90** | **$72,088.90** |